UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

NEIL COLE,

                Defendant.

**OPINION & ORDER**

19 Crim. 869 (ER)

Ramos, D.J.:

The Court is in receipt of the parties' letters regarding the dispute over a date for trial. Docs. 10, 11, 12. The Court will set a trial date in May 2020, but it will promptly inform the parties should the criminal trial before it scheduled in April 2020 be canceled. Should that trial be cancelled, the Court will entertain rescheduling the trial and related deadlines in this matter to April 2020.

Accordingly, the status conference set for January 7, 2020 at 11:30 a.m. is canceled. A jury trial is scheduled for Monday, May 11, 2020 at 9:00 a.m, beginning with jury selection. Trial shall commence immediately thereafter. Motions in limine, proposed voir dire questions, proposed jury instructions, and proposed verdict forms are due April 13, 2020, and any responses or oppositions thereto are due April 27, 2020. The Final Pretrial Conference shall be held on May 7, 2020 at 3:30 p.m.

It is SO ORDERED.

Dated:   January 3, 2020
          New York, New York

                                                Edgardo Ramos, U.S.D.J.