

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 17, 2020

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is __X__ granted
> \_\_\_\_ denied
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: 2/18/2020
> New York, New York

Re:   **United States v. Neil Cole, 19 Cr. 869 (ER)**

Dear Judge Ramos:

The Government and counsel for defendant Neil Cole jointly and respectfully write to propose an agreed-upon schedule governing pre-trial matters in the above-captioned case. The parties respectfully request that the Court adopt the proposed schedule.

| | |
|---|---|
| On or before March 2, 2020: | Pretrial motions due |
| Eight weeks before trial: | Government expert disclosures due |
| Seven weeks before trial: | Government 404(b) notice due |
| Five weeks before trial: | Defense expert disclosures due<br>Defense produces any Rule 16 (earlier if voluminous)<br>Defense and Government both sign acceptable custodian stipulations |
| Four weeks before trial: | With Government's receipt of reasonable authenticity and/or business records stipulations, Government produces witness list, 3500, *Giglio*, and exhibits (identified as of that date)<br>Defense provides notice of any advice of counsel defense |
| Two weeks before trial: | Defense produces witness list and Rule 26.2 materials |
| Ten days before trial: | Defense exhibits (identified as of that date), including both (a) any non-impeachment exhibits to be offered through Government witnesses or otherwise during the Government's case; and (b) any exhibits to be offered in the defense case |

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney
                                          Southern District of New York

By:    /s/
        Edward Imperatore/Scott Hartman/Jared Lenow
        Assistant United States Attorneys
        Southern District of New York
        (212) 637-2327/2527/1068

cc: Counsel of Record (via ECF)