```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
 UNITED STATES OF AMERICA          :    [Proposed] ORDER
                                   :
          - v. -                   :    19 Cr. 869 (ER)
                                   :
 NEIL COLE,                        :
                                   :
          Defendant.               :
                                   :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on January 3, 2020, the Court entered an order scheduling trial in this matter for May 11, 2020;

WHEREAS, in light of the filing of pretrial motions, time under the Speedy Trial Act has been excluded in this matter since March 2, 2020, and that exclusion remains ongoing, pursuant to 18 U.S.C. § 3161(h)(1)(D);

WHEREAS, due to the current public health crisis, on March 27, 2020, the Chief Judge entered an order (the "March 27 Order") suspending the conduct of all jury trials until June 1, 2020;

WHEREAS, on April 1, 2020, this Court issued an order adjourning trial and all pretrial deadlines *sine die* and scheduled a conference for June 4, 2020 (Docket 40);

WHEREAS, due to the current public health crisis, on April 20, 2020, the Chief Judge entered an order (the "April 20 Order") continuing all jury trials in this District pending further

order of the court and excluding time under the Speedy Trial Act in all cases affected by that order through June 15, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A);

WHEREAS, the Court finds the ends of justice served by granting a continuance in this matter outweigh the best interests of the public and the defendant in a speedy trial for the reasons set forth in the March 27 and April 20 Orders; it is hereby

ORDERED that the time from the date of this Order to June 4, 2020, the date of the next pretrial conference in this matter, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated:  New York, New York

    __April 30_____, 2020

                                        _____
                                        THE HONORABLE EDGARDO RAMOS
                                        UNITED STATES DISTRICT JUDGE