UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

NEIL COLE,

                Defendant.

**ORDER**

19 Cr. 869 (ER)

RAMOS, D.J.:

       On December 29, 2020, the Government filed a motion to quash Defendant's Rule 17 subpoena served on non-party Baked by Melissa. Doc. 56. The Court directs Defendant to submit any opposition by January 20, 2021, and the Government to submit its reply by January 27, 2021. The parties are directed to appear for a telephonic hearing regarding the motion on February 2, 2021 at 11:00 am. The parties shall call the Court at (877) 411-9748 at that time and use access code 3029857, followed by the pound (#) sign.

SO ORDERED.

Dated:   December 30, 2020
          New York, New York

                                      EDGARDO RAMOS, U.S.D.J.