**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

**MEMO ENDORSED**

WRITER'S DIRECT DIAL NUMBER
(212) 373-3035

WRITER'S DIRECT FACSIMILE
(212) 492-0035

WRITER'S DIRECT E-MAIL ADDRESS
rtarlowe@paulweiss.com

March 23, 2021

**Via ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

We represent Neil Cole in the above-captioned matter. In connection with Mr. Cole's Letter Motion to Request the Issuance of Rule 17(c) Subpoenas and accompanying exhibits, and pursuant to the Protective Order filed in this case (ECF No. 15, ¶ 9), we respectfully request permission to (i) file under seal exhibits C, D, and J, (ii) redact portions of the letter motion that refer to those exhibits, and (iii) redact portions of exhibits E and G.

We are providing to Your Honor's chambers and to the government copies of this letter, the unredacted letter motion, and all exhibits.

Respectfully submitted,

/s/ Richard C. Tarlowe
Richard C. Tarlowe

---

Granted.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 70.

So ordered.

*[Signature]*
Edgardo Ramos, U.S.D.J
Dated: 3/24/2021
New York, New York