USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NEIL COLE,

                Defendant.

ORDER

19 Cr. 869 (ER)

Ramos, D.J.:

    WHEREAS, in light of the filing of pretrial motions, time under the Speedy Trial Act has been excluded in this matter since March 2, 2020, and that exclusion remains ongoing, pursuant to 18 U.S.C. § 3161(h)(1)(D);

    WHEREAS, the Court was not able to set a trial date in this matter the second quarter of this year due to the current public health crisis resulting from the COVID-19 virus and the limited availability of courtrooms with appropriate health safeguards;

    WHEREAS, the Court finds the ends of justice served by granting a continuance in this matter outweigh the best interests of the public and the defendant in a speedy trial; it is hereby

    ORDERED that the time from the date of this Order through July 1, 2021 is excluded under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A).

    It is SO ORDERED.

Dated: New York, New York
       March 26, 2021

                                          EDGARDO RAMOS, U.S.D.J.