UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          –v–<br><br>NEIL COLE,<br><br>                    Defendant. | **ORDER**<br><br>19-cr-0869 (ER) |

Ramos, D.J.:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic.  Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

The Clerk's Office has notified the Court that this case has been placed on the jury trial for **July 6, 2021**.  The case must be trial-ready for that day.  The case is second on the list for jury trials for that day.  This means that the case will not proceed on July 6, 2021, if the first trial scheduled for that date goes forward.  If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter.  As soon as the Court confirms that the matter will proceed on July 6, 2021, it will inform the parties.

The previously entered pretrial schedule is revised as follows:

- Motions in limine and proposed voir dire, jury instructions and verdict sheets are due **June 8, 2021.**

- Oppositions thereto are due **June 22, 2021.**

- A final pretrial conference will be held on **July 1, 2021 at 4:30 p.m.**

SO ORDERED.

Dated:  June 1, 2021
       New York, New York

                                                        Edgardo Ramos, U.S.D.J.