

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2021

<u>BY ECF</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    <u>United States</u> v. <u>Neil Cole</u>, 19 Cr. 869 (ER)

Dear Judge Ramos:

      In light of the Government's pending motion to adjourn the trial and the uncertainty of the existing trial date, including the fact that this trial is currently scheduled as a back-up to another matter, the Government respectfully requests that the Court suspend the pretrial schedule currently in place in this matter pending the conference scheduled for this Friday, June 11, 2021. The Government will await the Court's decision on this request before making its production of exhibits and 3500 material.
.

                                    Respectfully submitted,

                                      AUDREY STRAUSS
                                    United States Attorney


                           By:    /s/
                                 Edward Imperatore/Scott Hartman/Jared Lenow
                                 Assistant United States Attorneys
                                 (212) 637-2327/2527/1068

cc: All counsel (by ECF)