

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 7, 2021

BY ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Neil Cole, 19 Cr. 869 (ER)

Dear Judge Ramos:

In light of the Government's pending motion to adjourn the trial and the uncertainty of the existing trial date, including the fact that this trial is currently scheduled as a back-up to another matter, the Government respectfully requests that the Court suspend the pretrial schedule currently in place in this matter pending the conference scheduled for this Friday, June 11, 2021. The Government will await the Court's decision on this request before making its production of exhibits and 3500 material.
.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: ___/s/_____
Edward Imperatore/Scott Hartman/Jared Lenow
Assistant United States Attorneys
(212) 637-2327/2527/1068

cc: All counsel (by ECF)

The deadline for motions in limine and proposed voir dire, jury instructions, and verdict sheets is stayed and will be reset at the June 11, 2021 conference. The Clerk of Court is respectfully directed to terminate the motion. Doc. 85.

So ordered.

_____
Edgardo Ramos, U.S.D.J
Dated: 6/7/2021
New York, New York