UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                       :

UNITED STATES OF AMERICA          :   ECF Case

                                               :   19 Cr. 869 (ER)

        - v. -                                  :
                                               :   **NOTICE OF APPEARANCE**
NEIL COLE,                              :   **AND REQUEST FOR**
                                               :   **ELECTRONIC**
              Defendant.                :   **NOTIFICATION**
                                               :
                                               :
------------------------------------------------------------------- X

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                    Respectfully submitted,

                                                    AUDREY STRAUSS
                                                    United States Attorney for the
                                                    Southern District of New York


                                              by:   /s/ Noah Solowiejczyk
                                                      Noah Solowiejczyk
                                                      Assistant United States Attorney
                                                      (212) 637-2473

TO:    All counsel (by ECF)