UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -

NEIL COLE,

                Defendant.
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __9/9/2021__

**SCHEDULING NOTICE**

19 Cr. 0869 (ER)

A final pretrial conference will be held on **September 30, 2021 at 2:00 p.m.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 318.

Dated:  September 9, 2021
          New York, New York

                                        s/ Jazmin Rivera
                                        Jazmin Rivera, Courtroom Deputy