UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         v.<br><br>NEIL COLE,<br><br>              Defendant. | 19 Cr. 869 (ER) |

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF FINANCIAL RESOURCES AND PERSONAL SPENDING**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendant Neil Cole will move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, on a date and time to be determined by the Court, for an order granting Mr. Cole's Motion *in Limine* to Exclude Evidence of Financial Resources and Personal Spending, and for such other relief as the Court may deem just and proper.

Dated:  September 10, 2021                                    PAUL, WEISS, RIFKIND,
                                                                                                                   WHARTON & GARRISON LLP

                                                                                                                    By:  <u>/s/ Lorin L. Reisner</u>
                                                                                                                       Lorin L. Reisner
                                                                                                                       Richard C. Tarlowe
                                                                                                                       Andrew D. Reich
                                                                                                                       1285 Avenue of the Americas
                                                                                                                       New York, New York 10019-6064
                                                                                                                       T:  212-373-3000

                                                                                                          *Attorneys for Neil Cole*