UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            v.<br><br>NEIL COLE.<br><br>            Defendant. | 19 Cr. 869 (ER) |

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PRIOR SEC INVESTIGATION AND SETTLEMENT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, together with the attached exhibits, defendant Neil Cole will move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York, on a date and time to be determined by the Court, for an order granting Mr. Cole's Motion *in Limine* to Exclude Evidence of Prior SEC Investigation and Settlement, and for such other relief as the Court may deem just and proper.

| | |
|---|---|
| Dated:  September 10, 2021 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By: <u>/s/ Lorin L. Reisner</u><br>    Lorin L. Reisner<br>    Richard C. Tarlowe<br>    Andrew D. Reich<br>    1285 Avenue of the Americas<br>    New York, New York 10019-6064<br>    T:  212-373-3000<br><br>*Attorneys for Neil Cole* |