# Exhibit E

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**OMB APPROVAL**
OMB Number: 3235-0287
Estimated average burden hours per response: 0.5

| 1. Name and Address of Reporting Person* **COLE NEIL** | 2. Issuer Name **and** Ticker or Trading Symbol **ICONIX BRAND GROUP, INC.** [ ICON ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) C/O ICONIX BRAND GROUP, INC. 1450 BROADWAY | 3. Date of Earliest Transaction (Month/Day/Year) 10/31/2014 | X Director  ☐ 10% Owner  X Officer (give title below)  ☐ Other (specify below)  **See Remarks** |
| (Street) NEW YORK  NY  10018 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person  ☐ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/31/2014 | | M | | 200,000 | A | $10 | 2,271,779[1] | D | |
| Common Stock | 10/31/2014 | | S | | 200,000 | D | $39.51 | 2,071,779[1] | D | |
| Common Stock | 10/31/2014 | | M | | 800,000 | A | $4.62 | 2,871,779[1] | D | |
| Common Stock | 10/31/2014 | | S | | 800,000 | D | $39.51 | 2,071,779[1] | D | |
| Common Stock | | | | | | | | 10,000 | I | As custodian for children[2] |
| Common Stock | | | | | | | | 15,194 | I | By 401(k) Plan |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Right to Buy (common stock) | $4.62 | 10/31/2014 | | M | | | 800,000 | 03/29/2005 | 03/29/2015 | Common Stock | 800,000 | $0.00 | 0 | D | |
| Right to Buy (common stock) | $10 | 10/31/2014 | | M | | | 200,000 | 12/28/2005 | 12/28/2015 | Common Stock | 200,000 | $0.00 | 0 | D | |

**Explanation of Responses:**

1. Includes 1,181,684 unissued shares underlying RSUs that were granted to the reporting person pursuant to the terms of his 2008 employment agreement with the issuer and a related RSU Agreement.
2. The filing of the Statement shall not be construed to mean that the reporting person is, for purposes of Section 16 of the Securities and Exchange Act of 1934 (as amended), the beneficial owner of the common stock. These shares of common stock represent 10,000 shares owned by one of the reporting person's children.

**Remarks:**
CEO and President

| /s/ Neil Cole | 11/04/2014 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**