UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    v.<br><br>NEIL COLE,<br><br>                    Defendant. | 19 Cr. 869 (ER) |

## PROPOSED VERDICT FORM

**PLEASE CHECK YOUR ANSWERS AS TO EACH**

**The Jury's verdict must be unanimous on each count**

1. On Count One, the charge of conspiracy to commit securities fraud, to make false filings with the SEC and to improperly influence the conduct of audits, we the jury find Neil Cole:

    Not Guilty _____          Guilty _____

2. On Count Two, the charge of securities fraud, we the jury find Neil Cole:

    Not Guilty _____          Guilty _____

3. On Count Three, the charge of making false filings with the SEC in connection with Iconix's Form 8-K attaching a press release reporting financial results for the second quarter of 2014, we the jury find Neil Cole:

    Not Guilty _____          Guilty _____

4. On Count Four, the charge of making false filings with the SEC in connection with Iconix's Form 10-Q for the second quarter of 2014, we the jury find Neil Cole:

    Not Guilty _____          Guilty _____

5. On Count Five, the charge of making false filings with the SEC in connection with Iconix's Form 8-K attaching a press release reporting financial results for the third quarter of 2014, we the jury find Neil Cole:

   Not Guilty _____          Guilty _____

6. On Count Six, the charge of making false filings with the SEC in connection with Iconix's Form 10-Q for the third quarter of 2014, we the jury find Neil Cole:

   Not Guilty _____          Guilty _____

7. On Count Seven, the charge of making false filings with the SEC in connection with Iconix's Form 8-K attaching a press release reporting financial results for the full year 2014, we the jury find Neil Cole:

   Not Guilty _____          Guilty _____

8. On Count Eight, the charge of making false filings with the SEC in connection with Iconix's Form 10-K for the year 2014, we the jury find Neil Cole:

   Not Guilty _____          Guilty _____

9. On Count Nine, the charge of improperly influencing the conduct of audits, we the jury find Neil Cole:

   Not Guilty _____          Guilty _____

10. On Count Ten, the charge of conspiracy to destroy, alter and falsify records in a federal investigation, we the jury find Neil Cole:

    Not Guilty _____          Guilty _____

_____
FOREPERSON

_____
DATE/TIME