

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2021

BY ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Neil Cole, 19 Cr. 869 (ER)

Dear Judge Ramos:

The Government respectfully submits the attached proposed verdict form.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  __/s/_____
Scott Hartman/Andrew Thomas/Noah Solowiejczyk
Assistant United States Attorneys
(212) 637-2357 / 2106 / 2473

cc: Counsel for Neil Cole (by ECF)