UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

UNITED STATES OF AMERICA                    :

   -v.-                                                          :

NEIL COLE,                                                      :

          Defendant.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**VERDICT FORM**

19 Cr. 869 (ER)

Do <u>not</u> write anything on this form except to check a response or to sign and date the form.

### **COUNT ONE**

On Count One, which charges the defendant with conspiring to commit securities fraud, make false filings with the Securities and Exchange Commission, and improperly influence the conduct of audits, we the jury find NEIL COLE, the defendant:

        Guilty_____          Not Guilty_____

### **COUNT TWO**

On Count Two, which charges the defendant with securities fraud, we the jury find NEIL COLE, the defendant:

        Guilty_____          Not Guilty_____

### **COUNT THREE**

On Count Three, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the three- and six-month periods ending in June 30, 2014, we the jury find NEIL COLE, the defendant:

        Guilty_____          Not Guilty_____

### **COUNT FOUR**

On Count Four, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 10-Q filed by Iconix for the second quarter of 2014, we the

jury find NEIL COLE, the defendant:

Guilty_____        Not Guilty_____

## **COUNT FIVE**

On Count Five, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the three- and nine-month periods ending in September 30, 2014, we the jury find NEIL COLE, the defendant:

Guilty_____        Not Guilty_____

## **COUNT SIX**

On Count Six, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 10-Q filed by Iconix for the third quarter of 2014, we the jury find NEIL COLE, the defendant:

Guilty_____        Not Guilty_____

## **COUNT SEVEN**

On Count Seven, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the full year 2014, we the jury find NEIL COLE, the defendant:

Guilty_____        Not Guilty_____

## COUNT EIGHT

On Count Eight, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection the Form 10-K filed by Iconix for the full year 2014, we the jury find NEIL COLE, the defendant:

Guilty_____          Not Guilty_____

## COUNT NINE

On Count Nine, which charges the defendant with misleading the conduct of audits, we the jury find NEIL COLE, the defendant:

Guilty_____          Not Guilty_____

## COUNT TEN

On Count Ten, which charges the defendant with conspiring to destroy, alter, and falsify records in a federal investigation conducted by the Securities and Exchange Commission Division of Corporate Finance, we the jury find NEIL COLE, the defendant:

Guilty_____          Not Guilty_____

## FINAL INSTRUCTION

Please stop.   Please sign the form and notify the Marshal that you have reached a verdict.

_____          _____
FOREPERSON                               DATE

3