**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3035

WRITER'S DIRECT FACSIMILE
(212) 492-0035

WRITER'S DIRECT E-MAIL ADDRESS
rtarlowe@paulweiss.com

September 22, 2021

**Via ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

      We represent Neil Cole in the above-captioned matter.  In connection with Mr. Cole's Motion to Compel the Government to Immunize Certain Witnesses, and pursuant to the Protective Order filed in this case (ECF No. 15 ¶ 9), we respectfully request permission to (i) file Exhibits A–C under seal; and (ii) redact portions of Exhibit D to the motion.

      We are providing to Your Honor's chambers and to the government unredacted copies of the filing.

Respectfully submitted,

/s/ Richard C. Tarlowe
Richard C. Tarlowe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 9/23/2021

**MEMO ENDORSED**

The government is directed to respond.

_____
Edgardo Ramos, U.S.D.J
Dated:  9/23/2021
New York, New York