As of November 5, 2014

ASSETS

| | Available Balance (U$D) | Note |
|---|---|---|
| **Chase: Checking & Savings** | | |
| Chase Checking #1337 | 246,075.01 | |
| Chase Joint #1345 | 28,881.19 | |
| Chase Savings #3892 | 102,537.47 | |
| *Wells Fargo, NRC account* | 26,419.00 | |
| Chase Savings #3272 | 32.13 | |
| Total: | 403,944.80 | |

**Chase Alternative Assets:** (Market Values)

| | | |
|---|---|---|
| Och-Ziff Private Investors (OZDPII) — Multi Strt | 1,245,323.00 | |
| York Credit Opportunities Fund — Sobre-Like | 589,350.00 | |
| JPM Access Growth Fund * — 600 LEs manifest | 629,167.69 | (ist) → children's fund |
| Fixed income/ cash reserve — Global | 119,029.72 | |
| Total (Market Values*): | 2,582,870.41 | |

**EQUITY (Values)**

| | | |
|---|---|---|
| ICON Options Value | 34,104,000.00 | * --> $28mm cash/ $18mm after taxes** |
| ICON RSU Shares Value (total vested + unvest) | 68,996,104.35 | Vested = 37,634,264.07 |
| ICON STA (Vested value**) | 0.00 | |
| ICON Shares at JPMorgan-Chase | 28,572,313.77 | |
| Total: | 131,672,418.12 | |

[handwritten: 400m showing / ICON PS(?)/21 / conj Feb]

**Hedge Funds**

| | | |
|---|---|---|
| Spencer Capital Opportunity Fund | 2,000,340.27 | |
| LIS Eq | 2,000,340.27 | |

**Life Insurance Policies** (Cash Values)

| | | |
|---|---|---|
| 93631108A | 343,259.85 | |
| 203058812A | 214,572.32 | |
| | 557,832.17 | |

**401k Savings Plans**

| | | |
|---|---|---|
| Candie's Inc. — Eq | 1,113,589.53 | Statements ICON |
| ING (ADP Plan) | 271,161.44 | |
| | 1,384,750.97 | |

**Real Estate**

| | | |
|---|---|---|
| NYC Condo | 20,000,000.00 | |
| Bridgehampton | 10,000,000.00 | MTGE? 400m |
| | 30,000,000.00 | |

**Total Assets**   168,602,156.74

**LIABILITIES**

Mortgages

| | | |
|---|---|---|
| Condo 1 | 5,200,000.00 → NYC House | Bridge |
| 29 WP | 5,000,000.00 → House | |
| Condo 2 | 2,100,000.00 | c 4% = 492,000 yr cost? |
| | 12,300,000.00 | |
| JPM Line | 6,000,000.00 | e ? = 240,000 |
| [LIBOR + 1%] | | |
| **Total liabilities** | 18,300,000.00 | |

Consolidated Total    150,302,156.74

[handwritten: 18mm → net price / 10mm → 4/15 → 73,11 ]

GOVERNMENT EXHIBIT 1504  19 Cr. 869 (ER)

FOIA Confidential Treatment Requested by Marc Karetsky                    MK-SEC_0000088