## UNANIMOUS WRITTEN CONSENT
## OF THE COMPENSATION COMMITTEE OF
## ICONIX BRAND GROUP, INC.
## TO ACTION TAKEN IN LIEU OF MEETING

We, the undersigned, being all of the members of the Compensation Committee (the "**Committee**") of Iconix Brand Group, Inc., a corporation organized under the laws of the State of Delaware (the "**Company**"), do hereby consent, pursuant to Section 141(f) of the Delaware General Corporation Law, to the adoption of the following resolutions by the Committee and that such action be taken without a meeting pursuant to said Section 141(f):

**WHEREAS**, the Company has entered into employment agreements with (i) Neil Cole, its Chief Executive Officer, dated January 28, 2008, as amended on May 21, 2008, December 24, 2008 and June 17, 2011 (the "**Cole Employment Agreement**"); (ii) Jeff Lupinacci, its Chief Financial Officer, dated March 18, 2014 (the "**Lupinacci Employment Agreement**"); (iii) Seth Horowitz, its Chief Operating Officer, dated April 2, 2012, as amended on March 18, 2014 (the "**Horowitz Employment Agreement**"); (iv) Leigh Anne Brodsky, its Managing Director, Peanuts Worldwide and Entertainment Division, dated December 14, 2012 (the "**Brodsky Employment Agreement**"); (v) Dari Marder, its Chief Marketing Officer, dated March 11, 2010, as amended on February 1, 2013 (the "**Marder Employment Agreement**"); (vi) Lanie List, its Chief Merchandising Officer, dated December 22, 2009, as amended on October 26, 2012 (the "**List Employment Agreement**"); (vii) Willy Burkhardt, its Managing Director of International, dated May 22, 2014 and effective as of May 30, 2014 (the "**Burkhardt Employment Agreement**"); (viii) David Blumberg, its Head of Strategic Development, dated March 5, 2012 and effective as of January 1, 2012, as amended February 2013 and effective as of February 1, 2013 (the "**Blumberg Employment Agreement**"); (ix) Jason Schaefer, its General Counsel dated August 19, 2013 (the "**Schaefer Employment Agreement**"); and (x) Andy



FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.     ICON-124-00103469

Dunkley, its Senior Vice President of Red Diamond Holdings, dated February 25, 2013 and effective as of March 1, 2013 (the "***Dunkley Employment Agreement***"); and

WHEREAS, pursuant to the Cole Employment Agreement, Mr. Cole is eligible to receive certain annual cash bonuses (collectively, an "***Annual Cash Bonus***") for the calendar year ending on December 31, 2014, based on the achievement of certain pre-established targets as set forth in the Cole Employment Agreement; and

WHEREAS, the Cole Employment Agreement further provides for the vesting of certain performance stock units ("***PSUs***") granted to Mr. Cole subject to the achievement of certain pre-established annual performance goals for the calendar year ending on December 31, 2014, as described in the Cole Employment Agreement; and

WHEREAS, pursuant to the Brodsky Employment Agreement, Ms. Brodsky is eligible to receive an Annual Cash Bonus for the calendar year ending on December 31, 2014, subject to the achievement of certain pre-established targets as set forth in the Brodsky Employment Agreement; and

WHEREAS, the Lupinacci Employment Agreement, the Horowitz Employment Agreement, the Marder Employment Agreement, the List Employment Agreement, the Burkhardt Employment Agreement, the Blumberg Employment Agreement, the Schaefer Employment Agreement and the Dunkley Employment Agreement provide for the vesting of certain PSUs subject to the achievement of certain pre-established annual performance goals for the calendar year ending on December 31, 2014, as described in each employment agreement, respectively; and

WHEREAS, the Company has entered into PSU agreements with (i) Mr. Horowitz, dated July 1, 2013 (the "***Horowitz PSU Agreement***"); (ii) Ms. Brodsky, dated July 1,

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.                    ICON-124-00103470

2013 (the "***Brodsky PSU Agreement***"); and (iii) Mr. Dunkley, dated February 25, 2013 (the "***Dunkley PSU Agreement***"); and

**WHEREAS**, the Horowitz PSU Agreement, the Brodsky PSU Agreement and the Dunkley PSU Agreement provide for the vesting of certain PSUs subject to the achievement of certain pre-established annual performance goals for the calendar year ending on December 31, 2014, as described in each PSU agreement, respectively; and

**WHEREAS**, the Company has established a multi-year Long Term Incentive Plan which provides for the annual vesting of certain PSUs for twenty-one (21) of the Company's senior level employees who are not also executive officers of the Company (the "***LTIP***"), subject to the Company's achievement of certain pre-established annual performance goals; and

**WHEREAS**, **Exhibit A** attached hereto sets forth a summary of (i) the Annual Cash Bonus payable to Mr. Cole and Ms. Brodsky for the 2014 calendar year, based on the achievement of the applicable targets set forth in their respective employment agreements; (ii) the PSUs for the 2014 calendar year that are eligible for vesting for each of Mr. Cole, Mr. Lupinacci, Mr. Horowitz, Ms. Marder, Ms. List, Mr. Burkhardt, Mr. Blumberg, Mr. Schaefer and Mr. Dunkley, based on the achievement of the performance goals set forth in their respective employment agreements; (iii) the PSUs for the 2014 calendar year that are eligible for vesting for each of Mr. Horowitz, Ms. Brodsky and Mr. Dunkley, based on the achievement of the performance goals set forth in their respective PSU agreements; and (iv) the aggregate amount of PSUs for the 2014 calendar year that are eligible for vesting for all twenty-one (21) LTIP participants, based on the achievement of the applicable targets set forth in the LTIP; and

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.                    ICON-124-00103471

**WHEREAS**, the summary set forth on **Exhibit A** has been prepared based on the financial statements of the Company approved by the Company's Board of Directors for incorporation into the Company's Form 10-K for the fiscal year ended December 31, 2014; and

**NOW, THEREFORE, BE IT**

**RESOLVED**, that the Committee hereby approves and certifies (i) the Annual Cash Bonus payable to Mr. Cole and Ms. Brodsky for the calendar year ending on December 31, 2014 pursuant to their respective employment agreements; (ii) the vesting of the PSUs for the calendar year ending on December 31, 2014 for each of Mr. Cole, Mr. Lupinacci, Mr. Horowitz, Ms. Marder, Ms. List, Mr. Burkhardt, Mr. Blumberg, Mr. Schaefer and Mr. Dunkley pursuant to their respective employment agreements; (iii) the vesting of PSUs for the calendar year ending on December 31, 2014 for Mr. Horowitz, Ms. Brodsky and Mr. Dunkley pursuant to their respective PSU agreements; and (iv) the vesting of an aggregate amount of 63,000 PSUs to be awarded to the twenty-one (21) LTIP participants for the calendar year ending on December 31, 2014 pursuant to the LTIP, all as set forth more specifically on **Exhibit A** attached hereto.

This Unanimous Written Consent may be executed in counterparts, each of which when so executed and delivered shall constitute a complete and original instrument but all of which together shall constitute one and the same document.

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.   ICON-124-00103472

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent on the _____ day of March 2015.

_____
Mark Friedman

_____
Peter Cuneo

_____
Barry Emanuel

5

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent on the _____ day of March 2015.

_____
Mark Friedman

*/s/ Peter Cuneo*
_____
Peter Cuneo

_____
Barry Emanuel

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.                    ICON-124-00103474

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent on the ____ day of March 2014.

_____
Mark Friedman

_____
Peter Cuneo

_____
Barry Emanuel

# EXHIBIT A

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.

ICON-124-00103476

# Executive Performance Bonuses - 2014



| | Per | Cash | Shares | Pages |
|---|---|---|---|---|
| Neil Cole | Contract | $1,125,000 | 227,687 | 2, 3, 6 |
| David Blumberg | Contract | | 29,626 | 4, 6 |
| Lanie List | Contract | | 50,000 | 4, 6, 9 |
| Dari Marder | Contract | | 50,000 | 4, 6, 9 |
| Jason Schaefer | Contract | | 11,896 | 4, 6 |
| Jeff Lupinacci | Contract | | 7,915 | 5, 6 |
| Willy Burkhardt | Contract | | 3,003 | 5, 6, 7 |
| Seth Horowitz | Contract | | 8,097 | 5, 6 |
| | PSU Program | | 8,400 | 11 |
| Leigh Anne Brodsky | Contract | $366,666 | | 8 |
| | PSU Program | | 8,400 | 11 |
| Andy Dunkley | Contract | | 5,081 | 10 |
| | PSU Program | | 5,600 | 11 |
| All Other Employees | PSU Program | | 63,000 | 11 |
| **Total** | | **$1,491,666** | **478,706** | |

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.   ICON-124-00103477

2

# Neil Cole - 2014 Cash Bonus Calculation

| | |
|---|---|
| Actual EBITDA | 263,783 |

| | |
|---|---|
| Budgeted EBITDA | 270,194 |
| % Achieved | 98% |

| Target Level | % of Base | EBITDA | Bonus |
|---|---|---|---|
| <80% | 0% | | - |
| 80% | 50% | 216,155 | 750 |
| 90% | 75% | 243,175 | 1,125 |
| 100% | 100% | 270,194 | 1,500 |
| 105% | 120% | 283,704 | 1,800 |
| 110% | 145% | 297,213 | 2,175 |
| 115% | 170% | 310,723 | 2,550 |
| 120% + | 200% | 324,233 | 3,000 |

| | |
|---|---|
| Cash Bonus | 1,125 |

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.

ICON-124-00103478

## Neil Cole - 2014 EBITDA & EPS Calculation

| | EBITDA |
|---|---|
| Actual | 303,783 |

| | EPS |
|---|---|
| | $2.66 |

Less:
Extraordinary Events (a)  -$0.42
Adjusted  $2.24

### EBITDA

| | Threshold 5% | Target 10% |
|---|---|---|
| 2011 | 229,558 | |
| 2012 | 241,036 | 252,514 |
| 2013 | 253,088 | 277,765 |
| 2014 | 265,742 | 305,542 |

### EPS

| | Threshold 5% | Target 10% |
|---|---|---|
| | $1.49 | |
| | $1.56 | $1.64 |
| | $1.64 | $1.80 |
| | $1.72 | $1.98 |

### Calculation

| | | | |
|---|---|---|---|
| | 50% | | 50% |
| Actual EBITDA | 263,783 | Actual / Adjust EPS | $2.24 |
| Threshold EBITDA | 265,742 | Threshold EPS | $1.72 |
| % | | % | |
| Target EBITDA | 305,542 | Target EPS | $1.98 |
| Threshold EBITDA | 265,742 | Threshold EPS | $1.72 |
| % Achieved | 48% | % Achieved | 151% |
| EBITDA Shares | - | EPS Shares | 113,843 |

(a) ILA consolidation in March 2014 contributed to $37.9m in pre-tax GAAP Income

## 2012 Base Year PSU - 2014 EBITDA & EPS Calculation

| | EBITDA |
|---|---|
| Actual | 263,783 |

Less:
Extraordinary Events (a)  -$0.42
Adjusted  $2.24

| | EPS |
|---|---|
| | $2.66 |

### EBITDA

| | Threshold | Target |
|---|---|---|
| | 5% | 10% |
| 2012 | 216,963 | |
| 2013 | 227,911 | 238,659 |
| 2014 | 239,201 | 262,525 |

### EPS

| | Threshold | Target |
|---|---|---|
| | 5% | 10% |
| | $1.52 | |
| | $1.60 | $1.67 |
| | $1.68 | $1.84 |

### Calculation

|  | EBITDA | | EPS | |
|---|---|---|---|---|
| Actual EBITDA | 263,783 | Actual / Adjust EPS | $2.24 |
|   ÷ | | ÷ | |
| Threshold EBITDA | 239,201 | Threshold EPS | $1.68 |
|   % | | % | |
| Target EBITDA | 262,525 | Target EPS | $1.84 |
|   − | | − | |
| Threshold EBITDA | 239,201 | Threshold EPS | $1.68 |
| % Achieved | 103% | % Achieved | 22% |

| | EBITDA | | | EPS | |
|---|---|---|---|---|---|
| David Blumberg | EBITDA Shares | 9,875 | | EPS Shares | 9,875 |
| Lamie List | EBITDA Shares | 11,111 | | EPS Shares | 11,111 |
| Dari Marder | EBITDA Shares | 11,111 | | EPS Shares | 11,111 |
| Jason Schaefer | EBITDA Shares | 3,965 | | EPS Shares | 3,965 |
| | Total EBITDA Shares | 36,063 | | Total EPS Shares | 36,063 |

(a) ILA consolidation in March 2014 contributed to $37.9m in pre-tax GAAP Income

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.          ICON-124-00103480

## 2013 Base Year PSU- 2014 EBITDA & EPS Calculation

|  | EBITDA |  | EPS |
|---|---|---|---|
| Actual | 263,783 |  | $2.66 |

Less:
Extraordinary Events (a)   -$0.42
Adjusted   $2.24

| EBITDA | Threshold 5% | Target 10% | | EPS | Threshold 5% | Target 10% |
|---|---|---|---|---|---|---|
| 2013 | 262,943 | | | | $2.11 | |
| 2014 | 276,090 | 289,237 | | | $2.21 | $2.32 |

### Calculation

| | | | | | |
|---|---|---|---|---|---|
| | 50% | | | 50% | |
| | + | | | + | |
| | 50% | | | 50% | |
| | × | | | × | |
| Actual EBITDA | 263,783 | | Actual / Adjust EPS | $2.24 | |
| Threshold EBITDA | 276,090 | | Threshold EPS | $2.21 | |
| % | | | % | | |
| Target EBITDA | 289,237 | | Target EPS | $2.32 | |
| Threshold EBITDA | 276,090 | | Threshold EPS | $2.21 | |
| % Achieved | 3% | | % Achieved | 64% | |

| | | |
|---|---|---|
| Seth Horowitz | EBITDA Shares - | EPS Shares 3,148 |
| Jeff Lupinacci | EBITDA Shares - | EPS Shares 3,077 |
| Willy Burkhardt | EBITDA Shares - | EPS Shares 412 |
| | Total EBITDA Shares - | Total EPS Shares 6,638 |

(a) ILA consolidation in March 2014 contributed to $37.9m in pre-tax GAAP Income

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.                    ICON-124-00103481

## 2014 Free Cash Flow Calculation

Actual Free-Cash Flow: 227,585

| | Target FCF | % Achieved | Shares |
|---|---|---|---|
| Neil Cole | 125,000 | 182% | 113,844 |
| David Blumberg | 125,000 | 182% | 9,875 |
| Larie List | 125,000 | 182% | 11,111 |
| Dari Marder | 125,000 | 182% | 11,111 |
| Jason Schaefer | 125,000 | 182% | 3,966 |
| Seth Horowitz | 125,000 | 182% | 4,949 |
| Jeff Lupinacci | 125,000 | 182% | 4,837 |
| Willy Burkhardt | 125,000 | 182% | 648 |
| Total Shares | | | 160,342 |

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.　　　ICON-124-00103482

## Willy Burkhardt - International Calculation

Actual Int EBITDA: 28,257

International EBITDA

| | Threshold | Target |
|---|---|---|
| | 5% | 10% |
| 2013 | 23,600 | |
| 2014 | 24,780 | 25,960 |

Calculation

50%

+

50%

x

| | |
|---|---|
| Actual EBITDA | 28,257 |
| Threshold EBITDA | 24,780 |
| % | |
| Target EBITDA | 25,960 |
| Threshold EBITDA | 24,780 |

% Achieved: 197%

Willy Burkhardt: 1,944

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.    ICON-124-00103483

8

# Leigh Anne Brodsky - 2014 Cash Bonus Calculation

| Peanuts Actual EBITDA | 25,621 |
|---|---|
| Peanuts Budgeted EBITDA | 23,564 |
| % Achieved | 109% |

**Leigh Anne's Cash Bonus - based on $550k base salary**

| | | |
|---|---|---|
| 33% Corporate Metrics | 183 | Yes |
| 33% Peanuts Budget - hitting 100% | 183 | Yes |
| 33% Peanuts Budget - hitting 115% | - | No |
| **Total Cash Bonus** | **367** | |

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.　　　ICON-124-00103484

9

## 2014 Women's P&L Calculation

| Women's EBITDA Actual | 118,316 |
| --- | --- |
| Women's EBITDA Budget | 113,242 |
| % Achieved | 104% |

| | Shares |
| --- | --- |
| Lanie List | 16,667 |
| Dari Marder | 16,667 |

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.

ICON-124-00103485

10

## 2014 Lee Cooper P&L Calculation - in Euro's

| Lee Cooper Actual | Revenue | EBITDA |
|---|---|---|
| | €12,666 | €9,601 |

| | Revenue | | | EBITDA | |
|---|---|---|---|---|---|
| | Threshold | Target | | Threshold | Target |
| | | 5% | | | |
| 2013 | €10,483 | €11,007 | | €6,383 | €6,714 |
| 2014 | €13,066 | €13,719 | | €8,761 | €9,192 |

| Revenue / EBITDA Growth | % of Revenue Shares Vested | % of EBITDA Shares Vested |
|---|---|---|
| Less than Thereshold | 0% | 0% |
| At least Thershold but less than Target | 50% | 50% |
| Above Target | 100% | 100% |
| Achieved | Less Than Thereshold | Above Target |

| Andy Dunkley Shares | 5,081 |
|---|---|

## PSU Program - 2012 Base Year

|  | EBITDA |  |  | EPS |  | FCF |
|---|---|---|---|---|---|---|
| Actual | 263,783 |  |  | $2.66 |  | 227,585 |

Less:
Extraordinary Events (a)    -$0.42
Adjusted    $2.24

| | EBITDA | | | EPS | | | |
|---|---|---|---|---|---|---|---|
| | Threshold | Target | | Threshold | Target | | Target |
| | 5% | 10% | | 5% | 10% | | |
| 2012 | 216,962 | | | $1.52 | $1.67 | | |
| 2013 | 227,811 | 238,659 | | $1.60 | | | |
| 2014 | 239,201 | 262,525 | | $1.68 | $1.84 | | 125,000 |

### Calculation

| EPS / EBITDA Growth | % of EBITDA Shares Vested | | % of EPS Shares Vested | | % of FCF Shares Vested |
|---|---|---|---|---|---|
| Less than Threshold | 0% | | 0% | | 0% |
| At least Threshold but less than Target | 50% | | 50% | | 0% |
| Above Target | 100% | | 100% | | 100% |
| | Achieved | Above Target | % Achieved | Above Target | % Achieved | 182% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Seth Horowitz | EBITDA Shares | 2,800 | EPS Shares | 2,800 | FCF Shares | 2,800 |
| Leigh Anne Brodsky | EBITDA Shares | 2,800 | EPS Shares | 2,800 | FCF Shares | 2,800 |
| Andy Dunkley | EBITDA Shares | 1,867 | EPS Shares | 1,867 | FCF Shares | 1,867 |
| All Other Employees | EBITDA Shares | 21,000 | EPS Shares | 21,000 | FCF Shares | 21,000 |
| | Total EBITDA Shares | 28,467 | Total EPS Shares | 28,467 | Total FCF Shares | 28,467 |

(a) ILA consolidation in March 2014 contributed to $37.9mn in pre-tax GAAP Income