| | |
|---|---|
| **From:** | Neil Cole |
| **Sent:** | Friday, January 25, 2013 3:50 AM |
| **To:** | Dari Marder |
| **Subject:** | Re: So... |

Licensing company. Partners with Isaac Mizrahi.

**From:** Dari Marder
**Sent:** Thursday, January 24, 2013 10:28 PM
**To:** Neil Cole
**Subject:** Re: So...

What is he doing now? Besides teaching his son how to be a big douche....he told Zach his dad owns "a big company."

On 1/24/13 9:50 PM, "Neil Cole" <ncole@iconixbrand.com> wrote:

Bob Dloren was an important contributor to our success in that he taught us how to buy companies. I personally have no animosity especially since he failed trying to do what we do.
Although best revenge for those I do will be a 50 dollar stock that they won't participate in.
Although won't argue on kids douce ness.

**From:** Dari Marder
**Sent:** Thursday, January 24, 2013 07:16 PM
**To:** Neil Cole
**Subject:** So...

Zach told me tonite D'Loren's son came up to him at school and asked if I worked at Iconix and when Zach said yes, the kid said well my Dad used to own it. Zach also said this kid tells people the story of how he gets made at his Dad when he brings the wrong Aston Martin to pick him up.
Douche...like his dad.



FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.          ICON-021-00004712