
| | |
|---|---|
| **From:** | Neil Cole |
| **Sent:** | Sunday, September 29, 2013 5:19 PM |
| **To:** | David Blumberg; Seth Horowitz |
| **Subject:** | RE: IMG |

Maybe they get a lot of valuable public stock and those that want to sell can, the rest can watch 1 +1=3 with a strong public multiple.

**From:** David Blumberg
**Sent:** Sunday, September 29, 2013 1:16 PM
**To:** Neil Cole; Seth Horowitz
**Subject:** Re: IMG

Unless you are offering an all (or significant %) stock deal, doesn't help the estate in monetizing the asset.

**From**: Neil Cole
**Sent**: Sunday, September 29, 2013 01:11 PM
**To**: David Blumberg; Seth Horowitz
**Subject**: IMG

How do you think IMG would react to a letter that says
we would like to explore merger opportunities with the company??
Tell them about us and our multiple and why a combined Entity would be great for both shareholders.



FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.　　　　ICON-125-00004098