| | |
|---|---|
| **From:** | Neil Cole |
| **Sent:** | Monday, June 17, 2013 4:18 PM |
| **To:** | Seth Horowitz |
| **Subject:** | Re: Stock? |

Stock is same as cash for value.

----- Original Message -----
From: Seth Horowitz
Sent: Monday, June 17, 2013 12:16 PM
To: Neil Cole
Subject: Stock?

Is there a delta to make up in Iconix stock?  50% cash, 50% stock over x years...in purchase price

Sent from my iPhone



1

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.　　　　ICON-125-00004645