.

| | |
|---|---|
| **From:** | Neil Cole |
| **Sent:** | Tuesday, May 06, 2014 12:20 AM |
| **To:** | Seth Horowitz |
| **Subject:** | RE: Mad Money |

Yes, he is very supportive.
I didn't have to say much since he was a better pitchman then me.
Thanks

-----Original Message-----
From: Seth Horowitz
Sent: Monday, May 05, 2014 8:12 PM
To: Neil Cole
Subject: Mad Money

Just watched it.  Thought you were great.  Cramer is so supportive of the company- and the stock. Really nice.
Seth

1



GOVERNMENT EXHIBIT 1237
19 Cr. 869 (ER)

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.       ICON-125-00003785