**Q2- 2014- Latest Forecast - P&L Summary**
Jun-6-2014

| | Q2 Forecast | Opportunities & Risks | | | INITIATIVES = 17m<br>1. L&F + Middle East<br>2. China + Middle East<br>Q2 Latest | INITIATIVES = 10m<br>1. L&F<br>2. China<br><br>Q2 Latest | INITIATIVES = 13m<br>1. Sanrio<br><br><br>Q2 Latest | INITIATIVES = 20m<br>1. L&F + China<br>2. Middle East + Sanrio<br><br>Q2 Latest | Q2 2013 |
|---|---|---|---|---|---|---|---|---|---|
| | | Middle East JV * | Li & Fung JV* | Other | | | | | |
| **Revenue** | 99,953 | 6,900 | 10,418 | (382) | 116,888 | 109,988 | 112,570 | 119,988 | 115,125 |
| Compensation | 14,714 | | | (971) | 13,743 | 13,743 | 13,743 | 13,743 | 13,050 |
| Advertising | 9,171 | | | (2,031) | 7,140 | 7,140 | 7,140 | 7,140 | 8,448 |
| Other SG&A | 6,737 | | | 1,177 | 7,914 | 7,914 | 7,914 | 7,914 | 8,540 |
| Agent Fees | 3,020 | | | (44) | 2,977 | 2,977 | 2,977 | 2,977 | 2,623 |
| Talent Fees | 8,006 | | | 495 | 8,501 | 8,501 | 8,501 | 8,501 | 8,416 |
| **SG&A** | **41,649** | **0** | **0** | **(1,374)** | **40,275** | **40,275** | **40,275** | **40,275** | **41,077** |
| 84000 - Equity Income in JV | (2,563) | | | (170) | (2,733) | (2,733) | (2,733) | (2,733) | (2,264) |
| 84010 - Minority Interest | 4,223 | | | 341 | 4,565 | 4,565 | 4,565 | 4,565 | 3,680 |
| **EBITDA** | **56,643** | **6,900** | **10,418** | **820** | **74,781** | **67,881** | **70,463** | **77,881** | **72,633** |
| | | | | | 64% | 62% | 63% | 65% | 63% |
| Depreciation & Amortization | 1,449 | | | 223 | 1,672 | 1,672 | 1,672 | 1,672 | 2,533 |
| Net Interest Expense | 20,856 | | | (185) | 20,671 | 20,671 | 20,671 | 20,671 | 13,102 |
| Min Int related to D&A and Int | (366) | | | 124 | (243) | (243) | (243) | (243) | (380) |
| **Net Income Before Taxes** | **34,704** | **6,900** | **10,418** | **659** | **52,681** | **45,781** | **48,363** | **55,781** | **57,378** |
| Taxes | 11,241 | 2,208 | 3,646 | 2,237 | 19,332 | 17,124 | 18,158 | 20,724 | 18,661 |
| **Net Income** | **23,463** | **4,692** | **6,771** | **(1,579)** | **33,348** | **28,656** | **30,205** | **35,056** | **38,717** |
| Adjustments for Non GAAP | 4,307 | | | 0 | 4,307 | 4,307 | 4,307 | 4,307 | 3,934 |
| **Non GAAP** | **27,770** | **4,692** | **6,771** | **(1,579)** | **37,655** | **32,963** | **34,512** | **39,363** | **42,651** |
| Sharecount * | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 54,000 | 58,994 |
| **Non GAAP EPS** | $0.51 | $ 0.09 | $ 0.13 | $ (0.03) | $ 0.70 | $ 0.61 | $ 0.64 | $ 0.73 | $ 0.72 |

| Opp + Risks Breakdown | |
|---|---|
| Target (Mossimo) | (810) |
| GL Damek (Umbro) | (546) |
| Umbro New Business | (467) |
| Confectione Kamerino (Umbro) | (463) |
| Walmart (Starter) | (442) |
| Roc Apparel | (340) |
| Brightstar | (222) |
| Kohl's (Candie's) | (185) |
| Target (Fieldcrest) | (151) |
| Walmart (Danskin) | 364 |
| PacSun (Modern Amusement) | 366 |
| Peanuts Brands | 1,037 |
| ES Originals (Rampage) | 1,209 |
| All Other | (233) |
| **Total** | **(882)**  500 |

**Consensus**
Revenue  116.04m Rev
EPS  $0.67 EPS

**Initiatives**
Middle East = 6.9m
Li & Fung = 10.4m
Umbro China = 10m
Sanrio = 13m

**Assumptions**
• Assumes share price of $42 for incremental converts
• JV close June 30

| | Middle East | Korea | Europe New | Umbro China | Sanrio |
|---|---|---|---|---|---|
| Purchase Price | 15.0 | 3.3 | 7.6 | 12.5 | 13.0 |
| Cost Basis | (8.1) | (0.5) | 0.0 | (2.5) | 0.0 |
| **Net Revenue Gain** | **6.9** | **2.8** | **7.6** | **10.0** | **13.0** |

| | | | | |
|---|---|---|---|---|
| 33.00% | 33.00% | 33.00% | 33.00% | |
| 36.70% | 37.41% | 37.55% | 37.15% | |
| -3.70% | -4.41% | -4.55% | -4.15% | |

GOVERNMENT EXHIBIT 234
19 Cr. 869 (ER)

CONFIDENTIAL

9/16/2021 I 7:02 PM