# Exhibit A



ICON US Equity | 98) Report | 99) Contact IR | Page 1/4 Security Description: Equity

1) Profile | 2) Issue Info | 3) Ratios | 4) Revenue & EPS

ICONIX BRAND GROUP INC                                                    FIGI BBG000D0WML7

Classification Apparel, Footwear & Acc Design

Iconix Brand Group, Inc. manages brands. The Company licenses its brand names to retailers and manufacturers throughout the world. ... More



8) **Price Chart | GP »**

Px/Chg 1D (USD)                              N.A./N.A.
52 Wk H  (01/29/21)                              4.20
52 Wk L  (11/05/20)                              .605
YTD Change/%                                 N.A./N.A.
Mkt Cap  (USD)                                   N.A.
Shrs Out/Float                            14.5M/13.7M
SI/% of Float                             67.3k/0.49%
Days to Cover                                     0.3

9) **Estimates | EE »**

Date          (E)              11/16/21
P/E                                  N.A.
Est P/E   12/21                      N.A.
T12M EPS  (USD)                     -1.59
Est EPS                              N.A.
Est PEG                              N.A.

12) **Dividend | DVD »**

Ind Gross Yield                      N.A.

No cash dividends

13) **Corporate Info**

14) www.iconixbrand.com
New York, NY, US
Empls  101 (12/31/20)

15) **Management | MGMT »**

16) Robert C Galvin "Bob"
    President/CEO
17) John T McClain
    Exec VP/CFO
18) Jaime Sheinheit
    VP:Investor Relations

12M Tot Ret                          N.A.
Beta vs SPX                          1.09

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 4565 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2021 Bloomberg Finance L.P.
SN 1476351 H428-2042-173 28-Sep-21 22:35:31 EDT  GMT-4:00

| ICON US Equity | Export | Settings | | | Page 1/1 | Historical Price Table |

**Iconix Brand Group Inc**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Range | 07/01/2014 - 08/01/2014 | Period | Daily | High | 43.20 on | 07/03/14 | |
| Market | Last Price | Volume | Low | 41.68 on | 07/11/14 | |
| Currency | USD | Average | 42.37 | 404,218 | |
| View | Price Table | Net Chg | -1.17 | -2.71% | |

| | Date | Last Price | Volume | | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 08/01/14 | 42.02 | 376,535 | Fr | 07/11/14 L | 41.68 | 179,684 | | | |
| Th | 07/31/14 | 42.23 | 413,441 | Th | 07/10/14 | 41.91 | 435,239 | | | |
| We | 07/30/14 | 42.83 | 480,797 | We | 07/09/14 | 42.57 | 502,042 | | | |
| Tu | 07/29/14 | 42.44 | 593,196 | Tu | 07/08/14 | 42.26 | 350,663 | | | |
| Mo | 07/28/14 | 42.71 | 536,778 | Mo | 07/07/14 | 42.71 | 404,469 | | | |
| Fr | 07/25/14 | 42.68 | 583,734 | Fr | 07/04/14 | | | | | |
| Th | 07/24/14 | 42.66 | 443,163 | Th | 07/03/14 H | 43.20 | 138,649 | | | |
| We | 07/23/14 | 42.54 | 1,043,710 | We | 07/02/14 | 42.79 | 268,288 | | | |
| Tu | 07/22/14 | 42.14 | 487,875 | Tu | 07/01/14 | 43.19 | 348,885 | | | |
| Mo | 07/21/14 | 42.03 | 274,562 | | | | | | | |
| Fr | 07/18/14 | 42.36 | 399,941 | | | | | | | |
| Th | 07/17/14 | 42.02 | 333,943 | | | | | | | |
| We | 07/16/14 | 41.86 | 258,603 | | | | | | | |
| Tu | 07/15/14 | 41.78 | 282,009 | | | | | | | |
| Mo | 07/14/14 | 41.90 | 160,813 | | | | | | | |

**ICON US Equity** | Export | Settings | Page 1/1 **Historical Price Table**

Iconix Brand Group Inc

| | | | | |
|---|---|---|---|---|
| Range | 10/01/2014 - 10/31/2014 | Period | Daily | High | 40.01 on | 10/31/14 |
| Market | Last Price | Volume | Low | 35.775 on | 10/13/14 |
| Currency | USD | Average | 37.3885 | 751,055 |
| View | Price Table | Net Chg | 3.70 | 10.19% |

| | Date | Last Price | Volume | | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 10/31/14 H | 40.01 | 969,660 | Fr | 10/10/14 | 36.13 | 379,051 | | | |
| Th | 10/30/14 | 40.00 | 835,107 | Th | 10/09/14 | 36.26 | 454,835 | | | |
| We | 10/29/14 | 39.99 | 841,311 | We | 10/08/14 | 37.11 | 404,293 | | | |
| Tu | 10/28/14 | 39.44 | 1,604,508 | Tu | 10/07/14 | 36.57 | 825,585 | | | |
| Mo | 10/27/14 | 37.84 | 634,675 | Mo | 10/06/14 | 37.21 | 751,694 | | | |
| Fr | 10/24/14 | 37.59 | 914,174 | Fr | 10/03/14 | 37.03 | 1,090,352 | | | |
| Th | 10/23/14 | 38.02 | 680,142 | Th | 10/02/14 | 36.27 | 1,156,623 | | | |
| We | 10/22/14 | 37.56 | 504,711 | We | 10/01/14 | 36.31 | 941,336 | | | |
| Tu | 10/21/14 | 37.95 | 522,194 | | | | | | | |
| Mo | 10/20/14 | 37.23 | 550,771 | | | | | | | |
| Fr | 10/17/14 | 36.38 | 559,465 | | | | | | | |
| Th | 10/16/14 | 36.51 | 638,472 | | | | | | | |
| We | 10/15/14 | 36.34 | 1,124,176 | | | | | | | |
| Tu | 10/14/14 | 36.41 | 569,959 | | | | | | | |
| Mo | 10/13/14 L | 35.775 | 321,175 | | | | | | | |