# Exhibit B

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Impact of Alleged Revenue Inflation

**Revenue Inflation**

**Non-GAAP Earnings Per Share ("EPS") Inflation**

**Mr. Cole's Profits from Sale of Iconix Securities**

Effect on Meeting Company Guidance and Analyst Consensus

Effect on Revenue Growth

Effect on Meeting Company Guidance and Analyst Consensus

Effect on EPS Growth

1

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Impact of Alleged Revenue Inflation

**Revenue Inflation**

**Non-GAAP Earnings Per Share ("EPS") Inflation**

**Mr. Cole's Profits from Sale of Iconix Securities**

Effect on Meeting Company Guidance and Analyst Consensus

Effect on Revenue Growth

Effect on Meeting Company Guidance and Analyst Consensus

Effect on EPS Growth

2

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*



*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*



Sources: Page 3, GX-102, GX-104, GX-106.

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Revenue Inflation



*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Revenue Inflation

## Reported Revenue and Revenue Without Inflation

| Period | Revenue | | Inflation | |
|---|---|---|---|---|
| | Reported | Without Inflation | Dollars | Percent |
| 4th Quarter 2013 | $105,264,000 | $103,264,000 | *$2,000,000* | *1.94%* |
| *Full-Year 2013* | $432,626,000 | $430,626,000 | *$2,000,000* | *0.46%* |
| 2nd Quarter 2014 | $118,943,000 | $113,943,000 | *$5,000,000* | *4.39%* |
| 3rd Quarter 2014 | $113,750,000 | $107,750,000 | *$6,000,000* | *5.57%* |
| *Full-Year 2014* | $461,243,000 | $450,243,000 | *$11,000,000* | *2.44%* |

Sources: Pages 4-5.

6

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Impact of Alleged Revenue Inflation

**Revenue Inflation**

**Non-GAAP Earnings Per Share ("EPS") Inflation**

**Mr. Cole's Profits from Sale of Iconix Securities**

Effect on Meeting Company Guidance and Analyst Consensus

Effect on Meeting Company Guidance and Analyst Consensus

Effect on Revenue Growth

Effect on EPS Growth

7

# Iconix: Impact of Revenue Inflation on Meeting Company Guidance and Analyst Consensus

Sources: Page 4, GX-404.

*Privileged and Confidential: Draft Attorney Work Product*     *09/22/2021*

# Iconix: Impact of Revenue Inflation on Meeting Company Guidance and Analyst Consensus



Full-Year Revenue vs. Analyst Consensus

Sources: Page 5, GX-404.

3622-014
Chambarry, Carina
Page 9 of 33

*Privileged and Confidential: Draft Attorney Work Product*                    *09/22/2021*

# Iconix: Impact of Revenue Inflation on Meeting Company Guidance and Analyst Consensus



Full-Year Revenue vs. Company Guidance

Sources: Page 5, GX-104, GX-120.

10

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

## Iconix: Impact of Revenue Inflation on Meeting Company Guidance and Analyst Consensus

**Reported Revenue and Revenue Without Inflation**
**Versus Analyst Consensus and Company Guidance**

| Period | Analyst Revenue Consensus | | Company Revenue Guidance | |
|---|---|---|---|---|
| | **Reported** | **Without Inflation** | **Reported** | **Without Inflation** |
| **4nd Quarter 2013** | BEAT | BEAT | -- | -- |
| *Full-Year 2013* | BEAT | BEAT | WITHIN | WITHIN |
| **2nd Quarter 2014** | BEAT | *MISS* | -- | -- |
| **3rd Quarter 2014** | BEAT | *MISS* | -- | -- |
| *Full-Year 2014* | BEAT | *MISS* | WITHIN | *BELOW* |

Sources: Pages 8-10.

11

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Impact of Alleged Revenue Inflation

**Revenue Inflation**

**Non-GAAP Earnings Per Share ("EPS") Inflation**

**Mr. Cole's Profits from Sale of Iconix Securities**

Effect on Meeting Company Guidance and Analyst Consensus

Effect on Revenue Growth

Effect on Meeting Company Guidance and Analyst Consensus

Effect on EPS Growth

12

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*



Sources: GX-100,GX-102, GX-104.

13

*Privileged and Confidential: Draft Attorney Work Product* 09/22/2021

## Iconix: Impact of Revenue Inflation on Company Revenue Growth



Full-Year Revenue Growth Rate
From Previous Full-Year

Sources: GX-100,GX-106.

14

3622-014
Chambarry, Carina
Page 14 of 33

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Impact of Revenue Inflation on Company Revenue Growth

**Reported Revenue and Revenue Without Inflation**
**Versus Revenue Growth Rate**

| Prior Time Period | | Relevant Time Period | | | | |
|---|---|---|---|---|---|---|
| | | | Reported | | Without Inflation | |
| Time Period | Revenue | Time Period | Revenue | Growth | Revenue | Growth |
| 4th Quarter 2012 | $85,131,000 | 4th Quarter 2013 | $105,264,000 | 23.65% | $103,264,000 | 21.30% |
| Full-Year 2012 | $353,818,000 | Full-Year 2013 | $432,626,000 | 22.27% | $430,626,000 | 21.71% |
| 2nd Quarter 2013 | $115,125,000 | 2nd Quarter 2014 | $118,943,000 | 3.32% | $113,943,000 | -1.03% |
| 3rd Quarter 2013 | $107,175,000 | 3rd Quarter 2014 | $113,750,000 | 6.13% | $107,750,000 | 0.54% |
| Full-Year 2013 | $432,626,000 | Full-Year 2014 | $461,243,000 | 6.61% | $450,243,000 | 4.07% |

Sources: GX-100,GX-102, GX-104, GX-106.

15

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Impact of Alleged Revenue Inflation

**Revenue Inflation**

**Non-GAAP Earnings Per Share ("EPS") Inflation**

**Mr. Cole's Profits from Sale of Iconix Securities**

Effect on Meeting Company Guidance and Analyst Consensus

Effect on Revenue Growth

Effect on Meeting Company Guidance and Analyst Consensus

Effect on EPS Growth

16

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Non-GAAP EPS Inflation

## Calculation of Earnings Per Share



Note: Tax rate is the Full-Year 2014 tax rate based on Non-GAAP items.

Sources: GX-102, GX-104, GX-106, GX-1301.

17

3622-014
Chambarry, Carina
Page 17 of 33

*Privileged and Confidential: Draft Attorney Work Product*                    *09/22/2021*

## Iconix: Non-GAAP EPS Inflation

| Category | 4th Qtr 2013 | Full-Year 2013 | 2nd Qtr 2014 | 3rd Qtr 2014 | Full-Year 2014 |
|---|---|---|---|---|---|
| Revenue Inflation | $2,000,000 | $2,000,000 | $5,000,000 | $6,000,000 | $11,000,000 |
| Costs Linked to Inflation | ($2,000,000) | ($2,000,000) | $0 | $0 | ($3,642,600) |
| Income Inflation Before Taxes | $0 | $0 | $5,000,000 | $6,000,000 | $7,357,400 |
| Taxes (26.53%) | $0 | $0 | ($1,326,504) | ($1,591,805) | ($1,951,924) |
| *Net Income Inflation* | *$0* | *$0* | *$3,673,496* | *$4,408,195* | *$5,405,476* |
| Non-GAAP Diluted Shares | 55,819,000 | 59,390,000 | 52,851,000 | 52,704,000 | 52,257,000 |
| ***Non-GAAP EPS Inflation*** | ***$0.00*** | ***$0.00*** | ***$0.07*** | ***$0.08*** | ***$0.10*** |

Note: Tax rate is the Full-Year 2014 tax rate based on Non-GAAP items.

Sources: GX-102, GX-104, GX-106, GX-1301.

18

*Privileged and Confidential: Draft Attorney Work Product*      *09/22/2021*

# Iconix: Non-GAAP EPS Inflation



Quarterly Non-GAAP Earnings Per Share Inflation

Sources: Page 17, GX-102, GX-104.

19

*Privileged and Confidential: Draft Attorney Work Product*                    *09/22/2021*



Sources: GX-106, p. 17.

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

## Iconix: Non-GAAP EPS Inflation

**Reported Non-GAAP Earnings Per Share and**
**Non-GAAP Earnings Per Share Without Inflation**

| Period | Non-GAAP EPS | | Inflation | |
|---|---|---|---|---|
| | **Reported** | **Without Inflation** | **Dollars** | **Percent** |
| **2nd Quarter 2014** | $0.75 | $0.68 | *$0.07* | *10.21%* |
| **3rd Quarter 2014** | $0.73 | $0.64 | *$0.08* | *13.02%* |
| *Full-Year 2014* | $2.78 | $2.68 | *$0.10* | *3.86%* |

Sources: Pages.18-20.

21

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Impact of Alleged Revenue Inflation

**Revenue Inflation**

**Non-GAAP Earnings Per Share ("EPS") Inflation**

**Mr. Cole's Profits from Sale of Iconix Securities**

Effect on Meeting Company Guidance and Analyst Consensus

Effect on Revenue Growth

Effect on Meeting Company Guidance and Analyst Consensus

Effect on EPS Growth

22

# Iconix: Impact of Non-GAAP EPS Inflation on Meeting Company Guidance and Analyst Consensus

Sources: Page 18, GX-403.

*Privileged and Confidential: Draft Attorney Work Product* *09/22/2021*

## Iconix: Impact of Non-GAAP EPS Inflation on Meeting Company Guidance and Analyst Consensus



Full-Year Non-GAAP Earnings Per Share vs. Analyst Consensus

Sources: Page 19, GX-403.

24

*Privileged and Confidential: Draft Attorney Work Product*                    *09/22/2021*

## Iconix: Impact of Non-GAAP EPS Inflation on Meeting Company Guidance and Analyst Consensus



Full-Year Non-GAAP Earnings Per Share vs. Company Guidance

Sources: Page 19, GX-104.

25

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

## Iconix: Impact of Non-GAAP EPS Inflation on Meeting Company Guidance and Analyst Consensus

**Reported Non-GAAP EPS and Non-GAAP EPS Without Inflation**
**Versus Analyst Consensus and Company Guidance**

| Period | Analyst Revenue Consensus | | Company Revenue Guidance | |
|---|---|---|---|---|
| | **Reported** | **Without Inflation** | **Reported** | **Without Inflation** |
| **2nd Quarter 2014** | BEAT | BEAT | -- | -- |
| **3rd Quarter 2014** | BEAT | BEAT | -- | -- |
| **Full-Year 2014** | BEAT | **MISS** | EXCEED | **BELOW** |

Sources: Pages 22-24.

26

3622-014
Chambarry, Carina
Page 26 of 33

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

# Iconix: Impact of Alleged Revenue Inflation

Revenue Inflation

Non-GAAP Earnings Per Share ("EPS") Inflation

Mr. Cole's Profits from Sale of Iconix Securities

Effect on Meeting Company Guidance and Analyst Consensus

Effect on Revenue Growth

Effect on Meeting Company Guidance and Analyst Consensus

Effect on EPS Growth

27

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*



*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*



Source: GX-106.

29

*Privileged and Confidential: Draft Attorney Work Product*
*09/22/2021*

## Iconix: Impact of Revenue Inflation on Company Non-GAAP EPS Growth

**Reported Earnings Per Share and Earnings Per Share Without Inflation
Versus Revenue Growth Rate**

| Prior Time Period | | Relevant Time Period | | | | |
|---|---|---|---|---|---|---|
| | | | Reported | | Without Inflation | |
| Time Period | EPS | Time Period | EPS | Growth | EPS | Growth |
| **2nd Quarter 2013** | $0.72 | **2nd Quarter 2014** | $0.75 | 4.17% | $0.68 | *-5.49%* |
| **3rd Quarter 2013** | $0.59 | **3rd Quarter 2014** | $0.73 | 23.07% | $0.64 | *8.90%* |
| *Full-Year 2013* | $2.39 | *Full-Year 2014* | $2.78 | 16.33% | $2.68 | *12.01%* |

Sources: GX-102, GX-104, GX-106.

30

Privileged and Confidential: Draft Attorney Work Product

09/22/2021

# Iconix: Impact of Alleged Revenue Inflation

**Revenue Inflation**

**Non-GAAP Earnings Per Share ("EPS") Inflation**

**Mr. Cole's Profits from Sale of Iconix Securities**

Effect on Meeting Company Guidance and Analyst Consensus

Effect on Revenue Growth

Effect on Meeting Company Guidance and Analyst Consensus

Effect on EPS Growth

31

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

## Iconix: Cole's October 31, 2014 Option Exercise and Stock Sale

**Total Inflation Reported to Investors as of October 31, 2014**

| Inflation | 4th Qtr 2013 | 2nd Qtr 2014 | 3rd Qtr 2014 | Total |
|---|---|---|---|---|
| Revenue | $2,000,000 | $5,000,000 | $6,000,000 | **$13,000,000** |
| Non-GAAP EPS | $0.00 | $0.07 | $0.08 | **$0.15** |

Sources: Pages 6 and 21.

32

*Privileged and Confidential: Draft Attorney Work Product*

*09/22/2021*

## Iconix: Cole's October 31, 2014 Option Exercise and Stock Sale

**Neil Cole's October 31, 2014 Option Exercise and Stock Sale**

| Transaction | Shares | Average Price | Proceeds/(Cost) |
|---|---|---|---|
| ***Cost:*** Exercise Options to Acquire Stock | 1,000,000 | $5.696 | ($5,696,000) |
| ***Proceeds:*** Sell Stock at Market Value | (1,000,000) | $39.510 | $39,510,000 |
| ***Net Proceeds*** | | | ***$33,814,000*** |

Sources: GX-108.

33