# EXHIBIT B

ERNST & YOUNG LLP

Candie's Inc.
May 14, 1999
Audit Committee Meeting

Present:

E+Y
- C. Gebbia
- J. David
- L. Sierra
- A. Caporale

Client
- Neil Cole
- L. O'Shaughnessy
- C. Thau (BE counsel)
- M. Tucker (on speaker)
- B. Emmanuel
- J. Papernik (BE counsel)

- Bob Mittman } Tenzer Greenblatt
- Ethan Seer
- Deborah Sorrell
- David Golden

Lou opened mtg.

1. Status of audit – Performed many procedures, not completed or signed off. Open areas are: Barter transactions, Redwood credits + qtrly analysis, F/S + F/N, debt arrangement Covenants, Bongo royalty questions, Will cont. to do search for unrecorded liab, subs. CR for chgbk w/o's, updates for CCM on inventory.

2. Transactions

    A. Barter – Rev. Recognition & valuation issues.
    Various barter trans. – Lucky, slides in 98, slides in 99, 10/98 sale transaction.
    10/98 – Co. sold certain shoes to Intrac for ≈ $19/pair
    Q3 recorded $600K ($3/pair) in prior 98,99 trans.
    $1.2M sale for shoes. – Economic substance is "curious" as Co. has sales orders @ 13-14 but barter gives them $19/pair – Acceleration of revenue to Q3 from Q4 when ultimately shipped. After inquiring of transaction, shoes
    ① stored in trailers – BOL dated 10/98, Intrac didn't accept goods, ret'd in Q4 + sale reversed.

EXHIBIT 8/22/02
NY-6565
Ex. 90 FY

EYC99 000550
CONFIDENTIAL

GOVERNMENT
EXHIBIT
601
19 Cr. 869 (ER)

- Invoice has carton qty's of ≈4200, retn'd receiving report has 4,200, BOL's have ≈5100 - 900 carton unknown as to status
- Trans. draws question from economic substance, rev. recognition & qty amts.

FY98 transactions

EYC99 000551
CONFIDENTIAL

(A) Lucky shoes sold to Intrac, rec'd credits, and credits used in FY99. Shoes sold out of country. Transaction seemed appropriate w/in FY but unsure as to timing w/in yr & qtr reporting since no BOL's available.

(B) Slide shoes - sold for cash & credits ≈ 133K shoes. ≈ $600K of cash and $700K+ credits. No BOL's/freight bills. During FY99 the cash portion was changed to credits. To be sold o/s US - however, sold inside US. Difficulty in valuing transaction. Trans. diff. than PY in that cash went away. Increased skepticism in valuation of transaction. ?? is value of barter credits - Joel Papernik asked if Intrac does this type of transaction & if common - J. David said not unheard of. Some Co's do it and others don't. Intrac confirm referred to agreement w/ respect to cash & agreement is silent as it is to be agreed upon by both parties.

Lou also discussed April & July 98 transactions. Shipping documents available (BOL's) - BOL's say ship to Corelli warehouse in Bridgewater NJ - Receivers from Intrac show rec'd in Loma warehouse (indep. warehouses). Totowa, NJ.

4/98 trans. BOL's look like re-written from an Aug. date. a small piece was shipped in Aug. Do not have original BOL's - only faxes/copies.

In PY. Co. prepared confirm that there was only barter credits & didn't mention cash which was inconsistent w/ agreement of cash & credits. 2 sets of transaction - sale & acctg for quarters & cash, ultimate valuation since no longer cash — In PY said they would fully utilize credits. no BOL's —

Jim David says we don't understand substance of trans. and 4/99 amendment further tries to clarify shipping terms and extends expiration date. Question — Whether any barter transaction should be recognized and valued? J.D - unable to determine FV on date of transaction thus S/B valued @ $0.

B. Redwood - Credits & Relationship.
 - RP as Mark serves on Board & owners of Redwood
 - CY increased use of credits.
 - 2 credits - $1m bus. interr. & $600k volume incentive credit - recorded Q4. Co. learned about them when they reconciled accts @ y/e. Co. explained reasons for $1m relates to chgbk pd to its customers & represents compensation. Booked Q4 Co. suggesting now Q3. 600k incent. also booked Q4 but S/H/B Q3. Not known until rec. done. Not a lot of linkage to chgbks made by Co. compared to $1m credit. Dated 11/1 rec'd in April backup.

EYC99 000552
CONFIDENTIAL

≡ Ernst & Young LLP

- $650K incentive relates to an achievable target and we have a Qtr. question. The $650K relates to a May 98 agreement not surfaced until April 99.
- # of other credits in Q3 for $2.5m – 500-600K for credit dating back to PY for freight Redwood agreed to reimburse Candie's. $1.3m purchase credits for mis-sized goods + $700K for chgbks rec'd from Co. customers. Questions ① $500K freight S/B in PY?
② $1.3m of mis-sized products - any acctg for chgbks to its customers
③ $700K relates to chgbks reimbursed - need to know if any different from $/m chgbks.
④ RP nature of trans.
⑤ Lack of evidence as to Qtr it belongs to
⑥ Dramatic inc in credits in Q3, Q4
⑦ Most suppliers send stmts + apply pymts to invoice - Co. does on acct so can't see appl. of credits - one large rolling balance

- In Q4 Redwood & Co. agreed to build a design room for $2.1m @ same time $1,650 credit they made pymt of $1,650 for $2m purchase of fixed assets - Co. says
※ coincidence - Questioning are credits realizable and when s/b recorded.
JD states - obtained Redwood agreement this wk. Receiving $2m of credits for next 5 years fro. Redwood @ same time we're paying $2m Fixed assets. Could be an acceleration of income.

EYC99 000553
CONFIDENTIAL

ERNST & YOUNG LLP

- Want to test existence of fixed assets
- Need audit evidence for when & realization on Redwood Credits.

### C. Quarters
- What Qtrs does barter belong in?
- Credits - which Qtrs
- Chargebacks - "    "
- ~~Rebates~~
- Chargebacks are rec'd for returned products, EDI, markdown allow, advertising allow.
- Lou discussed Chgbks by quarter in $
- Dramatic skewing to Q4
- Co. discussed valid reasons as to why most Q4.
- We ? whether, doing brief analysis, some of $95 belongs to PQ + we don't know which one
- Some belongs to Q3 & prior to that
- Co. preparing analysis to determine qtrs
- Incremental 3-4m in Q4 that ~~depends~~ may belong to PQ

### 3. Bongo Royalty
- Co. purchased Bongo - dispute on royalty pymts & adv. Bongo was to provide. ??'s acctg for settlement. - JD states if liab extinguished as part of acquisition is it purchase price acctg or forgiveness of debt?

### 4. Recommendations

EYC99 000554
CONFIDENTIAL

- Visit w/ committee & tell of our concerns
- Have Co. seek legal advise to focus on 10/98 barter trans & others, Redwood credits & Qtrs each of which described w/ potential

**≣ ERNST & YOUNG LLP**

of illegal acts - SEC may consider some of these as illegal. Rev. recog & barter trans & mgt of earnings & Otly reptg are SEC focus & believe its prudent that Co. look @ this, - also Bongo RP transaction
- Based on findings, evidence may have scope limitation
- What audit evid. can Co. support these topics as well as review to be performed

NASDAQ has halted trading until some filing is made as to where the Co. stands. The F/S for 98 & Otly may not be relied upon so indefinite suspension of trading.

- JD also mentioned debt default and whether another press release needs to be made. Mittman says no add'l damages to be made since halted trading anyway.
- Neil asked what can be done to get opinion final.

At the conclusion of the meeting, the Board agreed to appoint a Special Committee to follow up on our recommendations. This Committee will be comprised solely of Barry Emmanuel, the only independent board member. He has commented that the Company has agreed to hire Squadron, Ellenoff, Plesent & Sheinfeld LLP as the attorneys to lead the investigation and that the investigation would commence immediately. Squadron inquired if they could use our workpapers to which we agreed w/ appropriate access letters

Prepared by    Index No.
Date           EYC99 000555
               CONFIDENTIAL