PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3250

WRITER'S DIRECT FACSIMILE

(212) 492-0250

WRITER'S DIRECT E-MAIL ADDRESS

lreisner@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ROBERT A. BRITTON
DAVID W. BROWN
WALTER BROWN*+
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*+
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
JOSHUA HILL
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG

DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*+
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN POLLET*+
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
+ADMITTED ONLY TO THE CALIFORNIA BAR

October 3, 2021

**Via ECF**

Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States* v. *Neil Cole,*
             19 Cr. 869 (ER)

Dear Judge Ramos:

         We respectfully submit this letter on behalf of Mr. Cole to provide the Court with additional information, and to address concerns expressed by the Court, regarding our request (unopposed by the government) that the Court seat only jurors who are vaccinated against COVID-19.

         *First*, the Court understandably expressed a concern about the effect that a vaccination requirement may "have on selecting a fair cross-section of [the] community, particularly given the apparent significant disparities in vaccination levels as between white and Black and Hispanic and Asian individuals." (Conference Tr. at 92.)  Based on recent vaccination data, such disparities no longer appear to exist.  A September 28, 2021 nationwide poll from the Kaiser Family Foundation, for example, reported vaccination rates of 71% for white adults, 70% for Black adults, and 73% for Hispanic adults.[1]  Similarly, a September 14, 2021 nationwide poll from the Pew Research Center reported

---

[1]   *See KFF COVID-19 Vaccine Monitor: September 2021*, Kaiser Family Foundation (Sept. 28, 2021), https://www.kff.org/coronavirus-covid-19/poll-finding/kff-covid-19-vaccine-monitor-september-2021/.

Honorable Edgardo Ramos     2

vaccination rates of 72% for white adults, 70% for Black adults, 76% for Hispanic adults, and 94% for Asian adults.[2]

       In New York City in particular, a vaccination requirement is likely to affect relatively few potential jurors. According to the most recent vaccination data from the New York City Department of Health, 83% of adult city residents have had at least one dose of a vaccine.[3] Moreover, the most recent citywide demographic data (which appears to be less current than the overall data) demonstrates shrinking or non-existent disparities in vaccination rates among racial and ethnic groups. The Department of Health reports that the percentage of adult city residents who have received at least one dose of a COVID-19 vaccine is 61% for white residents, 54% for Black residents, 75% for Hispanic residents, and 92% for Asian residents.[4] Accordingly, there does not appear to be a basis to conclude that a vaccination requirement would negatively impact the ability to select a fair cross-section of the community.

       *Second*, the Court noted a concern about requiring potential jurors "to answer whether or not they have been vaccinated." (Conference Tr. at 94.) We respectfully submit that such a question is no more intrusive than other health-related questions included in the standard *voir dire* questionnaire, *e.g.*, Question 47 (asking prospective jurors about any medical conditions that may affect their ability to serve); Question 48 (asking prospective jurors about any medications they take that may affect their ability to serve), or the questions that must be answered by visitors to the courthouse. We also understand that federal regulations scheduled to take effect next month will require that all federal employees be vaccinated, and official guidance from the federal government states that "visitors to federal buildings should be asked to provide information about vaccination status."[5]

       *Third*, there are health and safety concerns about seating unvaccinated jurors for a multi-week trial. COVID rates remain high in the New York City area, and unvaccinated individuals are significantly more likely to contract and spread COVID-19

---

[2]    *See White Evangelical Protestants, Those with No Health Insurance Among Least Likely to Say They Have Received a COVID-19 Vaccine*, Pew Research Center (Sept. 14, 2021), https://www.pewresearch.org/science/2021/09/15/majority-in-u-s-says-public-health-benefits-of-covid-19-restrictions-worth-the-costs-even-as-large-shares-also-see-downsides/ps_2021-09-15_covid19-restrictions_00-05/.

[3]    NYC Dep't of Health, COVID-19 Data: Vaccines, https://www1.nyc.gov/site/doh/covid/covid-19-data-vaccines.page#nyc (last accessed Oct. 3, 2021).

[4]    *Id.*

[5]    Safer Federal Workforce Taskforce, Vaccinations FAQ: Federal Contractors and Visitors, https://www.saferfederalworkforce.gov/faq/vaccinations (last accessed Oct. 3, 2021) (providing further that "[v]isitors who are not fully vaccinated or who decline to provide information about their vaccination status must provide proof of a negative COVID-19 test from no later than the previous 3 days prior to entry to a federal building.").

than vaccinated individuals.[6] We understand that the Southern District recently adopted a policy requiring all judges, employees and contractors working in a federal courthouse in this District to receive COVID-19 vaccinations.[7]

*Finally*, seating unvaccinated jurors could subject jurors (both vaccinated and unvaccinated) to "undue hardship," *see* 28 U.S.C. § 1866(c)(1), and "disrupt the proceedings," *see* 28 U.S.C. § 1866 (c)(2). For example, "if an unvaccinated person were to be a juror there is a substantial likelihood that they could contract and transmit COVID-19 to others, thereby 'disrupt[ing] the proceedings.'" Order Granting Government's Letter in Supp. of Court's Decision at 2, *United States* v. *Elder*, No. 18 Cr. 92 (WFK) (E.D.N.Y. Sept. 3, 2021), ECF No. 328 (Exhibit A). In addition, vaccinated jurors may be reluctant or even unwilling to sit on a jury without assurances that their fellow jurors also are vaccinated. And, if vaccinated jurors were seated without receiving such assurances, there is a serious risk that they will be distracted during trial or deliberations by the prospect of being exposed to COVID-19 from an unvaccinated juror.

These concerns have led other district courts to exercise their "broad discretion" to select a jury by seating only vaccinated jurors, even over the objection of the defendant. *E.g.*, *Elder*, Letters and Orders re Jury Vaccination Requirements, (Sept. 2–3, 2021), ECF Nos. 324–28 (compiled as Exhibit A); *see also United States* v. *Holmes*, No.

---

[6] *See, e.g.*, *Tracking Coronavirus in N.Y.C.*, N.Y. Times, https://www.nytimes.com/interactive/2021/us/new-york-city-new-york-covid-cases.html (last visited Oct. 3, 2021) ("Because of very high Covid-19 transmission in New York City right now, unvaccinated people are at a very high risk."). Vaccines continue to greatly reduce the risk of transmission even against the more transmissible Delta variant. *See* David W. Eyre *et al.*, *The Impact of SARS-CoV-2 Vaccination on Alpha and Delta Variant Transmission* (preprint posted Sept. 29, 2021), https://www.medrxiv.org/content/10.1101/2021.09.28.21264260v1 (concluding from contact testing data that somebody infected with the COVID-19 Delta variant who has received two shots of the Pfizer vaccine is, on average, three times less likely to infect another person than is somebody infected with the COVID-19 Delta variant who has not been vaccinated).

[7] *See* Nate Raymond, *SDNY courthouses Adopt Vaccine Requirement for Employees, Judges*, Reuters (Sept. 20, 2021), https://www.reuters.com/legal/government/sdny-courthouses-adopt-vaccine-requirement-employees-judges-2021-09-20/.

[8] 

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Edgardo Ramos	4

18 Cr. 258 (EJD) (N.D. Cal. Aug. 25, 2021) (government and defendant agreed to exclude nine jurors who said they were not vaccinated).[9]  Here, the application to require that jurors be vaccinated is made by the defendant and unopposed by the government.

        Thank you for your consideration.

        Respectfully submitted,

        <u>/s/ Lorin L. Reisner</u>
        Lorin L. Reisner
        Richard C. Tarlowe

cc:    Counsel of Record (by ECF)

---

[9] Sara Randazzo, *Jury Selection Under Way in Trial of Theranos Founder Elizabeth Holmes*, Wall Street Journal (Aug. 31, 2021), https://www.wsj.com/articles/jury-selection-begins-in-theranos-founder-elizabeth-holmess-trial-11630402202 ("Other questions concerned jurors' comfort level sitting in a courtroom during a pandemic and whether they have been vaccinated against Covid-19.  Prosecutors and attorneys for Ms. Holmes agreed to cut nine jurors who said they weren't vaccinated.").