# EXHIBIT A

From: Ethan Cole <erapcole@gmail.com> – on behalf of – Ethan Cole <erapcole@gmail.com>

Sent: Thursday, August 28, 2014 3:39 PM

To: Jared Margolis <jaredmargolis24@gmail.com>

Subject: Iconix Notes

Attach: Summary of Various AR.doc



Confidential Treatment Requested by Jared Margolis

JM0000026

**Summary of Various Amounts with Iconix**

A.    **$5 Million Overpay from Iconix Korea**

- The $5M overpay from Iconix Korea will be offset by:
    - $2.5M Rocawear
    - $1.0M Zoo York SEA Marketing
    - $1.5M Peanuts China Marketing

B.    **$4.5 Million Proposed Overpay for Umbro / Lee Cooper China**

- The $4.5M overpay for Umbro / Lee Cooper China will be offset by Iconix paying the $4.5M in markdown money to Rainbow

C.    **Additional Amounts – TBD**

- $3.5M in Rocawear royalty for YR2 remains outstanding
- $3.5M in fixtures remains outstanding
- No wiggle room with Iconix Latin America transaction
- Possible wiggle room with Iconix Australia / Japan

Confidential Treatment Requested by Jared Margolis