# EXHIBIT C

| | |
|---|---|
| **From:** | Seth Horowitz [shorowitz@iconixbrand.com] |
| **Sent**: | 9/5/2014 2:30:20 PM |
| **To:** | Joanna Pompilio [jpompilio@iconixbrand.com] |
| **Subject**: | GBG |
| **Attachments:** | GBG.pdf; ATT00001.txt |

Please printout 3 copies and bring into 3B.
Thank you
Seth

GOVERNMENT EXHIBIT 1084
19 Cr. 869 (ER)

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.                    ICON-126-00000282

Wednesday, September 3, 2014

## Iconix/GBG

1. $5m marketing

- $1m Zoo York Europe -
- $2m Peanuts China
- $2m Mossimo SE Asia
- 50% Q3/Q4, 50% prepay

2. JV in China for Umbro and Lee Cooper

- $21.5m 50% JV
- $2.0m contribution guarantee 'in 14
- $2.5m contribution guarantee in '15
- $4.3 payment upon signing.  $1.3m due 12/13/14
- $4.3 payment on anniversary of JV.  $1.1m due 3/31/15 and $1.1m due 6/31/15
- $4.7m on 2nd anniversary of JV
- $4.7m on 3rd anniversary of JV

3. Rocawear Kids Termination Option 1

- $2.5m royalty relief in '14 and transfer on orders to New Rise or TBD
- $3.5m royalty relief in '15
- Approximate $8m backlog transfer to New Rise or TBD
- New Rise purchase approx. $1.5m of existing inventory w/ 90 day payment terms
- Fixture TBD

1

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.                              ICON-126-00000283

Sent from my iPad

FOIA Confidential Treatment Requested by Iconix Brand Group, Inc.	ICON-126-00000284