# Exhibit A

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:     NEIL COLE

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, 500 Pearl Street, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:    If, as, and when Neil Cole testifies.
Appearance Place:   Courtroom 24B, 500 Pearl Street, New York, New York
to testify and give evidence in the following matter:
*United States* v. *Neil Cole*, 19 Cr. 869 (ER)

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

**SEE ATTACHED RIDER.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:  New York, New York
        October 24, 2021



*[signature: Damian Williams / SAH]*

DAMIAN WILLIAMS
*United States Attorney for the
Southern District of New York*

*[signature: Scott Hartman]*
Scott Hartman

Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:   212-637-2357

1

rev. 02.01.12

# RIDER

As used in this rider, the term "document" has the broadest possible meaning, and includes all materials in whatever format (e.g., magnetic electronic, paper, or other), including but not limited to: records, papers, books, files, post-its, calendars, notes, emails, text messages, Bloomberg messages, smartphone application messages, computer files, written materials, photographs, spreadsheets, ledgers, videos, memoranda, diaries, telephone logs, telephone messages, films, and images.

Documents called for in this rider include documents either in your custody or control, including but limited to documents contained in off-site storage, whether physical or computer-based. For example, this subpoena calls for documents contained in off-site physical storage; documents within the custody of others but as to which you have access; and documents stored electronically in internet-based accounts including but not limited to email accounts, facebook, twitter, shutterfly, dropbox, evernote, google drive, google documents, icloud, and any other system to which you have access.

All electronic documents must be produced in their original file format, with preserved metadata reflecting date of creation and other information.

Please produce:

1. All documents reflecting your communications with the following individuals:
   a. David Blumberg
   b. Willy Burkhardt
   c. Dari Marder
   d. Brian Snyderman
   e. David Maslaton
   f. Andrew Jassin
   g. Pauline Israel
   h. Jason Rabin

2. All documents you reviewed or consulted in connection with the quarterly or annual filings of Iconix Brand Group ("Iconix") from January 1, 2013 through the date of your resignation from Iconix.

3. Your personal calendars for the period of June 1, 2013 through the date of your resignation from Iconix.

4. All documents relating to communications between you and any agency or branch of the federal government, including but not limited to the Securities and Exchange Commission ("SEC").

5. All documents relating to Iconix's response to the SEC's Division of Corporate Finance inquiry that occurred in or about late 2014 through 2015.

6. All documents relating to your time working at Iconix that you retained after your resignation from Iconix.

7. All documents relating to your experience with and knowledge of accounting rules related to revenue recognition.

8. All documents reflecting communications between you and any other person about that person's meeting with government authorities, including:
    a. Any efforts to persuade such persons not to speak with government authorities.
    b. Any efforts to influence the information such person would provide to government authorities.
    c. Any efforts to learn what information such persons had provided to government authorities.

9. All documents relating to your resignation from Iconix.

10. All documents relating to communications during the time period between December 2014 and the date of your resignation from Iconix regarding potentially restating certain of Iconix's historical financial statements.

11. All documents relating to your communications with the Board of Directors of Iconix and the Audit Committee of Iconix during the time period of January 1, 2013 through the date of your resignation from Iconix.

12. All documents relating to the negotiation of the Southeast Asia Joint Venture transaction that closed in or about October 2013 ("SEA 1").

13. All documents relating to any consulting services that were ever provided by LF Centennial Limited to Iconix.

14. All documents relating to any consulting services that were ever provided by Li & Fung or any of its affiliates to Iconix.

15. All documents relating to the negotiation of the amendment to the Southeast Asia Joint Venture transaction that closed in or about June 2014 ("SEA 2").

16. All documents relating to Iconix's marketing budget during 2013 and 2014.

17. All documents relating to Iconix's payment for marketing work performed by any third party between January 1, 2013 and July 30, 2015, including but not limited to any invoices and backup documentation submitted in connection with Iconix's payment for such work.

18. All documents relating to Iconix's negotiations with Li & Fung and its affiliates, including, but not limited to, LF Asia Limited and Global Brands Group, regarding amending the Iconix Europe joint venture to include the brand Lee Cooper.

19. All documents relating to the negotiation of the amendment to the Southeast Asia Joint Venture transaction that closed in or about September 2014 ("SEA 3").

20. All documents relating to the negotiation of the Middle East Joint Venture transaction that close in or about December 2014 ("MENA").

21. All documents relating to any witness at the trial of *United States v. Cole*, 19 Cr. 869 (ER).

To the extent you believe that any documents called for by this subpoena are protected from disclosure by any privilege or the work product protection, please provide a privilege log.