PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3250

WRITER'S DIRECT FACSIMILE
(212) 492-0250

WRITER'S DIRECT E-MAIL ADDRESS
lreisner@paulweiss.com

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ROBERT A. BRITTON
DAVID W. BROWN
WALTER BROWN*+
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*+
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
JOSHUA HILL
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*+
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. McCOLM
JEAN M. McLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN POLLET*+
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
+ADMITTED ONLY TO THE CALIFORNIA BAR

October 25, 2021

**Via ECF**

Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

   Re:  *United States* v. *Neil Cole,*
       19 Cr. 869 (ER)

Dear Judge Ramos:

    Although we understand that Your Honor's general practice is to provide a copy of the indictment to the jury, we respectfully submit that, under the circumstances of this case, submitting the indictment to the jury is unnecessary and unfairly prejudicial. The 37-page, speaking indictment is not a "plain, concise" statement of the "essential facts constituting the offense charged." Fed. R. Crim. P. 7(c). It is a piece of persuasive writing setting forth the government's interpretation of the evidence, with descriptive headings and extraneous detail designed to persuade the reader of Mr. Cole's guilt. At a minimum, the jury should receive only a redacted version of the indictment that is limited to the statutory charges.

    The Second Circuit has cautioned against sending indictments into the jury room, "particularly when the indictment does not merely state the statutory charges against the defendant, but additionally contains a running narrative of the government's version of the facts of the case, including detailed allegations of facts not necessary for the jury to find in order to address the elements of the charged offenses." *United States* v. *Esso*, 684 F.3d 347, 352 n.5 (2d Cir. 2012); *see also United States* v. *Van Dyke*, 14 F.3d 415, 423 (8th Cir. 1994) ("[T]he indictment, as the government's formal charging document, gave the jury a one-sided view of the case."); *Getchell* v. *United States*, 282 F.2d 681, 689–90

Honorable Edgardo Ramos     2

(5th Cir. 1960) ("[T]he long recital of the prosecution's theory of fraud contained in the indictment tended to prejudice the defendants."); *United States* v. *Ogbazion*, No. 3:15-CR-104, 2021 WL 3847829, at *17 (S.D. Ohio Aug. 27, 2021) (recognizing that "error may arise from allowing a deliberating jury to see and consider superfluous information, unnecessary to its consideration of the offense at issue").

Accordingly, a number of courts in this District have adopted a general "practice [not] to give 'speaking' indictments to the jury," while others do not send back any indictment, whether speaking or not. *United States* v. *Tuzman*, 301 F. Supp. 3d 430, 453 (S.D.N.Y. 2017) (Gardephe, J.); *see United States* v. *Butler*, 351 F. Supp. 2d 121, 124 (S.D.N.Y. 2004) (Lynch, J.); Trial Tr. at 2107–08, *United States* v. *Petit*, No. 19 Cr. 850 (JSR) (S.D.N.Y. Nov. 11, 2020), ECF NO. 185. Given that the purpose of providing the indictment to the jury is "to facilitate deliberation," *United States* v. *Shellef*, 732 F. Supp. 2d 42, 82 (E.D.N.Y. 2010), there is no reason to include extraneous material that would not assist jurors in keeping straight the different charges and the elements they contain. A redacted version limited to the statutory language would achieve that objective.

In addition to containing unnecessary detail, the indictment in this case includes allegations that are unsupported by the evidence and, in some instances, objectively false. The indictment alleges, for example, that Mr. Cole "touted Iconix's consistent record of . . . meeting or exceeding Wall Street analyst consensus with respect to [revenue and EPS]." Indictment ¶ 12. We are aware of no factual basis for that claim, and there certainly is nothing in the trial record to support it. The indictment also makes the incorrect assertion that Seth Horowitz was the Chief Operating Officer at all times relevant to the indictment when, in fact, he did not become COO until April 2014. Further, the indictment includes express references to information that the Court excluded under Rule 403 due to the risk of unfair prejudice. *See* Indictment ¶ 64.

Rather than visibly redacting the indictment and thus "arous[ing] the jury's curiosity, stimulat[ing] unwarranted speculation, and invit[ing] confusion in deliberations," or redrafting the indictment from scratch to avoid visible redactions and thus drastically altering the charging instrument without resubmitting it to the grand jury, the best course is simply not to submit the indictment. *United States* v. *Fawwaz*, No. S7 98-CR-1023 LAK, 2015 WL 2114914, at *3 (S.D.N.Y. May 6, 2015).

Accordingly, we respectfully submit that the Court should decline to provide a copy of the indictment to the jury or, at a minimum, provide only those portions reciting the relevant statutory language.

    Respectfully submitted,

    /s/ Lorin L. Reisner
    Lorin L. Reisner
    Richard C. Tarlowe