USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                     :

    -v.-                                                          :         VERDICT FORM

NEIL COLE,                                                :         19 Cr. 869 (ER)

        Defendant.                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Do **not** write anything on this form except to check a response or to sign and date the form.

### COUNT ONE

On Count One, which charges the defendant with conspiring to commit securities fraud, make false filings with the Securities and Exchange Commission, and improperly influence the conduct of audits, we the jury find NEIL COLE, the defendant:

      Not Guilty __✓__          Guilty _____

### COUNT TWO

On Count Two, which charges the defendant with securities fraud, we the jury find NEIL COLE, the defendant:

      Not Guilty _____          Guilty _____

### COUNT THREE

On Count Three, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the three- and six-month periods ending in June 30, 2014, we the jury find NEIL COLE, the defendant:

      Not Guilty _____          Guilty _____

### COUNT FOUR

On Count Four, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 10-Q filed by Iconix for the second quarter of 2014, we the

## COUNT EIGHT

On Count Eight, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection the Form 10-K filed by Iconix for the full year 2014, we the jury find NEIL COLE, the defendant:

      Not Guilty_____     Guilty_____

## COUNT NINE

On Count Nine, which charges the defendant with misleading the conduct of audits, we the jury find NEIL COLE, the defendant:

      Not Guilty_____     Guilty_____

## COUNT TEN

On Count Ten, which charges the defendant with conspiring to destroy, alter, and falsify records in a federal investigation conducted by the Securities and Exchange Commission Division of Corporate Finance, we the jury find NEIL COLE, the defendant:

      Not Guilty___✓_____     Guilty_____

_____      11/1/21_____
FOREPERSON                           DATE

3