

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

November 12, 2021

<u>BY ECF AND EMAIL</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

    As the Court is aware, on November 1, 2021, trial in this matter concluded with the jury returning a verdict of not guilty with respect to Counts One and Ten of the operative indictment. The jury was unable to reach a unanimous verdict as to counts Two through Nine, and the Court accordingly declared a mistrial as to those counts.

    With the consent of the defendant, the Government respectfully requests that it be permitted to inform the Court no later than January 15, 2022 how it wishes to proceed with respect to the open counts (Counts Two through Nine). The requested time will permit the Government to consult with the relevant stakeholders and to deliberate adequately before deciding how to proceed in this matter.

    The Government further requests that the Court exclude time under the Speedy Trial Act until January 15, 2022. For the reasons set forth above, the Government submits that the ends of justice served by the requested exclusion outweigh the interests of the public and the defendant in a speedy retrial of the open counts. *See* 18 U.S.C. §§ 3161(e), 3161(h)(7). The defendant consents to the requested exclusion.

> The application is granted. The Government is directed to inform the Court by January 15, 2022 how it wishes to proceed as to the open counts. Speedy trial time is excluded until January 15, 2022, in the interests of justice.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: __11/12/2021__
> New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  __/s/_____
    Scott Hartman
    Noah Solowiejczyk
    Andrew Thomas
    Assistant United States Attorneys
    (212) 637-2357 / 2473 / 2106

cc: Counsel for Neil Cole (by ECF)