USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/14/2022__

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2022

BY ECF AND EMAIL

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is _X_ granted
> ___ denied
>
> _[signature]_
> Edgardo Ramos, U.S.D.J
> Dated: __1/14/2022__
> New York, New York

Re:   *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

Pursuant to the Court's order of November 12, 2021, the Government is required to inform the Court no later than January 15, 2022, how it wishes to proceed with respect to the open counts in this matter (Counts Two through Nine). With the consent of the defendant, the Government respectfully requests that this deadline be extended to the end of the day on Tuesday, January 18, 2022.

The Government further requests that the Court exclude time under the Speedy Trial Act until January 18, 2022. For the reasons set forth above, the Government submits that the ends of justice served by the requested exclusion outweigh the interests of the public and the defendant in a speedy retrial of the open counts. *See* 18 U.S.C. §§ 3161(e), 3161(h)(7). The defendant consents to the requested exclusion.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   __/s/_____
Scott Hartman
Noah Solowiejczyk
Andrew Thomas
Assistant United States Attorneys
(212) 637-2357 / 2473 / 2106

cc: Counsel for Neil Cole (by ECF)