**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

January 21, 2022

Writer's Direct Contact
+1 (212) 336.4320
EImperatore@mofo.com

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 1/27/2022

**MEMO ENDORSED**

Re:   **United States** v. **Neil Cole**, 19 Cr. 869 (ER)

Dear Judge Ramos:

Please be advised that I recently left the U.S. Attorney's Office for other employment. Accordingly, please remove me as counsel of record and from all future ECF notifications in this case.

Thank you for the Court's consideration.

Respectfully submitted,

By:   /s/ Edward Imperatore
      Edward A. Imperatore

cc: Counsel of Record (via ECF)

---

The application is  X  granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 1/27/2022
New York, New York

---

ny-2323413