UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>NEIL COLE,<br><br>                Defendant. | No. 19-cr-00869 (ER) |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Neil Cole. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 8, 2022

                                        /s/ Sean Hecker
                                        Sean Hecker
                                        Kaplan Hecker & Fink LLP
                                        350 Fifth Avenue, 63rd Floor
                                        New York, New York 10118
                                        Telephone: (212) 763-0889
                                        shecker@kaplanhecker.com

                                        *Counsel for Neil Cole*