UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NEIL COLE,<br><br>                    Defendant. | No. 19-cr-00869 (ER) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Neil Cole.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 8, 2022

 

/s/ Jenna M. Dabbs
Jenna M. Dabbs
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (929) 294-2540
jdabbs@kaplanhecker.com

*Counsel for Neil Cole*