UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>NEIL COLE,<br><br>                    Defendant. | No. 19-cr-00869 (ER) |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Neil Cole.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
      April 8, 2022

/s/ Jeffrey Then
Jeffrey Then
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (718) 866-7067
jthen@kaplanhecker.com

*Counsel for Neil Cole*