

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2022

<u>BY ECF AND EMAIL</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

  The parties write to jointly request a telephone conference with the Court regarding the scheduling of the retrial in the above-referenced matter.

  The Government has consulted with Your Honor's deputy and understands that the Court is available on Wednesday, April 13, 2022 at 12:00 p.m. The parties respectfully request that a telephonic conference be scheduled for that date and time.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

      By: /s/
        Scott Hartman
        Noah Solowiejczyk
        Andrew Thomas
        Jared Lenow
        Assistant United States Attorneys
        (212) 637-2357 / 2473 /2106

cc: Counsel for Neil Cole (by ECF and electronic mail)