

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 4/11/2022
```

BY ECF AND EMAIL

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

   The parties write to jointly request a telephone conference with the Court regarding the scheduling of the retrial in the above-referenced matter.

   The Government has consulted with Your Honor's deputy and understands that the Court is available on Wednesday, April 13, 2022 at 12:00 p.m. The parties respectfully request that a telephonic conference be scheduled for that date and time.

   Respectfully submitted,

   DAMIAN WILLIAMS
   United States Attorney

   By:  /s/_____
   Scott Hartman
   Noah Solowiejczyk
   Andrew Thomas
   Jared Lenow
   Assistant United States Attorneys
   (212) 637-2357 / 2473 / 2106

cc: Counsel for Neil Cole (by ECF and electronic mail)

---

A telephone conference will be held on April 13, 2022 at 12 p.m. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:   4/11/2022
New York, New York