UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NEIL COLE,

Defendant.

No. 19-cr-00869 (ER)

**Affidavit in Support of Motion to Appear Pro Hac Vice**

I, David Oscar Markus, hereby deposes and states as follows under penalty of perjury:

1. I am an attorney at Markus/Moss PLLC.
2. I submit this Affidavit in support of my Motion to Appear Pro Hac Vice in this case.
3. I am in good standing in the bar of the State of Florida. Certificate of Good Standing is annexed hereto.
4. I have never been convicted of a felony.
5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
6. There are no disciplinary proceedings presently against me.
7. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 12, 2022

NOTARIZED

David Oscar Markus

CARMEN C. AGUERO
Notary Public - State of Florida
Commission # GG 220675
My Comm. Expires Jun 12, 2022
Bonded through National Notary Assn.