## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NEIL COLE,<br><br>Defendant. | No. 19-cr-00869 (ER)<br><br>**Motion for Admission Pro Hac Vice** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Anita Margot Moss hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Neil Cole in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully Submitted,

Dated: April 12, 2022

/s/ Anita Margot Moss
Anita Margot Moss
MARKUS/MOSS PLLC
40 NW 3RD STREET, PH1
MIAMI, FL 33128
Telephone: (305) 379-6667
Fax: (305) 379-6668
mmoss@markuslaw.com