# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NEIL COLE,<br><br>Defendant. | No. 19-cr-00869 (ER)<br><br>**Affidavit in Support of Motion to Appear Pro Hac Vice** |

I, Anita Margot Moss, hereby deposes and states as follows under penalty of perjury:

1. I am an attorney at Markus/Moss PLLC.

2. I submit this Affidavit in support of my Motion to Appear Pro Hac Vice in this case.

3. I am in good standing in the bar of the State of Florida. Certificate of Good Standing is annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 12, 2022

NOTARIZED

Anita Margot Moss

CARMEN C. AGUERO
Notary Public - State of Florida
Commission # GG 220675
My Comm. Expires Jun 12, 2022
Bonded through National Notary Assn.