UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NEIL COLE,<br><br>                            Defendant. | No. 19-cr-00869 (ER)<br><br>**[Proposed] Order for Admission Pro Hac Vice** |

The motion of Anita Margot Moss, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Florida; and that her contact information is as follows:

Anita Margot Moss
MARKUS/MOSS PLLC
40 NW 3RD STREET, PH1
MIAMI, FL 33128
Telephone: (305) 379-6667
Fax: (305) 379-6668
mmoss@markuslaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Neil Cole in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                                                HONORABLE EDGARDO RAMOS
                                                                                United States District Judge