UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>–v–<br><br>NEIL COLE,<br><br>Defendant. | **ORDER**<br><br>19-cr-869 (ER) |

Ramos, D.J.:

At a conference held on April 13, 2022, a jury trial was scheduled for **October 31, 2022 at 9:30 a.m**. Trial will proceed as scheduled.

The pretrial schedule remains unchanged:

- Motions *in limine* are due **October 3, 2022** and oppositions thereto are due **October 17, 2022**.

- Proposed jury instructions, *voir dire* questions, and verdict sheets are due **October 3, 2022** and objections thereto are due **October 17, 2022**.

The final pretrial conference is rescheduled for **3:30 p.m. on October 27, 2022.**

SO ORDERED.

Dated:  September 26, 2022
        New York, New York

_____
Edgardo Ramos, U.S.D.J.