UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>NEIL COLE,<br>                   Defendant. | No. 19-cr-00869 (ER) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Neil Cole.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       September 30, 2022

                                                                    /s/ Rebecca Sussman
                                                                    Rebecca Sussman
                                                                    KAPLAN HECKER & FINK LLP
                                                                    350 Fifth Avenue, 63rd Floor
                                                                    New York, New York 10118
                                                                    Telephone: (929) 746-6069
                                                                    rsussman@kaplanhecker.com

                                                                    *Counsel for Neil Cole*