# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL          929.294.2540
DIRECT EMAIL         jdabbs@kaplanhecker.com

**MEMO ENDORSED**

September 30, 2022

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

The parties write to jointly request a partial adjustment to the current schedule for the parties' submissions in advance of trial, *see* ECF 204, scheduled to commence on October 31, 2022.  Pursuant to the current scheduling order, proposed jury instructions, voir dire questions, and verdict sheets are due October 3, 2022.  *See id.*  The parties request that the deadline for these submissions be adjourned to October 20, 2022.

This is the first request for adjournment as to these deadlines.  The proposed adjournment will not require any change in the trial date or other deadlines, including the deadlines for motions *in limine*, which are due on October 3, 2022.  We appreciate the Court's consideration.

Respectfully submitted,

*Jenna M. Dabbs*
*Counsel for Mr. Cole*

cc: Assistant United States Attorneys Andrew Thomas, Jared Lenow, and Justin Rodriguez

---

Proposed jury instructions, voir dire questions, and verdict sheets are now due October 20, 2022.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  10/3/2022
New York, New York