| | |
|---|---|
| **From:** | Daniel Castle <dcastle@iconixbrand.com> |
| **Sent:** | Wednesday, March 12, 2014 6:57 PM |
| **To:** | 'JaredMargolis@lfasia.com'; Neil Cole <ncole@iconixbrand.com>; 'jasonrabin@lfasia.com'; Seth Horowitz <shorowitz@iconixbrand.com> |
| **Cc:** | 'RomelMaranon@LFAsia.com'; 'DavidThomas@LFAsia.com'; 'ethancole@lfusa.com'; 'RogerLim@LFAsia.com'; 'AnabelHiggin@LFAsia.com'; 'amandaazzoli@lfusa.com'; 'ChooiJinTay@LFAsia.com'; 'ChrisWright@LFAsia.com'; Bridget O'Brien <bobrien@iconixbrand.com> |
| **Subject:** | Re: Board Meeting minutes |

Thank you Jared. Well done today.

Bridget can walk your team through our asset manager for each brand anytime. It has the shop concepts and a lot more.

Best,
Daniel Castle | International
Iconix Brand Group
www.iconixbrand.com

----- Original Message -----
From: Jared Margolis [mailto:JaredMargolis@lfasia.com]
Sent: Wednesday, March 12, 2014 05:49 PM
To: Neil Cole; Jason Rabin (LF Asia) <JasonRabin@lfasia.com>; Daniel Castle; Seth Horowitz
Cc: Romel Maranon <RomelMaranon@LFAsia.com>; David Thomas (LF Asia) <DavidThomas@LFAsia.com>; Ethan Cole <ethancole@lfusa.com>; Roger Lim <RogerLim@LFAsia.com>; Anabel Higgin <AnabelHiggin@LFAsia.com>; Amanda Azzoli <amandaazzoli@lfusa.com>; Chooi Jin Tay <ChooiJinTay@LFAsia.com>; Chris Wright <ChrisWright@LFAsia.com>
Subject: Board Meeting minutes

Minutes on Iconix Board Meeting

1. Mossimo Phillipines- waiting on feedback from Dan's meeting with Harry prior to finalizing deal with Victor

2. Set up call with Seth, Anabel, Roger, Will, Dan and myself to go over Umbro renewals

3. 450K for marketing was agreed on

4. We will send Iconix high-level monthly overviews of the business

5. Dan will introduce all the global licensees to Anabel for product solution

6. Moving forward we will send Board Meeting package one week prior for review

7. Moving forward We will Video Conference Roger and team

8. Iconix will apply for Rampage Trademark Indonesia

9. Iconix will share all shop concept and design assets with Anabel

10. Iconix agrees on 2.3

11. Need to further discuss 2.4

12. Iconix is in process of setting up jv bank account. Once this is completed Iconix will begin the process to novate the contracts company.
Best regards,

Jared Margolis
Executive Vice President - Business Development and Licensing
LF Asia - Hard & Soft Goods
9/F, Lifung Tower,
888 Cheung Sha Wan Road,
Kowloon, Hong Kong
Direct line: (852) 2300 3077



GOVERNMENT EXHIBIT D
19 Cr. 869 (ER)

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.