**To:** Jason Rabin (LF Asia)[JasonRabin@lfasia.com]; Neil Cole[ncole@iconixbrand.com]; Seth Horowitz[shorowitz@iconixbrand.com]; Daniel Castle[dcastle@iconixbrand.com]; Angela Farrugia[angela@thelicensingcompany.com]; Melvin Thomas[Melvin@thelicensingcompany.com]
**Cc:** Ethan Cole[ethancole@lfusa.com]; Romel Maranon[RomelMaranon@LFAsia.com]; David Thomas (LF Asia)[DavidThomas@LFAsia.com]
**From:** Jared Margolis[JaredMargolis@lfasia.com]
**Sent:** Thur 3/13/2014 6:35:50 PM (UTC)
**Subject:** Recap: TLC and Iconix meeting

Umbro Europe Terms Sheet 031114.docx

All,

Below please find a recap of my meeting this morning with Melvin and Seth:

**(i) Umbro Europe**

TLC considering 3 lifestyle product lines:

- 1. Vintage (logo: vintage logo)
- 2. Diffusion (logo: single diamond)
  - Proposal cannot involve channels of distribution below Sports Direct
  - Alternative: TLC finds a fast fashion partner
- 3. Kids (logo: single or double diamond)

Product lines will be lifestyle focused as not to compete with existing licensee's in athletic categories

**Follow up:**

- TLC to specify logo's, specific categories and distribution channels by territory for each of the 3 product lines being proposed
  - Territories discussed: UK, Germany, Norway, Italy, Finland, Russia, Sweden, Belgium, Spain and Poland
  - This information will assist Seth in his conversation with his current licensee's to show that no competition will be created by lifestyle lines
- Seth to follow up with a breakdown from his lawyer specifying what rights are available in what territories

See Umbro term sheet (attached) for proposed terms

**(ii) Umbro China JV**

Seth in discussion with a number of potential partners who either want to buy the brand outright or buy a portion of the IP

Seth in discussions with Manchester United for sponsorship – 20% likelihood of closing a deal

**Follow up:**



GOVERNMENT EXHIBIT F
19 Cr. 869 (ER)

- LF to follow up within two weeks with whether we want to move forward

**(iii)    Roll up of Lee Cooper, Ed Hardy and Zoo York into the JV**

IP for Ecko and Zoo York is tied up until the end of 2014 as part of a master license

Iconix paid ~80M for Lee Cooper – for accounting purposes ~60M was attributed Europe

Lee Cooper does ~5M gross royalty in Europe

**Follow up:**

- Iconix to provide a financial breakdown for each non-JV brands

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.