| | |
|---|---|
| **From:** | Daniel Castle <dcastle@iconixbrand.com> |
| **Sent:** | Wednesday, May 7, 2014 12:38 PM |
| **To:** | Neil Cole <ncole@iconixbrand.com> |
| **Subject:** | RE: Victor |

Hi Dan,

I have to confirm one point with the SEA team prior to sending term sheet. I will have it sent to overnight – it will be in your inbox when you get to work tomorrow morning.

I apologize for the confusion.

Thank you,

Ethan Cole
Manager - Business Development and Licensing
LF USA - Hard & Soft Goods
350 5th Avenue,
New York, NY 10118
Cell: (347) 448 1346



Best,

Daniel Castle | VP International
**Iconix Brand Group**
P:  212.819.2334
Skype:  Iconix.Daniel.Castle
www.iconixbrand.com



**From:** Neil Cole
**Sent:** Wednesday, May 07, 2014 10:39 AM
**To:** Daniel Castle
**Subject:** RE: Victor

Can I see the term sheet and the clause again where they will help us collect if not paid.

**From:** Daniel Castle
**Sent:** Wednesday, May 07, 2014 10:37 AM
**To:** Neil Cole
**Subject:** FW: Victor

Jared called me. His legal is still drafting the Victor contract and will send to us to review when its completed.

The being said, he is pushing for us to sign off on the term sheet with Victor. At this point I am fine with this if you are.

(I have asked Harry to turn around the agreement before end of this week)

Best,

Daniel Castle | VP International
**Iconix Brand Group**
P:  212.819.2334
Skype:  Iconix.Daniel.Castle
www.iconixbrand.com

---

**From:** Jared Margolis [mailto:JaredMargolis@lfasia.com]
**Sent:** Thursday, April 24, 2014 4:23 PM
**To:** Neil Cole; Daniel Castle
**Cc:** Ethan Cole
**Subject:** FW: Victor

Hi Neil and Dan,

- Each year, Victor will guarantee the delta between any excess royalty payments and amounts outstanding with Harry
- The "delta" amount that Victor provides will be entirely payable to Iconix (not split with LF)
- All excess royalty payments are split 50-50 with LF and Iconix as per the terms of our JV

Example 1:

If there was $50k in excess in Y1, Victor's proposal would result in the following:

- Victor to pay $50k to Iconix to cover the delta between the $100k owed by Harry and the $50k of excess royalties
- The 50k in excess royalty would be allocated 50-50 between LF and Iconix

Therefore, under this example, Iconix would receive a total of $75k and LF would receive a total of 25k.

Example 2:

If there was $0 in excess in Y1, Victor's proposal would result in the following:
- Victor to pay $100K to Iconix to cover the delta between the $100k owed by Harry and the $0 of excess royalties.

Therefore, under this example, Iconix would receive the full $100k and LF would receive $0.

Please keep me posted on Harry and hope to close this up by latest Monday or Tuesday.

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.