| | |
|---|---|
| **From:** | Daniel Castle <dcastle@iconixbrand.com> |
| **Sent:** | Thursday, May 8, 2014 1:44 PM |
| **To:** | Neil Cole <ncole@iconixbrand.com> |
| **Subject:** | Moss: Term Sheet |
| **Attach:** | Mossimo Term Sheet.pdf |

Lets approve this.

**From:** Ethan Cole [mailto:ethancole@lfusa.com]
**Sent:** Thursday, May 08, 2014 1:33 PM
**To:** Daniel Castle
**Cc:** Bridget O'Brien; Jared Margolis
**Subject:** RE: Term Sheet

Hi Dan,

I apologize for the delay – there was some follow up that needed to be done in order to add the new language.

Attached is the term sheet for your review. As you will note, on the last page in the section "Other Provisions" the language you requested has been added. Victor has approved this language so there should be no impediment to moving forward with these terms.

Thank you,

Ethan Cole
Manager - Business Development and Licensing
LF USA - Hard & Soft Goods
350 5th Avenue,
New York, NY 10118
Cell: (347) 448 1346



GOVERNMENT EXHIBIT K
19 Cr. 869 (ER)