| | |
|---|---|
| **From:** | Ethan Cole <ethancole@lfusa.com> |
| **Sent:** | Friday, July 11, 2014 10:31 AM |
| **To:** | Neil Cole <ncole@iconixbrand.com> |
| **Cc:** | Jared Margolis <JaredMargolis@GlobalBrandsGroup.com> |
| **Subject:** | Mossimo Term Sheet - Confirm Language |

Hi Neil,

I am revising the Mossimo term sheet to reflect the understanding that Victor is going to help Iconix collect Harry's $400,000 of outstanding payables (which Harry has agreed to pay in 4 yearly installments).

Prior to finalizing, I wanted to seek clarity on one point: Each year, is Victor allowed to use excess royalties from his deal with us to cover / offset the shortfall of Harry's debt? For example, if Victor has excess royalties of $25k in 2015, can he apply this towards Harry's annual amount of $100k, thereby reducing the amount owed by Harry in 2015 to $75k?

Please advise and I will draft accordingly.

Thank you,

Ethan Cole
Manager - Business Development and Licensing
LF USA - Hard & Soft Goods
350 5th Avenue,
New York, NY 10118
Cell: (347) 448 1346



GOVERNMENT EXHIBIT L
19 Cr. 869 (ER)