| | |
|---|---|
| To: | Ethan Cole[ethancole@lfusa.com] |
| Cc: | Jared Margolis[jaredmargolis@GlobalBrandsGroup.com] |
| From: | Neil Cole[/O=ICONIXBRAND/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=NCOLE] |
| Sent: | Fri 7/11/2014 2:50:29 PM (UTC) |
| Subject: | RE: Mossimo Term Sheet - Confirm Language |

Jared would know better having negotiated directly with Victor on this point.

-----Original Message-----
From: Ethan Cole [mailto:ethancole@lfusa.com]
Sent: Friday, July 11, 2014 10:31 AM
To: Neil Cole
Cc: Jared Margolis
Subject: Mossimo Term Sheet - Confirm Language

Hi Neil,

I am revising the Mossimo term sheet to reflect the understanding that Victor is going to help Iconix collect Harry's $400,000 of outstanding payables (which Harry has agreed to pay in 4 yearly installments).

Prior to finalizing, I wanted to seek clarity on one point: Each year, is Victor allowed to use excess royalties from his deal with us to cover / offset the shortfall of Harry's debt? For example, if Victor has excess royalties of $25k in 2015, can he apply this towards Harry's annual amount of $100k, thereby reducing the amount owed by Harry in 2015 to $75k?

Please advise and I will draft accordingly.

Thank you,

Ethan Cole
Manager - Business Development and Licensing LF USA - Hard & Soft Goods
350 5th Avenue,
New York, NY 10118
Cell: (347) 448 1346

GOVERNMENT
EXHIBIT
N
19 Cr. 869 (ER)