| | |
|---|---|
| **From:** | Amanda Azzoli <amandaazzoli@globalbrandsgroup.com> |
| **Sent:** | Tuesday, August 5, 2014 4:28 PM |
| **To:** | Jason Rabin <jasonrabin@globalbrandsgroup.com>; Seth Horowitz <shorowitz@iconixbrand.com>; Neil Cole <ncole@iconixbrand.com> |
| **Cc:** | Toni Lombardi <tonilombardi@globalbrandsgroup.com>; Joanna Pompilio <jpompilio@iconixbrand.com>; Pauline Israel <pisrael@iconixbrand.com>; Jared Margolis <JaredMargolis@GlobalBrandsGroup.com>; Ethan Cole <ethancole@lfusa.com> |
| **Subject:** | Meeting with Jared Margolis/ Thursday August 7th |

Hi All,
I hope this email finds everyone doing well.
Jared would like to set up a meeting this Thursday, August 7th @ our office.
Jared is available between from 12-1 or  2:30-4.


Please let me know which time works best and I will send out an invitation.

Best Regards,
Amanda



Amanda Azzoli | Assistant to Jared Margolis |
350 Fifth Avenue | 5th floor | New York, NY  10118
T  646.582.6635
amandaazzoli@globalbrandsgroup.com
globalbrandsgroup.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

GOVERNMENT
EXHIBIT
O
19 Cr. 869 (ER)