| | |
|---|---|
| **From:** | David Maslaton [O=ICONIXBRAND/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DMASLATON] |
| **Attendees:** | Neil Cole; Seth Horowitz; Willy Burkhardt; Jared Margolis (JaredMargolis@GlobalBrandsGroup.com); Ethan Cole (ethancole@lfusa.com); RogerLim@GlobalBrandsGroup.com; Anabel Higgin (AnabelHiggin@GlobalBrandsGroup.com); Chooi Jin Tay (ChooiJinTay@GlobalBrandsGroup.com); OliverFoo@sin.lfcentennial.com; SimonHughes@GlobalBrandsGroup.com |
| **Location:** | 3A / Video Conference |
| **Importance:** | Normal |
| **Subject:** | Iconix SE Asia Q2 Board Meeting |
| **Start Time:** | Thur 8/14/2014 1:00:00 PM (UTC) |
| **End Time:** | Thur 8/14/2014 2:00:00 PM (UTC) |
| **Required Attendees:** | Neil Cole; Seth Horowitz; Willy Burkhardt; Jared Margolis; Ethan Cole; RogerLim@GlobalBrandsGroup.com; Anabel Higgin (AnabelHiggin@GlobalBrandsGroup.com); Chooi Jin Tay (ChooiJinTay@GlobalBrandsGroup.com); OliverFoo@sin.lfcentennial.com; Simon Hughes |

GOVERNMENT EXHIBIT
P
19 Cr. 869 (ER)