| | |
|---|---|
| **From:** | Ethan Cole <ethancole@lfusa.com> |
| **Sent:** | Friday, August 15, 2014 9:49 AM |
| **To:** | Seth Horowitz <shorowitz@iconixbrand.com> |
| **Cc:** | Willy Burkhardt <wburkhardt@iconixbrand.com>; Neil Cole <ncole@iconixbrand.com>; Jared Margolis <JaredMargolis@GlobalBrandsGroup.com> |
| **Subject:** | Mossimo Term Sheet |
| **Attach:** | Mossimo Term Sheet.pdf |

Hi Seth,

Please find attached the signed Mossimo term sheet. In "Other Provisions" on page 3 you will find the language regarding Promark's support in collecting Harry's outstanding payables.

Thank you,

Ethan Cole
Manager - Business Development and Licensing
LF USA - Hard & Soft Goods
350 5th Avenue,
New York, NY 10118
Cell: (347) 448 1346

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.



GOVERNMENT EXHIBIT Q
19 Cr. 869 (ER)