| | |
|---|---|
| **From:** | Jared Margolis <JaredMargolis@GlobalBrandsGroup.com> |
| **Sent:** | Friday, August 15, 2014 10:14 AM |
| **To:** | Neil Cole <ncole@iconixbrand.com> |
| **Cc:** | Ethan Cole <ethancole@lfusa.com>; Seth Horowitz <shorowitz@iconixbrand.com>; Willy Burkhardt <wburkhardt@iconixbrand.com>; Jared Margolis <JaredMargolis@GlobalBrandsGroup.com>; Jason Rabin <jasonrabin@globalbrandsgroup.com> |
| **Subject:** | Re: Mossimo Term Sheet |

Yes separate agreement for 225 and anticipate an additional 200 k in excess

Sent from my iPhone

On Aug 15, 2014, at 10:11 AM, "Neil Cole" <ncole@iconixbrand.com> wrote:

> I thought first year was 600k including 200k from 2013 since they never paid.
>
> **From:** Ethan Cole [mailto:ethancole@lfusa.com]
> **Sent:** Friday, August 15, 2014 9:49 AM
> **To:** Seth Horowitz
> **Cc:** Willy Burkhardt; Neil Cole; Jared Margolis
> **Subject:** Mossimo Term Sheet
>
> Hi Seth,
>
> Please find attached the signed Mossimo term sheet. In "Other Provisions" on page 3 you will find the language regarding Promark's support in collecting Harry's outstanding payables.
>
> Thank you,
>
> Ethan Cole
> Manager - Business Development and Licensing
> LF USA - Hard & Soft Goods
> 350 5th Avenue,
> New York, NY 10118
> Cell: (347) 448 1346

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.


CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

GOVERNMENT EXHIBIT
S
19 Cr. 869 (ER)