| | |
|---|---|
| **Organizer:** | David Maslaton[DMaslaton@iconixbrand.com] |
| **From:** | David Maslaton[/O=ICONIXBRAND/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DMASLATON] |
| **Location:** | 3A / Video Conference |
| **Importance:** | Normal |
| **Subject:** | Iconix SE Asia Q2 Board Meeting |
| **Start Time:** | Mon 9/15/2014 1:00:00 PM (UTC) |
| **End Time:** | Mon 9/15/2014 2:00:00 PM (UTC) |
| **Required Attendees:** | Neil Cole; Seth Horowitz; Willy Burkhardt; Jared Margolis; Ethan Cole; 'RogerLim@GlobalBrandsGroup.com'; Anabel Higgin (AnabelHiggin@GlobalBrandsGroup.com); Chooi Jin Tay (ChooiJinTay@GlobalBrandsGroup.com); 'OliverFoo@sin.lfcentennial.com'; Simon Hughes; Jared Margolis; Ethan Cole; 'RogerLim@GlobalBrandsGroup.com'; Anabel Higgin (AnabelHiggin@GlobalBrandsGroup.com); Chooi Jin Tay (ChooiJinTay@GlobalBrandsGroup.com); 'OliverFoo@sin.lfcentennial.com'; Simon Hughes |



GOVERNMENT EXHIBIT V
19 Cr. 869 (ER)