| | |
|---|---|
| **From:** | Seth Horowitz <shorowitz@iconixbrand.com> |
| **Sent:** | Tuesday, September 16, 2014 1:52 PM |
| **To:** | Neil Cole <ncole@iconixbrand.com> |
| **Subject:** | GBG |

Ethan just called to tell me we will have signatures this afternoon.
Seth


--
**Seth Horowitz**
Chief Operating Officer
Iconix Brand Group, Inc.
1450 Broadway, 3rd Floor, New York, NY 10018
Direct: 212.597.4759   Email: shorowitz@iconixbrand.com

GOVERNMENT EXHIBIT W
19 Cr. 869 (ER)