| | |
|---|---|
| **From:** | Seth Horowitz <shorowitz@iconixbrand.com> |
| **Sent:** | Monday, September 29, 2014 9:07 AM |
| **To:** | Neil Cole <ncole@iconixbrand.com> |
| **Subject:** | GBG |

Neil,
I have a meeting with Jason at 3:30 today at the Empire State Building.  Then meeting with Jared and Ethan.
Can we spend some time today discussing prior to me heading over?
Best
Seth


--
**Seth Horowitz**
Chief Operating Officer
Iconix Brand Group, Inc.
1450 Broadway, 3rd Floor, New York, NY 10018
Direct: 212.597.4759  Email: shorowitz@iconixbrand.com



GOVERNMENT EXHIBIT X
19 Cr. 869 (ER)