| | |
|---|---|
| **From:** | Jared Margolis <JaredMargolis@GlobalBrandsGroup.com> |
| **Sent:** | Wednesday, October 8, 2014 1:48 AM |
| **To:** | Neil Cole <ncole@iconixbrand.com>; Willy Burkhardt <wburkhardt@iconixbrand.com> |
| **Cc:** | Ethan Cole <ethancole@lfusa.com> |
| **Subject:** | Fwd: Victor/Mossimo Phillipines |

Sent from my iPhone

Begin forwarded message:

> **From:** Claire Calleja <ClaireCalleja@GlobalBrandsGroup.com>
> **Date:** October 8, 2014 at 2:20:58 PM GMT+9
> **To:** Jared Margolis <JaredMargolis@GlobalBrandsGroup.com>, Ethan Cole <ethancole@lfusa.com>
> **Subject: RE: Victor/Mossimo Phillipines**
>
> He promised to sign today, he just wants me to add watches, body spray and scents to the Articles list.  I already had Singapore send me the revised contract so I can have Promark sign the contract today.   Payments will be done before end of the month.
>
> Claire
>
> ---
>
> **From:** Jared Margolis
> **Sent:** Wednesday, October 08, 2014 11:06 AM
> **To:** Claire Calleja; Ethan Cole
> **Subject:** Re: Victor/Mossimo Phillipines
>
> Please make sure it's signed no later then Friday.
>
> Jared Margolis
> Executive Vice President- Business Development and Licensing
> 350 Fifth Avenue New York, NY 10118
> 5th Floor
> T: 646-839-7595
> C: 646-318-9313
>
> ---
>
> **From:** Claire Calleja
> **Sent:** Wednesday, October 8, 2014 10:12 AM
> **To:** Ethan Cole
> **Cc:** Jared Margolis
> **Subject:** RE: Victor/Mossimo Phillipines
>
> I am in contact with Mr Adamson Bactat , Victor's brother who is the signatory for Promark and have asked him to get signed contract ready  for pick-up latest Friday.  As to payment of invoices, he said that they will schedule payment by end of the month as his Finance Director is in the US and will be back by Oct 20[th].
>
> Tks,
> Claire



GOVERNMENT EXHIBIT Z
19 Cr. 869 (ER)

**From:** Ethan Cole
**Sent:** Wednesday, October 08, 2014 3:45 AM
**To:** Claire Calleja
**Cc:** Jared Margolis
**Subject:** FW: Victor/Mossimo Phillipines

Hi Claire,

As per below, there is pressure from Iconix to get this done. Two weeks ago the feedback was that the long form and invoices are in Promark's hands for review. I need to revert back to Iconix with a definitive timetable as we need to button this up ASAP. Please advise.

Thank you,

Ethan Cole
Manager - Business Development and Licensing
LF USA - Hard & Soft Goods
350 5th Avenue,
New York, NY 10118
Cell: (347) 448 1346

**From:** Willy Burkhardt [mailto:wburkhardt@iconixbrand.com]
**Sent:** Tuesday, October 07, 2014 2:57 PM
**To:** Ethan Cole
**Subject:** FW: Victor/Mossimo Phillipines

We knew this was coming. Any news?

W.

**From:** Neil Cole
**Sent:** Tuesday, October 07, 2014 2:56 PM
**To:** Jared Margolis (JaredMargolis@GlobalBrandsGroup.com)
**Cc:** Willy Burkhardt
**Subject:** Victor/Mossimo Phillipines

Has that deal closed yet??

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.