| | |
|---|---|
| **To:** | David Maslaton[DMaslaton@iconixbrand.com]; Neil Cole[ncole@iconixbrand.com]; Seth Horowitz[shorowitz@iconixbrand.com]; Willy Burkhardt[wburkhardt@iconixbrand.com]; Jared Margolis[jaredmargolis@globalbrandsgroup.com]; Ethan Cole[ethancole@lfusa.com]; Anabel Higgin[AnabelHiggin@GlobalBrandsGroup.com]; Roger Lim[RogerLim@GlobalBrandsGroup.com]; Simon Hughes[simonhughes@globalbrandsgroup.com]; Sjoliny Chua[SjolinyChua@GlobalBrandsGroup.com] |
| **From:** | Chooi Jin Tay[ChooiJinTay@GlobalBrandsGroup.com] |
| **Sent:** | Fri 10/10/2014 9:54:29 AM (UTC) |
| **Subject:** | RE: Iconix SE Asia Board Meeting |

Iconix Board Meeting (14 Oct Final).pdf

Dear all,
Please find attached the discussion material for our upcoming board meeting next Tuesday.

Thanks,
CJ



Tay Chooi Jin | Finance & Accounting
The Mint Group Pte Ltd |10 Raeburn Park. Block C 01-33A.|Singapore 088702
DID: +65 6347 8405 | IPT: *88 021 8405 | Fax: +65 6423 9014
chooijintay@globalbrandsgroup.com
www.globalbrandsgroup.com


-----Original Appointment-----
**From:** David Maslaton [mailto:DMaslaton@iconixbrand.com]
**Sent:** Wednesday, September 24, 2014 11:03 PM
**To:** Neil Cole; Seth Horowitz; Willy Burkhardt; Jared Margolis; Ethan Cole; Anabel Higgin; Roger Lim; Simon Hughes; Petrina Au; Chooi Jin Tay; Priscilla Cheang; Oliver Foo (OSG-IT)
**Subject:** Iconix SE Asia Board Meeting
**When:** Tuesday, October 14, 2014 9:00 PM-10:00 PM (UTC+08:00) Kuala Lumpur, Singapore.
**Where:** Video Conference



CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.



GOVERNMENT EXHIBIT AA
19 Cr. 869 (ER)