**To:** Neil Cole[ncole@iconixbrand.com]
**From:** Seth Horowitz[O=ICONIXBRAND/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SHOROWITZ]
**Sent:** Sat 12/13/2014 12:16:37 AM (UTC)
**Subject:** Re: GBG

None left.  The only issue going into tonight was a disagreement over GBG charging a 15% service fee on Middle East for Umbro and LC.  I fought it- told them it was ridiculous - AND that paying a service fee could jeopardize our Lux structure.  Convinced them the deal couldn't happen with a service fee.  Jason eventually agreed.  Left the service fee of 15% to them and 5% to us on non Lux brands ($1m of the $6.5m of royalty).  Also reviewed all International investments with Ethan, Jared and Jason- as they needed conceptual sign off.
Seth

> On Dec 12, 2014, at 6:45 PM, Neil Cole <ncole@iconixbrand.com> wrote:
>
> Open issues?
>
>
>
>> On Dec 12, 2014, at 6:07 PM, Seth Horowitz <shorowitz@iconixbrand.com> wrote:
>>
>> Just finished with Jason.  We will be signing on Monday the GBG Middle East JV.
>> Best
>> Seth



GOVERNMENT
EXHIBIT
BB
19 Cr. 869 (ER)