| | |
|---|---|
| **From:** | Ethan Cole <ethancole@globalbrandsgroup.com> |
| **Sent:** | Thursday, December 18, 2014 12:21 PM |
| **To:** | Neil Cole <ncole@iconixbrand.com>; Seth Horowitz <shorowitz@iconixbrand.com>; Lauren Gee <lgee@iconixbrand.com>; Jason Schaefer <jschaefer@iconixbrand.com> |
| **Cc:** | Jason Rabin <jasonrabin@globalbrandsgroup.com>; Jared Margolis <jaredmargolis@globalbrandsgroup.com>; Robert Smits <robertsmits@globalbrandsgroup.com> |
| **Subject:** | Middle East JV Terms |
| **Attach:** | GBG MENA JV Summary 12-17-14.docx |

Please find attached a revised draft of the Summary of Material Terms for the Middle East JV.

As discussed:
- Purchase Price increase by $200,000 to $18,762,083;
- Payment of Purcahse Price to be made in 3 equal installments; and
- Diligence / Market Analysis payment increased to $3,100,000.

Regards,

Ethan Cole



Ethan Cole | **Manager- Business Development and Licensing** |
350 Fifth Avenue | 5th floor | New York, NY  10118
**B**  646.582.6109
C: 347.448.1346
Ethancole@globalbrandsgroup.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

GOVERNMENT EXHIBIT CC  19 Cr. 869 (ER)