| | |
|---|---|
| **From:** | David Maslaton [O=ICONIXBRAND/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DMASLATON] |
| **Attendees:** | Neil Cole; Seth Horowitz; Willy Burkhardt; Melvin Thomas; Angela Farrugia (angela@tlc.international); Jared Margolis (JaredMargolis@GlobalBrandsGroup.com); Ethan Cole (ethancole@lfusa.com); Inam Shah (inam@tlc.international) |
| **Location:** | Video Conference |
| **Importance:** | Normal |
| **Subject:** | Europe Board Meeting |
| **Start Time:** | Thur 12/18/2014 3:00:00 PM (UTC) |
| **End Time:** | Thur 12/18/2014 4:00:00 PM (UTC) |
| **Required Attendees:** | Neil Cole; Seth Horowitz; Willy Burkhardt; Melvin Thomas; Angela Farrugia (angela@tlc.international); Jared Margolis; Ethan Cole; Inam Shah (inam@tlc.international) |

GOVERNMENT EXHIBIT DD
19 Cr. 869 (ER)