**To:** Seth Horowitz[shorowitz@iconixbrand.com]
**From:** Neil Cole[/O=ICONIXBRAND/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=NCOLE]
**Sent:** Thur 12/18/2014 4:30:34 PM (UTC)
**Subject:** RE: Call?

Yes at desk 212 819 2087

-----Original Message-----
From: Seth Horowitz
Sent: Thursday, December 18, 2014 11:23 AM
To: Neil Cole
Cc: Pauline Israel
Subject: Call?

Neil,
Just spoke to Ethan. Can we have a quick call?
Seth

Sent from my iPhone

GOVERNMENT EXHIBIT EE
19 Cr. 869 (ER)