| | |
|---|---|
| **To:** | Neil Cole[ncole@iconixbrand.com] |
| **From:** | Seth Horowitz[/O=ICONIXBRAND/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SHOROWITZ] |
| **Sent:** | Thur 12/18/2014 7:03:23 PM (UTC) |
| **Subject:** | Fwd: Middle East JV Terms |

Neil,
Please let me know if you would like me to follow up/ do anything on this.  I will be off line from about 3pm through the rest of the day..
Best
Seth

Sent from my iPhone

Begin forwarded message:

> **From:** Ethan Cole <ethancole@globalbrandsgroup.com>
> **Date:** December 18, 2014 at 12:20:49 PM EST
> **To:** "ncole@iconixbrand.com" <ncole@iconixbrand.com>, "shorowitz@iconixbrand.com" <shorowitz@iconixbrand.com>, "Lauren Gee (lgee@iconixbrand.com)" <lgee@iconixbrand.com>, "Jason Schaefer (jschaefer@iconixbrand.com)" <jschaefer@iconixbrand.com>
> **Cc:** Jason Rabin <jasonrabin@globalbrandsgroup.com>, Jared Margolis <JaredMargolis@GlobalBrandsGroup.com>, Robert Smits <robertsmits@globalbrandsgroup.com>
> **Subject: Middle East JV Terms**
>
> Please find attached a revised draft of the Summary of Material Terms for the Middle East JV.
>
> As discussed:
> - Purchase Price increase by $200,000 to $18,762,083;
> - Payment of Purcahse Price to be made in 3 equal installements; and
> - Diligence / Market Analysis payment increased to $3,100,000.
>
> Regards,
>
> Ethan Cole
>
> <image001.png>
> Ethan Cole | **Manager- Business Development and Licensing** |
> 350 Fifth Avenue | 5th floor | New York, NY  10118
> **B**  646.582.6109
> C: 347.448.1346
> Ethancole@globalbrandsgroup.com
>
> CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
>
> <GBG MENA JV Summary 12-17-14.docx>



GOVERNMENT EXHIBIT FF
19 Cr. 869 (ER)