**Cc:**    Leigh Anne Brodsky[lbrodsky@iconixbrand.com]; Seth Horowitz[shorowitz@iconixbrand.com]; Jason Rabin[jasonrabin@globalbrandsgroup.com]; Ethan Cole[ethancole@globalbrandsgroup.com]
**To:**    Jared Margolis[jaredmargolis@globalbrandsgroup.com]
**From:**    Neil Cole[/O=ICONIXBRAND/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=NCOLE]
**Sent:**    Mon 12/29/2014 9:09:09 PM (UTC)
**Subject:**    Re: Mr. Lee signed the amendment

Wow. Nice surprise.
happy and Healthy
Thanks


> On Dec 29, 2014, at 3:06 PM, Jared Margolis <jaredmargolis@globalbrandsgroup.com> wrote:
>
> Hi all,
> here is the attachment.
> It was not included in previous email.
>
> Thank you.
> Best regards,
>
> Jared Margolis | Executive Vice President - Business Development and Licensing
>
> 350 Fifth Avenue | 5th Floor | New York, NY 10118
>
> T: 646.839.7595
>
> jaredmargolis@globalbrandsgroup.com
>
> globalbrandsgroup.com
>
>
>
>
>
>
> _____
> From: Ray Mok
> Sent: Monday, December 29, 2014 1:41 PM
> To: Jared Margolis
> Subject: Mr. Lee signed the amendment
>
> Hi Jared,
>
> So glad to see him and his brother back and safe.  His uncle is now in Beijing hospital everything fine-okay.  To make the story short, we have had a good late night supper with wonderful drinks.  He signed the amendment, please see attached.
>
>
> CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
>
> <IMG_2949.JPG>
>
>
> Best wishes,
> Ray Mok
> RM Brands - Licensing
> Global Brands Group
> www.rmlicensing.com
> facebook.com/rmlicensing
> weibo.com/rmlicensing
> weibo.cn/officialsnoopy

**GOVERNMENT EXHIBIT**

**GG**

19 Cr. 869 (ER)

> weibo.com/52miffy
>