**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL        212.763.0889
DIRECT EMAIL       shecker@kaplanhecker.com

October 17, 2022

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

  We represent Neil Cole in the above-captioned matter. In connection with Mr. Cole's Memorandum in Opposition to the Government's Motions *in Limine* (the "Opposition") and accompanying exhibit, and pursuant to the Protective Order filed in this case (ECF No. 15, ¶ 9), we respectfully request permission to file under seal Exhibit A to the Opposition.

  We are providing to Your Honor's Chambers and to the government copies of this letter, the Opposition, and Exhibit A.

                 Respectfully submitted,

                 Sean Hecker