**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL        212.763.0889
DIRECT EMAIL       shecker@kaplanhecker.com

**MEMO ENDORSED**

October 17, 2022

BY ECF

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:  *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

  We represent Neil Cole in the above-captioned matter. In connection with Mr. Cole's Memorandum in Opposition to the Government's Motions *in Limine* (the "Opposition") and accompanying exhibit, and pursuant to the Protective Order filed in this case (ECF No. 15, ¶ 9), we respectfully request permission to file under seal Exhibit A to the Opposition.

  We are providing to Your Honor's Chambers and to the government copies of this letter, the Opposition, and Exhibit A.

                Respectfully submitted,

                Sean Hecker

The application to file under seal Exhibit to the Opposition is GRANTED.
SO ORDERED.

       _____
       Edgardo Ramos, U.S.D.J
       Dated: __10/19/2022_____
       New York, New York