

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 20, 2022

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

The Government writes to respectfully submit (a) a re-formatted version of the indictment for eventual distribution to the jury; and (b) a proposed verdict form. Consistent with the Court's instructions at the first trial, the re-formatted indictment omits all of the factual allegations from Indictment 19 Cr. 869 (ER) and leaves only the statutory allegations. Additionally, in light of the first jury's findings on Count One and Count Ten, the re-formatted indictment omits those counts and renumbers the remaining counts starting with Count One. The Government's proposed voir dire, verdict form, and requests to charge refer to the numbering used in the re-formatted indictment.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jared Lenow
Justin Rodriguez
Andrew Thomas
Assistant United States Attorneys
(212) 637-1068/2591/2106

cc: Counsel for Neil Cole (by ECF and electronic mail)