UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

   -v.-      :

NEIL COLE,      :

      Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>VERDICT FORM</u>

19 Cr. 869 (ER)

Do *not* write anything on this form except to check a response or to sign and date the form.

**COUNT ONE**

On Count One, which charges the defendant with securities fraud, we the jury find NEIL COLE, the defendant:

    Guilty_____      Not Guilty_____

**COUNT TWO**

On Count Two, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the three- and six-month periods ending in June 30, 2014, we the jury find NEIL COLE, the defendant:

    Guilty_____      Not Guilty_____

**COUNT THREE**

On Count Three, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 10-Q filed by Iconix for the second quarter of 2014, we the jury find NEIL COLE, the defendant:

    Guilty_____      Not Guilty_____

## COUNT FOUR

On Count Four, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the three- and nine-month periods ending in September 30, 2014, we the jury find NEIL COLE, the defendant:

Guilty_____    Not Guilty_____

## COUNT FIVE

On Count Five, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection with the Form 10-Q filed by Iconix for the third quarter of 2014, we the jury find NEIL COLE, the defendant:

Guilty_____    Not Guilty_____

## COUNT SIX

On Count Six, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection the Form 8-K filed by Iconix attaching a press release reporting Iconix's financial results for the full year 2014, we the jury find NEIL COLE, the defendant:

Guilty_____    Not Guilty_____

## COUNT SEVEN

On Count Seven, which charges the defendant with making, and causing to be made, false statements in reports and documents required to be filed under the Securities Exchange Act of 1934 in connection the Form 10-K filed by Iconix for the full year 2014, we the jury find NEIL COLE, the defendant:

Guilty_____    Not Guilty_____

## COUNT EIGHT

On Count Eight, which charges the defendant with misleading the conduct of audits, we the jury find NEIL COLE, the defendant:

Guilty_____   Not Guilty_____

## FINAL INSTRUCTION

Please stop.   Please sign the form and notify the Marshal that you have reached a verdict.

_____   _____
FOREPERSON                                                DATE