# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL       212.763.0889
DIRECT EMAIL      shecker@kaplanhecker.com

October 20, 2022

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      *Re:*    *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

    Defendant Neil Cole respectfully submits the attached proposed verdict form pursuant to the pretrial schedule approved by the Court on October 3, 2022 (ECF No. 210).

    Respectfully submitted,

    Sean Hecker