

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2022

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Neil Cole*,
      19 Cr. 869 (ER)

Dear Judge Ramos:

  The Government respectfully submits this letter to correct a citation error in the Government's memorandum in opposition to the defendant's motions *in limine*. Specifically, on Page 49 of the Government's brief, the brief erroneously refers to the decision in *United States v. Jackson*, 882 F.2d 1444 (1989), as an opinion of the U.S. Court of Appeals for the Second Circuit; in fact, the decision is an opinion of the U.S. Court of Appeals for the Ninth Circuit. Accordingly, the authority is persuasive but not controlling.

  The Government apologizes for the error, which was inadvertent.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

             By: _____
                Jared Lenow
                Justin V. Rodriguez
                Andrew Thomas
                Assistant United States Attorneys
                (212) 637-1068/ 2591/2106

cc:  Defense counsel (by ECF)