**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL       212.763.0889
DIRECT EMAIL      shecker@kaplanhecker.com

October 26, 2022

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:    *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

    We represent Neil Cole in the above-captioned matter. In connection with Mr. Cole's letter to the Court, dated October 26, 2022, and accompanying exhibits, and pursuant to the Protective Order filed in this case (ECF No. 15, ¶ 9), we respectfully request permission to file under seal exhibits A and B to the letter.

    We are providing to Your Honor's Chambers and to the government copies of this letter and Exhibits A and B.

                                                        Respectfully submitted,

                                                         Sean Hecker