

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2022

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *United States v. Neil Cole*,
                  19 Cr. 869 (ER)

Dear Judge Ramos:

      The Government writes with respect to the proposed *voir dire* form the Court distributed to counsel at the October 27, 2022 final pretrial conference.

      The Government has no objection to the *voir dire* as proposed. In the interests of efficiency, however, the Government respectfully suggests that paragraphs 10, 14, 16, 28, and 38 may be considered for deletion in light of the other questions that will be asked and the circumstances of the case.

      The Government will transmit under separate cover to the Court's chambers and defense counsel a list of individuals and entities whose names may be mentioned during trial or who may be called as witnesses.

                                                    Respectfully submitted,

                                                    DAMIAN WILLIAMS
                                                    United States Attorney

                                        By: _____
                                           Jared Lenow
                                           Justin V. Rodriguez
                                           Andrew Thomas
                                           Assistant United States Attorneys
                                           (212) 637-1068/ 2591/2106

cc:     Defense counsel (by ECF)