**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

| | |
|---|---|
| DIRECT DIAL | 212.763.0889 |
| DIRECT EMAIL | shecker@kaplanhecker.com |

November 6, 2022

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>*United States v. Neil Cole*, No. 19 Cr. 869 (ER)</u>

Dear Judge Ramos:

    We represent Neil Cole in the above-captioned matter. In connection with Mr. Cole's letter to the Court, dated November 6, 2022, and accompanying exhibits, and pursuant to the Protective Order filed in this case (ECF No. 15, ¶ 9), we respectfully request permission to file under seal Exhibit A to the letter.

    We are providing to Your Honor's Chambers and to the government copies of this letter and Exhibits A and B.

Respectfully submitted,

Sean Hecker