UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

NEIL COLE,

                Defendant.

**ORDER**

19-cr-869 (ER)

Ramos, D.J.:

    For the reasons discussed via email and *in camera*, Defendant's motion to dismiss Alternate Juror No. 1 is denied.

It is SO ORDERED.

Dated:    November 28, 2022
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.