

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2023

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States* v. *Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

      The Government writes on behalf of the parties to propose a schedule for the briefing of post-trial motions and sentencing.

      The parties have conferred and jointly propose the following:

- Defense post-trial motions due on March 3, 2023
- Government response due on April 3, 2023
- Defense reply due on April 24, 2023
- Sentencing during the week of June 5, 2023 or June 12, 2023

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   */s/ Justin Rodriguez*
      Jared Lenow
      Justin V. Rodriguez
      Andrew Thomas
      Assistant United States Attorneys
      (212) 637-2591

cc:    Counsel for record (by ECF)