

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2023

<u>**Via ECF**</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> The post-trial motions briefing schedule is approved.
> Sentencing will be held on June 14, 2023 at 10:30 a.m.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:  1/19/2023
> New York, New York

Re:   *United States* v. *Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

The Government writes on behalf of the parties to propose a schedule for the briefing of post-trial motions and sentencing.

The parties have conferred and jointly propose the following:

- Defense post-trial motions due on March 3, 2023
- Government response due on April 3, 2023
- Defense reply due on April 24, 2023
- Sentencing during the week of June 5, 2023 or June 12, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:

Jared Lenow
Justin V. Rodriguez
Andrew Thomas
Assistant United States Attorneys
(212) 637-2591

cc:   Counsel for record (by ECF)