

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2023

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States* v. *Seth Horowitz*, 19 Cr. 861 (PGG)
              *United States* v. *Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Gardephe and Judge Ramos:

      The Government respectfully submits this letter to advise the Court of factually related cases that are pending before different judges. On December 2, 2019, Seth Horowitz pled guilty in a case now pending before Judge Gardephe to the charges in Information 19 Cr. 861 pursuant to a cooperation agreement with the Government. In October 2021 and November 2022, Horowitz testified before Judge Ramos at two separate trials of the defendant in *United States v. Neil Cole*, 19 Cr. 869 (ER). Cole was convicted on certain counts at the November 2022 trial, and is scheduled to be sentenced by Judge Ramos on June 14, 2023 at 10:30 a.m. Horowitz is currently scheduled to be sentenced before Judge Gardephe on July 11, 2023, at 2 p.m.

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                           United States Attorney

                By:    ___/s_____
                          Jared Lenow
                          Justin V. Rodriguez
                          Andrew Thomas
                          Assistant United States Attorneys
                          (212) 637-1068

cc: Counsel of record (by ECF)