UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NEIL COLE,<br><br>                Defendant. | No. 19-cr-00869-ER-1 |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Rebecca Sussman, dated April 14, 2023, and pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, Defendant respectfully requests the withdrawal of the appearance of Rebecca Sussman as counsel on his behalf. Defendant further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address rsussman@kaplanhecker.com be removed from the ECF service notification list for this case.

Defendant shall continue to be represented by remaining counsel from Kaplan Hecker & Fink LLP.

Dated: April 14, 2023

                                                    /s/ Rebecca Sussman
                                                    Rebecca Sussman
                                                    KAPLAN HECKER & FINK LLP
                                                    350 Fifth Avenue, 63rd Floor
                                                    New York, New York 10118
                                                    Tel: (212) 763-0883
                                                    Fax: (212) 564-0883
                                                    rsussman@kaplanhecker.com

                                                    *Counsel for Defendant Neil Cole*