UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NEIL COLE,<br><br>Defendant. | No. 19-cr-00869-ER-1 |

### DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

I, Rebecca Sussman, declare and state as follows:

1. On September 30, 2022, I filed a Notice of Appearance (ECF No. 208) on behalf of Defendant Neil Cole.

2. As of April 14, 2023, I will no longer be affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Mr. Cole.

3. Defendant shall continue to be represented by remaining counsel from Kaplan Hecker & Fink LLP.

4. This withdrawal will not affect this action in any way, including the posture of the case and the calendar; nor will it prejudice the Government. I am not asserting a retaining or charging lien.

2

Dated: April 14, 2023                                                          Respectfully submitted,

                                                                               /s/ Rebecca Sussman
                                                                               Rebecca Sussman
                                                                               KAPLAN HECKER & FINK LLP
                                                                               350 Fifth Avenue, 63rd Floor
                                                                               New York, New York 10118
                                                                               Tel: (212) 763-0883
                                                                               Fax: (212) 564-0883
                                                                               rsussman@kaplanhecker.com

                                                                               *Counsel for Defendant Neil Cole*