**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL        212.763.0889
DIRECT EMAIL       shecker@kaplanhecker.com

**MEMO ENDORSED**

April 27, 2023

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

    We represent Neil Cole in the above-captioned matter. We write to respectfully request an adjournment of sentencing, currently scheduled for June 14, 2023, to July 24 or July 25, 2023. Mr. Cole respectfully seeks an extension for two reasons.



    Second, the parties are engaged in discussions regarding the applicable loss amount for purposes of the sentencing guidelines. The requested adjournment would provide the parties additional time to reach an agreement on the appropriate loss amount, in advance of sentencing.

    For these same reasons, we respectfully request that the Court also extend Probation's deadlines for submitting a first and second draft of the presentence report, currently due May 4 and June 1, respectively.

    The government consents to this request. This is the first request for adjournment of the sentencing date.

KAPLAN HECKER & FINK LLP

2

    The parties are available to answer any questions the Court may have.  We appreciate the Court's consideration.

Respectfully submitted,

*Sean Hecker*

Sean Hecker

Sentencing is adjourned to July 25, 2023 at 10 a.m.  The deadlines for the presentencing report are extended accordingly.

SO ORDERED.

*Edgardo Ramos*
Edgardo Ramos, U.S.D.J.
Dated:  5/2/2023
New York, New York