# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com

**MEMO ENDORSED**

August 28, 2023

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

    We represent Neil Cole in the above-captioned matter. We respectfully submit this letter to request leave to file a letter with the Court under seal. A redacted copy of the letter has been filed on the docket. We respectfully seek leave from the Court to file our letter under seal because the contents of the letter include sensitive private and personal information. An unredacted version of Mr. Cole's letter will be provided to Chambers and to the government.

    We appreciate the Court's consideration.

Respectfully submitted,

Sean Hecker

---

The application to file a letter under seal is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 8/28/2023
New York, New York