**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0889
DIRECT EMAIL    shecker@kaplanhecker.com

**MEMO ENDORSED**, last page.

August 28, 2023

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

  We represent Neil Cole in the above-captioned matter. We write to respectfully request an adjournment of sentencing, currently scheduled for Thursday, October 5, 2023, to any date the week of October 10, 2023, that may be convenient to the Court. Mr. Cole respectfully seeks an extension for two reasons.

  First, Mr. Cole, will be attending a family member's wedding in upstate New York on Saturday, October 7. Many of Mr. Cole's family members will be attending both Mr. Cole's sentencing, and the wedding. The requested adjournment will ease the burden on Mr. Cole and his family members that plan on attending both the wedding and Mr. Cole's sentencing.



  For these same reasons, we respectfully request that the Court also extend Probation's deadline for submitting a second disclosure of the presentence report, currently due September 14, 2023.

KAPLAN HECKER & FINK LLP

2

      The government consents to this request. This is the third request for adjournment of the sentencing date.

      The parties are available to answer any questions the Court may have. We appreciate the Court's consideration.

Respectfully submitted,

Sean Hecker

---

Sentencing is adjourned to October 11, 2023 at 4:00 p.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 8/28/2023
New York, New York