UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA,

    - against -　　　　　　　　　　　　　　　　**RESCHEDULING NOTICE**

NEIL COLE,

    　　　　　　　　　　　　　　　　　　　　19 Cr. 869  (ER)

    　　　　　　　Defendant.
---------------------------------------------------------x

The sentencing hearing previously scheduled for October 11, 2023, is hereby **rescheduled for October 10, 2023, at 4:00 p.m.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.

Dated:  New York, New York
         September 22, 2023

    　　　　　　　　　　　　　　　　　　　　 /s/Jazmin Trotman
    　　　　　　　　　　　　　　　　　　　　Jazmin Trotman, Courtroom Deputy
    　　　　　　　　　　　　　　　　　　　　to the Hon. Edgardo Ramos