# EXHIBIT A

Your Honor,

I am writing this letter to express unwavering support for my brother, Neil Cole, who is currently being sentenced.

Throughout Neil's life, he has consistently exhibited remarkable qualities of honesty, integrity and thoughtfulness even during the most difficult personal circumstances.

Neil has always been a caring son, brother, and friend to many.  His dedication and love for his family are evident in his role as a loving and responsible father to his three children, all of whom continue to rely on his direction and mentorship. Despite facing various illnesses that have burdened him since childhood, Neil has always prioritized the care of others.

Neil has consistently shown compassion for others and a deep commitment to making a positive impact in his community, exhibiting outstanding leadership in charitable efforts. His selflessness and generosity have touched the lives of many, and his contributions to society are truly commendable.

In 2001, he founded the Candies Foundation to address the epidemic of teen pregnancy in the United States, working closely with private and public sector leaders to provide education and resources for girls and boys nationwide. He has generously supported grassroots efforts to reduce the most intractable social problems including HIV/AIDS research, Domestic Violence, youth incarceration, and mentoring, gun violence reform and job training as well as housing for homeless families and veterans.

Closer to home, Neil has been deeply involved with the public and private educational institutions attended by his children and helped expand the  specialized care at The Neonatal Intensive Care Unit at Mt. Sinai Hospital.

I have also had the fortunate experience of working with my brother early in our careers. With his signature outstanding work ethic and keen intelligence, Neil achieved early success in the licensing business. Over the decades, Neil has developed innovative sustainable businesses, while mentoring hundreds of employees and supporting all of them and their families.

Sadly, Neil's career and personal life have been suspended the last 7+ years during the course of these proceedings. He has lost the business he built and loved, and along with his kids (who also lost their jobs,) have been forced to live under a shadow making it almost impossible to find alternative employment.

I respectfully suggest that he has already paid a significant price for all that has happened: personally financially, as well as professionally.

# KENNETH COLE

NEW YORK NY 10011

In consideration of Neil's, exceptional character, his ongoing battle with various debilitating illnesses, and his unwavering commitment to bettering the lives of others, I respectfully request your leniency in his sentencing. I believe that he has the potential to continue making significant contributions to society, and the compassion approach would provide him with the to rebuild his life.

Thank you for considering my perspective.

Sincerely,

Kenneth Cole

# KENNETH COLE

# EXHIBIT B

August 18, 2023

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

My name is Andrew Cuomo and I have been fortunate enough to have been the Governor of the great state of New York. I have known Neil Cole over the last 35 years and have had the privilege of spending many family gatherings as well as professional experiences as Neil's brother Kenneth is married to my sister Maria. I am writing to share my perspectives on Neil and tell you of the many times he has help contribute to helping me govern and more important making positive contributions to the world.

I began working with Neil during my first administration and appointed him to the Sage Commission. Here we did our best to help streamline government, which was not an easy challenge. Over the next few years Neil was part of two missions to Israel, meeting with government and showing our support during the Hebrew University bombings and also during the Gaza War in the summer of 2014.Neil was also instrumental in helping New York State form the Women's Equality Party which was the first of its kind in our nation.

Through all of Neil's business success and achievement he was shown a caring, empathy and kindness that few CEO's do. His work in combating Teen Pregnancy with the Candie's Foundation was very important in reaching and communicating with teenagers of the devastating consequences of teen pregnancy. His work with Mount Sinai and many Cancer charities has also always been important.

Thank you, Judge Ramos, for your consideration of my perspective of Neil.

Andrew

# EXHIBIT C







# EXHIBIT D

June 9, 2023
Glen Cove, New York

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

My name is Dari Marder and I am a decades long employee and friend of Neil Cole's. I began working for Neil in 1987 and grew to become Iconix Brand Group's longtime Chief Marketing Officer until I left the Company in October, 2015.  As Neil graciously calls me a "partner," I can proudly say that I was part of the team that built Iconix into a leading global company with a well respected and often imitated business model that Neil innovated. I feel compelled to write to you to offer a few insights into the Neil Cole that I know so well. The person that I am confident will continue to make a positive impact on the underserved, the sick, the needy and of course, his dear family and friends, if given the opportunity.

Throughout my long career working for Neil, I got to experience, firsthand, his authentic and active philanthropy. Whether it was donating thousands of pairs of jeans and footwear to Haiti after the devastating earthquake or organizing aid from the fashion industry after the heartbreaking tsunami in Thailand, Neil was always quick to respond to those in need around the world. Quickly and quietly, never looking for recognition, Neil donated both personally and by leveraging the Company's brand partners to supply goods in kind. As our corporate leader, he encouraged the company's employees to engage in philanthropy within their own communities and for whatever cause or issue was important to them. Often, he personally matched our contributions and allowed the employees to offer branded goods and opportunities, like internships at Iconix, as a means to raise funds for many, many different charities throughout the years. Neil's generosity was widely known and appreciated as evidenced by the tremendous support he received when he launched The Candie's Foundation, in 2001. Retail partners, manufacturing partners, A-list celebrity partners and even competitors stepped up and participated in the Foundation's efforts to prevent teen pregnancy for almost two decades. The Candie's Foundation was credited for being a large part of the reduction of the teen pregnancy rate in the United States and I know that is one of the accomplishments Neil is most proud of in his long, storied career.

It was also very important for Neil to offer his business expertise to young people just entering the workplace and students in college with an interest in our business model. Mentoring and nurturing the next generation was Neil's goal as he aimed to share his success in the business world by speaking at colleges and conferences whenever he could. The Iconix internship program was coveted as students were able to have access to and engage with Neil throughout their time at the Company, a rarity for an intern to have such face time with a CEO. Neil always tried to put the students at ease with humor and it was a joy to watch these students go from

being terrified of being in a meeting with the CEO to ultimately finding their confidence and contributing to our team.

I would be remiss if I didn't mention how many loyal, longtime employees worked at Iconix and like me, stayed for decades, as they felt appreciated and challenged and part of something meaningful. Neil made us all feel like family and proud to be a part of Iconix. It wasn't always easy, but we all shared a passion for the work.

And, lastly, speaking of family, I know nothing in his career could come close to the pride and joy Neil feels from his children. ███████████████████████████ I know he cherishes the time he has with his family and they, with him.

I thank you for taking the time to read this and I hope I was able to share some insights about Neil that may not have been previously known and may define him more fully. Thank you, Judge, for allowing me to share my perspective on the man I am still proud to call my friend.

With respect and thanks,

Dari Marder

# EXHIBIT E



**William Graizel**

FL 33437

The Honorable Edgardo Ramos
United States District Court
Southern District of New York

June 6, 2023

Dear Judge Ramos:

My name is William Graizel, known to my friends as Bill. I am 76 years old and retired, living in
Florida. My education includes a BBA in Public Administration and a MA degree in Political
Science, both from The City College of New York. My professional career includes a twelve-year period
when I served first as Assistant, and then Executive Assistant to the Dean of Humanities at Brooklyn
College. I left academia in 1986 and entered then field of residential real estate sales. In 1990, along with a
partner, I opened my own real estate sales firm-Regatta New York Realty which I maintained until my
retirement at the end of 2019. Along with my wife, I raised two wonderful daughters who are both engaged
in highly successful careers.

While this letter is not about me, I tell you all this because I believe it important that you know the
qualifications of the person writing about such an important matter.

Over the past thirty years we have talked long into the
night about such topics as honesty, humility, personal responsibility, family, personal ethics, etc. And while
I may not have personal knowledge about the financial intricacies of his business dealings, I do have
personal knowledge of Neil Cole, the man. He has grown to be one of the most honest and responsible
people I know. He is a loving father and grandfather, and he possesses a strong moral compass. Neil Cole
is a kind and charitable individual, and frankly our society could use more people like him.

Please let me know if I can be of any further assistance.

Respectfully,

William Graizel

# EXHIBIT F

June 1, 2023

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Character Reference for Neil Cole from a Long Time Rabbi and Advisor

Dear Judge Ramos,

My name is Rabbi Yitz Greenman and I have been in the field of Jewish education for 33 years. I am writing to respectfully share my relationship and history with Neil Cole with your honor. I have had the privilege of knowing Neil for well over 20 years. In our longstanding relationship, I have consistently witnessed his compassionate nature and his unwavering dedication to making a positive impact on the lives of others. I wholeheartedly believe that the person Neil has shown himself to be throughout our friendship deserves to be taken into consideration as you deliberate on his sentence.

One aspect of Neil's character that particularly stands out is his commitment to helping others in practical and tangible ways. As an educator, I have had the pleasure of witnessing firsthand Neil's genuine desire to uplift and support those around him. When some of my students were in need of job opportunities, Neil graciously stepped forward and provided mentoring to them and internships for them. These internships not only offered valuable work experience but also instilled a sense of confidence and purpose in these young individuals. Neil's selflessness in extending a helping hand to those in need showcases his dedication to fostering growth and providing opportunities for others.

Given Neil's longstanding commitment to philanthropy, his track record of selflessness, and his active role in providing employment opportunities to students, I know that he will continue to positively contribute to society, furthering his mission of empowering and inspiring others.

Thank you for your time and attention to this matter. Your wise and thoughtful consideration in Neil's case will not only impact his life but also the lives of countless individuals who have benefited from his kindness and generosity. Please feel free to reach out to me if there is any additional information or insight I can provide to support this request.

Yours sincerely,

Yitz Greenman

# EXHIBIT G

Dr. Lawrence Howard                                             9/ /2023

███████████████████

New York, NY 10028

Dear Judge Ramos,

My name is Dr. Lawrence Howard. I am physician, however early in my career I co-founded a technology company, Presstek Inc., which I was able to take public while I was the President and CEO. Following that I co-founded a venture capital firm, Hudson Ventures. We did two funds and made 64 investments. I then taught in the medical and business schools at The University of South Florida and most recently assisted in building the healthcare system at The Villages, the largest retirement community in the US.

I have been friends with Neil Cole for nearly 15 years, since being introduced to him by Robert Mittman, who is both a mutual friend and was corporate counsel for both of our public companies. I am writing to share my perspectives on Neil's finest qualities and my strong belief that Neil will continue to make extraordinary contributions to the world.

After ███████████████████████████████████████████████ where I was the President of the Board of Directors, I approached him about serving on the board. He accepted and over the next 5 years served with distinction. We found him to be generous, smart, kind and highly ethical while providing wonderful leadership. During this period of time we became close friends, as I admired the business he built and his commitment to community and public service. The few charities and organizations that I am aware of include; the SAGE Commission, an effort to streamline government, and the following Board's of Directors, Mt. Sinai Hospital, Crutches for Kids, The Candies Foundation and The Woman's Equity Party.

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████ As a physician I appreciate how smartly he handled every step of that situation, and as a friend I was overwhelmed by the loyalty and care he demonstrated.

I have had the opportunity to watch Neil interact with his family as well as the community. He is a deeply committed father maintaining close relationships with all his children and has a wonderful relationship with both his brother and sister. Neil has also been a mentor to ████████████████████ ███████████████████ Neil has always been generous with his time and has been a great influence.

Neil continues to contribute and make positive impacts on all those around him. He is already hard at work building his next brand management company, which when successful will employ scores of people. Thank you, Judge Ramos, for considering my thoughts. Neil is a dear friend, whom I admire and respect.

# EXHIBIT H

6/11/2023
New York, New York

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Ramos,

My name is Glenn Eisenstein. Thank you for the opportunity to write to you about my relationship with Neil Cole, and how he has impacted my life, and the lives of many others.

I have known Neil Cole for twenty years, having first met him through his sister Abbie Cole. During this time, I have seen examples of his tireless and unselfish work both behind the scenes and up front for a variety of charities. But I'd like to talk about a very personal situation, the impact that Neil had on me, my daughter, and literally thousands of young men and women who were helped by my daughter's charitable foundation, The SamFund for Young Men and Women.

████████████████████████████████████████████ When she returned home, she knew she had found her mission in life. There were so many young men and women who successfully waged their battles against cancer, only to realize they had no money left for things then for granted by so many. Rent. Clothes for school or a job. Automobile payments. Fertility treatment. Adoption costs.The list goes on. So the Samfund was created that year to raise money and give out scholarships and grant to young men and women to help them move forward with their lives after cancer.

Shorty after our charity was started, Neil Cole offered to meet with my daughter in order to give her advice and support in planning the organization's first fundraiser, a critical event for a fledgling charity. Despite his busy schedule, Neil not only volunteered the time to help her, he personally made sure the event was a success by bringing friends and colleagues, and agreeing to be one of the "faces" of The SamFund then, and many times since. The SamFund has given away over $3,000,000 to thousands of young men and women since then, but without Neil's help, friendship and guidance we would never have made it to our first grant or scholarship. Both my daughter and I, along with countless unknown others, will always be grateful to Neil for all that he has done on that first day, and ever since. Many times through these years my daughter sought advice and support from Neil, and never once did he fail to find the time to provide whatever was needed. My daughter and I both are positive that without Neil Cole's friendship,

guidance and generosity in those early years, the Samfund would never have made it, and hundreds of grant recipients would not have been able to turn their lives around.

The British essayist Thomas Carlyle wrote, "For all right judgment of any man or things it is useful, nay essential, to see his good qualities before pronouncing on his bad."

In the case of my dear friend Neil Cole, his good and generous qualities speak volumes on what kind of a man he is. I believe from the bottom of my heart that given the opportunity he will continue to have a positive effect on so many others, and will remain a force able to do much good in this world. I hope you see fit to give him that chance.

Thank you again Judge Ramos for this chance to tell you about the wonderful qualities of Neil Cole, and how he has made a big difference in my life, and in my daughter's life. I hope this helps you see him the way so many others do.

Respectfully,

Glenn Eisenstein

# EXHIBIT I

Samuel L. Edelman

███████████

New York NY 10019

September 12, 2023

Re: Neil Cole


Dear Judge Ramos,

I am writing this letter to express my support for Neil Cole, who is currently facing sentencing in your Court. I have known Neil both personally and professionally for over 40 years and have had the privilege of witnessing his character and contributions to our community.

My name is Sam Edelman and I am currently the Founder and Creative Director of my eponymous brand, which is a division under Caleres, Inc, a public NYSE company.

I started my career reporting directly to Neil Cole, when Neil was a Vice President at his father's company called Candies. Neil was attending law school at the time, and I had taken over his responsibilities at the company. I had Friday meetings with Neil to bring him up to date on the business and everything we were working on. I have always found him to be smart, sensitive and I had enjoyed our working relations so much that we became close friends and have been very much a part of each other's lives for over 4 decades. I consider myself an uncle and godfather to one of Neil's sons and I have worked very closely with his wife as well.

In my time knowing Neil, I have found him to be a person of high integrity, compassion, and responsibility. I respect the many positive traits, actions, and experiences I have witnessed throughout the years. He is a respected businessman, benefactor and philanthropist who has a genuine involvement in the community and with volunteer and mentorship programs. I must bring special attention to one evening when Neil hosted an event for The Candies Foundation. The foundation was launched in 2001 and founded by Neil for the purpose of educating teenagers about the risks and consequences of teenage pregnancy. At that time, I felt that Neil was asking me both as a father and a businessman to step up and get involved in something in a way that I had not considered in the past. He showed me through his actions that I could use my power in the community to be a catalyst for positive change and to be philanthropic for a cause. I have been a much more philanthropic individual since that night, and I thank Neil for that.

I believe that Neil is committed to making amends for any damage caused. I am confident that he can continue in his successful integration with society and lead a productive, law-abiding life.

████████████████████████████████████████████████████████████ I asked Neil if he would meet with him. He did, and then called me up and said, "Sam, you're the luckiest man in the world. Your son is content. He is a real person. He loves what he does every day, and he loves working with you and your wife." Neil said that he was 'in awe of what we had accomplished'. Hearing that from Neil not only made my day then, but it helped me to cement my relationship with my son. It helped me to encourage my son to grow and today my son is the Chief Operating Officer of our business. Neil recognized his talent and potential and supported me in my efforts to develop and mentor him. To this day, I have Neil to thank for that.

Neil has touched me and my family in the most meaningful ways. I truly love Neil. I believe in him, and I believe that he has great things to continue contributing to society.

I kindly request that you take into consideration Neil's positive character traits, his understanding of past business decisions that led to this current situation and the impact of a fair and just sentence on his future. I believe that a lenient sentence, which allows Neil to continue his personal growth and contributions to society, would be in the best interest of justice.

Thank you for your time and consideration in this matter.

Sincerely,

Samuel L. Edelman

████████████████████████
████████████

# EXHIBIT J

Dear Honorable Judge Ramos,

My name is Barry Kringstein.  I am the owner and president of the Herman Kay Company, a contributing member of both the Northwell Health Foundation and Mount Sinai Miami Medical Center, as well as a fervent supporter of, and contributor to, many philanthropic efforts including God's Love We Deliver, UJA Foundation and the Youth Renewal Foundation. Neil Cole and I first met in 1983 as members of the Fresh Meadows Country Club, where we became golf acquaintances. Over the next forty years, our golf twosome quickly evolved into a genuine friendship.  I'm writing to you on behalf of my dear friend in order to share my perspective on some of Neil's best qualities, and to explain why, in my strong belief, Neil will continue to make positive contributions to the world.

Neil is, and always has been, a respected and well-liked individual within our community. Whether it be through his philanthropic work for the Candie's Foundation or his leadership in the political arena, he consistently displays kindness, empathy, and dependability to those around him, and to those who seek his support and guidance. I had the opportunity to work with Neil during his time at Iconix.  His leadership and commitment to the company lead them into an era that changed the industry in the most positive way.  While working with Neil, he continuously demonstrated honesty and integrity thought out all aspects of our work together. Neil proved to care deeply for the prosperity of the many individuals he employed within the establishment. Over the course of getting to know Neil, I have personally witnessed a man who truly loves and values his family; he is not only a wonderful father to his three children, but also an incredible brother and son. Neil is an extremely bright, honest, hardworking, and giving man. We have spent many summers, vacations, family dinners, and countless other special times together over the years. I am not only honored, but proud to call Neil my friend and have nothing but the utmost certainty that he will continue to excel in all his future endeavors.

Thank you for taking the time to read and allowing me to share my perspective.

Respectfully,

Barry Kringstein

# EXHIBIT K

September 11, 2023

Gregory Fisher

Los Angeles, CA 90024

Re : Neil Cole

Honorable Judge Ramos,

I am writing to share my perspective about Neil Cole, as you consider his sentencing.

I have known Neil Cole since we were both 11 years old. For more than fifty-four years, Neil has been a dear friend. I have known Neil through elementary school, junior high, high school, law school, until today. He is a good man, who possesses a good and caring heart.

Neil created a world-known business from the bottom up, achieving great success. He also created a foundation which benefitted "at-risk" youths. The program went on to affect and impact many young lives in many positive ways.

I would like to share a memory of Neil, that I believe is characteristic of him. When Neil and I were seventeen, we were driving home at night, and saw a young man lying on the side of the road. His head was bleeding on the pavement, as he laid unconscious beside his motorbike. Neil, unhesitatingly said to me "I am going to find some help, stay here, I'll be back". Shortly thereafter, Neil arrived, followed by a police car and an ambulance. The young man was attended to, remaining unconscious, and taken away. . .

Six months later (after four months in a coma, and recovery), the young man was back in school. When he saw Neil and I in the hallway, he stopped, pointed at Neil, and said to his friends …"That's who saved my life". Neil cares, and is someone who acts unhesitatingly for those in need.

As a result of Neil's legal matters, he has lost his career, his financial security, his credibility amongst peers, and his family has been split. His perspective on life has changed. He has changed. He is a different man. I have had many talks with Neil about his successes, and his years of anguish. He has paid a painful price, already. Neil has suffered from severe medical issues and emotional distress over recent years.

A jury of Neil's peers did not convict him in his first trial, then he went before another jury, that did. Two juries heard similar testimonies, and each had different views of the charges against him.

I thank you for taking time to read this letter, and I ask that you show leniency to Neil, as you consider his sentencing.

Respectfully,

Gregory Fisher

# EXHIBIT L

Gary Bader

███████████████
███

New York, New York 10019

███████████

September 8,2023

Dear Judge Ramos,

My name is Gary Bader
I am currently serving as CEO of Sunrise Brands, LLC based in New York.

I know Neil Cole for over 30 years.  During that period he was my employer as well as my friend.

I learned much from Neil both personally and business wise.  I attribute much of my business success to Neil and his mentoring of me.

███████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████

████████████████████████████████████████████████████████
███████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Finally, a few years later ███████████████ was attending The University of Delaware majoring in Fashion & Marketing.  Having difficulty getting an internship during the summers of her junior and senior year I decided to reach out to Neil.  He was kind enough to offer ████ internships for both summers. Even though Neil was chairman of the company ████ will never forget him coming around... checking on her... and making sure she was getting proper attention. Today, ████ has her own apparel line called ████ that is carried by retailer REVOLVE.  The success of her line is based on her tremendous knowledge of marketing which much of was learned " hands on " during her internship at Ionics.

Your Honor, I understate that Neil has been convicted of a crime by his peers.  I understand that Neil will be punished for those crimes, but putting Neil Cole in prison will not benefit ANYONE. He made mistakes and I hope the court gives him the opportunity to give back to the community rather than lock him up.

Thank you, Judge Ramos, for taking the time to listen to my story and plea of leniency for Neil Cole.

Respectfully,

# EXHIBIT M



# EXHIBIT N

Cliff Greenberg
Sands Point, NY/USA
September 17, 2023


Dear Judge Ramos,

My name is Cliff Greenberg. I graduated from Cornell University and Columbia Law School and have worked in the Investment Management business for about 40 years. I work at Baron Capital, where I serve as Portfolio Manager of the Baron Small Cap Fund and serve as the Co- CIO of Baron.

I have known Neil Cole for over twenty years. I grew up in the same hometown as Neil and knew his family. I invested in Iconix early in its development and held a significant investment in the stock for over a decade. I'm writing to share my perspective on some of Neil's best qualities, and to explain my strong belief that Neil will continue to make positive contributions to the world.

As a large shareholder of Iconix, I believe I got to know Neil very well. I hold him in high regard, as an innovative and thoughtful entrepreneur, as an accomplished businessperson who was always open and direct with his investors, and someone who Wall Street, and I, rightfully considered a trailblazer.

Over the years, I became a close friend of Neil and spent wonderful times with him ███████████ ███████████. Neil is a caring husband and a doting father. Our times together reinforced Neil's good nature. Neil was also very charitable and passionate about and his "Candies Foundation" to fight teenage pregnancy. Neil would similarly support my charitable involvement and that of many mutual friends. More recently, Neil became more involved in democratic politics. He was doing so in an effort to make a difference, from the heart, which I found very honorable.

I know Neil to be a good man. One who has made real contributions in business, family, and society. He has more to give.  I am fortunate to have him as a friend, and believe many others feel the same.

Thank you Judge for considering my perspective.

Respectfully,

Cliff Greenberg