**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com

September 29, 2023

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    *Re:*  *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

  We represent Neil Cole in the above-captioned matter.



KAPLAN HECKER & FINK LLP  2

We thank the Court for its consideration.

                                                          Respectfully submitted,

                                                          Sean Hecker