# EXHIBIT O

[redacted]

