# EXHIBIT P









