Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:
United States
v.
Neil Cole

Docket No.: 19-cr-869-1-ER
Hon. Edgardo Ramos
(District Court Judge)

Notice is hereby given that Neil Cole appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on 10/13/2023
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |___| trial |✓| N/A |___|

Offense occurred after November 1, 1987? Yes |✓| No |___| N/A |___|

Date of sentence: 10/10/2023   N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |✓| N/A |___|

RECEIVED OCT 25 2023 S.D.N.Y - APPEALS

Appellant is represented by counsel? Yes |✓| No |___|  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Alexandra A.E. Shapiro |
| Counsel's Address: | Shapiro Arato Bach LLP |
| | 1140 Ave of the Americas, New York, NY 10036 |
| Counsel's Phone: | (212) 257-4881 |
| Assistant U.S. Attorney: | Jared P. Lenow |
| AUSA's Address: | One St. Andrews Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-1068 |

Signature

#22596 - $505.00 - EN - 10/25/2023

Generated: Oct 25, 2023 12:52PM

Page 1/1

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Oct 25, 2023 12:52PM

NEIL COLE

Rcpt. No: 22596   Trans. Date: Oct 25, 2023 12:52PM   Cashier ID: #EN

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $505.00 |

Total Due Prior to Payment: $505.00

Total Tendered: $505.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: 19CR869-1 ER

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.