SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2890
DIRECT FAX
917-777-2890
EMAIL ADDRESS
DAVID.ZORNOW@SKADDEN.COM

November 9, 2023

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

RE:   *United States v. Neil Cole*, 19-Cr-869 (ER)

Dear Judge Ramos:

We write on behalf of our client, Iconix International Inc. At the defendant Neil Cole's sentencing on October 10, 2023, the Court directed Iconix to make a submission in support of its request for restitution by Friday, November 10. We have not made any previous requests for an extension in this case. We have made good progress in reviewing a voluminous amount of billing records for various service providers, but we still need to complete our review of invoices for several law firms for a discrete period. We have conferred with counsel for Mr. Cole and counsel for the United States, and neither party objects to our request for an extension.

Accordingly, we respectfully request an extension of our filing deadline by one week to Friday, November 17, 2023.

Respectfully submitted,,

/s/ David M. Zornow

---

The application is granted. Iconix's deadline is extended to Friday, November 17, 2023. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 11/13/2023
New York, New York