# Exhibit 2.2



# INVOICE

Ankura Consulting Group LLC
2000 K Street, NW
12th Floor
Washington, DC 20006

| Date | Invoice Number |
|------|----------------|
| 02/26/2020 | CI-004683 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 04/26/2020 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: |
|----------|
| Jason Schaefer
Executive Vice President and General Counsel
Iconix Brand Group, Inc.
1450 Broadway
New York, New York 10018
United States |

| Project Information: |
|----------------------|
| Project Name: PS-187870 ICONIX
Project Number: PS-187870
PO Number: |

Professional Services rendered January 1, 2020 through January 31, 2020, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 19,383.25 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 19,383.25 |

For additional assistance, please contact our Billing Department: ankurainvoice@ankura.com.

| Remittance Information: |
|-------------------------|

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



# Professional Fees Summary

| | | Project # | **PS-187870** |
| | | Invoice Date | **2/26/2020** |
| | | Invoice Number | **CI-004683** |
| | | Professional Services Through | **1/31/2020** |

| Name | Title | Rate | Project Hours | Project Charges |
|------|-------|------|--------------|-----------------|
| **Antonio Rega** | Managing Director | 425.00 | 2.70 | 1,147.50 |
| **Ravi Viradiya** | Analyst Manager | 175.00 | 1.20 | 210.00 |
| **Eric Foy** | Senior Associate | 175.00 | 14.90 | 2,607.50 |
| **Haley Callicott** | Associate | 175.00 | 0.40 | 70.00 |
| **Yuliya Nesterchuk** | Director | 175.00 | 1.70 | 297.50 |
| **Bob Neary** | Senior Director | 175.00 | 1.20 | 210.00 |
| | | | **22.10** | **4,542.50** |



# Professional Fees Detail

| | Project # | **PS-187870** |
|---|---|---|
| | Invoice Date | **2/26/2020** |
| | Invoice Number | **CI-004683** |
| | Professional Services Through | **1/31/2020** |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 1/2/2020 | Eric Foy | Run de-duplication of search results; Create new searches to isolate document set for counsel; Conduct additional de-duplication sort overlay over isolated document population. | 1.60 | 280.00 |
| | Haley Callicott | Completed overlay for de-duplication of documents in the Iconix workspace. | 0.20 | 35.00 |
| 1/3/2020 | Eric Foy | Run de-duplication script over saved search. | 0.50 | 87.50 |
| 1/6/2020 | Eric Foy | Batch documents for review. | 0.80 | 140.00 |
| | Haley Callicott | Send password reset to L. Chu and N. Cleminshaw. | 0.20 | 35.00 |
| 1/7/2020 | Eric Foy | Image documents for counsel to redact. | 0.40 | 70.00 |
| 1/8/2020 | Eric Foy | Export documents from Relativity for counsel. | 0.60 | 105.00 |
| 1/9/2020 | Eric Foy | Prepare production for processing team. | 1.00 | 175.00 |
| 1/10/2020 | Eric Foy | Conduct quality control review of production and send production to counsel. | 1.70 | 297.50 |
| | Yuliya Nesterchuk | Coordinated ICON-154 production request | 0.60 | 105.00 |
| 1/13/2020 | Eric Foy | Prepare images in Relativity for counsel. | 0.50 | 87.50 |
| 1/20/2020 | Antonio Rega | Preliminary call with counsel; Follow-up to gather documentation and materials. | 1.70 | 722.50 |
| 1/22/2020 | Ravi Viradiya | Third Party load to Relativity. | 1.20 | 210.00 |
| | Eric Foy | Prepare production overlay and send to processing team, and conduct quality control review. | 1.10 | 192.50 |
| | Yuliya Nesterchuk | Coordinated request to load 3rd party production ICON-R502-008 directly to Relativity. | 0.50 | 87.50 |
| | Bob Neary | Communications with counsel regarding forensic reporting provided and potential needs at trial. | 0.60 | 105.00 |
| 1/27/2020 | Eric Foy | Prepare production overlay for processing team; run quality control review of overlay to Relativity; prepare production for processing team; and prepare additional production for processing team. | 2.50 | 437.50 |
| | Bob Neary | Conference call with counsel regarding forensic reporting provided and potential needs at trial. | 0.60 | 105.00 |
| | Antonio Rega | Call with counsel to discuss potential reporting and testimony. | 1.00 | 425.00 |
| 1/28/2020 | Eric Foy | Expert Witness: Attend call with Robery Neary to discuss preparations for expert testimony. | 0.50 | 87.50 |
| | | Conduct quality control review of production. | 1.70 | 297.50 |
| | Yuliya Nesterchuk | Quality control for the request to load 3rd party production ICON-R502-009 as production set. | 0.60 | 105.00 |
| 1/29/2020 | Eric Foy | Conduct quality control review of production, and send production to counsel. | 1.50 | 262.50 |
| 1/31/2020 | Eric Foy | Overlay production bates number to Relativity and conduct quality control review of production images loaded to Relativity. | 0.50 | 87.50 |
| **Grand Total** | | | **22.10** | **4,542.50** |



# Other Charges and Fees

|  | Project # | PS-187870 |
|---|---|---|
|  | Invoice Date | 2/26/2020 |
|  | Invoice Number | CI-004683 |
|  | Professional Services Through | 1/31/2020 |

| Comment | Project Charges | Unit Quantity | Unit Type | Rate |
|---|---|---|---|---|
| TIFF Conversion | 106.09 | 10,609.00 | Pages | 0.01 |
| Relativity Hosting Fees | 14,078.57 | 1,279.87 | GB | 11.00 |
| Relativity User Fees | 550.00 | 11.00 | Users | 50.00 |
| Production | 106.09 | 10,609.00 | Pages | 0.01 |
| **Grand Total** | **14,840.75** | | | |



# INVOICE

Ankura Consulting Group LLC
2000 K Street, NW
12th Floor
Washington, DC 20006

| Date | Invoice Number |
|------|----------------|
| 04/02/2020 | CI-007105 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 06/01/2020 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Jason Schaefer
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered February 1, 2020 through February 29, 2020, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 104,060.54 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 104,060.54 |

For additional assistance, please contact our Billing Department: ankurainvoice@ankura.com.

**Remittance Information:**

**Remittance Instructions**

<u>United States Postal Service</u>

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

<u>Courier</u>

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



# Professional Fees Summary

| | Project # | **PS-187870** |
|---|---|---|
| | Invoice Date | **4/2/2020** |
| | Invoice Number | **CI-007105** |
| | Professional Services Through | **2/29/2020** |

| Name | Title | Rate | Project Hours | Project Charges |
|---|---|---|---|---|
| **Matthew Houle** | Director | 425.00 | 4.00 | 1,700.00 |
| **Richard Chung** | Senior Director | 425.00 | 80.70 | 34,297.50 |
| **Antonio Rega** | Managing Director | 425.00 | 100.20 | 42,585.00 |
| **Eric Rosner** | Analyst Manager | 175.00 | 3.40 | 595.00 |
| **Ravi Viradiya** | Analyst Manager | 175.00 | 24.50 | 4,287.50 |
| **Eric Foy** | Senior Associate | 175.00 | 16.50 | 2,887.50 |
| **Andrew Kim** | Analyst | 175.00 | 2.50 | 437.50 |
| **Bryan Heng** | Senior Analyst | 175.00 | 0.60 | 105.00 |
| **Bob Neary** | Senior Director | 175.00 | 11.30 | 1,977.50 |
| **Yuliya Nesterchuk** | Director | 175.00 | 1.60 | 280.00 |
| | | | **245.30** | **89,152.50** |



# Professional Fees Detail

| | | Project # | **PS-187870** |
|---|---|---|---|
| | | Invoice Date | **4/2/2020** |
| | | Invoice Number | **CI-007105** |
| | | Professional Services Through | **2/29/2020** |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 2/3/2020 | Eric Foy | Assist with report creation. | 1.60 | 280.00 |
| 2/5/2020 | Bob Neary | Update to bates number fields as requested by counsel. | 0.60 | 105.00 |
| 2/6/2020 | Eric Foy | Run searches in Relativity and report findings to counsel. | 0.40 | 70.00 |
| | | Prepare loading of in-house production for processing team; prepare second production load for processing team; and conduct quality control review of both production loads. | 1.90 | 332.50 |
| | Yuliya Nesterchuk | Coordinated request to Load In-House Waiver Production ICON-R502-011 directly to Relativity. Downloaded volume and staged to network. Coordinated with the processing team. Quality control. | 0.90 | 157.50 |
| 2/11/2020 | Eric Foy | Prepare production for processing team; prepare updated processing intake form and create new production searches; and correspond with processing team and counsel about production specifics. | 1.90 | 332.50 |
| | Bob Neary | Communications regarding targeting reporting requested by counsel; Draft initial reporting. | 2.10 | 367.50 |
| | Richard Chung | Correspond with Ankura team re email analysis requested by counsel | 1.30 | 552.50 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 5.40 | 2,295.00 |
| 2/12/2020 | Matthew Houle | Generate requested reports from forensic images. | 1.00 | 425.00 |
| | Eric Foy | Delete choice at the request of counsel; overlay bates numbers to Relativity; prepare production for processing team; conduct quality control review of production; make updates to production; assist counsel with access to saved searches in Relativity; and send production to counsel. | 4.10 | 717.50 |
| | Andrew Kim | Locate old Iconix drives kept in storage and pull requested data from drive. | 0.60 | 105.00 |
| | Bryan Heng | Pulling hard drive from evidence. Staging drive to network. Copying out data for review. | 0.60 | 105.00 |
| | Bob Neary | Finalizing initial draft reporting requested by counsel. | 2.10 | 367.50 |
| | Richard Chung | Review prior processes and steps performed to comparison email analysis; analyze reports exported from Relativity to identify email PST files relating to Cole or Horowitz; correspond with Ankura team re status and next steps. | 4.50 | 1,912.50 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 5.70 | 2,422.50 |
| 2/13/2020 | Matthew Houle | Generate reports for client. | 1.00 | 425.00 |
| | Eric Foy | Adjust seaching criteria for multiple Relativity searches to provide access to counsel;  conduct quality control review of production; overlay bates fields to Relativity; send production to counsel. | 2.70 | 472.50 |
| | Bob Neary | Communications and review of reporting requested by counsel. | 1.10 | 192.50 |



# Professional Fees Detail

| | |
|---|---|
| Project # | **PS-187870** |
| Invoice Date | **4/2/2020** |
| Invoice Number | **CI-007105** |
| Professional Services Through | **2/29/2020** |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 2/13/2020 | Yuliya Nesterchuk | Validating image, natives counts. for production ICON-157. ZIPed production for delivery to client and coordinated load of the production volume to Relativity. | 0.70 | 122.50 |
| | Richard Chung | Perform preliminary assessment of email comparison analysis of Cole and Horowitz data; correspond with Ankura team of status and next steps; gather reports for analysis and setup reports for comparison. | 2.90 | 1,232.50 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 4.70 | 1,997.50 |
| 2/14/2020 | Eric Foy | Update waiver production bates numbering in Relativity. | 0.50 | 87.50 |
| | Andrew Kim | Go to cold storage and pull drive with requested archived data | 1.10 | 192.50 |
| | Richard Chung | Correspond with Ankura team re search report of Cole and Horowitz's emails requested by counsel; perform analysis of email comparison and prepare results of analysis for Horowitz's emails; perform analysis of email comparison and prepare results of analysis for Cole's emails; prepare reports to include duplicate paths and evidence IDs. | 7.10 | 3,017.50 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 7.90 | 3,357.50 |
| 2/15/2020 | Richard Chung | Perform QC analysis of email report comparison between documents reports in Relativity to emails process with Forensic Toolkit. | 2.80 | 1,190.00 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 3.10 | 1,317.50 |
| 2/16/2020 | Eric Rosner | Custom workflow to generate Duplicate EvidenceID overlay file for 4 data sets provided by PM. QC. | 3.40 | 595.00 |
| | Richard Chung | Correspond with Ankura team re overlay update of duplicate evidence IDs; perform the merging of duplicate evidence IDs into reports. | 2.90 | 1,232.50 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 3.50 | 1,487.50 |
| 2/17/2020 | Bob Neary | Coordinate and assist with reporting requested by counsel. | 1.10 | 192.50 |
| | Richard Chung | Perform QC on search requests reports for Horowitz and Cole's email; update reports with duplicate evidence IDs; finalize reports and provide to Ankura team for review. | 2.70 | 1,147.50 |



# Professional Fees Detail

| | | |
|---|---|---|
| Project # | **PS-187870** |
| Invoice Date | **4/2/2020** |
| Invoice Number | **CI-007105** |
| Professional Services Through | **2/29/2020** |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 2/17/2020 | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 4.40 | 1,870.00 |
| 2/18/2020 | Bob Neary | Coordinate and assist with reporting requested by counsel. | 0.80 | 140.00 |
| 2/19/2020 | Richard Chung | Review updated request from counsel re Cole and Horowitz's email analysis; correspond with Ankura team of process to update reports; perform preliminary steps to pull source emails and evidence ID details for reporting. | 2.80 | 1,190.00 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 4.70 | 1,997.50 |
| 2/20/2020 | Ravi Viradiya | Various Custom reports. | 5.30 | 927.50 |
| | Andrew Kim | Receive forensics thumb drive. Host data to network and provide location to PM | 0.80 | 140.00 |
| | Bob Neary | Coordinate and assist with reporting requested by counsel. | 1.20 | 210.00 |
| | Richard Chung | Perform updates to document re counsels; correspond with Ankura team re metadata details relating to Cole and Horowitz email files; analyze emails to obtain metadata. | 2.80 | 1,190.00 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 5.90 | 2,507.50 |
| 2/21/2020 | Ravi Viradiya | Custom report. | 2.90 | 507.50 |
| | Richard Chung | Correspond with Ankura team re metadata export of Cole and Horowitz mail items; perform comparison analysis and link metadata for reporting; perform QC assessment of updates. | 2.90 | 1,232.50 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 4.00 | 1,700.00 |
| 2/22/2020 | Richard Chung | Perform report updates to search requests as requested by counsel for Horowitz's emails; perform report updates to search requests as requested by counsel for Cole's emails; normalize fields names and values; perform preliminary QC assessment. | 9.60 | 4,080.00 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 9.10 | 3,867.50 |



# Professional Fees Detail

| | | | Project # | PS-187870 |
| | | | Invoice Date | 4/2/2020 |
| | | | Invoice Number | CI-007105 |
| | | | Professional Services Through | 2/29/2020 |

| Date | Name | Comment | Project Hours | Project Charges |
|------|------|---------|---------------|-----------------|
| 2/23/2020 | Richard Chung | Perform report updates to search requests as requested by counsel for Horowitz's emails; perform report updates to search requests as requested by counsel for Cole's emails; correspond with Ankura team of updates; perform QC of updates of draft reports. | 4.70 | 1,997.50 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 3.90 | 1,657.50 |
| 2/24/2020 | Richard Chung | Review report update requests and correspond with Ankura team of next steps. | 0.70 | 297.50 |
| | Antonio Rega | Assessment and reporting on requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 3.10 | 1,317.50 |
| 2/25/2020 | Bob Neary | Coordinate and assist with reporting requested by counsel. | 1.10 | 192.50 |
| | Richard Chung | Review report update requests and correspond with Ankura team of next steps; analyze report and perform assessment of updates required; perform report updates on search requests 1 to 4; perform QC of report updates. | 6.10 | 2,592.50 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 6.30 | 2,677.50 |
| 2/26/2020 | Richard Chung | Review report update requests and correspond with Ankura team of next steps; analyze report and perform assessment of updates required; perform report updates on search requests 3 and 4. | 4.10 | 1,742.50 |
| | Antonio Rega | Assessment and reporting on requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 4.60 | 1,955.00 |
| 2/27/2020 | Matthew Houle | Generate email reports for select PST files. | 2.00 | 850.00 |
| | Ravi Viradiya | Generate custom reports. | 5.60 | 980.00 |
| | Eric Foy | Prepare reporting for counsel. | 3.40 | 595.00 |
| | Bob Neary | Coordinate and assist with reporting requested by counsel. | 1.20 | 210.00 |
| | Richard Chung | Review reporting request from counsel; discuss with Ankura team of report generation and next steps; prepare preliminary analysis to cull reported data; perform assessment of previous reports generated and applying results into new requests; identify and report to Ankura team email to analyze. | 8.20 | 3,485.00 |



# Professional Fees Detail

| | Project # | **PS-187870** |
|---|---|---|
| | Invoice Date | **4/2/2020** |
| | Invoice Number | **CI-007105** |
| | Professional Services Through | **2/29/2020** |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 2/27/2020 | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 8.20 | 3,485.00 |
| 2/28/2020 | Ravi Viradiya | Generate custom reports. | 6.70 | 1,172.50 |
| | Richard Chung | Analyze and update reports list of all mail items from targeted PST files relating to Cole and Horowitz; perform report QC and correspond with Ankura of additional metadata required for reporting; update reports as specified by counsel; discussion with Ankura team of available data source to pull and report from for PST email files; analyze and update reports list of mail items selected by counsel in Relativity. | 10.30 | 4,377.50 |
| | Antonio Rega | Communications with counsel pertaining to new reporting requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 9.80 | 4,165.00 |
| 2/29/2020 | Ravi Viradiya | Generate custom reports. | 4.00 | 700.00 |
| | Richard Chung | Correspond with Ankura team re export of control number, Bates, and category fields for counsel's report requests; update report according the specification as requested by counsel;  perform cleanup of duplicate path field for the documents identified in Relativity by counsel; perform QC of reports and update Ankura team of status. | 4.30 | 1,827.50 |
| | Antonio Rega | Assessment and reporting on requests specific to Cole and Horowitz communications; internal conversations, strategy, drafting of reports, review, QC and submission of reporting. Review of historical data sets and information where applicable. | 5.90 | 2,507.50 |
| **Grand Total** | | | **245.30** | **89,152.50** |



# Other Charges and Fees

| | Project # | PS-187870 |
|---|---|---|
| | Invoice Date | 4/2/2020 |
| | Invoice Number | CI-007105 |
| | Professional Services Through | 2/29/2020 |

| Comment | Project Charges | Unit Quantity | Unit Type | Rate |
|---|---|---|---|---|
| TIFF Conversion | 178.99 | 17,899.00 | Pages | 0.01 |
| Relativity Hosting Fees | 14,099.91 | 1,281.81 | GB | 11.00 |
| Relativity User Fees | 450.00 | 9.00 | Users | 50.00 |
| Production | 179.14 | 17,914.00 | Pages | 0.01 |
| **Grand Total** | **14,908.04** | | | |



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 04/20/2020 | CI-008477 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 06/19/2020 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: |
|----------|
| Kyle Harmon |
| Iconix Brand Group, Inc. |
| 1450 Broadway, 3rd floor |
| New York, NY 10018 |
| United States of America |

| Project Information: | |
|----------------------|--|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered March 1, 2020 through March 31, 2020, see attached.

| | | |
|--|--|--|
| **Net Amount:** | | 90,349.25 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | 90,349.25 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
|------------------------|

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



# Summary of Invoice Activities

| | |
|---|---|
| Project # | **PS-187870** |
| Invoice Date | **4/20/2020** |
| Invoice Number | **CI-008477** |
| Professional Services Through | **March 2020** |

| Transaction Source | Project Hours | Project Charges |
|---|---|---|
| Time | 223.70 | 75,772.50 |
| Misc Expense | - | 14,576.75 |
| **Grand Total** | **223.70** | **90,349.25** |



# Professional Fees Summary

|  | Project # | **PS-187870** |
| --- | ---: | ---: |
|  | Invoice Date | **4/20/2020** |
|  | Invoice Number | **CI-008477** |
|  | Professional Services Through | **March 2020** |

| Name | Title | Rate | Project Hours | Project Charges |
| --- | --- | ---: | ---: | ---: |
| **Mohamed Aly** | Director | 425.00 | 13.40 | 5,695.00 |
| **Matthew Houle** | Director | 425.00 | 12.30 | 5,227.50 |
| **Antonio Rega** | Managing Director | 425.00 | 89.30 | 37,952.50 |
| **Richard Chung** | Senior Director | 425.00 | 31.50 | 13,387.50 |
| **Yuliya Nesterchuk** | Director | 175.00 | 2.60 | 455.00 |
| **Ravi Viradiya** | Analyst Manager | 175.00 | 51.70 | 9,047.50 |
| **Kara Barnes** | Managing Director | 175.00 | 0.60 | 105.00 |
| **Andrew Kim** | Analyst | 175.00 | 3.80 | 665.00 |
| **Eric Foy** | Director | 175.00 | 6.10 | 1,067.50 |
| **Bob Neary** | Senior Director | 175.00 | 12.40 | 2,170.00 |
|  |  |  | **223.70** | **75,772.50** |



# Professional Fees Detail

| | | |
|---|---|---|
| Project # | **PS-187870** |
| Invoice Date | **4/20/2020** |
| Invoice Number | **CI-008477** |
| Professional Services Through | **March 2020** |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 3/2/2020 | **Richard Chung** | Correspond with team regarding metadata updates of reporting request 1 and request 2; Perform report updates and formatting for request 1; Perform QC and validation of report for request 1. | 3.90 | 1,657.50 |
| 3/2/2020 | **Ravi Viradiya** | Prepare custom reporting as requested by counsel. | 2.80 | 490.00 |
| 3/2/2020 | **Matthew Houle** | Generate additional reports per client requests. | 1.50 | 637.50 |
| 3/2/2020 | **Bob Neary** | Reviewing and formating forensic reporting requested by counsel. | 1.90 | 332.50 |
| 3/2/2020 | **Antonio Rega** | Communications with counsel and internal Ankura team for various requests related to reporting, and revisions of reports, from Relativity, LAW and FTK (eDiscovery and forensics tools) depicting metadata output and related fields for Horowitz and Cole email data sets. Review of draft reports, requests for edits and changes and final QC review prior to submission to counsel. | 4.30 | 1,827.50 |
| 3/3/2020 | **Richard Chung** | Finalize report request 1 and provided to counsel; Correspond with team regarding metadata updates of reporting request 2; Perform report updates and formatting for request 2; Perform QC and validation of report for request 2. | 4.20 | 1,785.00 |
| 3/3/2020 | **Ravi Viradiya** | Prepare custom reporting as requested by counsel. | 4.70 | 822.50 |
| 3/3/2020 | **Matthew Houle** | Generate additional file listing reports per client request. | 3.90 | 1,657.50 |
| 3/3/2020 | **Antonio Rega** | Communications with counsel and internal Ankura team for various requests related to reporting, and revisions of reports, from Relativity, LAW and FTK (eDiscovery and forensics tools) depicting metadata output and related fields for Horowitz and Cole email data sets. Review of draft reports, requests for edits and changes and final QC review prior to submission to counsel. | 4.90 | 2,082.50 |
| 3/4/2020 | **Richard Chung** | Perform report updates and formatting for request 2; perform QC and validation of report for request 2; perform comparison of reports provided to counsel on Oct 2019 and Feb 2020 | 4.20 | 1,785.00 |
| 3/4/2020 | **Mohamed Aly** | Perform email analysis. Generate corresponding reports. | 3.20 | 1,360.00 |
| 3/4/2020 | **Ravi Viradiya** | Prepare custom reporting as requested by counsel. | 4.20 | 735.00 |
| 3/4/2020 | **Eric Foy** | Assist counsel with access to Relativity, and assist additional reviewer with access to Relativity. | 0.40 | 70.00 |
| 3/4/2020 | **Bob Neary** | Compilation, review and, formating of historic documentation regarding Cole and Horowitz PST files as requested by counsel. | 2.10 | 367.50 |
| 3/4/2020 | **Antonio Rega** | Communications with counsel and internal Ankura team for various requests related to reporting, and revisions of reports, from Relativity, LAW and FTK (eDiscovery and forensics tools) depicting metadata output and related fields for Horowitz and Cole email data sets. Review of draft reports, requests for edits and changes and final QC review prior to submission to counsel. | 5.20 | 2,210.00 |
| 3/5/2020 | **Richard Chung** | Correspond with Ankura team re report 2 report; perform update to report request 2 and perform data validation; perform analysis to identify variance of email items between the report sent on Oct 2019 and Feb 2020; conference call with counsel and Ankura team re reports provided in Oct 2019 and Feb 2020. | 4.10 | 1,742.50 |
| 3/5/2020 | **Mohamed Aly** | Perform email analysis. Generate corresponding reports. | 5.50 | 2,337.50 |



# Professional Fees Detail

| | Project # | PS-187870 |
|---|---|---|
| | Invoice Date | 4/20/2020 |
| | Invoice Number | CI-008477 |
| | Professional Services Through | March 2020 |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 3/5/2020 | Ravi Viradiya | Prepare and review custom reporting as requested by counsel | 3.90 | 682.50 |
| 3/5/2020 | Kara Barnes | Iconix - Metadata reports question call | 0.60 | 105.00 |
| 3/5/2020 | Antonio Rega | Communications with counsel and internal Ankura team for various requests related to reporting, and revisions of reports, from Relativity, LAW and FTK (eDiscovery and forensics tools) depicting metadata output and related fields for Horowitz and Cole email data sets. Review of draft reports, requests for edits and changes and final QC review prior to submission to counsel. | 5.70 | 2,422.50 |
| 3/6/2020 | Richard Chung | Correspond with Ankura team re request 2 report; perform update to report request 2 and perform data validation; perform analysis to identify variance of email items between the report sent on Oct 2019 and Feb 2020; conference call with counsel and team re reports provided in Oct 2019 and Feb 2020. | 2.60 | 1,105.00 |
| 3/6/2020 | Mohamed Aly | Perform email analysis. Generate corresponding reports. | 3.20 | 1,360.00 |
| 3/6/2020 | Eric Foy | Prepare deleted email reporting; prepare charting base on deleted email reports; and prepare additional deleted email reporting. | 1.70 | 297.50 |
| 3/6/2020 | Antonio Rega | Communications with counsel and internal Ankura team for various requests related to reporting, and revisions of reports, from Relativity, LAW and FTK (eDiscovery and forensics tools) depicting metadata output and related fields for Horowitz and Cole email data sets. Review of draft reports, requests for edits and changes and final QC review prior to submission to counsel. | 5.80 | 2,465.00 |
| 3/9/2020 | Ravi Viradiya | Prepare custom reporting as requested by counsel. | 2.60 | 455.00 |
| 3/9/2020 | Mohamed Aly | Perform email analysis. | 1.50 | 637.50 |
| 3/9/2020 | Eric Foy | Prepare deleted email reporting and charts. | 1.30 | 227.50 |
| 3/9/2020 | Richard Chung | Download and organize reports counsel shared with Ankura team; perform report comparison of difference between email reports provided on Oct 2019 and reports provided Feb 2020; prepare example of difference between reports provided on Oct 2019 and reports provided Feb 2020; correspond with Ankura team of updates and next steps. | 4.10 | 1,742.50 |
| 3/9/2020 | Antonio Rega | Preparation for meeting at Skadden; transit to Skadden office; in-person meeting with Skadden. | 6.10 | 2,592.50 |
| 3/10/2020 | Richard Chung | Perform report comparison of difference between email reports provided on Oct 2019 and reports provided Feb 2020; prepare example of difference between reports provided on Oct 2019 and reports provided Feb 2020; correspond with Ankura team of updates and next steps. | 3.10 | 1,317.50 |
| 3/10/2020 | Antonio Rega | Meeting at prosecutor's office, NYC | 5.90 | 2,507.50 |
| 3/11/2020 | Ravi Viradiya | Prepare custom reporting as requested by counsel. | 4.60 | 805.00 |
| 3/11/2020 | Bob Neary | Researching document histories related to de-duplication and lack of review of four documents as requested by counsel; Confirming documents properly de-duplicated and no outstanding issues. | 3.10 | 542.50 |
| 3/11/2020 | Eric Foy | Run duplicate analysis for counsel. | 0.90 | 157.50 |
| 3/11/2020 | Richard Chung | Perform report comparison of difference between email reports provided on Oct 2019 and reports provided Feb 2020; prepare example of difference between reports provided on Oct 2019 and reports provided Feb 2020; correspond with Ankura team of updates and next steps. | 2.40 | 1,020.00 |



# Professional Fees Detail

| | Project # | PS-187870 |
|---|---|---|
| | Invoice Date | 4/20/2020 |
| | Invoice Number | CI-008477 |
| | Professional Services Through | March 2020 |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 3/11/2020 | Antonio Rega | Communications with counsel and internal Ankura team for various requests related to reporting, and revisions of reports, from Relativity, LAW and FTK (eDiscovery and forensics tools) depicting metadata output and related fields for Horowitz and Cole email data sets. Review of draft reports, requests for edits and changes and final QC review prior to submission to counsel. | 4.70 | 1,997.50 |
| 3/26/2020 | Antonio Rega | Review of existing data sets and reporting; update and revising metadata fields for reports and ensure any content newly indexed in the forensic tool, FTK, is properly backed up for later reference. | 3.10 | 1,317.50 |
| 3/1/2020 | Richard Chung | Perform QC of reports and provide update to Counsel and Ankura team; update report as requested by counsel. | 2.90 | 1,232.50 |
| 3/1/2020 | Ravi Viradiya | Prepare custom reporting as requested by counsel. | 9.80 | 1,715.00 |
| 3/12/2020 | Bob Neary | Review of draft SourceOne global reporting requested by counsel; Communications regarding updates and formating. | 1.20 | 210.00 |
| 3/12/2020 | Antonio Rega | Communications with counsel and internal Ankura team for various requests related to reporting, and revisions of reports, from Relativity, LAW and FTK (eDiscovery and forensics tools) depicting metadata output and related fields for Horowitz and Cole email data sets. Review of draft reports, requests for edits and changes and final QC review prior to submission to counsel. | 5.60 | 2,380.00 |
| 3/13/2020 | Ravi Viradiya | Prepare custom reporting as requested by counsel. | 3.40 | 595.00 |
| 3/13/2020 | Antonio Rega | Communications with counsel and internal Ankura team for various requests related to reporting, and revisions of reports, from Relativity, LAW and FTK (eDiscovery and forensics tools) depicting metadata output and related fields for Horowitz and Cole email data sets. Review of draft reports, requests for edits and changes and final QC review prior to submission to counsel. | 5.10 | 2,167.50 |
| 3/14/2020 | Ravi Viradiya | Prepare custom reporting as requested by counsel. | 2.40 | 420.00 |
| 3/14/2020 | Antonio Rega | Communications with counsel; responses to inquiries and review of draft reports, as well as any updates to reports, in preparation of submission to counsel. | 3.70 | 1,572.50 |
| 3/16/2020 | Ravi Viradiya | Prepare custom reporting as requested by counsel. | 1.20 | 210.00 |
| 3/16/2020 | Matthew Houle | Sort through additional email sources to locate PST data. | 1.50 | 637.50 |
| 3/16/2020 | Bob Neary | Communications regarding reporting requested by counsel; Review of draft reports. | 0.80 | 140.00 |
| 3/16/2020 | Antonio Rega | Review of existing data sets and reporting; update and revising metadata fields for reports and ensure any content newly indexed in the forensic tool, FTK, is properly backed up for later reference. | 3.10 | 1,317.50 |
| 3/17/2020 | Ravi Viradiya | Prepare custom reporting as requested by counsel. | 7.40 | 1,295.00 |
| 3/17/2020 | Eric Foy | Assist counsel with access to Relativity. | 0.30 | 52.50 |
| 3/17/2020 | Antonio Rega | Review of existing data sets and reporting; update and revising metadata fields for reports and ensure any content newly indexed in the forensic tool, FTK, is properly backed up for later reference. | 3.10 | 1,317.50 |
| 3/18/2020 | Bob Neary | Communications regarding reporting requested by counsel; Review of draft reports. | 1.60 | 280.00 |
| 3/18/2020 | Antonio Rega | Review of existing data sets and reporting; update and revising metadata fields for reports and ensure any content newly indexed in the forensic tool, FTK, is properly backed up for later reference. | 3.10 | 1,317.50 |



# Professional Fees Detail

| | Project # | **PS-187870** |
|---|---|---|
| | Invoice Date | **4/20/2020** |
| | Invoice Number | **CI-008477** |
| | Professional Services Through | **March 2020** |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 3/19/2020 | Ravi Viradiya | Prepare custom reporting updates as requested by counsel. | 1.10 | 192.50 |
| 3/19/2020 | Matthew Houle | Generate additional email reports from select custodians. | 1.90 | 807.50 |
| 3/19/2020 | Bob Neary | Communications regarding reporting requested by counsel; Review of draft reports. | 1.10 | 192.50 |
| 3/19/2020 | Eric Foy | Prepare three production loading requests for processing team. | 1.50 | 262.50 |
| 3/19/2020 | Antonio Rega | Communications with Ankura team and counsel with follow-up responses to inquiries and revisions to reports, with a focus on SourceOne data. | 3.80 | 1,615.00 |
| 3/19/2020 | Yuliya Nesterchuk | 3rd Party Load ICON-R502-014, ICON-R502-016 and ICON-R502-015. data download.  Quality checks | 1.80 | 315.00 |
| 3/20/2020 | Matthew Houle | Generate additional email reports per client request. | 3.50 | 1,487.50 |
| 3/20/2020 | Bob Neary | Communications regarding reporting requested by counsel. | 0.60 | 105.00 |
| 3/20/2020 | Antonio Rega | Communications with Ankura team and counsel with follow-up responses to inquiries and revisions to reports, with a focus on SourceOne data. | 3.50 | 1,487.50 |
| 3/20/2020 | Antonio Rega | Conference call with counsel to discuss responses to call with Iconix IT. | 0.90 | 382.50 |
| 3/20/2020 | Yuliya Nesterchuk | 3rd Party Load ICON-R502-014, ICON-R502-016 and ICON-R502-015.  Quality checks | 0.80 | 140.00 |
| 3/24/2020 | Antonio Rega | Communications with Ankura team and counsel with follow-up responses to inquiries and revisions to reports, with a focus on SourceOne data. | 3.70 | 1,572.50 |
| 3/23/2020 | Antonio Rega | Communications with Ankura team and counsel with follow-up responses to inquiries and revisions to reports, with a focus on SourceOne data. | 3.90 | 1,657.50 |
| 3/23/2020 | Ravi Viradiya | Prepare custom reporting requested by counsel. | 3.60 | 630.00 |
| 3/23/2020 | Andrew Kim | Compile documentation and reporting requested for processing jobs from 2016 and provide evidence intake, processing, PIF Instructions histories. | 2.20 | 385.00 |
| 3/22/2020 | Andrew Kim | Prepare custom reporting. | 1.60 | 280.00 |
| 3/22/2020 | Antonio Rega | Communications regarding status of inquiries related to SourceOne metadata. | 1.30 | 552.50 |
| 3/31/2020 | Antonio Rega | Gather all reports and related datasets for requests from the past ~month; transfer all data to centralized location for ready access for subsequent analysis. Generate internal tracking summary of consolidated content. | 2.80 | 1,190.00 |
| | | | **223.70** | **75,772.50** |



# Other Charges and Fees

| | Project # | PS-187870 |
|---|---|---|
| | Invoice Date | 4/20/2020 |
| | Invoice Number | CI-008477 |
| | Professional Services Through | March 2020 |

| Comment | Project Charges | Unit Quantity | Unit Type | Rate |
|---|---|---|---|---|
| Relativity Hosting Fees | 14,126.75 | 1,284.25 | GB | 11.00 |
| Relativity User Fees | 450.00 | 9.00 | Users | 50.00 |
| Grand Total | 14,576.75 | | | |



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 05/20/2020 | CI-011009 |

| Payment Terms | Due Date |
|---|---|
| Net 60 | 07/19/2020 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: | | Project Information: | |
|---|---|---|---|
| Kyle Harmon<br>Iconix Brand Group, Inc.<br>1450 Broadway, 3rd floor<br>New York, NY 10018<br>United States of America | | Project Name:<br>Project Number:<br>PO Number: | PS-187870 ICONIX<br>PS-187870 |

Professional Services rendered through April 2020, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 17,999.15 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 17,999.15 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



# Summary of Invoice Activities

| | |
|---|---|
| Project # | **PS-187870** |
| Invoice Date | **5/20/2020** |
| Invoice Number | **CI-011009** |
| Professional Services Through | **April 2020** |

| Transaction Source | Project Hours | Project Charges |
|---|---|---|
| Time | 8.50 | 3,412.50 |
| Misc Expense | - | 14,586.65 |
| **Grand Total** | **8.50** | **17,999.15** |



# Professional Fees Summary

| | Project # | **PS-187870** |
|---|---|---|
| | Invoice Date | **5/20/2020** |
| | Invoice Number | **CI-011009** |
| | Professional Services Through | **April 2020** |

| Name | Title | Rate | Project Hours | Project Charges |
|---|---|---|---|---|
| **Matthew Houle** | Director | 425.00 | 0.70 | 297.50 |
| **Antonio Rega** | Managing Director | 425.00 | 7.00 | 2,975.00 |
| **Eric Foy** | Director | 175.00 | 0.80 | 140.00 |
| | | | **8.50** | **3,412.50** |



## Professional Fees Detail

| | | Project # | **PS-187870** |
|---|---|---|---|
| | | Invoice Date | **5/20/2020** |
| | | Invoice Number | **CI-011009** |
| | | Professional Services Through | **April 2020** |

| Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|
| 4/23/2020 | Eric Foy | Search for documents in Relativity related to forensic analysis; Export metadata and send forensic team. | 0.80 | 140.00 |
| 4/23/2020 | Antonio Rega | Communications with counsel related to reporting metadata and matching criteria; preliminary analysis of specific field entries. | 2.10 | 892.50 |
| 4/24/2020 | Antonio Rega | Communications and assessment of matching criteria in produced reporting; preliminary analysis of specific field entries. | 2.50 | 1,062.50 |
| 4/28/2020 | Antonio Rega | Communications internally on findings; follow-up response to counsel. | 1.30 | 552.50 |
| 4/29/2020 | Matthew Houle | Discuss findings and explain difference in email reports to clients. | 0.70 | 297.50 |
| 4/29/2020 | Antonio Rega | Conference call with Ankura and counsel; follow-up email communications related to reporting metadata. | 1.10 | 467.50 |
| | | | **8.50** | **3,412.50** |



# Other Charges and Fees

| | Project # | **PS-187870** |
|---|---|---|
| | Invoice Date | **5/20/2020** |
| | Invoice Number | **CI-011009** |
| | Professional Services Through | **April 2020** |

| Comment | Project Charges | Unit Quantity | Unit Type | Rate |
|---|---|---|---|---|
| Relativity Hosting Fees | 14,136.65 | 1,285.15 | GB | 11.00 |
| Relativity User Fees | 450.00 | 9.00 | Users | 50.00 |
| **Grand Total** | **14,586.65** | | | |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 06/18/2020 | CI-012664 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 08/17/2020 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

Project Name:     PS-187870 ICONIX
Project Number:   PS-187870
PO Number:

Professional Services rendered through May 31, 2020, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 16,690.34 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 16,690.34 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

<u>United States Postal Service</u>

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

<u>Courier</u>

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

<u>Wire Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

<u>ACH Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



*Invoice Remittance*

| | |
|---|---|
| **Project #:** | PS-187870 |
| **Invoice Date:** | 6/17/2020 |
| **Invoice Number:** | CI-012664 |
| **Professional Services Through:** | 5/31/2020 |

## Invoice Summary

| | | |
|---|---|---|
| **Professional Services** | $ | 2,295.00 |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,395.34 |
| **Supplier Invoice** | $ | - |
| **Invoice Total:** | $ | 16,690.34 |
| | | |
| **Previous Balance** | $ | 254,047.14 |

## Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



|  | Project #: | PS-187870 |
|---|---|---|
|  | Invoice Date: | 6/17/2020 |
|  | Invoice Number: | CI-012664 |
|  | Professional Services Through: | 5/31/2020 |

**Outstanding Invoice History**

| Invoice Number | Invoice Date | | Amount |
|---|---|---|---|
| CI-004373 | 2/21/2020 | $ | 22,254.95 |
| CI-004683 | 2/26/2020 | $ | 19,383.25 |
| CI-007105 | 4/2/2020 | $ | 104,060.54 |
| CI-008477 | 4/20/2020 | $ | 90,349.25 |
| CI-011009 | 5/20/2020 | $ | 17,999.15 |
| **Total** | | $ | **254,047.14** |



| | | | | |
|---|---|---|---|---|
| | **Project #:** | | | PS-187870 |
| | **Invoice Date:** | | | 6/17/2020 |
| | **Invoice Number:** | | | CI-012664 |
| | **Professional Services Through:** | | | 5/31/2020 |

### *Professional Services - Summary By Person*

| Name | Title | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| Antonio Rega | Managing Director | 425.00 | 3.2 | $ | 1,360.00 |
| Matthew Houle | Director | 425.00 | 2.2 | $ | 935.00 |
| **Total** | | | **5.4** | **$** | **2,295.00** |



<div align="right">

**Project #: PS-187870**
**Invoice Date: 6/17/2020**
**Invoice Number: CI-012664**
**Professional Services Through: 5/31/2020**

</div>

*Time Detail by Date*

| Date | Name | Time Narrative | Rate | Hours | Amount |
|------|------|----------------|------|-------|--------|
| 5/20/2020 | Antonio Rega | Transfer pst files for Cole and Horowitz to local drive for later analysis, when requested. | 425.00 | 1.0 $ | 425.00 |
| 5/22/2020 | Antonio Rega | Review of search terms results related to comparison of SourceOne datasets at the request of counsel; Discuss scope of request with team and draft email summary of anticipated time and effort. | 425.00 | 2.2 $ | 935.00 |
| 5/22/2020 | Matthew Houle | Assist in planning next reporting steps and locating select data that needs to be further processed by discovery team. | 425.00 | 2.2 $ | 935.00 |
| **Total** | | | | **5.4 $** | **2,295.00** |



Project #: **PS-187870**
Invoice Date: **6/17/2020**
Invoice Number: **CI-012664**
Professional Services Through: **5/31/2020**

### *Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount | |
|---|---|---|---|---|---|---|
| Relativity Hosting Fees | 1,285.94 | GB | $ | 11.00 | $ | 14,145.34 |
| Relativity User Fees | 5.00 | Users | $ | 50.00 | $ | 250.00 |
| **Total** | | | | | **$** | **14,395.34** |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 07/17/2020 | CI-014237 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 09/15/2020 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

Project Name:     PS-187870 ICONIX
Project Number:   PS-187870
PO Number:

Professional Services rendered through June 30, 2020, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **48,601.08** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **48,601.08** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



*Invoice Remittance*

| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **7/17/2020** |
| **Invoice Number:** | **CI-014237** |
| **Professional Services Through:** | **6/30/2020** |

## Invoice Summary

| | | |
|---|---|---|
| **Professional Services** | $ | 32,897.50 |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 15,703.58 |
| **Supplier Invoice** | $ | - |
| **Invoice Total:** | $ | 48,601.08 |
| | | |
| **Previous Balance** | $ | 270,737.48 |

## Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **7/17/2020** |
| **Invoice Number:** | **CI-014237** |
| **Professional Services Through:** | **6/30/2020** |

### *Outstanding Invoice History*

| Invoice Number | Invoice Date | | Amount |
|---|---|---|---|
| CI-004373 | 2/21/2020 | $ | 22,254.95 |
| CI-004683 | 2/26/2020 | $ | 19,383.25 |
| CI-007105 | 4/2/2020 | $ | 104,060.54 |
| CI-008477 | 4/20/2020 | $ | 90,349.25 |
| CI-011009 | 5/20/2020 | $ | 17,999.15 |
| CI-012664 | 6/30/2020 | $ | 16,690.34 |
| **Total** | | $ | 270,737.48 |



| | | Project #: | PS-187870 |
|---|---|---|---|
| | | Invoice Date: | 7/17/2020 |
| | | Invoice Number: | CI-014237 |
| | | Professional Services Through: | 6/30/2020 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| Antonio Rega | Managing Director | 425.00 | 21.4 | $ | 9,095.00 |
| Nicole LeBeau | Managing Director | 175.00 | 1.3 | $ | 227.50 |
| Haozhen Zhao | Senior Director | 425.00 | 37.4 | $ | 15,895.00 |
| Bob Neary | Senior Director | 175.00 | 19.0 | $ | 3,325.00 |
| Matthew Houle | Director | 425.00 | 3.7 | $ | 1,572.50 |
| Eric Foy | Director | 175.00 | 5.9 | $ | 1,032.50 |
| Yuliya Nesterchuk | Director | 175.00 | 0.6 | $ | 105.00 |
| Ravi Viradiya | Analyst Manager | 175.00 | 9.4 | $ | 1,645.00 |
| Total | | | 98.7 | $ | 32,897.50 |



| | | | Project #: | PS-187870 |
|---|---|---|---|---|
| | | | Invoice Date: | 7/17/2020 |
| | | | Invoice Number: | CI-014237 |
| | | | Professional Services Through: | 6/30/2020 |

**Time Detail by Date**

| Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/1/2020 | Antonio Rega | Call with Skadden in advance of discussion with prosecutors. | 425.00 | 1.0 $ | 425.00 |
| 6/2/2020 | Antonio Rega | Conference call with Skadden and prosecutors to discuss reports and potential next steps in reporting. | 425.00 | 1.2 $ | 510.00 |
| 6/3/2020 | Antonio Rega | Internal call to discuss discussion with prosecutors and Skadden, and pending next steps . | 425.00 | 1.2 $ | 510.00 |
| 6/3/2020 | Nicole LeBeau | Attend conference call to discuss Source One collection. | 175.00 | 0.6 $ | 105.00 |
| 6/3/2020 | Bob Neary | Communications with team regarding pending reporting requests; Compile listing of all SourceOne collection media and provide dates ranges for each to processing for validation. | 175.00 | 1.9 $ | 332.50 |
| 6/4/2020 | Antonio Rega | Call with Skadden to discuss pending reports to be generated. | 425.00 | 1.0 $ | 425.00 |
| 6/4/2020 | Nicole LeBeau | Attend conference call with case team to discuss next steps relating to data collected and processed from Source One. | 175.00 | 0.7 $ | 122.50 |
| 6/4/2020 | Bob Neary | Plan for and attend meeting with team regarding reporting next steps. | 175.00 | 0.8 $ | 140.00 |
| 6/17/2020 | Bob Neary | Communications regarding reporting requests; Review of searches provided by counsel and review of historical requests. | 175.00 | 2.1 $ | 367.50 |
| 6/18/2020 | Antonio Rega | Review details and correspondence regarding identification of PST email files for processing to prepare for SourceOne reporting. | 425.00 | 2.1 $ | 892.50 |
| 6/18/2020 | Bob Neary | Review of searches provided by counsel and review of historical requests. | 175.00 | 0.8 $ | 140.00 |
| 6/18/2020 | Eric Foy | Research and prepare documentation of performed work. | 175.00 | 5.9 $ | 1,032.50 |
| 6/18/2020 | Matthew Houle | Project Iconix; Locate, extract, and process singular targeted PST. | 425.00 | 1.2 $ | 510.00 |
| 6/18/2020 | Yuliya Nesterchuk | Coordinated request to process additional PST. Downloaded data and staged to network. Coordinated with the processing team. | 175.00 | 0.6 $ | 105.00 |
| 6/19/2020 | Bob Neary | Further review of searches provided by counsel and review of historical requests. | 175.00 | 1.1 $ | 192.50 |
| 6/22/2020 | Bob Neary | Coordinate metadata comparison; Communications with team regarding steps, methodology, and time lines. | 175.00 | 1.7 $ | 297.50 |
| 6/23/2020 | Antonio Rega | Communications, information gathering and drafting of charts to facilitate comparison of 2019 vs 2020 reports in preparation of findings to be submitted to Skadden. | 425.00 | 3.2 $ | 1,360.00 |
| 6/23/2020 | Matthew Houle | Project Iconix; Perform QC on tasks requested and confirm work that has been completed. | 425.00 | 2.5 $ | 1,062.50 |
| 6/24/2020 | Antonio Rega | Review of historical documentation pertaining to 2019 vs 2020 reporting; revise and update draft comparison charts. Internal communications. | 425.00 | 3.6 $ | 1,530.00 |
| 6/24/2020 | Bob Neary | Further coordination of metadata comparison; Communications with team regarding steps, methodology, and time lines. | 175.00 | 1.3 $ | 227.50 |
| 6/24/2020 | Ravi Viradiya | Custom reporting. Exporting metadata for Custodians\EvidenceIDs. | 175.00 | 5.2 $ | 910.00 |
| 6/25/2020 | Antonio Rega | Assessment - comparison of 2019 vs 2020 reports; review existing documentation and working draft summaries; internal team communications. | 425.00 | 1.9 $ | 807.50 |
| 6/25/2020 | Haozhen Zhao | Iconix email source file analysis and comparison. | 425.00 | 3.8 $ | 1,615.00 |
| 6/25/2020 | Ravi Viradiya | Custom reporting. Exporting metadata for Custodians\EvidenceIDs. | 175.00 | 2.3 $ | 402.50 |
| 6/26/2020 | Antonio Rega | Gather information, review existing documentations and drafts; generate summary of assessment comparing 2019 vs 2020 reports. Finalize and submit to counsel. | 425.00 | 4.1 $ | 1,742.50 |



| | | | Project #: | PS-187870 |
| | | | Invoice Date: | 7/17/2020 |
| | | | Invoice Number: | CI-014237 |
| | | | Professional Services Through: | 6/30/2020 |

*Time Detail by Date*

| Date | Name | Time Narrative | Rate | Hours | | Amount |
|------|------|----------------|------|-------|---|--------|
| 6/26/2020 | Bob Neary | Coordinate metadata comparison; Communications with team regarding steps, methodology, and time lines; Review initial draft reporting. | 175.00 | 2.8 | $ | 490.00 |
| 6/26/2020 | Haozhen Zhao | Iconix email source file analysis and comparison. | 425.00 | 7.9 | $ | 3,357.50 |
| 6/27/2020 | Antonio Rega | Follow-up responses drafted and submitted to counsel, regarding comparison assessment of 2019 vs 2020 reporting. | 425.00 | 2.1 | $ | 892.50 |
| 6/27/2020 | Haozhen Zhao | Iconix email source file analysis and comparison. | 425.00 | 3.8 | $ | 1,615.00 |
| 6/28/2020 | Haozhen Zhao | Iconix email source file analysis and comparison. | 425.00 | 5.9 | $ | 2,507.50 |
| 6/29/2020 | Bob Neary | Coordinate metadata comparison; Communications with team regarding steps, methodology, and time lines; Review updated drafts. | 175.00 | 3.3 | $ | 577.50 |
| 6/29/2020 | Haozhen Zhao | Iconix email source file analysis and comparison. | 425.00 | 7.7 | $ | 3,272.50 |
| 6/29/2020 | Ravi Viradiya | Export of Text files for IDs provided by client. | 175.00 | 1.9 | $ | 332.50 |
| 6/30/2020 | Bob Neary | Coordinate metadata comparison; Communications with team regarding QC and validate results. | 175.00 | 3.2 | $ | 560.00 |
| 6/30/2020 | Haozhen Zhao | Iconix email source file analysis and comparison. | 425.00 | 8.3 | $ | 3,527.50 |
| Total | | | | 98.7 | $ | 32,897.50 |



| | Project #: | PS-187870 |
|---|---|---|
| | Invoice Date: | 7/17/2020 |
| | Invoice Number: | CI-014237 |
| | Professional Services Through: | 6/30/2020 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Pre-Process Filtering [Data In] | 41.40 | GB | 35.00 | $ | 1,449.00 |
| Relativity Hosting Fees | 1,286.78 | GB | 11.00 | $ | 14,154.58 |
| Relativity User Fees | 2.00 | Users | 50.00 | $ | 100.00 |
| **Total** | | | | $ | **15,703.58** |



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 08/21/2020 | CI-016307 |

| Payment Terms | Due Date |
|---|---|
| Net 60 | 10/20/2020 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through July 31, 2020, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 38,070.74 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | 38,070.74 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



*Invoice Remittance*

|  |  |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **8/21/2020** |
| **Invoice Number:** | **CI-016307** |
| **Professional Services Through:** | **7/31/2020** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 23,810.00 |
| Expenses | $ | - |
| Miscellaneous Expenses | $ | 14,260.74 |
| Supplier Invoice | $ | - |
| Invoice Total: | $ | 38,070.74 |
| | | |
| Previous Balance | $ | 319,338.56 |

## Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



*Invoice Remittance*

|  | |
|---:|:---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **8/21/2020** |
| **Invoice Number:** | **CI-016307** |
| **Professional Services Through:** | **7/31/2020** |

### Outstanding Invoice History

| Invoice Number | Invoice Date | | Amount |
|---|---|---|---|
| CI-004373 | 2/21/2020 | $ | 22,254.95 |
| CI-004683 | 2/26/2020 | $ | 19,383.25 |
| CI-007105 | 4/2/2020 | $ | 104,060.54 |
| CI-008477 | 4/20/2020 | $ | 90,349.25 |
| CI-011009 | 5/20/2020 | $ | 17,999.15 |
| CI-012664 | 6/30/2020 | $ | 16,690.34 |
| CI-014237 | 7/27/2020 | $ | 48,601.08 |
| **Total** | | $ | **319,338.56** |



*Invoice Remittance*

|  |  |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **8/21/2020** |
| **Invoice Number:** | **CI-016307** |
| **Professional Services Through:** | **7/31/2020** |

### Professional Services - Summary By Person

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Antonio Rega | Managing Director | 425.00 | 7.7 | $ 3,272.50 |
| Haozhen Zhao | Senior Director | 425.00 | 34.6 | $ 14,705.00 |
| Richard Chung | Senior Director | 425.00 | 1.3 | $ 552.50 |
| Bob Neary | Senior Director | 175.00 | 5.8 | $ 1,015.00 |
| Han Qin | Director | 425.00 | 1.8 | $ 765.00 |
| Shi Ye | Director | 425.00 | 7.7 | $ 3,272.50 |
| Eric Foy | Director | 175.00 | 0.4 | $ 70.00 |
| Ravi Viradiya | Analyst Manager | 175.00 | 0.9 | $ 157.50 |
| **Total** | | | **60.2** | **$ 23,810.00** |



*Invoice Remittance*

| | |
|---:|:---|
| Project #: | **PS-187870** |
| Invoice Date: | **8/21/2020** |
| Invoice Number: | **CI-016307** |
| Professional Services Through: | **7/31/2020** |

### Time Detail by Date

| Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2020 | Antonio Rega | Review final drafts and query logic with team. Internal communications and drafting of email message to be sent to counsel. | 425.00 | 2.3 $ | 977.50 |
| 7/1/2020 | Bob Neary | Review of draft reporting requested by counsel; Communications regarding methods and updates. | 175.00 | 2.1 $ | 367.50 |
| 7/1/2020 | Haozhen Zhao | Iconix Email Comparison Reports. | 425.00 | 7.9 $ | 3,357.50 |
| 7/1/2020 | Richard Chung | Perform QC of comparison reports between SourceOne emails, and emails from Horowitz and Cole. | 425.00 | 1.3 $ | 552.50 |
| 7/2/2020 | Antonio Rega | Review of draft revisions to SourceOne reports and related team QC. | 425.00 | 2.2 $ | 935.00 |
| 7/2/2020 | Bob Neary | Review of updated draft reporting requested by counsel; Communications regarding methods and updates. | 175.00 | 1.8 $ | 315.00 |
| 7/2/2020 | Haozhen Zhao | Iconix Email Comparison | 425.00 | 5.8 $ | 2,465.00 |
| 7/2/2020 | Han Qin | Emails Comparison | 425.00 | 1.8 $ | 765.00 |
| 7/2/2020 | Shi Ye | Email Comparison Updating and Re-generating final reports Review and QC | 425.00 | 5.3 $ | 2,252.50 |
| 7/2/2020 | Ravi Viradiya | Generate extracted text export in preparation for analysis. | 175.00 | 0.9 $ | 157.50 |
| 7/3/2020 | Antonio Rega | Communications regarding SourceOne Reports. | 425.00 | 1.1 $ | 467.50 |
| 7/6/2020 | Haozhen Zhao | Email Comparison Report. | 425.00 | 8.8 $ | 3,740.00 |
| 7/7/2020 | Haozhen Zhao | Email Comparison Report. | 425.00 | 8.7 $ | 3,697.50 |
| 7/7/2020 | Shi Ye | Email Comparison Check and Review results Generate Updated Final reports | 425.00 | 2.4 $ | 1,020.00 |
| 7/8/2020 | Antonio Rega | Preparation in advance of call with counsel; Pre-call with counsel, followed by conference call with prosecutors to discuss reporting. | 425.00 | 2.1 $ | 892.50 |
| 7/8/2020 | Bob Neary | Review final reports and methodology; Communications regarding status. | 175.00 | 1.9 $ | 332.50 |
| 7/8/2020 | Haozhen Zhao | Email Comparison Report. | 425.00 | 3.4 $ | 1,445.00 |
| 7/22/2020 | Eric Foy | Research status of Relativity account for counsel, and submit disabling account request. | 175.00 | 0.4 $ | 70.00 |
| Total | | | | 60.2 $ | 23,810.00 |



*Invoice Remittance*

| | |
|---:|:---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **8/21/2020** |
| **Invoice Number:** | **CI-016307** |
| **Professional Services Through:** | **7/31/2020** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|:---|---:|:---:|---:|:---:|---:|
| Relativity Hosting Fees | 1,287.34 | GB | 11.00 | $ | 14,160.74 |
| Relativity User Fees | 2.00 | Users | 50.00 | $ | 100.00 |
| **Total** | | | | **$** | **14,260.74** |



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 09/25/2020 | CI-018657 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 11/24/2020 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: |
|----------|
| Kyle Harmon |
| Iconix Brand Group, Inc. |
| 1450 Broadway, 3rd floor |
| New York, NY 10018 |
| United States of America |

| Project Information: | |
|----------------------|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through August 31, 2020, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 14,266.02 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **14,266.02** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
|-------------------------|

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **9/25/2020** |
| **Invoice Number:** | **CI-018657** |
| **Professional Services Through:** | **8/31/2020** |

## Invoice Summary

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,266.02 |
| **Supplier Invoice** | $ | - |
| **Invoice Total:** | $ | 14,266.02 |
| | | |
| **Previous Balance** | $ | 357,409.30 |

## Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



|  | Project #: | **PS-187870** |
| --- | ---: | ---: |
|  | Invoice Date: | **9/25/2020** |
|  | Invoice Number: | **CI-018657** |
|  | Professional Services Through: | **8/31/2020** |

### *Outstanding Invoice History*

| Invoice Number | Invoice Date | Amount |
| --- | --- | --- |
| CI-004373 | 2/21/2020 | $ 22,254.95 |
| CI-004683 | 2/26/2020 | $ 19,383.25 |
| CI-007105 | 4/2/2020 | $ 104,060.54 |
| CI-008477 | 4/20/2020 | $ 90,349.25 |
| CI-011009 | 5/20/2020 | $ 17,999.15 |
| CI-012664 | 6/30/2020 | $ 16,690.34 |
| CI-014237 | 7/27/2020 | $ 48,601.08 |
| CI-016307 | 8/21/2020 | $ 38,070.74 |
| **Total** |  | $ **357,409.30** |



| | | | |
|---|---|---:|---|
| **Project #:** | | | **PS-187870** |
| **Invoice Date:** | | | **9/25/2020** |
| **Invoice Number:** | | | **CI-018657** |
| **Professional Services Through:** | | | **8/31/2020** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---:|---|---:|---:|
| Relativity Hosting Fees | 1,287.82 | GB | 11.00 $ | 14,166.02 |
| Relativity User Fees | 2.00 | Users | 50.00 $ | 100.00 |
| **Total** | | | $ | **14,266.02** |



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|---------------|
| 10/14/2020 | CI-019604 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 12/13/2020 |

| FEIN NO.: | 47-2435218 |
|-----------|-----------|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through September 30, 2020, see attached.

| | | | |
|---|---|---|---|
| **Net Amount:** | | | **14,222.18** |
| **Tax:** | | | |
| **Total Invoice Amount:** | | **USD** | **14,222.18** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**
United States Postal Service
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**
Wire Instructions
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier
Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | | |
|---|---|---|
| **Project #:** | **PS-187870** | |
| **Invoice Date:** | **10/14/2020** | |
| **Invoice Number:** | **CI-019604** | |
| **Professional Services Through:** | **9/30/2020** | |

### Invoice Summary

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,222.18 |
| **Supplier Invoice** | $ | - |
| **Invoice Total:** | $ | 14,222.18 |
| | | |
| **Previous Balance** | $ | 371,675.32 |

### Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | |
|---:|:---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **10/14/2020** |
| **Invoice Number:** | **CI-019604** |
| **Professional Services Through:** | **9/30/2020** |

*Outstanding Invoice History*

| Invoice Number | Invoice Date | Amount |
|---|---|---|
| CI-004373 | 2/21/2020 | $ 22,254.95 |
| CI-004683 | 2/26/2020 | $ 19,383.25 |
| CI-007105 | 4/2/2020 | $ 104,060.54 |
| CI-008477 | 4/20/2020 | $ 90,349.25 |
| CI-011009 | 5/20/2020 | $ 17,999.15 |
| CI-012664 | 6/30/2020 | $ 16,690.34 |
| CI-014237 | 7/27/2020 | $ 48,601.08 |
| CI-016307 | 8/21/2020 | $ 38,070.74 |
| CI-018657 | 9/25/2020 | $ 14,266.02 |
| **Total** | | **$ 371,675.32** |



| | | | | |
|---|---|---|---|---|
| **Project #:** | | | | **PS-187870** |
| **Invoice Date:** | | | | **10/14/2020** |
| **Invoice Number:** | | | | **CI-019604** |
| **Professional Services Through:** | | | | **9/30/2020** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Relativity Hosting Fees | 1,288.38 | GB | 11.00 | $ | 14,172.18 |
| Relativity User Fees | 1.00 | Users | 50.00 | $ | 50.00 |
| **Total** | | | | $ | **14,222.18** |



**ankura**
COLLABORATION DRIVES RESULTS

**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 11/12/2020 | CI-021402 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 01/11/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through October 31, 2020, see attached.

| | | | |
|---|---|---|---|
| **Net Amount:** | | | 14,229.44 |
| **Tax:** | | | |
| **Total Invoice Amount:** | | USD | 14,229.44 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697766
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



|  | Project #: | PS-187870 |
|---|---|---|
|  | Invoice Date: | 11/12/2020 |
|  | Invoice Number: | CI-021402 |
|  | Professional Services Through: | 10/31/2020 |

## Invoice Summary

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,229.44 |
| **Supplier Invoice** | $ | - |
| **Invoice Total:** | $ | 14,229.44 |
| | | |
| **Previous Balance** | $ | 115,160.02 |

## Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



|                          |              |
|--------------------------|--------------|
| **Project #:** | PS-187870 |
| **Invoice Date:** | 11/12/2020 |
| **Invoice Number:** | CI-021402 |
| **Professional Services Through:** | 10/31/2020 |

### *Outstanding Invoice History*

| Invoice Number | Invoice Date | Amount |
|----------------|--------------|--------|
| CI-014237 | 7/27/2020 | $ 48,601.08 |
| CI-016307 | 8/21/2020 | $ 38,070.74 |
| CI-018657 | 9/25/2020 | $ 14,266.02 |
| CI-019604 | 10/14/2020 | $ 14,222.18 |
| **Total** | | **$ 115,160.02** |



|  | Project #: | PS-187870 |
|---|---|---|
|  | Invoice Date: | 11/12/2020 |
|  | Invoice Number: | CI-021402 |
|  | Professional Services Through: | 10/31/2020 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Relativity Hosting Fees | 1,289.04 | GB | 11.00 | $ | 14,179.44 |
| Relativity User Fees | 1.00 | Users | 50.00 | $ | 50.00 |
| **Total** | | | | $ | 14,229.44 |



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
| --- | --- |
| 12/15/2020 | CI-023659 |

| Payment Terms | Due Date |
| --- | --- |
| Net 60 | 02/13/2021 |

| FEIN NO.: | 47-2435218 |
| --- | --- |

| Bill To: |
| --- |
| Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America |

| Project Information: | |
| --- | --- |
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through November 30, 2020, see attached.

| | | | |
| --- | --- | --- | --- |
| **Net Amount:** | | | 14,236.15 |
| **Tax:** | | | |
| **Total Invoice Amount:** | | **USD** | **14,236.15** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
| --- |

**Remittance Instructions**

**United States Postal Service**

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

**Wire Instructions**

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **12/15/2020** |
| **Invoice Number:** | **CI-023659** |
| **Professional Services Through:** | **11/30/2020** |

### *Invoice Summary*

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | | - |
| **Miscellaneous Expenses** | | 14,236.15 |
| **Supplier Invoice** | | - |
| **Invoice Total:** | $ | **14,236.15** |

| | |
|---|---|
| **Previous Balance** | 129,389.46 |

### Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | | |
|---|---|---|
| **Project #:** | **PS-187870** | |
| **Invoice Date:** | **12/15/2020** | |
| **Invoice Number:** | **CI-023659** | |
| **Professional Services Through:** | **11/30/2020** | |

*Outstanding Invoice History*

| Invoice Number | Invoice Date | Amount |
|---|---|---|
| CI-014237 | 7/27/2020 | $ 48,601.08 |
| CI-016307 | 8/21/2020 | $ 38,070.74 |
| CI-018657 | 9/25/2020 | $ 14,266.02 |
| CI-019604 | 10/14/2020 | $ 14,222.18 |
| CI-021402 | 11/12/2020 | $ 14,229.44 |
| **Total** | | **$ 129,389.46** |



| | | Project #: | PS-187870 |
| --- | --- | --- | --- |
| | | Invoice Date: | 12/15/2020 |
| | | Invoice Number: | CI-023659 |
| | | Professional Services Through: | 11/30/2020 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
| --- | --- | --- | --- | --- |
| Relativity Hosting Fees | 1,289.65 | GB | 11.00 | $ 14,186.15 |
| Relativity User Fees | 1.00 | Users | 50.00 | $ 50.00 |
| **Total** | | | | **$ 14,236.15** |



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 01/06/2021 | CI-024769 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 02/05/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through December 31, 2020, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 14,345.28 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **14,345.28** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**
United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**
Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | | |
|---|---|---|
| **Project #:** | | PS-187870 |
| **Invoice Date:** | | 1/6/2021 |
| **Invoice Number:** | | CI-024769 |
| **Professional Services Through:** | | 12/31/2020 |

## _Invoice Summary_

| | | |
|---|---|---|
| Professional Services | $ | - |
| Expenses | | - |
| Miscellaneous Expenses | | 14,345.28 |
| Supplier Invoice | | - |
| Invoice Total: | $ | 14,345.28 |

| | |
|---|---|
| Previous Balance | 42,687.77 |

## Remittance Information:

**_United States Postal Service_**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**_Courier_**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**_Wire Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**_ACH Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

_Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds._



|  | Project #: | PS-187870 |
|---|---|---|
|  | Invoice Date: | 1/6/2021 |
|  | Invoice Number: | CI-024769 |
|  | Professional Services Through: | 12/31/2020 |

*Outstanding Invoice History*

| Invoice Number | Invoice Date | Amount |
|---|---|---|
| CI-019604 | 10/14/2020 | $ 14,222.18 |
| CI-021402 | 11/12/2020 | $ 14,229.44 |
| CI-023659 | 12/18/2020 | $ 14,236.15 |
| **Total** | | **$ 42,687.77** |



| | Project #: | PS-187870 |
|---|---|---|
| | Invoice Date: | 1/6/2021 |
| | Invoice Number: | CI-024769 |
| | Professional Services Through: | 12/31/2020 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Relativity Hosting Fees | 1,290.48 | GB | 11.00 | $ | 14,195.28 |
| Relativity User Fees | 3.00 | Users | 50.00 | $ | 150.00 |
| **Total** | | | | **$** | **14,345.28** |


COLLABORATION DRIVES RESULTS™

**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 02/19/2021 | CI-027734 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 03/21/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: | | Project Information: | |
|---|---|---|---|
| Kyle Harmon | | Project Name: | PS-187870 ICONIX |
| Iconix Brand Group, Inc. | | Project Number: | PS-187870 |
| 1450 Broadway, 3rd floor | | PO Number: | |
| New York, NY 10018 | | | |
| United States of America | | | |

Professional Services rendered through January 31, 2021, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 14,355.62 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 14,355.62 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
|---|

**Remittance Instructions**
United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**
Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **2/19/2021** |
| **Invoice Number:** | **CI-027734** |
| **Professional Services Through:** | **1/31/2021** |

### *Invoice Summary*

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,355.62 |
| **Supplier Invoice** | $ | - |
| **Invoice Total:** | $ | 14,355.62 |
| **Previous Balance** | $ | 57,033.05 |

### Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



|  | Project #: | PS-187870 |
|---|---|---|
|  | Invoice Date: | 2/19/2021 |
|  | Invoice Number: | CI-027734 |
|  | Professional Services Through: | 1/31/2021 |

### Outstanding Invoice History

| Invoice Number | Invoice Date | Amount |
|---|---|---|
| CI-019604 | 10/14/2020 | $  14,222.18 |
| CI-021402 | 11/12/2020 | $  14,229.44 |
| CI-023659 | 12/18/2020 | $  14,236.15 |
| CI-024769 | 1/11/2021 | $  14,345.28 |
| **Total** |  | **$  57,033.05** |



| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **2/19/2021** |
| **Invoice Number:** | **CI-027734** |
| **Professional Services Through:** | **1/31/2021** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Relativity Hosting Fees | 1,291.42 | GB | 11.00 | $ 14,205.62 |
| Relativity User Fees | 3.00 | Users | 50.00 | $ 150.00 |
| **Total** | | | | $ 14,355.62 |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 03/03/2021 | CI-028359 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 30 | 04/02/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through February 28, 2021, see attached.

| | | | |
|---|---|---|---|
| **Net Amount:** | | | **14,363.10** |
| **Tax:** | | | |
| **Total Invoice Amount:** | | **USD** | **14,363.10** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

**United States Postal Service**

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

**Wire Instructions**

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**Courier**

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**ACH Instructions**

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | | |
|---|---|---|
| **Project #:** | **PS-187870** | |
| **Invoice Date:** | **3/3/2021** | |
| **Invoice Number:** | **CI-028359** | |
| **Professional Services Through:** | **2/28/2021** | |

### *Invoice Summary*

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,363.10 |
| **Supplier Invoice** | $ | - |
| **Invoice Total:** | $ | 14,363.10 |
| **Previous Balance** | $ | 71,388.67 |

### Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

*Courier*
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | Project #: | PS-187870 |
|---|---:|---:|
| | **Invoice Date:** | **3/3/2021** |
| | **Invoice Number:** | **CI-028359** |
| | **Professional Services Through:** | **2/28/2021** |

### Outstanding Invoice History

| Invoice Number | Invoice Date | | Amount |
|---|---|---|---|
| CI-019604 | 10/14/2020 | $ | 14,222.18 |
| CI-021402 | 11/12/2020 | $ | 14,229.44 |
| CI-023659 | 12/18/2020 | $ | 14,236.15 |
| CI-024769 | 1/11/2021 | $ | 14,345.28 |
| CI-027734 | 2/24/2021 | $ | 14,355.62 |
| **Total** | | **$** | **71,388.67** |



| | Project #: | PS-187870 |
|---|---|---|
| | Invoice Date: | 3/3/2021 |
| | Invoice Number: | CI-028359 |
| | Professional Services Through: | 2/28/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Relativity Hosting Fees | 1,292.10 | GB | 11.00 | $ | 14,213.10 |
| Relativity User Fees | 3.00 | Users | 50.00 | $ | 150.00 |
| **Total** | | | | **$** | **14,363.10** |



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 04/08/2021 | CI-030388 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 06/07/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: |
|----------|
| Kyle Harmon |
| Iconix Brand Group, Inc. |
| 1450 Broadway, 3rd floor |
| New York, NY 10018 |
| United States of America |

| Project Information: | |
|---------------------|--|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through March 31, 2021, see attached.

| | | |
|--|--|--|
| **Net Amount:** | | 17,178.99 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 17,178.99 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

| Remittance Information: |
|-------------------------|

**Remittance Instructions**

**United States Postal Service**

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

**Wire Instructions**

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | | |
|---|---:|---:|
| **Project #:** | | PS-187870 |
| **Invoice Date:** | | 4/8/2021 |
| **Invoice Number:** | | CI-030388 |
| **Professional Services Through:** | | 3/31/2021 |

### *Invoice Summary*

| | | |
|---|---|---:|
| **Professional Services** | $ | 2,805.00 |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,373.99 |
| **Supplier Invoice** | $ | - |
| **Invoice Total:** | $ | 17,178.99 |
| | | |
| **Previous Balance** | $ | 43,064.00 |

### Remittance Information:

*United States Postal Service*
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

*Courier*
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

*Wire Instructions*
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

*ACH Instructions*
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **4/8/2021** |
| **Invoice Number:** | **CI-030388** |
| **Professional Services Through:** | **3/31/2021** |

*Outstanding Invoice History*

| Invoice Number | Invoice Date | Due Date | Days Past Due | | Amount |
|---|---|---|---|---|---|
| CI-024769 | 1/11/2021 | 2/10/2021 | 57 | $ | 14,345.28 |
| CI-027734 | 2/24/2021 | 3/26/2021 | 13 | $ | 14,355.62 |
| CI-028359 | 3/3/2021 | 4/2/2021 | 6 | $ | 14,363.10 |
| Total | | | | $ | 43,064.00 |



| | Project #: | PS-187870 |
|---|---|---|
| | Invoice Date: | 4/8/2021 |
| | Invoice Number: | CI-030388 |
| | Professional Services Through: | 3/31/2021 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| Antonio Rega | Managing Director | 425.00 | 4.4 | $ | 1,870.00 |
| Bob Neary | Managing Director | 425.00 | 2.2 | $ | 935.00 |
| **Total** | | | **6.6** | **$** | **2,805.00** |



| | | Project #: | PS-187870 |
|---|---|---|---|
| | | Invoice Date: | 4/8/2021 |
| | | Invoice Number: | CI-030388 |
| | | Professional Services Through: | 3/31/2021 |

*Time Detail by Date*

| Date | Name | Time Narrative | Rate | Hours | | Amount |
|------|------|----------------|------|-------|--|--------|
| 3/26/2021 | Antonio Rega | Communications with counsel related to prior reporting and analysis of any exceptions to content provided; submit email description of process and steps involved; internal communications with team. | 425.00 | 2.3 | $ | 977.50 |
| 3/27/2021 | Antonio Rega | Communications internally and review of exception report generated; submit exception report to counsel and respond to email follow-up. | 425.00 | 2.1 | $ | 892.50 |
| 3/27/2021 | Bob Neary | Communications regarding data processing exception reporting; Coordinate report generation; Review draft reports. | 425.00 | 2.2 | $ | 935.00 |
| Total | | | | 6.6 | $ | 2,805.00 |



| | Project #: | PS-187870 |
| --- | --- | --- |
| | Invoice Date: | 4/8/2021 |
| | Invoice Number: | CI-030388 |
| | Professional Services Through: | 3/31/2021 |

### Miscellaneous Expenses

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
| --- | --- | --- | --- | --- | --- |
| Relativity Hosting Fees | 1,293.09 | GB | 11.00 | $ | 14,223.99 |
| Relativity User Fees | 3.00 | Users | 50.00 | $ | 150.00 |
| **Total** | | | | **$** | **14,373.99** |



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 04/15/2021 | CI-030388 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 06/14/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: | Project Information: |
|----------|----------------------|
| Kyle Harmon<br>Iconix Brand Group, Inc.<br>1450 Broadway, 3rd floor<br>New York, NY 10018<br>United States of America | Project Name:   PS-187870 ICONIX<br>Project Number:   PS-187870<br>PO Number: |

Professional Services rendered through March 31, 2021, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 17,178.99 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | 17,178.99 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

Remittance Information:

**Remittance Instructions**

**United States Postal Service**

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | | |
|---|---:|---:|
| **Project #:** | | PS-187870 |
| **Invoice Date:** | | 4/15/2021 |
| **Invoice Number:** | | CI-030388 |
| **Professional Services Through:** | | 3/31/2021 |

### _Invoice Summary_

| | | |
|---|---|---:|
| **Professional Services** | $ | 2,805.00 |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,373.99 |
| **Supplier Invoice** | $ | - |
| **Invoice Total:** | $ | 17,178.99 |
| | | |
| **Previous Balance** | $ | 43,064.00 |

### Remittance Information:

**_United States Postal Service_**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**_Courier_**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**_Wire Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**_ACH Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

_Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds._



| | | |
|---|---:|---:|
| **Project #:** | | **PS-187870** |
| **Invoice Date:** | | **4/15/2021** |
| **Invoice Number:** | | **CI-030388** |
| **Professional Services Through:** | | **3/31/2021** |

*Outstanding Invoice History*

| Invoice Number | Invoice Date | Due Date | Days Past Due | | Amount |
|---|---|---|---|---|---|
| CI-024769 | 1/11/2021 | 2/10/2021 | 57 | $ | 14,345.28 |
| CI-027734 | 2/24/2021 | 3/26/2021 | 13 | $ | 14,355.62 |
| CI-028359 | 3/3/2021 | 4/2/2021 | 6 | $ | 14,363.10 |
| **Total** | | | | **$** | **43,064.00** |



|  | Project #: | PS-187870 |
|---|---|---|
|  | Invoice Date: | 4/15/2021 |
|  | Invoice Number: | CI-030388 |
|  | Professional Services Through: | 3/31/2021 |

**Professional Services - Summary By Person**

| Name | Title | Rate | Hours | | Amount |
|---|---|---|---|---|---|
| Antonio Rega | Managing Director | 425.00 | 4.4 | $ | 1,870.00 |
| Bob Neary | Managing Director | 425.00 | 2.2 | $ | 935.00 |
| **Total** | | | **6.6** | **$** | **2,805.00** |



|  | Project #: | PS-187870 |
|---|---|---|
|  | Invoice Date: | 4/15/2021 |
|  | Invoice Number: | CI-030388 |
|  | Professional Services Through: | 3/31/2021 |

*Time Detail by Date*

| Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/26/2021 | Antonio Rega | Communications with counsel related to prior reporting and analysis of any exceptions to content provided; submit email description of process and steps involved; internal communications with team. | 425.00 | 2.3 | $ 977.50 |
| 3/27/2021 | Antonio Rega | Communications internally and review of exception report generated; submit exception report to counsel and respond to email follow-up. | 425.00 | 2.1 | $ 892.50 |
| 3/27/2021 | Bob Neary | Communications regarding data processing exception reporting; Coordinate report generation; Review draft reports. | 425.00 | 2.2 | $ 935.00 |
| **Total** | | | | **6.6** | **$ 2,805.00** |



| | Project #: | PS-187870 |
| --- | --- | --- |
| | Invoice Date: | 4/15/2021 |
| | Invoice Number: | CI-030388 |
| | Professional Services Through: | 3/31/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
| --- | --- | --- | --- | --- |
| Relativity Hosting Fees | 1,293.09 | GB | 11.00 | $ 14,223.99 |
| Relativity User Fees | 3.00 | Users | 50.00 | $ 150.00 |
| **Total** | | | | $ **14,373.99** |



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 05/13/2021 | CI-032833 |

| Payment Terms | Due Date |
|---|---|
| Net 60 | 07/12/2021 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Bill To: |
|---|
| Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America |

| Project Information: | |
|---|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through April 30, 2021, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 14,333.56 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 14,333.56 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact acccunting@ankura.com

| Remittance Information: |
|---|

**Remittance Instructions**

<u>United States Postal Service</u>

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

<u>Courier</u>

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

**Electronic Payment Info**

<u>Wire Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

<u>ACH Instructions</u>

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | | |
|---|---|---|
| **Project #:** | | **PS-187870** |
| **Invoice Date:** | | **5/13/2021** |
| **Invoice Number:** | | **CI-032833** |
| **Professional Services Through:** | | **4/30/2021** |

## _Invoice Summary_

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,333.56 |
| **Supplier Invoice** | $ | - |
| **Current Invoice Total:** | $ | 14,333.56 |
| **Retainer** | $ | - |
| **Net Current Invoice Total** | $ | 14,333.56 |
| **Outstanding Invoices** | $ | 60,242.99 |

**Remittance Information:**

**_United States Postal Service_**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**_Courier_**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**_Wire Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**_ACH Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

_Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds._



## Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Amount |
|---|---|---|---|---|
| CI-024769 | 1/11/2021 | 2/10/2021 | 92 | $ 14,345.28 |
| CI-027734 | 2/24/2021 | 3/26/2021 | 48 | $ 14,355.62 |
| CI-028359 | 3/3/2021 | 4/2/2021 | 41 | $ 14,363.10 |
| CI-030388 | 4/15/2021 | 6/14/2021 | - | $ 17,178.99 |
| **Total** | | | | **$ 60,242.99** |



|                                        | Project #:              | PS-187870 |
|----------------------------------------|-------------------------|-----------|
|                                        | Invoice Date:           | 5/13/2021 |
|                                        | Invoice Number:         | CI-032833 |
| Professional Services Through:         |                         | 4/30/2021 |

*Miscellaneous Expenses*

| Comment                  | Unit Quantity | Unit Type | Rate per Unit |    | Amount    |
|--------------------------|---------------|-----------|---------------|----|-----------|
| Relativity Hosting Fees  | 1,293.96      | GB        | 11.00         | $  | 14,233.56 |
| Relativity User Fees     | 2.00          | Users     | 50.00         | $  | 100.00    |
| Total                    |               |           |               | $  | 14,333.56 |

# ankura 

## INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 06/16/2021 | CI-035155 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 08/15/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

### Bill To:

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

### Project Information:

| | |
|--|--|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through May 31, 2021, see attached.

| | | |
|--|--|--|
| **Net Amount:** | | 14,392.58 |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **14,392.58** |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

### Remittance Information:

**Remittance Instructions**

United States Postal Service
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier
Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | | |
|---|---:|---:|
| **Project #:** | | **PS-187870** |
| **Invoice Date:** | | **6/16/2021** |
| **Invoice Number:** | | **CI-035155** |
| **Professional Services Through:** | | **5/31/2021** |

### *Invoice Summary*

| | | |
|---|---|---:|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,392.58 |
| **Supplier Invoice** | $ | - |
| **Current Invoice Total:** | $ | 14,392.58 |
| | | |
| **Outstanding Invoices** | $ | 74,576.55 |

### Remittance Information:

*United States Postal Service*
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

*Courier*
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

*Wire Instructions*
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

*ACH Instructions*
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



# Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Amount |
|---|---|---|---|---|
| CI-024769 | 1/11/2021 | 2/10/2021 | 126 | $ 14,345.28 |
| CI-027734 | 2/24/2021 | 3/26/2021 | 82 | $ 14,355.62 |
| CI-028359 | 3/3/2021 | 4/2/2021 | 75 | $ 14,363.10 |
| CI-030388 | 4/15/2021 | 6/14/2021 | 2 | $ 17,178.99 |
| CI-032833 | 5/26/2021 | 7/25/2021 | - | $ 14,333.56 |
| **Total** | | | | **$ 74,576.55** |



|                                   |              |
|-----------------------------------|--------------|
| **Project #:**                    | **PS-187870** |
| **Invoice Date:**                 | **6/16/2021** |
| **Invoice Number:**               | **CI-035155** |
| **Professional Services Through:**| **5/31/2021** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---------|--------------:|-----------|--------------:|-------:|
| Relativity Hosting Fees | 1,294.78 | GB | 11.00 | $ 14,242.58 |
| Relativity User Fees | 3.00 | Users | 50.00 | $ 150.00 |
| **Total** | | | | **$ 14,392.58** |



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 08/24/2021 | CI-039575 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 10/23/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through July 31, 2021, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | 16,453.79 |
| **Tax:** | | |
| **Total Invoice Amount:** | USD | 16,453.79 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | | |
|---|---|---|
| **Project #:** | | **PS-187870** |
| **Invoice Date:** | | **8/24/2021** |
| **Invoice Number:** | | **CI-039575** |
| **Professional Services Through:** | | **7/31/2021** |

## _Invoice Summary_

| | | |
|---|---|---|
| **Professional Services** | $ | 1,662.50 |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,791.29 |
| **Supplier Invoice** | $ | - |
| **Current Invoice Total:** | $ | 16,453.79 |
| | | |
| **Outstanding Invoices** | $ | 17,056.94 |

Remittance Information:

**_United States Postal Service_**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**_Courier_**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**_Wire Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**_ACH Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

_Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds._



# Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Amount |
|---|---|---|---|---|
| CI-037553 | 7/27/2021 | 9/25/2021 | - | $ 17,056.94 |
| **Total** | | | | $ **17,056.94** |



| | | |
|---|---:|---:|
| **Project #:** | | **PS-187870** |
| **Invoice Date:** | | **8/24/2021** |
| **Invoice Number:** | | **CI-039575** |
| **Professional Services Through:** | | **7/31/2021** |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Kiran Patel | Senior Director | 175.00 | 0.7 | $ 122.50 |
| Zhangbo Guo | Director | 175.00 | 2.5 | $ 437.50 |
| Noah Salzberg | Senior Associate | 175.00 | 6.3 | $ 1,102.50 |
| **Total** | | | **9.5** | **$ 1,662.50** |



| | | | | Project #: | PS-187870 |
| | | | | Invoice Date: | 8/24/2021 |
| | | | | Invoice Number: | CI-039575 |
| | | | | Professional Services Through: | 7/31/2021 |

*Time Detail by Date*

| Date | Name | Time Narrative | Rate | Hours | Amount |
|------|------|----------------|------|-------|--------|
| 7/1/2021 | Zhangbo Guo | Reimaging ICONIX-LA-006 in color and re-process production | 175.00 | 1.1 | $ 192.50 |
| 7/1/2021 | Noah Salzberg | Attend call with S. Epstein to discuss the DAT file for ICON-LA-006; Conduct a load quality assurance review of ICON-LA-006; Attend call with Z. Guo and S. Epstein to discuss the file path fields for the DAT file for ICON-LA-006. | 175.00 | 3.1 | $ 542.50 |
| 7/7/2021 | Zhangbo Guo | Processing time for ICON-LA-007 production. involves redaction handling, color imaging. delivery size is 8.2GB | 175.00 | 1.4 | $ 245.00 |
| 7/7/2021 | Noah Salzberg | Create production searches for ICON-LA-007; Create field mapping for ICON-LA-007; Create and submit Production Intake Form for ICON-LA-007. | 175.00 | 1.6 | $ 280.00 |
| 7/8/2021 | Kiran Patel | Review of production prior to sending to clients | 175.00 | 0.7 | $ 122.50 |
| 7/8/2021 | Noah Salzberg | Conduct a production quality assurance review of ICON-LA-007. | 175.00 | 1.3 | $ 227.50 |
| 7/9/2021 | Noah Salzberg | Prepare Sharefile delivery for ICON-La-007 to be sent to M. Brown. | 175.00 | 0.3 | $ 52.50 |
| **Total** | | | | **9.5** | **$ 1,662.50** |



<div align="right">

| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **8/24/2021** |
| **Invoice Number:** | **CI-039575** |
| **Professional Services Through:** | **7/31/2021** |

</div>

### Miscellaneous Expenses

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Relativity Hosting Fees | 1,317.39 | GB | 11.00 | $ | 14,491.29 |
| Relativity User Fees | 6.00 | Users | 50.00 | $ | 300.00 |
| **Total** | | | | **$** | **14,791.29** |



INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 09/08/2021 | CI-040116 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 11/07/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

| | |
|---|---|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through August 31, 2021, see attached.

| | | | |
|---|---|---|---|
| **Net Amount:** | | | 14,809.44 |
| **Tax:** | | | |
| **Total Invoice Amount:** | | USD | 14,809.44 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Ankura Consulting Group LLC 007043
540 W. Madison
4th Floor
Chicago IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | | | |
|---|---|---|---|
| | **Project #:** | **PS-187870** |
| | **Invoice Date:** | **9/8/2021** |
| | **Invoice Number:** | **CI-040116** |
| | **Professional Services Through:** | **8/31/2021** |

**Invoice Summary**

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,809.44 |
| **Supplier Invoice** | $ | - |
| **Current Invoice Total:** | $ | 14,809.44 |
| | | |
| **Outstanding Invoices** | $ | 33,510.73 |

**Remittance Information:**

*United States Postal Service*
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

*Courier*
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

*Wire Instructions*
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

*ACH Instructions*
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankure Project Code to your remittance to ensure prompt application of funds.*



# Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Amount |
|---|---|---|---|---|
| CI-037553 | 7/27/2021 | 9/25/2021 | - | $ 17,056.94 |
| CI-039575 | 8/27/2021 | 10/26/2021 | - | $ 16,453.79 |
| **Total** | | | | $ 33,510.73 |



| | Project #: | **PS-187870** |
|---|---|---|
| | Invoice Date: | **9/8/2021** |
| | Invoice Number: | **CI-040116** |
| | Professional Services Through: | **8/31/2021** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Relativity Hosting Fees | 1,319.04 | GB | 11.00 | $ | 14,509.44 |
| Relativity User Fees | 6.00 | Users | 50.00 | $ | 300.00 |
| Total | | | | $ | 14,809.44 |



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 10/20/2021 | CI-043332 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 12/19/2021 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: |
|----------|
| Kyle Harmon |
| Iconix Brand Group, Inc. |
| 1450 Broadway, 3rd floor |
| New York, NY 10018 |
| United States of America |

| Project Information: | |
|----------------------|--|
| Project Name: | PS-187870 ICONIX |
| Project Number: | PS-187870 |
| PO Number: | |

Professional Services rendered through September 30, 2021, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **16,660.99** |
| *Tax:* | | |
| **Total Invoice Amount:** | **USD** | **16,660.99** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

| Remittance Information: |
|-------------------------|

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | | |
|---|---:|---|
| **Project #:** | | **PS-187870** |
| **Invoice Date:** | | **10/20/2021** |
| **Invoice Number:** | | **CI-043332** |
| **Professional Services Through:** | | **9/30/2021** |

## _Invoice Summary_

| | | |
|---|---|---:|
| **Professional Services** | $ | **1,890.00** |
| **Expenses** | $ | **-** |
| **Miscellaneous Expenses** | $ | **14,770.99** |
| **Supplier Invoice** | $ | **-** |
| **Current Invoice Total:** | $ | **16,660.99** |
| | | |
| **Outstanding Invoices** | $ | **48,320.17** |

### Remittance Information:

**_United States Postal Service_**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**_Courier_**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**_Wire Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**_ACH Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

_Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds._



## Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Amount |
|---|---|---|---|---|
| CI-037553 | 7/27/2021 | 9/25/2021 | 25 | $ 17,056.94 |
| CI-039575 | 8/27/2021 | 10/26/2021 | - | $ 16,453.79 |
| CI-040116 | 9/9/2021 | 11/8/2021 | - | $ 14,809.44 |
| **Total** | | | | **$ 48,320.17** |



| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **10/20/2021** |
| **Invoice Number:** | **CI-043332** |
| **Professional Services Through:** | **9/30/2021** |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| Kiran Patel | Senior Director | 175.00 | 1.0 | $ | 175.00 |
| Zhangbo Guo | Director | 175.00 | 1.3 | $ | 227.50 |
| Noah Salzberg | Senior Associate | 175.00 | 7.7 | $ | 1,347.50 |
| Caroline McCraw | Associate | 175.00 | 0.3 | $ | 52.50 |
| Mai Pham | Associate | 175.00 | 0.5 | $ | 87.50 |
| **Total** | | | **10.8** | **$** | **1,890.00** |


| | Project #: | PS-187870 |
| | Invoice Date: | 10/20/2021 |
| | Invoice Number: | CI-043332 |
| | Professional Services Through: | 9/30/2021 |

**Time Detail by Date**

| Date | Name | Time Narrative | Rate | Hours | Amount |
|------|------|----------------|------|-------|--------|
| 9/23/2021 | Kiran Patel | Correspondence with support team with reactivation of N. Cleminshaw's Relativity access as requested by S. Silverboard. | 175.00 | 0.2 $ | 35.00 |
| 9/27/2021 | Kiran Patel | Identification of bates ranges on Relativity and correspondence with N. Salzberg regarding work flow for delivery to client as requested by counsel (0.80). | 175.00 | 0.8 $ | 140.00 |
| 9/27/2021 | Noah Salzberg | Draft email to N. Crenshaw providing an update on imaging query; Attend call with K. Patel to discuss estimate for N. Crenshaw; Review provided list of Bates from N. Cleminshaw to identify documents to include in the production population for the image overlay; Draft email to N. Cleminshaw to discuss unidentified Bates, production specifications and redaction instructions for the image overlay production. | 175.00 | 2.6 $ | 455.00 |
| 9/28/2021 | Noah Salzberg | Create production searches for ICON-167; Assign confidentiality designations for ICON-167; Create and submit Production Intake Form for ICON-167; Create production searches for ICON-168; Assign confidentiality designations for ICON-168; Create and submit Production Intake Form for ICON-168; Create field mapping for ICON-168; Create production searches for ICON-169; Create and submit Production Intake Form for ICON-169; Assign confidentiality designations for ICON-169; Create field mapping for ICON-169; Conduct a production quality assurance review of ICON-168. | 175.00 | 3.4 $ | 595.00 |
| 9/28/2021 | Caroline McCraw | Tag documents with respective confidentiality designation. | 175.00 | 0.3 $ | 52.50 |
| 9/28/2021 | Mai Pham | Review and update documents with confidential tag. | 175.00 | 0.5 $ | 87.50 |
| 9/29/2021 | Zhangbo Guo | Process production volume ICON-167. Involves custom numbering | 175.00 | 1.3 $ | 227.50 |
| 9/29/2021 | Noah Salzberg | Conduct a production quality assurance review of ICON-168; Conduct a production quality assurance review of ICON-169; Conduct a production quality assurance review of ICON-167. | 175.00 | 1.7 $ | 297.50 |

| Total | | | | 10.8 $ | 1,890.00 |



| | Project #: | PS-187870 |
| --- | --- | --- |
| | Invoice Date: | 10/20/2021 |
| | Invoice Number: | CI-043332 |
| | Professional Services Through: | 9/30/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
| --- | --- | --- | --- | --- | --- |
| Relativity Hosting Fees | 1,320.09 | GB | 11.00 | $ | 14,520.99 |
| Relativity User Fees | 5.00 | Users | 50.00 | $ | 250.00 |
| Total | | | | $ | 14,770.99 |



**INVOICE**

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
| --- | --- |
| 11/15/2021 | CI-045198 |

| Payment Terms | Due Date |
| --- | --- |
| Net 60 | 01/14/2022 |

| FEIN NO.: | 47-2435218 |
| --- | --- |

| Bill To: | | Project Information: | |
| --- | --- | --- | --- |
| Kyle Harmon | | Project Name: | PS-187870 ICONIX |
| Iconix Brand Group, Inc. | | Project Number: | PS-187870 |
| 1450 Broadway, 3rd floor | | PO Number: | |
| New York, NY 10018 | | | |
| United States of America | | | |

Professional Services rendered through October 31, 2021, see attached.

| | | | |
| --- | --- | --- | --- |
| Net Amount: | | | 15,132.40 |
| Tax: | | | |
| Total Invoice Amount: | | USD | 15,132.40 |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | | |
|---|---:|---|
| Project #: | **PS-187870** | |
| Invoice Date: | **11/15/2021** | |
| Invoice Number: | **CI-045198** | |
| Professional Services Through: | **10/31/2021** | |

### _Invoice Summary_

| | | |
|---|---|---:|
| **Professional Services** | $ | 385.00 |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,747.40 |
| **Supplier Invoice** | $ | - |
| **Current Invoice Total:** | $ | 15,132.40 |
| | | |
| **Outstanding Invoices** | $ | 64,981.16 |

### Remittance Information:

**_United States Postal Service_**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**_Courier_**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**_Wire Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**_ACH Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

_Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds._



# Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Amount |
|---|---|---|---|---|
| CI-037553 | 7/27/2021 | 9/25/2021 | 51 | $ 17,056.94 |
| CI-039575 | 8/27/2021 | 10/26/2021 | 20 | $ 16,453.79 |
| CI-040116 | 9/9/2021 | 11/8/2021 | 7 | $ 14,809.44 |
| CI-043332 | 10/21/2021 | 12/20/2021 | - | $ 16,660.99 |
| **Total** | | | | **$ 64,981.16** |



| | Project #: | PS-187870 |
|---|---|---|
| | Invoice Date: | 11/15/2021 |
| | Invoice Number: | CI-045198 |
| | Professional Services Through: | 10/31/2021 |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Zhangbo Guo | Director | 175.00 | 1.0 | $ 175.00 |
| Noah Salzberg | Senior Associate | 175.00 | 1.2 | $ 210.00 |
| **Total** | | | **2.2** | **$ 385.00** |



| | |
|---|---|
| Project #: | **PS-187870** |
| Invoice Date: | **11/15/2021** |
| Invoice Number: | **CI-045198** |
| Professional Services Through: | **10/31/2021** |

**Time Detail by Date**

| Date | Name | Time Narrative | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/4/2021 | Zhangbo Guo | Processing production volume ICON-170, a re-production overlay volume for images only | 175.00 | 0.6 $ | 105.00 |
| 10/4/2021 | Noah Salzberg | Submit a Production Intake Form for ICON-170. | 175.00 | 0.3 $ | 52.50 |
| 10/5/2021 | Noah Salzberg | Conduct a production quality assurance review of ICON-170. | 175.00 | 0.3 $ | 52.50 |
| 10/6/2021 | Noah Salzberg | Create production searches and Production Intake Form for ICON-171; Conduct a production quality assurance review of ICON-171. | 175.00 | 0.6 $ | 105.00 |
| 10/7/2021 | Zhangbo Guo | Process production ICON-171, 1 doc re-production with image overlay | 175.00 | 0.4 $ | 70.00 |
| **Total** | | | | **2.2 $** | **385.00** |



| | | |
|---|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **11/15/2021** |
| **Invoice Number:** | **CI-045198** |
| **Professional Services Through:** | **10/31/2021** |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| OCR | 1.00 | Pages | 0.01 | $ 0.01 |
| Production Processing | 908.00 | GB | 0.01 | $ 9.08 |
| Relativity Hosting Fees | 1,320.84 | GB | 11.00 | $ 14,529.24 |
| Relativity User Fees | 4.00 | Users | 50.00 | $ 200.00 |
| TIFF Conversion | 907.00 | Pages | 0.01 | $ 9.07 |
| **Total** | | | | **$ 14,747.40** |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 12/13/2021 | CI-046972 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 02/11/2022 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

Project Name:      PS-187870 ICONIX
Project Number:     PS-187870
PO Number:

Professional Services rendered through November 30, 2021, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **14,738.26** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **14,738.26** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



| | |
|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **12/13/2021** |
| **Invoice Number:** | **CI-046972** |
| **Professional Services Through:** | **11/30/2021** |

*Invoice Summary*

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 14,738.26 |
| **Supplier Invoice** | $ | - |
| **Current Invoice Total:** | $ | 14,738.26 |
| | | |
| **Outstanding Invoices** | $ | 80,113.56 |

**Remittance Information:**

*United States Postal Service*
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

*Courier*
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

*Wire Instructions*
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

*ACH Instructions*
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



# Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Amount |
|---|---|---|---|---|
| CI-037553 | 7/27/2021 | 9/25/2021 | 79 | $ 17,056.94 |
| CI-039575 | 8/27/2021 | 10/26/2021 | 48 | $ 16,453.79 |
| CI-040116 | 9/9/2021 | 11/8/2021 | 35 | $ 14,809.44 |
| CI-043332 | 10/21/2021 | 12/20/2021 | - | $ 16,660.99 |
| CI-045198 | 11/15/2021 | 1/14/2022 | - | $ 15,132.40 |
| **Total** | | | | **$ 80,113.56** |



| | Project #: | PS-187870 |
|---|---|---|
| | Invoice Date: | 12/13/2021 |
| | Invoice Number: | CI-046972 |
| | Professional Services Through: | 11/30/2021 |

### *Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Relativity Hosting Fees | 1,321.66 | GB | 11.00 | $ 14,538.26 |
| Relativity User Fees | 4.00 | Users | 50.00 | $ 200.00 |
| **Total** | | | | **$ 14,738.26** |



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|------|----------------|
| 01/18/2022 | CI-049101 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 03/19/2022 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

**Bill To:**

Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America

**Project Information:**

Project Name:      PS-187870 ICONIX
Project Number:      PS-187870
PO Number:

Professional Services rendered through December 31, 2021, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **16,804.61** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **16,804.61** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

**Remittance Information:**

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | | Project #: | **PS-187870** |
|---|---|---|---|
| | | **Invoice Date:** | **1/18/2022** |
| | | **Invoice Number:** | **CI-049101** |
| | | **Professional Services Through:** | **12/31/2021** |

**_Invoice Summary_**

| | | | |
|---|---|---|---|
| **Professional Services** | $ | 612.50 | |
| **Expenses** | $ | - | |
| **Miscellaneous Expenses** | $ | 16,192.11 | |
| **Supplier Invoice** | $ | - | |
| **Current Invoice Total:** | $ | 16,804.61 | |

| | | |
|---|---|---|
| **Outstanding Invoices** | $ | 94,851.82 |

**Remittance Information:**

**_United States Postal Service_**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**_Courier_**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**_Wire Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**_ACH Instructions_**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

_Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds._



# Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Amount |
|---|---|---|---|---|
| CI-037553 | 7/27/2021 | 9/25/2021 | 115 | $ 17,056.94 |
| CI-039575 | 8/27/2021 | 10/26/2021 | 84 | $ 16,453.79 |
| CI-040116 | 9/9/2021 | 11/8/2021 | 71 | $ 14,809.44 |
| CI-043332 | 10/21/2021 | 12/20/2021 | 29 | $ 16,660.99 |
| CI-045198 | 11/15/2021 | 1/14/2022 | 4 | $ 15,132.40 |
| CI-046972 | 12/13/2021 | 2/11/2022 | - | $ 14,738.26 |
| **Total** | | | | **$ 94,851.82** |



| | | |
|---|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **1/18/2022** |
| **Invoice Number:** | **CI-049101** |
| **Professional Services Through:** | **12/31/2021** |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Kiran Patel | Senior Director | 175.00 | 3.5 | $ 612.50 |
| **Total** | | | **3.5** | **$ 612.50** |



| | | | Project #: | PS-187870 |
| | | | Invoice Date: | 1/18/2022 |
| | | | Invoice Number: | CI-049101 |
| | | | Professional Services Through: | 12/31/2021 |

**Time Detail by Date**

| Date | Name | Time Narrative | Rate | Hours | | Amount |
|------|------|----------------|------|-------|---|--------|
| 12/14/2021 | Kiran Patel | Liaising with colleagues to discuss archiving of Iconix workspace as requested by N. Cleminshaw. | 175.00 | 0.6 | $ | 105.00 |
| 12/15/2021 | Kiran Patel | Working with Support to ensure proper measures are followed for archiving request. | 175.00 | 1.2 | $ | 210.00 |
| 12/16/2021 | Kiran Patel | Management of archiving of workspaces with technical team and Skadden team. | 175.00 | 1.5 | $ | 262.50 |
| 12/20/2021 | Kiran Patel | Update to Support team regarding archiving of workspaces as requested by counsel. | 175.00 | 0.2 | $ | 35.00 |
| **Total** | | | | **3.5** | **$** | **612.50** |



| | | Project #: | PS-187870 |
| | | Invoice Date: | 1/18/2022 |
| | | Invoice Number: | CI-049101 |
| | | Professional Services Through: | 12/31/2021 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | | Amount |
|---|---|---|---|---|---|
| Relativity Hosting Fees | 1,322.01 | GB | 11.00 | $ | 14,542.11 |
| Relativity User Fees | 3.00 | Users | 50.00 | $ | 150.00 |
| Relativity Workspace Archive | 1.00 | GB | 1,500.00 | $ | 1,500.00 |
| **Total** | | | | $ | 16,192.11 |



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|------|----------------|
| 03/17/2022 | CI-053692 |

| Payment Terms | Due Date |
|---------------|----------|
| Net 60 | 05/16/2022 |

| FEIN NO.: | 47-2435218 |
|-----------|------------|

| Bill To: |
|----------|
| Kyle Harmon
Iconix Brand Group, Inc.
1450 Broadway, 3rd floor
New York, NY 10018
United States of America |

| Project Information: |
|----------------------|
| Project Name:    PS-187870 ICONIX
Project Number:   PS-187870
PO Number: |

Professional Services rendered through February 28, 2022, see attached.

| | | |
|---|---|---|
| **Net Amount:** | | **99.99** |
| **Tax:** | | |
| **Total Invoice Amount:** | **USD** | **99.99** |

For any questions regarding billing, wire or ACH payments, please contact accounting@ankura.com.

| Remittance Information: |
|-------------------------|

**Remittance Instructions**

United States Postal Service

Ankura Consulting Group, LLC
PO Box 74007043
Chicago, IL 60674-7043
United States

**Electronic Payment Info**

Wire Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
222 Broadway
New York, NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

Courier

Bank of America Lockbox Services
Ankura Consulting Group, LLC #007043
540 W. Madison
4th Floor
Chicago, IL 60661
United States

ACH Instructions

Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco, CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*

1



| | | |
|---|---|---|
| **Project #:** | **PS-187870** |
| **Invoice Date:** | **3/17/2022** |
| **Invoice Number:** | **CI-053692** |
| **Professional Services Through:** | **2/28/2022** |

## _Invoice Summary_

| | | |
|---|---|---|
| **Professional Services** | $ | - |
| **Expenses** | $ | - |
| **Miscellaneous Expenses** | $ | 99.99 |
| **Supplier Invoice** | $ | - |
| **Current Invoice Total:** | $ | 99.99 |
| | | |
| **Outstanding Invoices** | $ | 46,675.27 |

## Remittance Information:

**United States Postal Service**
Ankura Consulting Group, LLC
PO Box 74007043
Chicago IL 60674-7043
United States

**Courier**
Ankura Consulting Group, LLC
540 W. Madison 4th Floor
Chicago IL 60661
United States

**Wire Instructions**
Account Name: Ankura Consulting Group LLC
Account Number:226005697768
Bank of America
222 Broadway
New York NY 10038
United States
ABA# 026009593
SWIFT: BOFAUS3N

**ACH Instructions**
Account Name: Ankura Consulting Group LLC
Account Number: 226005697768
Bank of America
1455 Market Street
San Francisco CA 94109
United States
ABA# 054001204
SWIFT: BOFAUS3N

_Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds._



## Outstanding Invoices

| Invoice Number | Invoice Date | Due Date | Days Past Due | Amount |
|---|---|---|---|---|
| CI-045198 | 11/15/2021 | 1/14/2022 | 62 | $ 15,132.40 |
| CI-046972 | 12/13/2021 | 2/11/2022 | 34 | $ 14,738.26 |
| CI-049101 | 1/20/2022 | 3/21/2022 | - | $ 16,804.61 |
| **Total** | | | | $ 46,675.27 |



| | Project #: | PS-187870 |
|---|---|---|
| | Invoice Date: | 3/17/2022 |
| | Invoice Number: | CI-053692 |
| | Professional Services Through: | 2/28/2022 |

*Miscellaneous Expenses*

| Comment | Unit Quantity | Unit Type | Rate per Unit | Amount |
|---|---|---|---|---|
| Hard Drive | 1.00 | HD | 99.99 | $ 99.99 |
| Total | | | | $ 99.99 |