# Exhibit 2.3

# FRANKFURT KURNIT KLEIN & SELZ PC

488 MADISON AVENUE
NEW YORK, NY 10022
(212) 980-0120
Tax ID# 13-3044357


*INVESTIGATIONS Reimbursable*

MR. JEFF LUPINACCI
2 HORATIO STREET, # 2R
NEW YORK    NY    10014

April 2, 2019  8/1/19

Bill Number    418493

File Number    022862.0500

Revised Bill

*new*

## FOR PROFESSIONAL SERVICES

Through March 31, 2019

RE:    SDNY CRIMINAL INVESTIGATION

**LEGAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/07/19 | BEM | Phone conference with AUSA Imperator re interview of client; draft email to A. Ungberg | 0.40 Hrs | $380.00 |
| 03/11/19 | AJU | T/Cs with client and B. Maas re: SDNY Interview | 1.00 Hrs | $500.00 |
| 03/11/19 | BEM | Phone conference with J. Lupinacci, A. Ungberg (.8); phone conference with A. Ungberg (.4); review, draft emails re interview of AUSA (.2) | 1.40 Hrs | $1,330.00 |
| 03/11/19 | ZM | Review documents in connection with SDNY interview | 0.70 Hrs | $154.00 |
| 03/12/19 | AJU | Review documents in connection with SDNY interview request | 1.40 Hrs | $700.00 |
| 03/12/19 | AJU | Meetings with B. Maas, G. McElroy, review employment agreements and T/C with T. Maulsby re: attorney-client privilege | 0.80 Hrs | $400.00 |
| 03/12/19 | BEM | Phone conference with A. Ungberg re privilege and control of call recording (.3); Phone conference with A. Ungberg re privilege; office conferences with J. Harris, T. Maulsby re auditor impact on privilege; review T. Maulsby email on privilege; review Iconix Employment Agreement (.7) | 1.00 Hrs | $950.00 |
| 03/12/19 | GDM | Met with Unberg; review issues. | 0.40 Hrs | $330.00 |
| 03/12/19 | TM | Conference with B. Maas re: privilege issue and telephone conference with A. Ungberg. | 0.30 Hrs | $157.50 |
| 03/12/19 | ZM | Review documents in connection with SDNY interview | 1.00 Hrs | $220.00 |
| 03/13/19 | GDM | Met with Maas; review agreements and issues; draft email. | 1.20 Hrs | $990.00 |
| 03/13/19 | ZM | Coordinate transcription of audiovisual file | 1.40 Hrs | $308.00 |
| 03/15/19 | ZM | Correspond with Transperfect re transcription; confer with A. Ungberg re same | 0.50 Hrs | $110.00 |
| 03/26/19 | AJU | Repeated corr. With client, B. Maas re: prep session ahead of SDNY Interview | 0.30 Hrs | $150.00 |
| 03/26/19 | BEM | Review notes of SEC testimony; draft, review emails re client meeting | 3.50 Hrs | $3,325.00 |
| 03/27/19 | AJU | Review SEC Notes; Prep session with B. Maas, Client re; SDNY interview | 3.00 Hrs | $1,500.00 |
| 03/27/19 | AJU | Meeting with T. Maulsby, B. Maas re: A/C Privilege issues; T/C and Corr. To Iconix counsel re: same | 0.80 Hrs | $400.00 |

8/14/19

Page 1

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/27/19 | BEM | Prepare for Lupinacci interview; office conference with Lupinacci (2.5); office conferences with Ungberg re production of tape (.3) | 2.80 Hrs | $2,660.00 |
| 03/27/19 | TM | Conference with A. Ungberg regarding privilege issue. | 0.20 Hrs | $105.00 |
| 03/28/19 | AJU | T/C with counsel for Iconix re: document production | 0.50 Hrs | $250.00 |
| 03/28/19 | ZM | Confer with A. Ungberg re SDNY meeting | 0.40 Hrs | $88.00 |

TOTAL HOURS  23.00

TOTAL LEGAL SERVICES  $15,007.50

TOTAL THIS BILL  $15,007.50
LESS COURTESY DISCOUNT  ($1,500.75)
TOTAL DUE  $13,506.75

*[handwritten initials: KCH]*

# FRANKFURT KURNIT KLEIN & SELZ PC

488 MADISON AVENUE
NEW YORK, NY 10022
(212) 980-0120
Tax ID# 13-3044357

*INVESTIGATIONS
Reimbursable*

8/4/19

May 16, 2019

MR. JEFF LUPINACCI
2 HORATIO STREET, # 2R
NEW YORK   NY   10014

Bill Number   419834
File Number   022862.0500
Revised Bill

*new*

**FOR PROFESSIONAL SERVICES**

Through April 30, 2019

RE:   SDNY CRIMINAL INVESTIGATION

**LEGAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/19 | AJU | T/C with Akin Gump re: Mazelton interview with SDNY; T/C with B. Maas re: same and draft corr to AUSA re: logistics for in-person interview | 2.00 Hrs | $1,000.00 |
| 04/01/19 | AJU | Draft corr. to SEC re: supplemental production and revise same; meeting with B. Maas re: same. | 2.60 Hrs | $1,300.00 |
| 04/01/19 | BEM | Phone conference with Ungberg re Maslaton interview; review notes of SEC testimony; office conference with Ungberg re preparation for US Attorney interview; phone conference with client re US Attorney interview | 3.50 Hrs | $3,325.00 |
| 04/02/19 | AJU | Attend in-person interview with client and B. Maas | 6.40 Hrs | $3,200.00 |
| 04/02/19 | AJU | Review, draft corr. to SDNY re: disclosure of additional documents | 0.50 Hrs | $250.00 |
| 04/02/19 | BEM | Out of office conference at US Attorney office for client interview (6.8); phone conference with Hecker re Lupinnaci interview (.3) | 7.10 Hrs | $6,745.00 |
| 04/03/19 | AJU | T/C with co-counsel re: content of SDNY interview | 0.70 Hrs | $350.00 |
| 04/03/19 | BEM | Phone conference with Asaro re client/US Attorney interview - common interest | 0.70 Hrs | $665.00 |
| 04/09/19 | AJU | T/C with Iconix counsel re: summary of SDNY call | 1.10 Hrs | $550.00 |
| 04/09/19 | BEM | Phone conferences with lawyers at Skadden re Lupinacci interview at US Attorney | 0.80 Hrs | $760.00 |

TOTAL HOURS   25.40

TOTAL LEGAL SERVICES   $18,145.00

**DISBURSEMENTS**

IN HOUSE DUPLICATING   $7.60

TOTAL DISBURSEMENTS   $7.60

8/14/19



Page 1

Frankfurt Kurnit Klein & Selz PC / Bill Number 419834

|  |  |
|---|---|
| TOTAL THIS BILL | $18,152.60 |
| LESS COURTESY DISCOUNT | ($1,814.50) |
| TOTAL DUE | $16,338.10 |

*KCH*

# FRANKFURT KURNIT KLEIN & SELZ PC

488 MADISON AVENUE
NEW YORK, NY 10022
(212) 980-0120
Tax ID# 13-3044357

8/1/19
~~June 19, 2019~~

MR. JEFF LUPINACCI
2 HORATIO STREET, # 2R
NEW YORK    NY   10014

*new*

Bill Number    421746
File Number    022862.0500
Revised Bill

## FOR PROFESSIONAL SERVICES

Through  May 31, 2019

RE:    SDNY CRIMINAL INVESTIGATION

### LEGAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/19 | AJU | Review, SEC proffer agreement | 0.20 Hrs | $100.00 |
| | | TOTAL HOURS | 0.20 | |
| | | TOTAL LEGAL SERVICES | | $100.00 |

### DISBURSEMENTS

| | | |
|---|---|---|
| COURT REPORTER | $500.00 | |
| MESSENGER SERVICE | $16.95 | |
| TOTAL DISBURSEMENTS | | $516.95 |

| | |
|---|---|
| TOTAL THIS BILL | $616.95 |
| LESS COURTESY DISCOUNT | ($10.00) |
| TOTAL DUE | $606.95 |

KA

8/14/19

*INVESTIGATIONS Reimbursable*



# FRANKFURT KURNIT KLEIN & SELZ PC

488 MADISON AVENUE
NEW YORK, NY 10022
(212) 980-0120
Tax ID# 13-3044357

8/1/19

MR. JEFF LUPINACCI
2 HORATIO STREET, # 2R
NEW YORK   NY   10014

July 25, 2019
Bill Number   423487
File Number   022862.0500
Revised Bill

*new*

**FOR PROFESSIONAL SERVICES**

Through  June 30, 2019

RE:   SDNY CRIMINAL INVESTIGATION

**LEGAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/19/19 | BEM | Phone conference with Nathanson re status | 0.30 Hrs | $285.00 |
| | | TOTAL HOURS | 0.30 | |
| | | TOTAL LEGAL SERVICES | | $285.00 |

| | |
|---|---|
| TOTAL THIS BILL | $285.00 |
| LESS COURTESY DISCOUNT | ($28.50) |
| TOTAL DUE | $256.50 |

*KCH*

*INVESTIGATIONS Reimbursable*

*8/14/19*

Page 1

# Frankfurt Kurnit Klein + Selz

Brian E. Maas
28 Liberty Street, New York, New York 10005
T (212) 705-4836   F (347) 438-2110
bmaas@fkks.com

January 17, 2020

**VIA EMAIL (kharmon@iconixbrand.com)**

Mr. Jeff Lupinacci
c/o Kyle Harmon, Esq.
Iconix Brand Group, Inc.

    Re:    <u>Jeff Lupinacci – SDNY Criminal Investigation</u>

Dear Kyle:

    Enclosed please find an invoice for time incurred in December as well as a statement of outstanding invoices with respect to the above matter.

    Please call if you have any questions.

Very truly yours,

Brian E. Maas

BEM:mcw
Enclosure

*[Handwritten annotations: "Accrued" / "Are reimbursable" / "on list"]*

# Frankfurt Kurnit Klein + Selz PC

MR. JEFF LUPINACCI
2 HORATIO STREET, # 2R
NEW YORK    NY    10014

January 14, 2020
Bill Number    433911
File Number    022862.0500

FOR PROFESSIONAL SERVICES

Through December 31, 2019

RE:    SDNY CRIMINAL INVESTIGATION

LEGAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/19 | AJU | Review SEC, USAO press releases; repeated Corr. with client, B. Maas re: same. T/C with client re: status of investigation, ongoing securities cases. | 0.80 Hrs | $400.00 |

TOTAL HOURS    0.80

TOTAL LEGAL SERVICES    $400.00

TOTAL THIS BILL    $400.00

OUTSTANDING INVOICES (as of January 14, 2020):

| Invoice | Date | Amount |
|---|---|---|
| 427956 | 10/15/19 | 190.00 |
| 431373 | 11/29/19 | 285.00 |
| TOTAL |  | $475.00 |

*Marcia, do we have these logged?*

GRAND TOTAL DUE    $875.00

Payment via Check:
PAYABLE:
Frankfurt Kurnit Klein & Selz, PC
ADDRESS:
28 Liberty Street
New York, NY 10005

Wire Instructions:
NAME OF THE BANK: First Republic Bank
BANK ADDRESS: 111 Pine St. San Francisco, CA 94111
SWIFT CODE: FRBBUS6S
ROUTING NUMBER: 321081669
ACCOUNT NAME: Frankfurt Kurnit Klein & Selz, PC
ACCOUNT NUMBER: 800-0350-3604

BILLING INQUIRIES: (212) 980-0120
TAX ID# 13-3044357

Page 1

# Frankfurt Kurnit Klein + Selz PC

MR. JEFF LUPINACCI
2 HORATIO STREET, # 2R
NEW YORK    NY    10014

February 14, 2020

Bill Number   435820

File Number   022862.0500

Note: This invoice reflects increases
in standard hourly rates effective
January 1, 2020, as applicable.

FOR PROFESSIONAL SERVICES

Through  January 31, 2020

RE:    SDNY CRIMINAL INVESTIGATION

LEGAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/06/20 | AJU | T/C with B. Maas; draft corr. to client re: possible testimony in SDNY criminal action | 0.60 Hrs | $315.00 |
| 01/06/20 | BEM | Phone conference with AUSA Imperatore re Cole trial; Phone conference with A. Ungberg re notifying client | 0.30 Hrs | $285.00 |
| 01/07/20 | AJU | T/c with client re: criminal trial testimony. | 0.50 Hrs | $262.50 |
| 01/30/20 | AJU | Corr. with client re: scheduling for in-person witness prep | 0.10 Hrs | $52.50 |
| | | TOTAL HOURS | 1.50 | |
| | | TOTAL LEGAL SERVICES | | $915.00 |

TOTAL THIS BILL       $915.00

OUTSTANDING INVOICES (as of February 14, 2020):

| Invoice | Date | Amount |
|---|---|---|
| 427956 | 10/15/19 | 190.00 |
| 431373 | 11/29/19 | 285.00 |
| 433911 ✓ HAVE INVOICE | 01/14/20 | 400.00 |
| TOTAL | | $875.00 |

*INVESTIGATION Reimb.*

GRAND TOTAL DUE       $1,790.00

Page 1

# Frankfurt Kurnit Klein + Selz PC

MR. JEFF LUPINACCI  
2 HORATIO STREET, # 2R  
NEW YORK    NY    10014

March 12, 2020  
Bill Number    437585  
File Number    022862.0500

**FOR PROFESSIONAL SERVICES**

Through  February 29, 2020

RE:    SDNY CRIMINAL INVESTIGATION

**LEGAL SERVICES**

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 02/18/20 | AJU | T/C with B. Maas, client re: prep for witness session at SDNY | 0.40 | Hrs | $210.00 |
| 02/18/20 | BEM | Office conference with A. Ungberg (.2); phone conference with client re preparation (.3); review Cole Indictment in preparation for interview (.8); prepare for interview; listen to 2/15/15 recording (2.5) | 3.80 | Hrs | $3,610.00 |
| 02/19/20 | BEM | Out of office conference with client/prepare for interview (.5); interview at U.S. Attorney's office (3.0) | 3.50 | Hrs | $3,325.00 |
| | | TOTAL HOURS | 7.70 | | |
| | | TOTAL LEGAL SERVICES | | | $7,145.00 |

TOTAL THIS BILL         $7,145.00

**OUTSTANDING INVOICES (as of March 12, 2020):**

| Invoice | Date | Amount |
|---|---|---|
| 427956 | 10/15/19 | 190.00 |
| 431373 | 11/29/19 | 285.00 |
| 433911 | 01/14/20 | 400.00 |
| 435820 | 02/14/20 | 915.00 |
| TOTAL | | $1,790.00 |

GRAND TOTAL DUE         $8,935.00

| Payment via Check: | Wire Instructions: | |
|---|---|---|
| PAYABLE:<br>Frankfurt Kurnit Klein & Selz, PC<br>ADDRESS:<br>28 Liberty Street<br>New York, NY 10005 | NAME OF THE BANK: First Republic Bank<br>BANK ADDRESS: 111 Pine St. San Francisco, CA 94111<br>SWIFT CODE: FRBBUS6S<br>ROUTING NUMBER: 321081669<br>ACCOUNT NAME: Frankfurt Kurnit Klein & Selz, PC<br>ACCOUNT NUMBER: 800-0350-3604 | BILLING INQUIRIES: (212) 980-0120<br>TAX ID# 13-3044357 |

Page 1

# Frankfurt Kurnit Klein + Selz PC

|  |  |
|---|---|
| MR. JEFF LUPINACCI<br>2 HORATIO STREET, # 2R<br>NEW YORK    NY    10014 | April 14, 2020<br>Bill Number    439592<br>File Number    022862.0500 |

**FOR PROFESSIONAL SERVICES**

Through  March 31, 2020

RE:      SDNY CRIMINAL INVESTIGATION

**LEGAL SERVICES**

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 03/23/20 | BEM | Draft, review emails re scheduling interview at U.S. Attorney's office | 0.20 | Hrs | $190.00 |
| 03/31/20 | BEM | Phone conference and emails with Riedel re consenting to motion to dismiss appeal in Iconix case | 0.30 | Hrs | $285.00 |
| | | TOTAL HOURS | 0.50 | | |
| | | TOTAL LEGAL SERVICES | | | $475.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $475.00 |

**OUTSTANDING INVOICES (as of April 14, 2020):**

| Invoice | Date | Amount |
|---|---|---|
| 427956 | 10/15/19 | 190.00 |
| 431373 | 11/29/19 | 285.00 |
| 433911 | 01/14/20 | 400.00 |
| 435820 | 02/14/20 | 915.00 |
| 437585 | 03/12/20 | 7,145.00 |
| TOTAL | | $8,935.00 |

|  |  |
|---|---|
| GRAND TOTAL DUE | $9,410.00 |

| Payment via Check: | Wire Instructions: | |
|---|---|---|
| PAYABLE:<br>Frankfurt Kurnit Klein & Selz, PC | NAME OF THE BANK: First Republic Bank<br>BANK ADDRESS: 111 Pine St.  San Francisco, CA 94111 | BILLING INQUIRIES: (212) 980-0120<br>TAX ID# 13-3044357 |

# Frankfurt Kurnit Klein + Selz PC

MR. JEFF LUPINACCI  
2 HORATIO STREET, # 2R  
NEW YORK     NY    10014

May 13, 2020  
Bill Number    441332  
File Number    022862.0500

**FOR PROFESSIONAL SERVICES**

Through April 30, 2020

RE:     SDNY CRIMINAL INVESTIGATION

**LEGAL SERVICES**

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 04/06/20 | BEM | Draft, review emails re scheduling client interview with U.S. Attorney | 0.20 | Hrs | $190.00 |
| 04/16/20 | BEM | Phone conference with client; prepare for AUSA interview (.3); draft, review emails re scheduling Lupinacci interview (.2) | 0.50 | Hrs | $475.00 |
| 04/17/20 | BEM | Prepare for U.S. Attorney interview (.5); witness preparation of client by AUSA Hartman (2.5) | 3.00 | Hrs | $2,850.00 |
| | | TOTAL HOURS | 3.70 | | |
| | | TOTAL LEGAL SERVICES | | | $3,515.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $3,515.00 |

**OUTSTANDING INVOICES (as of May 13, 2020):**

| Invoice | Date | Amount |
|---|---|---|
| 427956 | 10/15/19 | 190.00 |
| 431373 | 11/29/19 | 285.00 |
| 433911 | 01/14/20 | 400.00 |
| 435820 | 02/14/20 | 915.00 |
| 437585 | 03/12/20 | 7,145.00 |
| 439592 | 04/14/20 | 475.00 |
| TOTAL | | $9,410.00 |

|  |  |
|---|---|
| GRAND TOTAL DUE | $12,925.00 |

# Frankfurt Kurnit Klein + Selz PC

MR. JEFF LUPINACCI
2 HORATIO STREET, # 2R
NEW YORK    NY    10014

November 22, 2021
Bill Number    477609
File Number    022862.0500

**FOR PROFESSIONAL SERVICES**

Through  October 31, 2021

RE:    SDNY CRIMINAL INVESTIGATION

**LEGAL SERVICES**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/13/21 | BEM | Draft emails re AUSA interview | 0.50 Hrs | $487.50 |
| | | TOTAL HOURS | 0.50 | |
| | | TOTAL LEGAL SERVICES | | $487.50 |

TOTAL THIS BILL     $487.50

OUTSTANDING INVOICES (as of November 22, 2021):

| | | |
|---|---|---|
| 475409 | 10/21/21 | 2,145.00 |
| | TOTAL | $2,145.00 |

GRAND TOTAL DUE     $2,632.50

| Payment via Check: | Wire Instructions: | |
|---|---|---|
| PAYABLE: Frankfurt Kurnit Klein & Selz, PC | NAME OF THE BANK: First Republic Bank | BILLING INQUIRIES: (212) 980-0120 |
| ADDRESS: 28 Liberty Street New York, NY 10005 | BANK ADDRESS: 111 Pine St.  San Francisco, CA 94111 SWIFT CODE: FRBBUS6S ROUTING NUMBER: 321081669 ACCOUNT NAME: Frankfurt Kurnit Klein & Selz, PC ACCOUNT NUMBER: 800-0350-3604 | TAX ID# 13-3044357 |