# Exhibit 2.4

*INVESTIGATIONS Reimbursable*



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018

--------------------------------------------------------------------------------

David Blumberg                                          Date: 08/16/19
Re: Investigation                                       Invoice: 70180

FOR PROFESSIONAL SERVICES RENDERED through December 31,
2018, including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 12/11/18 | JNO: Email re: SDNY investigation. | 0.10 | 69.50 |
| 12/11/18 | EC: Review disclosures on DOJ investigation and materials relating to statute of limitations. | 0.30 | 298.50 |
| 12/13/18 | JNO: Conference with client and E. Corngold re: SDNY investigation. | 0.30 | 208.50 |
| 12/13/18 | EC: Prepare for and meet with D. Blumberg. | 0.30 | 298.50 |
| 12/20/18 | JNO: Email re: telephone voicemail from SEC re: tolling agreement. | 0.20 | 139.00 |
| 12/21/18 | JNO: Review draft tolling agreement from SEC; email and telephone conference with D. Blumberg and E. Corngold re: same; email with D. Edwards at SEC re: call. | 0.90 | 625.50 |
| 12/21/18 | EC: Review materials relating to investigation and call with D, Blumberg concerning tolling agreement and next steps. | 1.00 | 995.00 |
| 12/27/18 | JNO: Email re: SEC meeting. | 0.10 | 69.50 |

** Continued on next page **



**FRIEDMAN
KAPLAN**  FRIEDMAN
KAPLAN
SEILER &
ADELMAN LLP

David Blumberg                                          Client: 0630
08/16/19                                                     : 002
Page 2                                                  Invoice: 70180


| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | TOTAL Hours and Fees | 3.20 | $2,704.00 |


| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Eric Corngold | 1.60 | 995.00 | 1,592.00 |
| John N. Orsini | 1.60 | 695.00 | 1,112.00 |
| TOTAL Current Fees | | | $2,704.00 |
| Less Courtesy discount | | | 270.40cr |
| Net Current Fees Due | | | $2,433.60 |
| Current Invoice Due | | | $2,433.60 |

*INVESTIGATIONS*

*Reimbursable*



**FRIEDMAN KAPLAN**  FRIEDMAN
KAPLAN
SEILER &
ADELMAN LLP


David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018


--------------------------------------------------------------

David Blumberg                                    Date: 08/16/19
Re: Investigation                              Invoice: 70181


FOR PROFESSIONAL SERVICES RENDERED through January 31, 2019,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 01/09/19 | JNO: Telephone conference with D. Edwards at Sec re: tolling agreements; email with D. Blumberg re: same. | 0.40 | 278.00 |
| 01/10/19 | JNO: Prepare for and meet with client re: SEC tolling agreement, possible interview; email with SEC re; tolling agreement. | 1.40 | 973.00 |
| 01/10/19 | EC: Prepare for and meet with D. Blumberg regarding next steps with SEC. | 1.40 | 1,393.00 |
| 01/18/19 | JNO: Conference with E. Corngold re: contacting other counsel; call to L. Reisner. | 0.20 | 139.00 |
| 01/22/19 | JNO: Calls with Skadden, Paul Weiss and client re: SEC and SDNY investigations. | 1.00 | 695.00 |
| 01/22/19 | EC: Confer with counsel for company and other defendants; confer with J. Orsini regarding next steps; update call with D. Blumberg. | 1.00 | 995.00 |
| 01/29/19 | JNO: Telephone conference with counsel for Lupinacci re: SEC investigation. | 0.30 | 208.50 |
| 01/29/19 | EC: Common interest calls with attorneys for other executives. | 0.30 | 298.50 |


** Continued on next page **



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg                                      Client: 0630
08/16/19                                                 : 002
Page 2                                              Invoice: 70181


| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
|  |  |  |  |
|  | TOTAL Hours and Fees | 6.00 | $4,980.00 |


| Professional | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Eric Corngold | 2.70 | 995.00 | 2,686.50 |
| John N. Orsini | 3.30 | 695.00 | 2,293.50 |
| TOTAL Current Fees |  |  | $4,980.00 |
| Less Courtesy discount |  |  | 498.00cr |
| Net Current Fees Due |  |  | $4,482.00 |
| Current Invoice Due |  |  | $4,482.00 |
| Previous Due |  |  | $2,433.60 |
| TOTAL Balance Due |  |  | $6,915.60 |

*INVESTIGATIONS Reimbursable*



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

David Blumberg                                        Date: 08/16/19
Re: Investigation                                     Invoice: 70185

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2019,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 05/16/19 | JNO: Email and telephone conference re: request from SDNY for interview. | 0.20 | 155.00 |
| 05/16/19 | EC: Confer with J. Orsini regarding SDNY request. | 0.20 | 260.00 |
| 05/17/19 | JNO: Email and telephone conference re: request from SDNY to interview. | 0.40 | 310.00 |
| 05/20/19 | JNO: Telephone conferences with SDNY and client re: interview request. | 0.60 | 465.00 |
| 05/20/19 | EC: Calls with SDNY, D. Blumberg and J. Orsini regarding request for interview; review notes of earlier meetings. | 0.80 | 1,040.00 |
| 05/21/19 | JNO: Email and telephone conferences re: request by AUSA's office for interview. | 0.40 | 310.00 |
| 05/21/19 | EC: Confer with J. Orsini regarding common interest communications and interview preparation. | 0.30 | 390.00 |
| 05/22/19 | JNO: Email re: documents from Skadden. | 0.10 | 77.50 |
| 05/24/19 | JNO: Email re: documents from Skadden for review. | 0.40 | 310.00 |

** Continued on next page **

7 Times Square, New York, NY 10036-6516   212.833.1100   Tax ID 13-3324388   fklaw.com


FRIEDMAN KAPLAN    FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg                                    Client: 0630
08/16/19                                               : 002
Page 2                                           Invoice: 70185

| Date | Professional Services | Hours | Amount |
| --- | --- | --- | --- |
| 05/24/19 | ACL: Download documents from Skadden FTP site and make accessible to J. Orsini via Concordance. | 0.80 | 232.00 |
| 05/25/19 | JNO: Email re: documents from Skadden for review. | 0.30 | 232.50 |
| 05/28/19 | JNO: Review documents from Skadden; telephone conferences with A. Lew, A. Sacklowski, and E. O'Brien re: document database. | 1.50 | 1,162.50 |
| 05/28/19 | EOO: Organize PDFs of production received from Skadden and create hard copy set. | 0.30 | 67.50 |
| 05/28/19 | ACS: Create work flow to sort incoming production documents by date while keeping families intact; export requested documents in requested chronological order; coordinate to have one set printed to hard copy; emails with case team regarding same. | 2.40 | 660.00 |
| 05/29/19 | JNO: Review documents in preparation for client meeting. | 3.70 | 2,867.50 |
| 05/30/19 | ACL: Backup client documents recieved from Skadden to thumb drive, log in chain of custody spreadsheet and send to files. | 0.30 | 87.00 |
| 05/30/19 | EOO: Review copies of Skadden production binder. | 0.20 | 45.00 |
| 05/30/19 | EC: Review materials to prepare for meeting with D. Blumberg. | 3.50 | 4,550.00 |
| 05/30/19 | HBM: Review correspondence between SEC, Iconix discussing accounting practices; confer with J. Orsini on background of the investigation; analyze background materials relating to the investigation. | 5.40 | 2,484.00 |
| 05/30/19 | JNO: Review documents in preparation for D. Blumberg meeting. | 2.30 | 1,782.50 |
| 05/31/19 | EC: Prepare for and meet with D. Blumberg; confer with J. Orsini regarding next steps. | 2.70 | 3,510.00 |
| 05/31/19 | HBM: Interview D. Blumberg in advance of potential interview by the U.S. Attorney's office; draft memorandum of interview | 2.70 | 1,242.00 |
| 05/31/19 | JNO: Prepare for and meet with D. Blumberg re: SDNY interview; review RKO deck for SEC. | 3.80 | 2,945.00 |

** Continued on next page **



FRIEDMAN
KAPLAN
SEILER &
ADELMAN LLP

David Blumberg                                    Client: 0630
08/16/19                                               : 002
Page 3                                           Invoice: 70185

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | TOTAL Hours and Fees | 33.30 | $25,185.00 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Eric Corngold | 7.50 | 1300.00 | 9,750.00 |
| John N. Orsini | 13.70 | 775.00 | 10,617.50 |
| Hunter Brooks Mims | 8.10 | 460.00 | 3,726.00 |
| Adam Lew | 1.10 | 290.00 | 319.00 |
| Elliott O'Brien | 0.50 | 225.00 | 112.50 |
| Alex Sacklowski | 2.40 | 275.00 | 660.00 |

                              TOTAL Current Fees      $25,185.00

                          Less Courtesy discount       2,518.50cr

                             Net Current Fees Due     $22,666.50

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| | Telephone | 25.79 |

                              TOTAL Current Costs        $25.79

                              Current Invoice Due     $22,692.29

                                   Previous Due      $8,409.60

                              TOTAL Balance Due      $31,101.89

*INVESTIGATIONS Reimbursable*



FRIEDMAN KAPLAN
FRIEDMAN
KAPLAN
SEILER &
ADELMAN LLP

David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018

David Blumberg                                    Date: 08/16/19
Re: Investigation                                 Invoice: 70186

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2019,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 06/01/19 | HBM: Draft interview notes from May 31 interview of D. Blumberg. | 1.30 | 598.00 |
| 06/03/19 | HBM: Draft memorandum to file concerning interview with D. Blumberg on May 31, 2019. | 1.20 | 552.00 |
| 06/03/19 | JNO: Telephone conferences re: client interview by SDNY. | 0.30 | 232.50 |
| 06/03/19 | EC: Review interview memo from previous meeting; outline tasks for next meeting. | 0.30 | 390.00 |
| 06/04/19 | JNO: Email and telephone conference re: client interview by SDNY. | 0.40 | 310.00 |
| 06/05/19 | HBM: Confer with Skadden, Richards Kibbe regarding focus of investigations; confer with J. Orsini regarding analysis of documents; analyze documents for upcoming interview of D. Blumberg | 5.50 | 2,530.00 |
| 06/05/19 | JNO: Prepare for and participate in call with company counsel re: topics of interest; follow-up meeting with H. Mims re: same. | 1.70 | 1,317.50 |
| 06/05/19 | EC: Prepare for and participate in common | 3.20 | 4,160.00 |

** Continued on next page **



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg                                          Client: 0630
08/16/19                                                      : 002
Page 2                                                  Invoice: 70186

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | interest call regarding issues for upcoming interview; review documents for interview. | | |
| 06/06/19 | HBM: Analyze documents provided by Skadden; draft interview outline for upcoming interview of D. Blumberg. | 5.60 | 2,576.00 |
| 06/06/19 | JNO: Review documents in preparation for client meeting; review H. Mims memo re: call with company counsel. | 1.50 | 1,162.50 |
| 06/07/19 | HBM: Analyze documents for interview with D. Blumberg; draft interview outline. | 3.90 | 1,794.00 |
| 06/07/19 | JNO: Review H. Mims draft outline for client meeting; email with H. Mims re: same; review D. Blumberg deposition transcript in New Rise case. | 1.70 | 1,317.50 |
| 06/07/19 | EC: Review and confer on outline and document analysis for interview. | 1.50 | 1,950.00 |
| 06/10/19 | HBM: Interview D. Blumberg with J. Orsini, E. Corngold; draft interview summary; confer with N. Cremenshaw at Skadden regarding additional documents; analyze documents provided by N. Cremenshaw | 5.80 | 2,668.00 |
| 06/10/19 | JNO: Prepare for and meet with D. Blumberg re: prep for SDNY interview; follow-up emails re: additional documents. | 3.80 | 2,945.00 |
| 06/10/19 | EC: Prepare for and meet with D. Blumberg to prepare for SDNY interview. | 3.80 | 4,940.00 |
| 06/11/19 | HBM: Confer with J. Orsini regarding documents produced by Skadden; confer with Skadden regarding document review; draft search terms for review of additional documents. | 2.50 | 1,150.00 |
| 06/11/19 | JNO: Telephone conferences and email re: documents, transactions, in preparation for SDNY interview. | 1.00 | 775.00 |
| 06/11/19 | EC: Review materials and memos to prepare for meeting. | 0.80 | 1,040.00 |
| 06/12/19 | HBM: Analyze documents for upcoming interview of D. Blumberg; draft memorandum regarding meeting with D. Blumberg on June 10; confer with Skadden regarding document productions. | 3.30 | 1,518.00 |

** Continued on next page **



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg                                      Client: 0630
08/16/19                                                 : 002
Page 3                                             Invoice: 70186

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 06/12/19 | JNO: Email with H. Mims re: additional documents from Skadden. | 0.20 | 155.00 |
| 06/13/19 | HBM: Confer with N. Cremenshaw regarding access to documents related to D. Blumberg; draft summary of June 10, 2019 meeting with D. Blumberg. | 1.30 | 598.00 |
| 06/14/19 | HBM: Analyze new documents provided by Skadden. | 2.90 | 1,334.00 |
| 06/14/19 | EC: Review Iconix materials and outline and prepare for interview prep meeting. | 1.50 | 1,950.00 |
| 06/15/19 | HBM: Analyze Blumberg documents provided by Skadden. | 3.00 | 1,380.00 |
| 06/16/19 | HBM: Analyze documents in preparation for interview with D. Blumberg. | 2.50 | 1,150.00 |
| 06/16/19 | JNO: Email with H. Mims re: newly identified documents. | 0.20 | 155.00 |
| 06/17/19 | HBM: Analyze documents in preparation for meeting with D. Blumberg; interview D. Blumberg regarding documents related to Iconix transactions. | 4.30 | 1,978.00 |
| 06/17/19 | JNO: Prepare for and participate in client meeting in preparation for SDNY interview; email re: same. | 3.20 | 2,480.00 |
| 06/17/19 | EC: Review newly identified materials; prepare for and meet with D. Blumberg to prepare for SDNY interview. | 3.50 | 4,550.00 |
| 06/18/19 | HBM: Analyze documents in advance of upcoming meeting with the government. | 1.60 | 736.00 |
| 06/18/19 | EC: Common interest call with J. Nathanson; review materials and memos for interview preparation meeting. | 1.20 | 1,560.00 |
| 06/19/19 | HBM: Confer with J. Orsini regarding matter; analyze documents in advance of meeting with the government. | 0.30 | 138.00 |
| 06/19/19 | JNO: Telephone conference with Paul Weiss re: SDNY interview; telephone conference with H. Mims re: same. | 0.70 | 542.50 |
| 06/19/19 | EC: Calls with 1. Reisner and J. Orsini regarding Iconix transactions. | 0.70 | 910.00 |
| 06/20/19 | HBM: Analyze documents in advance of | 3.90 | 1,794.00 |

** Continued on next page **

7 Times Square, New York, NY 10036-6516   212.833.1100   Tax ID 13-3324388   fklaw.com



FRIEDMAN KAPLAN FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg                              Client: 0630
08/16/19                                         : 002
Page 4                                    Invoice: 70186

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | government meeting; prepare timeline related to key events related to D. Blumberg's employment. | | |
| 06/20/19 | EC: Review communications and briefing regarding stock transactions. | 0.50 | 650.00 |
| 06/21/19 | HBM: Analyze documents in advance of meeting with government; confer with Skadden regarding documents produced by Skadden on behalf of Iconix; draft timeline related to key events of D. Blumberg's employment at Iconix. | 2.00 | 920.00 |
| 06/21/19 | EC: Review new outline and prepare for meetings with Paul Weiss and D. Blumberg. | 1.50 | 1,950.00 |
| 06/22/19 | HBM: Analyze documents produced by Skadden in advance of meeting with D. Blumberg. | 3.10 | 1,426.00 |
| 06/24/19 | JNO: Prepare for and meet with Paul Weiss re: SDNY interview; prep meeting with D. Blumberg re: same; email with SDNY re: same. | 4.50 | 3,487.50 |
| 06/24/19 | HBM: Analyze documents in advance of meeting with D. Blumberg; confer with Paul Weiss regarding government investigation; meet with D. Blumberg to discuss upcoming interview by government. | 5.50 | 2,530.00 |
| 06/24/19 | EC: Common interest meeting with Paul Weiss; prepare for and meet with D. Blumberg in preparation for SDNY meeting. | 4.50 | 5,850.00 |
| 06/25/19 | HBM: Draft memoranda regarding meetings with Blumberg, Paul Weiss. | 3.40 | 1,564.00 |
| 06/25/19 | EC: Review notes and documents and prepare for SDNY meeting. | 2.70 | 3,510.00 |
| 06/26/19 | JNO: Attend interview of D. Blumberg by SDNY U.S. Attorneys' Office. | 4.60 | 3,565.00 |
| 06/26/19 | EC: Prepare and participate in SDNY and SEC interview of D. Blumberg; confer with D, Blumberg regarding same and review notes of same. | 4.60 | 5,980.00 |
| 06/26/19 | HBM: Prepare for meeting with government; confer with E. Corngold, D. Blumberg in advance of meeting with the government; attend meeting with government, E. Corngold, | 5.70 | 2,622.00 |

** Continued on next page **



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg                                      Client: 0630
08/16/19                                            : 002
Page 5                                              Invoice: 70186

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | J. Orsini, D. Blumberg; draft memorandum analyzing meeting with government. | | |
| 06/27/19 | HBM: Draft memorandum summarizing meeting with U.S. Attorney's Office. | 1.00 | 460.00 |
| 06/27/19 | JNO: Email re: follow-up call with Paul Weiss, Skadden. | 0.20 | 155.00 |
| 06/28/19 | HBM: Draft memorandum on D. Blumberg's meeting with the government. | 1.00 | 460.00 |
| 06/28/19 | JNO: Email re: follow-up calls with Paul Weiss and Skadden. | 0.20 | 155.00 |
| | TOTAL Hours and Fees | 125.10 | $90,621.00 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Eric Corngold | 30.30 | 1300.00 | 39,390.00 |
| John N. Orsini | 24.20 | 775.00 | 18,755.00 |
| Hunter Brooks Mims | 70.60 | 460.00 | 32,476.00 |

```
              TOTAL Current Fees    $90,621.00

           Less Courtesy discount     9,062.10cr

            Net Current Fees Due    $81,558.90


            Current Invoice Due     $81,558.90

                 Previous Due       $31,101.89

           TOTAL Balance Due        $112,660.79
```



*INVESTIGATIONS Reimbursable*

David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018

David Blumberg
Re: Investigation

Date: 08/16/19
Invoice: 70184

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2019,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 04/12/19 | JNO: Telephone conference with Paul Weiss re: investigations. | 0.20 | 139.00 |
| | TOTAL Hours and Fees | 0.20 | $139.00 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| John N. Orsini | 0.20 | 695.00 | 139.00 |
| | TOTAL Current Fees | | $139.00 |
| | Less Courtesy discount | | 13.90cr |
| | Net Current Fees Due | | $125.10 |
| | Current Invoice Due | | $125.10 |

** Continued on next page **

*INVESTIGATIONS*
*Reimbursable*



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018

-------------------------------------------------------------------------

David Blumberg                                      Date: 08/16/19
Re: Investigation                                   Invoice: 70183

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2019,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 03/15/19 | JNO: Telephone conference with P. Ryan re: Pauline Israel and SDNY investigation; conference with E. Corngold re: same. | 0.30 | 208.50 |
| 03/15/19 | EC: Confer with J., Orsini and D. Blumberg regarding status and inquiry. | 0.30 | 298.50 |
| 03/18/19 | JNO: Call with P. Ryan re: SDNY investigation. | 0.10 | 69.50 |
| | TOTAL Hours and Fees | 0.70 | $576.50 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Eric Corngold | 0.30 | 995.00 | 298.50 |
| John N. Orsini | 0.40 | 695.00 | 278.00 |
| | | TOTAL Current Fees | $576.50 |
| | | Less Courtesy discount | 57.65cr |

** Continued on next page **



FRIEDMAN
KAPLAN
SEILER &
ADELMAN LLP

David Blumberg                                          Client: 0630
08/16/19                                                     : 002
Page 2                                                  Invoice: 70183

                                         - - - - - - - - - - - - -
                        Net Current Fees Due        $518.85

                        Current Invoice Due          $518.85

                               Previous Due         $7,765.65
                                         - - - - - - - - - - - - -
                        TOTAL Balance Due           $8,284.50
                                         =======  ========

*INVESTIGATIONS*
*Reimbursable*



**FRIEDMAN KAPLAN**   FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018

--------------------------------------------------------------------------

David Blumberg                                          Date: 08/16/19
Re: Investigation                                       Invoice: 70182

        FOR PROFESSIONAL SERVICES RENDERED through February 28,
        2019, including:

| Date | Professional Services | Hours | Amount |
|------|-----------------------|-------|--------|
| 02/04/19 | JNO: Attention to SEC tolling agreement. | 0.10 | 69.50 |
| 02/25/19 | JNO: Telephone conference with Paul Weiss and E. Corngold re: investigations; email with D. Blumberg re: same. | 0.30 | 208.50 |
| 02/25/19 | EC: Common interest calls with counsel for executives. | 0.60 | 597.00 |
| 02/26/19 | JNO: Conference with E. Corngold re: call with Claman's lawyers. | 0.10 | 69.50 |
| | TOTAL Hours and Fees | 1.10 | $944.50 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Eric Corngold | 0.60 | 995.00 | 597.00 |
| John N. Orsini | 0.50 | 695.00 | 347.50 |
| | | TOTAL Current Fees | $944.50 |

                    ** Continued on next page **

7 Times Square, New York, NY 10036-6516    212.833.1100    Tax ID 13-3324388    fklaw.com



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg
08/16/19
Page 2

Client: 0630
     : 002
Invoice: 70182

| | |
|---|---|
| Less Courtesy discount | 94.45cr |
| Net Current Fees Due | $850.05 |
| Current Invoice Due | $850.05 |
| Previous Due | $6,915.60 |
| TOTAL Balance Due | $7,765.65 |



*INVESTIGATIONS*
*Reimbursable*

David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York   10018

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

David Blumberg                                          Date: 08/16/19
Re: Investigation                                       Invoice: 70187

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2019,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/01/19 | HBM: Draft memorandum summarizing D. Blumberg's interview with the government. | 2.00 | 920.00 |
| 07/01/19 | EC: Review interview memo to prepare for common interest calls. | 0.40 | 520.00 |
| 07/02/19 | JNO: Telephone conferences with Paul Weiss, Skadden, and RKO re: SDNY interview of D. Blumberg. | 2.00 | 1,550.00 |
| 07/02/19 | HBM: Confer with E. Corngold, J. Orsini, Skadden attorneys about D. Blumberg's interview with the government; confer with E. Corngold, J. Orsini, Paul Weiss attorneys about D. Blumberg's interview with the government; draft memorandum summarizing D. Blumberg interview with government. | 4.30 | 1,978.00 |
| 07/02/19 | EC: Prepare for and participate in debriefing common interest calls. | 2.00 | 2,600.00 |
| 07/03/19 | JNO: Email with H. Mims re: SDNY interview memo. | 0.10 | 77.50 |
| 07/03/19 | HBM: Draft memorandum analyzing D. Blumberg's | 1.50 | 690.00 |

** Continued on next page **

7 Times Square, New York, NY 10036-6516   212.833.1100   Tax ID 13-3324388   fklaw.com



David Blumberg
08/16/19
Page 2

Client: 0630
: 002
Invoice: 70187

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | interview with government. | | |
| 07/03/19 | EC: Review memo from SDNY interview. | 0.30 | 390.00 |
| 07/04/19 | JNO: Email re: new lawsuit brought by Jay-Z against Iconix. | 0.10 | 77.50 |
| 07/08/19 | JNO: Review Jay-Z new complaint against Iconix; email and telephone conference with D. Blumberg re: new case, prior Jay-Z court filings. | 0.90 | 697.50 |
| 07/08/19 | EC: Review and confer regarding new complaint. | 0.30 | 390.00 |
| 07/10/19 | JNO: Email re: status. | 0.10 | 77.50 |
| 07/23/19 | JNO: Telephone conference with client re: government investigations. | 0.20 | 155.00 |
| 07/24/19 | JNO: Telephone conference with Paul Weiss re: government investigation. | 0.30 | 232.50 |
| 07/24/19 | EC: Common interest call with Paul Weiss; confer with J. Orsini regarding same. | 0.30 | 390.00 |

TOTAL Hours and Fees    14.90    $10,745.50

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Eric Corngold | 3.30 | 1300.00 | 4,290.00 |
| John N. Orsini | 3.70 | 775.00 | 2,867.50 |
| Hunter Brooks Mims | 7.80 | 460.00 | 3,588.00 |

TOTAL Current Fees    $10,745.50

Less Courtesy discount    1,074.55cr

Net Current Fees Due    $9,670.95

| Date | Costs Advanced | Amount |
|------|----------------|--------|
| | Telephone | 90.60 |

TOTAL Current Costs    $90.60

** Continued on next page **

7 Times Square, New York, NY 10036-6516   212.833.1100   Tax ID 13-3324388   fklaw.com



David Blumberg                                     Client: 0630
08/16/19                                                : 002
Page 3                                             Invoice: 70187


                        Current Invoice Due      $9,761.55
                            Previous Due       $112,660.79
                                              -------------
                      TOTAL Balance Due        $122,422.34
                                              =============



**FRIEDMAN KAPLAN** FRIEDMAN KAPLAN SEILER & ADELMAN LLP

David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York 10018

*INVESTIGATIONS Reimbursable* *Accrues*

David Blumberg
Re: Investigation

Date: 01/06/20
Invoice: 71511

FOR PROFESSIONAL SERVICES RENDERED through December 31,
2019, including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 12/02/19 | EC: Common interest call with J. Nathanson; update call with D. Blumberg. | 0.60 | 780.00 |
| 12/05/19 | JNO: Review Neil Cole criminal indictment documents; conference with E. Corngold re: same. | 0.70 | 542.50 |
| 12/05/19 | EC: Review indictment and SEC complaints; calls with D. Blumberg regarding same. | 1.00 | 1,300.00 |
| 12/11/19 | EC: Consider issues relating to stock trading. | 0.40 | 520.00 |
| | TOTAL Hours and Fees | 2.70 | $3,142.50 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Eric Corngold | 2.00 | 1300.00 | 2,600.00 |
| John N. Orsini | 0.70 | 775.00 | 542.50 |
| | TOTAL Current Fees | | $3,142.50 |

** Continued on next page **



FRIEDMAN
KAPLAN SEILER &
ADELMAN LLP

David Blumberg
01/06/20
Page 2

Client: 0630
: 002
Invoice: 71511

Current Invoice Due          $3,142.50

Previous Due          $260.00
- - - - - - - - - - -
TOTAL Balance Due          $3,402.50
=============



FRIEDMAN KAPLAN

FRIEDMAN
KAPLAN
SPILER &
ADELMAN LLP

David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

David Blumberg                                              Date: 02/04/20
Re: Investigation                                           Invoice: 71783

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2020,
including:

| Date | Professional Services | Hours | Amount |
| --- | --- | --- | --- |
| 01/24/20 | JNO: Telephone conference with D. Blumberg and E. Corngold re: N. Cole criminal trial. | 0.40 | 350.00 |
| 01/24/20 | EC: Prepare for and call with D. Blumberg; follow up communications regarding upcoming trial. | 0.40 | 520.00 |

|  |  | Hours | Amount |
| --- | --- | --- | --- |
| | TOTAL Hours and Fees | 0.80 | $870.00 |

| Professional | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Eric Corngold | 0.40 | 1300.00 | 520.00 |
| John N. Orsini | 0.40 | 875.00 | 350.00 |
| | | TOTAL Current Fees | $870.00 |

*(handwritten)* INVESTIGATION
Reimb.
on list

Current Invoice Due          $870.00

\*\* Continued on next page \*\*



David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018

--------------------------------------------------------------------------------

David Blumberg                                      Date: 04/02/20
Re: Investigation                                   Invoice: 72243


FOR PROFESSIONAL SERVICES RENDERED through March 31, 2020,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 03/26/20 | JNO: Telephone conference with L. Reisner and R. Tarlow re: N. Cole trial; email with D. Blumberg re: same; review interview memo from D. Blumberg SDNY interview. | 1.50 | 1,312.50 |
| 03/26/20 | EC: Call with Cole counsel; confer with J. Orsini regarding same; review SDNY interview memo and preparation materials. | 1.50 | 1,950.00 |
| 03/27/20 | JNO: Telephone conference with D. Blumberg and E. Corngold re: Neil Cole trial. | 0.40 | 350.00 |
| 03/27/20 | EC: Prepare for and call with D. Blumberg. | 0.40 | 520.00 |
| 03/30/20 | JNO: Email with E. Corngold re: Neil Cole trial. | 0.10 | 87.50 |
| 03/31/20 | JNO: Email re: call with Paul Weiss. | 0.10 | 87.50 |
| | TOTAL Hours and Fees | 4.00 | $4,307.50 |


** Continued on next page **

7 Times Square, New York, NY 10036-6516    212.833.1100    fklaw.com

```
David Blumberg                                        Client: 0630
04/02/20                                                   : 002
Page 2                                               Invoice: 72243
```

|          Professional          |   Hours |    Rate | Amount |
| ------------------------------ | ------- | ------- | ---------- |
| Eric Corngold                  |    1.90 | 1300.00 |   2,470.00 |
| John N. Orsini                 |    2.10 |  875.00 |   1,837.50 |

```
                                  TOTAL Current Fees      $4,307.50


                               Current Invoice Due        $4,307.50

                                      Previous Due        $4,272.50
                                                     -------------
                                  TOTAL Balance Due        $8,580.00
                                                     =============
```



David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018

--------------------------------------------------------------------------

David Blumberg                                    Date: 05/05/20
Re: Investigation                                 Invoice: 72507


FOR PROFESSIONAL SERVICES RENDERED through April 30, 2020,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 04/01/20 | JNO: Telephone conference with Paul Weiss re: Neil Cole trial; telephone conference with D. Blumberg re: same. | 0.50 | 437.50 |
| 04/01/20 | EC: Call with Paul Weiss regarding goverment investigation and upcoming trial; call with D. Blumberg and J. Orsini regarding same. | 0.50 | 650.00 |
| 04/21/20 | JNO: Email with E. Corngold and D. Blumberg re: suspension of jury trials. | 0.10 | 87.50 |
| | TOTAL Hours and Fees | 1.10 | $1,175.00 |

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Eric Corngold | 0.50 | 1300.00 | 650.00 |
| John N. Orsini | 0.60 | 875.00 | 525.00 |
| | | TOTAL Current Fees | $1,175.00 |


** Continued on next page **

```
David Blumberg                                  Client: 0630
05/05/20                                             : 002
Page 2                                          Invoice: 72507



                    Current Invoice Due        $1,175.00

                          Previous Due         $8,580.00
                                            --------------
                     TOTAL Balance Due         $9,755.00
                                            ==============
```

12/28/2021

Friedman Kaplan

$17,905.00

Seventeen Thousand Nine Hundred Five Dollars And 00 Cents

Friedman Kaplan

7 Times Square

New York NY    10036-6516

| Vendor ID | Name | | Payment Number | Check Date | Document Number |
|-----------|------|--|----------------|------------|-----------------|
| FRIEDKA01 | Friedman Kaplan | | 00000000000045995 | 12/28/2021 | WT122821D |

| Our Voucher Number | Date | Amount | Amount Paid | Discount | Net Amount Paid |
|--------------------|------|--------|-------------|----------|-----------------|
| 76734 | 11/3/2021 | $17,905.00 | $17,905.00 | $0.00 | $17,905.00 |
| | | $17,905.00 | $17,905.00 | $0.00 | $17,905.00 |

| Vendor ID | Name | | Payment Number | Check Date | Document Number |
|-----------|------|--|----------------|------------|-----------------|
| FRIEDKA01 | Friedman Kaplan | | 00000000000045995 | 12/28/2021 | WT122821D |

| Our Voucher Number | Date | Amount | Amount Paid | Discount | Net Amount Paid |
|--------------------|------|--------|-------------|----------|-----------------|
| 76734 | 11/3/2021 | $17,905.00 | $17,905.00 | $0.00 | $17,905.00 |
| | | $17,905.00 | $17,905.00 | $0.00 | $17,905.00 |



FRIEDMAN
KAPLAN
SEILER &
ADELMAN LLP

7 Times Square
New York, NY 10036-6516
212.833.1100

## WIRE TRANSFER INSTRUCTIONS FOR PAYMENT OF FEES

Funds should be wired to:

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104

ABA No. (Bank Routing Number):       121000248

For International Wires, SWIFT
BIC Code:                            WFBIUS6S

For the benefit of (Account Name):   Friedman Kaplan Seiler & Adelman LLP
                                     Attorney Office Account

Account Number:                      2000059325365

Contact Person:                      Prior to initiating the wire transfer, please
                                     telephone or e-mail Eugene A. Head, Jr.
                                     of Friedman Kaplan Seiler & Adelman LLP
                                     at (212) 833-1149 or ghead@fklaw.com with the
                                     name and address of the sending institution and the
                                     amount of funds transferred (please leave a voice
                                     mail message if need be); please provide Federal
                                     Depository tracking number when available.

953736.2

| From: | Kyle Harmon |
|---|---|
| To: | Marcia Mclaughlin |
| Subject: | RE: Please approve legal bills |
| Date: | Monday, December 27, 2021 2:11:33 PM |

Approved to pay.  Thanks.

**From:** Marcia Mclaughlin <mmclaughlin@iconixbrand.com>
**Sent:** Monday, December 27, 2021 2:11 PM
**To:** Kyle Harmon <kharmon@iconixbrand.com>
**Subject:** Please approve legal bills

**Payments USD 12.27.21**

| Vendor | Description | Invoice Date | Invoice Subtotal (USD) | Payment Amount (USD) | |
|---|---|---|---|---|---|
| Akin Gump | Derivative Suit to 6/30/21 | 7/15/2021 | 3,764.70 | 3,764.70 | |
| Dechert | Sears | 8/4/2021 | 17,177.47 | 17,177.47 | |
| Dechert | SEC Matters | 7/31/2021 | 56,429.00 | 56,429.00 | |
| Dechert | Strategic Alternatives | 12/21/2021 | 48,897.90 | 48,897.90 | |
| Dechert | Strategic Alternatives | 12/21/2021 | 235,036.24 | 151,102.10 | 273,606.47 |
| Frankfurt Kurnit | Legal | 10/21/2021 | 2,145.00 | 2,145.00 | |
| Frankfurt Kurnit | Legal | 11/22/2021 | 487.50 | 487.50 | 2,632.50 |
| Friedman Kaplan | Legal | 11/3/2021 | 17,905.00 | 17,905.00 | |
| Latham & Watkins | Transaction Costs | 11/12/2021 | 92,328.75 | 92,328.75 | |
| Latham & Watkins | Transaction Costs | 12/13/2021 | 15,685.20 | 15,685.20 | |
| Latham & Watkins | Tender Offer | 11/12/2021 | 2,385.00 | 2,385.00 | 110,398.95 |
| McGuire Woods | Trial Prep | 11/18/2021 | 24,688.99 | 24,688.99 | |
| Perkins Coie | Investigation | 9/30/2021 | 29,134.80 | 29,134.80 | |
| Perkins Coie | Investigation | 11/8/2021 | 26,334.00 | 26,334.00 | 55,468.80 |
| **Total - Iconix** | | | **$572,399.55** | **488,465.41** | |

Not paying     $83,934.14



David Blumberg
Iconix Brand Group, Inc.
1450 Broadway
New York, New York  10018


------------------------------------------------------------------------

David Blumberg                                          Date: 11/03/21
Re: Investigation                                       Invoice: 76734


FOR PROFESSIONAL SERVICES RENDERED through October 31, 2021,
including:

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/15/21 | JNO: Emails with Paul Weiss re: call. | 0.10 | 92.50 |
| 09/17/21 | JNO: Telephone conference with Paul Weiss re: Neil Cole trial; email with client re: same. | 0.40 | 370.00 |
| 09/17/21 | EC: Call with Paul Weiss; review notes from USAO interview and confer with J. Orsini. | 0.50 | 650.00 |
| 09/21/21 | JNO: Telephone conference with D. Blumberg re: Neil Cole trial; follow-up call with E. Corngold re: same; email to Paul Weiss re: same. | 0.60 | 555.00 |
| 09/21/21 | EC: Call with D. Blumberg regarding trial and confer with J. Orsini regarding same; review notes for same. | 0.60 | 780.00 |
| 09/22/21 | JNO: Telephone conference with Paul Weiss re: Neil Cole trial; follow-up call with E. Corngold re: same; email with D. Blumberg re: same. | 0.40 | 370.00 |
| 09/22/21 | EC: Prepare for and call with Paul Weiss regarding trial. | 0.40 | 520.00 |
| 10/19/21 | JNO: Review trial subpoena from counsel for | 1.30 | 1,202.50 |

** Continued on next page **

David Blumberg                                        Client: 0630
11/03/21                                                    : 002
Page 2                                               Invoice: 76734


| Date | Professional Services | Hours | Amount |
|------|-----------------------|-------|--------|
| | Neil Cole; email and telephone conferences with D. Blumberg and E. Corngold re: same. | | |
| 10/20/21 | JNO: Review memos ahead of prep session with client for testimony in Neil Cole trial; email and telephone conferences re: testimony. | 2.20 | 2,035.00 |
| 10/20/21 | EC: Calls with SDNY and Paul Weiss; review materials for prep for Blumberg testimony. | 2.20 | 2,860.00 |
| 10/21/21 | JNO: Prepare for and meet with D. Blumberg for Neil Cole trial testimony prep. | 2.50 | 2,312.50 |
| 10/21/21 | EC: Review memos; prepare for and meet with D. Blumberg to prep for testimony; notes regarding same. | 2.50 | 3,250.00 |
| 10/22/21 | JNO: Telephone conferences and email re: testimony at Neil Cole trial. | 0.70 | 647.50 |
| 10/22/21 | EC: Calls and communications with Paul Weiss and SDNY. | 0.60 | 780.00 |
| 10/23/21 | JNO: Email and telephone conference re: testimony. | 0.20 | 185.00 |
| 10/24/21 | JNO: Telephone conferences re: testimony. | 0.50 | 462.50 |
| 10/25/21 | JNO: Email and telephone conferences re: testimony and Neil Cole trial. | 0.50 | 462.50 |
| 10/26/21 | JNO: Email and telephone conference re: N. Cole trial. | 0.20 | 185.00 |
| 10/29/21 | JNO: Email with client re: jury deliberations in N. Cole trial. | 0.20 | 185.00 |
| | TOTAL Hours and Fees | 16.60 | $17,905.00 |


| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Eric Corngold | 6.80 | 1300.00 | 8,840.00 |
| John N. Orsini | 9.80 | 925.00 | 9,065.00 |
| | | TOTAL Current Fees | $17,905.00 |
| | | Current Invoice Due | $17,905.00 |