# Exhibit 2.5



| Invoice Date: 01/11/21 | Invoice No. 215461 | File No. 003601-00001 |
|---|---|---|

ICONIX BRAND GROUP
Attn:  Drew Cohen
1450 Broadway, Third Floor
New York, NY  10018

Tax ID Number: 13-3441383

**File Description:**    Special Committee/Investigation re: Horowitz Letter

**BILLING SUMMARY**

| | | |
|---|---|---|
| Fees | $ | 6,526.00 |
| Discount | $ | (652.60) |
| **CURRENT INVOICE DUE** | **$** | **5,873.40** |

**While we service our clients in a remote environment during these unprecedented times, we would greatly appreciate receiving your payment via wire transfer whenever possible.**

| Wire Instructions | Mailing Instructions |
|---|---|
| (Preferred) | (Payments by check) |
| Citibank, N.A. | Kibbe & Orbe LLP |
| Private Banking Division | Attention: Accounts Receivable |
| 666 Fifth Avenue, 5th Floor | 215 Park Ave South |
| New York, NY  10103 | 9th Floor |
| | New York, NY  10003 |
| ABA Code: 021000089 | (212) 530-1800 |
| Account No. 9951709825 | |

215 Park Avenue South
New York, New York 10003-1600

NEW YORK    Washington    London    WWW.KIBBEORBE.COM


# KIBBE & ORBE LLP

| Invoice Date: 01/11/21 | Invoice No. 215461 | File No. 003601-00001 |
|---|---|---|

ICONIX BRAND GROUP  
Attn:  Drew Cohen  
1450 Broadway, Third Floor  
New York, NY  10018

Tax ID Number: 13-3441383

**File Description:**    Special Committee/Investigation re: Horowitz Letter

### REMITTANCE

| | |
|---|---|
| Fees | $    6,526.00 |
| Discount | $     (652.60) |
| **CURRENT INVOICE DUE** | $    **5,873.40** |

**While we service our clients in a remote environment during these unprecedented times, we would greatly appreciate receiving your payment via wire transfer whenever possible.**

| Wire Instructions (Preferred) | Mailing Instructions (Payments by check) |
|---|---|
| Citibank, N.A. Private Banking Division 666 5th Avenue, 5th Floor New York, NY  10103 ABA Code: 021000089 Account No. 9951709825 | Kibbe & Orbe LLP Attention: Accounts Receivable 215 Park Ave South 9th Floor New York, NY  10003 (212) 530-1800 |

THIS INVOICE IS PAYABLE UPON RECEIPT.  
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

215 Park Avenue South  
New York, New York 10003-1600

New York    Washington    London    WWW.KIBBEORBE.COM



| | | | |
|---|---|---|---|
| Invoice Date: 01/11/21 | Invoice No. 215461 | | File No. 003601-00001 |

ICONIX BRAND GROUP
Attn:  Drew Cohen
1450 Broadway, Third Floor
New York, NY  10018

**File Description:**    Special Committee/Investigation re: Horowitz Letter

**PROFESSIONAL FEES**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 12/28/20 | Arthur Greenspan | Email from Mr. Tarlowe (Cole counsel) regarding Horowitz issues; emails with and from Mr. Harmon, Mr. Cuneo and Mr. Richards regarding same and DOJ request to meet with Mr. Cuneo; emails with AUSA Lenow regarding request to meet with Mr. Cuneo; reviewed talking points for December 2015 SEC meeting; emails with Mr. Richards and Mr. Devlin regarding same and Tarlowe email; reviewed docket in U.S. v. Cole. | 1.40 |
| 12/28/20 | Lee Richards | Emails with Mr. Tarlowe (representing Mr. Cole) and Mr. Greenspan regarding defendant's questions. | 0.20 |
| 12/28/20 | Lee Richards | Emails with AUSA Lenow and Mr. Cuneo regarding scheduling Mr. Cuneo's interview. | 0.20 |
| 12/28/20 | Lee Richards | Emails with Mr. Greenspan and Mr. Devlin regarding notes of 2015 SEC meeting. | 0.20 |
| 12/28/20 | Lee Richards | Emails with Mr. Cuneo and Mr. Harmon regarding defendant's and AUSA's requests. | 0.20 |
| 12/28/20 | Paul Devlin | Emails with Mr. Richards and Mr. Greenspan about email from Paul Weiss concerning December 2015 SEC meeting. | 0.20 |
| 12/29/20 | Lee Richards | Telephone conference with Mr. Greenspan regarding potential next steps. | 0.10 |
| 12/29/20 | Lee Richards | Reviewed Mr. Devlin's notes of RKO/Alix 2015 presentation to the SEC. | 0.40 |

Page 1



Invoice Date: 01/11/21  Invoice No. 215461  File No. 003601-00001

**File Description:** Special Committee/Investigation re: Horowitz Letter

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/29/20 | Lee Richards | Emails with Mr. Devlin regarding notes of 2015 RKO/Alix presentation to the SEC. | 0.10 |
| 12/29/20 | Lee Richards | Reviewed email from Mr. Tarlowe (counsel to Cole). | 0.10 |
| 12/29/20 | Lee Richards | Telephone conference with Messrs. Greenspan and Devlin regarding Cole and SDNY requests. | 0.80 |
| 12/29/20 | Lee Richards | Emails with Skadden lawyers regarding SDNY and Cole requests. | 0.10 |
| 12/29/20 | Lee Richards | Brief review of Cuneo witness outline. | 0.10 |
| 12/29/20 | Arthur Greenspan | Call with Mr. Richards regarding potential next steps with AUSA Lenow and client; reviewed excerpts of Mr. Devlin's memo of December 2015 SEC meeting; emails from Mr. Devlin and Mr. Richards regarding same; call with Mr. Richards and Mr. Devlin regarding issues raised by Tarlowe email and issues for Mr. Cuneo; emails from Mr. Richards and Ms. Mahoney regarding developments. | 1.10 |
| 12/29/20 | Paul Devlin | Reviewed memorandum of December 2015 SEC meeting in response to Paul Weiss email; drafted summary of findings for Mr. Richards; telephone conference with Mr. Richards and Mr. Greenspan regarding Paul Weiss email and related issues and SDNY request to meet with Mr. Cuneo. | 1.70 |
| 12/30/20 | Arthur Greenspan | Emails from Ms. Cleminshaw (Skadden) and AUSA Imperatore regarding MENA term sheet. | 0.10 |
| 12/31/20 | Paul Devlin | Emails with Ms. Cleminshaw of Skadden about SDNY request about MENA term sheet. | 0.10 |
| **Total** | | | **7.10** |

215 Park Avenue South
New York, New York 10003-1600

NEW YORK   Washington   London   WWW.KIBBEORBE.COM



Invoice Date: 01/11/21　　　　　　　　Invoice No. 215461　　　　　　　　File No. 003601-00001

**File Description:**　　Special Committee/Investigation re: Horowitz Letter

### FEE SUMMARY

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Lee Richards | Partner | 2.50 | 1060.00 | 2,650.00 |
| Arthur Greenspan | Partner | 2.60 | 960.00 | 2,496.00 |
| Paul Devlin | Partner | 2.00 | 690.00 | 1,380.00 |
| **Total Professional Fees** | | | | **$6,526.00** |

215 Park Avenue South　　　　New York　　　Washington　　　London　　　WWW.KIBBEORBE.COM
New York, New York 10003-1600