# Exhibit 2.6

*INVESTIGATIONS*
*Reimbursable*

**LATHAM&WATKINS**LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

11/1/19

June 11, 2019

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 1900604977
Matter Number 064698-0001

Tax Identification No.: 95-2018373

**Remittance Instructions**

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 031100209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 39117-7003

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

**REVISED**

For professional services rendered through May 31, 2019

Re:     **SDNY Investigation**

| | |
|---|---|
| Fees | $ 44,922.50 |
| Less 10% discount | (4,492.25) |
| | $ 40,430.25 |
| Costs and Disbursements | 33.40 |
| **Total Due** | **$ 40,463.65** |

KdH

8/14/19

**LATHAM&WATKINS**LLP

Invoice No. 1900604977
June 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/30/19 | J M Marr | 2.10 | Confer with B. Naftalis regarding background of matter; confer with C. Feeney regarding same; review and analyze background memos |
| 04/30/19 | C E Feeney | 1.10 | Review Iconix materials from J. Marr |
| 05/01/19 | B A Naftalis | 2.00 | Prepare for and meet with Akin regarding transition and review of relevant documents and transactions; follow up emails with Akin regarding same |
| 05/01/19 | R D Owens | 2.00 | Meet with Akin Gump related to transition and review of relevant materials |
| 05/01/19 | J M Marr | 3.00 | Review and analyze background memos; attend background debrief of matter from Akin with R. Owens, B. Naftalis, C. Feeney, M. Asara and C. Slavik; coordinate with C. Feeney on action items |
| 05/01/19 | C E Feeney | 4.90 | Attend meeting on background information with lawyers from Akin Gump; draft primer on case lingo; review materials from Akin |
| 05/02/19 | C E Feeney | 2.90 | Draft cheat sheets of information for partners |
| 05/03/19 | J M Marr | .40 | Confer with C. Feeney regarding preparing summary materials; confer with B. Naftalis regarding review of memos |
| 05/03/19 | C E Feeney | 1.40 | Draft cheat sheets of information for partner review |
| 05/05/19 | J M Marr | .10 | Review action items |
| 05/05/19 | C E Feeney | .60 | Draft cheat sheets of information for partner review |
| 05/06/19 | J M Marr | .10 | Confer with Akin team regarding access to documents |
| 05/06/19 | C E Feeney | 3.70 | Draft cheat sheets of information for partner review |
| 05/07/19 | B A Naftalis | .50 | Review and analysis of Akin background materials |
| 05/07/19 | C E Feeney | 2.20 | Final draft of cheat sheets for partner review; send to J. Marr for edits |
| 05/08/19 | B A Naftalis | 1.30 | Prepare for and review of materials for meeting with M. Asaro |
| 05/08/19 | J M Marr | 4.70 | Analyze background materials; draft summary of key facts, theories, and individuals; confer with C. Feeney regarding same; confer with R. Owens and B. Naftalis regarding same |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900604977 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINSⁱⁱᵖ**

Invoice No. 1900604977
June 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/08/19 | C E Feeney | 1.20 | Draft cheat sheets regarding information on case for partner review |
| 05/08/19 | K L Trotter | .40 | Confirm or find job titles for certain individuals, and provide dates of employment; research requested by Caitlin Feeney |
| 05/09/19 | B A Naftalis | 3.40 | Prepare for and meet with Akin Gump regarding transition of matter; review and analysis of key documents; coorindate with R. Owens and J. Marr regarding same |
| 05/09/19 | R D Owens | 3.40 | Prepare for and meeting with M. Osaro / Akin Gump |
| 05/09/19 | J M Marr | 3.50 | Analyze background materials; attend meeting with R. Owens, B. Naftalis, C. Feeney, and M. Asaro regarding background of matter |
| 05/09/19 | C E Feeney | 4.40 | Review edits to cheat sheets before meeting with counsel from Akin Gump; attend meeting and take notes |
| 05/10/19 | J M Marr | .10 | Correspondence regarding enrollment for Akin Gump document sharing platform |
| 05/17/19 | J M Marr | .10 | Confer with Latham team regarding scheduling call with client |
| 05/20/19 | J M Marr | .10 | Confer with R. Owens and B. Naftalis regarding contact with client |
| 05/21/19 | J M Marr | .10 | Confer with Akin team regarding client contact information; confer with R. Owens and B. Naftalis regarding same |
| 05/22/19 | J M Marr | .10 | Review correspondence from J. Schaefer, R. Owens, and B. Naftalis regarding tolling agreement |
| 05/24/19 | J M Marr | .30 | Confer with Akin and vendor regarding accessing Relativity database |
| 05/29/19 | R D Owens | .50 | Telephone call with Ed. Imprerate regarding request for interview |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900604977 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 1900604977
June 11, 2019

---

**Attorney:**

| | | | |
|---|---|---|---|
| R D Owens | Partner | 5.90 | hours |
| B A Naftalis | Partner | 7.20 | hours |
| J M Marr | Associate, Sr. | 14.70 | hours |
| C E Feeney | Associate, Jr. | 22.40 | hours |
| | | 50.20 | $ 44,758.50 |

**Other:**

| | | | |
|---|---|---|---|
| K L Trotter | Professional Staff | .40 | hours |
| | | .40 | $ 164.00 |

**GRAND TOTAL:** 50.60    $ 44,922.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900604977 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

*INVESTIGATIONS*
*Reimbursable*

**LATHAM&WATKINS**LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

**INVOICE**

August 7, 2019

*New*
*Bill as*
*of*
*8/14/19*

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No: 1900607014
Matter Number 064698-0001

Tax Identification No.: 95-2018373

**Remittance Instructions**

WIRE TRANSFERS IN USD:
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

CHECKS:
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through June 30, 2019

Re:  **SDNY Investigation**

Fees

Less 10% discount

Costs and Disbursements

Total Current Charges

Prior Balance Due

*Kett*

$ 148,854.50

(14,885.45)

$ 133,969.05

10,867.95

$ 144,837.00

40,463.65  *New Revised Amount of past Due Balance*

**Total Due**

$ 185,300.65

*8/14/19*

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900607014 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 1900607014
August 7, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/08/19 | R D Owens | .30 | Telephone call with M. Asaro regarding background on new matter |
| 04/09/19 | R D Owens | 2.50 | Prepare for and meet with J. Schaefer and M. Asaro to discuss background to case |
| 04/18/19 | R D Owens | .40 | Emails and telephone call with J. Schaefer concerning matter |
| 05/10/19 | R D Owens | .40 | Telephone call with Ausa Olga Zverovich |
| 05/20/19 | R D Owens | 1.00 | Telephone call with SEC staff regarding request to extend tolling agreement; emails with J. Schaeffer regarding same |
| 05/21/19 | R D Owens | .40 | Telephone call with J. Schaefer; telephone call with M. Asaro; call regarding SEC request for tolling agreement |
| 05/22/19 | R D Owens | .50 | Review draft SEC following agreement; emails with SEC regarding certain changes |
| 05/23/19 | R D Owens | .20 | Attend to execution of tolling agreement with SEC |
| 06/03/19 | B A Naftalis | .30 | Review of additional materials from Akin; confer with Latham team regarding same confer with Latham team regarding materials from Akin |
| 06/03/19 | J M Marr | .30 | Confer with R. Owens, B. Naftalis, and C. Feeney regarding Iconix agreements to discuss; confer with Akin team regarding same |
| 06/03/19 | C E Feeney | .20 | Register on Relativity for document review; confer with Latham team regarding materials from Akin |
| 06/04/19 | B A Naftalis | .70 | Prepare for and call with Akin Gump; follow up update with R. Owens and J. Schaefer |
| 06/04/19 | R D Owens | .40 | Telephone call with J. Schaefer regarding potential USAO interview |
| 06/04/19 | J M Marr | 1.60 | Confer with B. Naftalis, C. Feeney, M. Asaro, and C. Slavik regarding Iconix agreements; confer with B. Naftalis and C. Feeney regarding action items; confer with C. Feeney and summer associate team regarding same and witness preparation |
| 06/04/19 | C E Feeney | 2.60 | Attend call with B. Naftalis and J. Marr and lawyers from Akin Gump; discuss witness interview outline with J. Marr; host call with summer associates to discuss witness interview outline |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900607014 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 1900607014
August 7, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/05/19 | C E Feeney | 1.70 | Analyze supporting documents for certain transactions; analyze chart of relevant documents |
| 06/06/19 | C E Feeney | 4.50 | Draft witness preparation outline for J. Schaefer and analyze documents for same |
| 06/07/19 | C E Feeney | .70 | Draft witness Preparationoutline for J. Schaefer and analyze documents for same |
| 06/10/19 | J M Marr | .10 | Confer with Latham team regarding drafting witness preparation outline |
| 06/10/19 | C E Feeney | 2.10 | Draft witness analyze outline and analyze documents for same; send to J. Marr for review |
| 06/11/19 | J M Marr | .70 | Review and analyze witness preparation outline; confer with B. Naftalis and C. Feeney regarding same |
| 06/12/19 | B A Naftalis | .30 | Meet and status with R. Owens and J. Marr regarding interview preparation; confer with Skadden regarding same |
| 06/12/19 | J M Marr | 3.40 | Review and analyze documents for witness preparation; draft outline for same; confer with C. Feeney regarding preparation of outline and binder for same; confer with C. Feeney and J. Jones regarding same; confer with R. Owens and B. Naftalis regarding updates in matter |
| 06/12/19 | C E Feeney | 1.90 | Attention to J. Schaefer witness interview outline |
| 06/12/19 | E M VonRussell | 4.70 | Rename and organize tabs electronically; review PDF files and OCR client data files for attorney review and use |
| 06/13/19 | J M Marr | 6.90 | Review and analyze documents for witness preparation; draft outline for same; confer with C. Feeney regarding preparation of outline and binder for same; email with R. Owens and B. Naftalis regarding updates in matter |
| 06/13/19 | C E Feeney | 5.60 | Draft witness interview outline with attention to three specific transactions; communicate with J. Marr and summer associates about drafting same |
| 06/13/19 | E M VonRussell | 5.70 | Rename electronic folders to reflect date organization; highlight quoted language ifiles to reflect language in attached outline |
| 06/14/19 | J M Marr | 2.20 | Review and analyze witness preparation documents; draft outline for same; confer with C. Feeney regarding same |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900607014 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 1900607014
August 7, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/14/19 | C E Feeney | 4.90 | Draft witness interview outline; discuss outline with J. Marr |
| 06/14/19 | E M VonRussell | 2.50 | Rename and organize tabs electronically |
| 06/16/19 | J M Marr | .20 | Review correspondence from C. Feeney regarding witness preparation outline |
| 06/17/19 | B A Naftalis | .70 | Joint defense communication |
| 06/17/19 | R D Owens | .50 | Telephone call with E. Imperatore regarding scheduling of proffer; telephone call with B. Jacobs and B. Naftalis |
| 06/17/19 | J M Marr | 2.50 | Draft witness preparation outline and review materials for same; confer with C. Feeney regarding same; calls with joint defense counsel with B. Naftalis |
| 06/17/19 | C E Feeney | 1.20 | Review binder for witness outline; discuss document review process with IT department from Akin |
| 06/18/19 | B A Naftalis | 1.00 | Joint defense conference call; confer and analysis with J. Marr regarding witness preparation; telephone conference with J. Schaefer |
| 06/18/19 | J M Marr | 1.70 | Draft witness preparation outline; review materials with respect to same; confer with C. Feeney regarding same |
| 06/18/19 | C E Feeney | 6.40 | Attend joint defense calls with B. Naftalis and J. Marr; incorporate J. Marr's edits into witness outline; discuss case with J. Muller; perform targeted searches on Relativity and summarize potentially interesting documents |
| 06/19/19 | J M Marr | 2.20 | Calls with joint defense counsel with B. Naftalis; draft witness preparation outline and review materials for same; confer with C. Feeney regarding same |
| 06/19/19 | C E Feeney | 10.20 | Update witness outline for meetings; perform targeted searches on Relativity and incorporate summaries into outline |
| 06/19/19 | J R Muller | 8.90 | Review background materials; revise J. Schaefer's witness preparation outline to ensure accordance with key documents |
| 06/19/19 | N L Sagara | 4.50 | Review requested folders and rename documents to appear in chronological order for J. Marr; redact documents where witness not copied for J. Marr; |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900607014 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 1900607014
August 7, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | correspond with J. Muller regarding highlighting; assemble components necessary for printing and draft email to print center regarding same for J. Marr |
| 06/19/19 | S L Prosky | .20 | Library services: Obtain Iconix 10K and 10Qs for C Feeney |
| 06/20/19 | B A Naftalis | 3.50 | Review and preparation of materials for J Schaefer witness preparation |
| 06/20/19 | R D Owens | 2.00 | Meet with team; review documents to prepare for client interview |
| 06/20/19 | J M Marr | 5.00 | Analyze and review transactions and documents with R. Owens, B. Naftalis, and C. Feeney in preparation for meeting with J. Schaefer; search for and analyze documents for witness preparation outline; confer with C. Feeney regarding same |
| 06/20/19 | C E Feeney | 6.10 | Attend meeting with B. Naftalis and J. Marr to discuss witness outline and supporting documents; perform follow-up searches in database |
| 06/20/19 | J R Muller | 2.50 | Create spreadsheet tracking executive signatures on Iconix public filings |
| 06/20/19 | N L Sagara | 3.60 | Quality check printed interview preparation binders for C. Feeney; troubleshoot Relativity access problems; download produced versions of documents in interview preparation binder; rename files, transfer highlighting from old versions, and arrange for printing for C. Feeney |
| 06/20/19 | J N Sjoholm | .70 | Research regarding Sarbanes Oxley certification for J. Muller |
| 06/21/19 | B A Naftalis | 3.80 | Review and analysis of materials in advance of client meetings; joint defense call |
| 06/21/19 | R D Owens | 2.00 | Analyze and review transactions and documents with Latham team in preparation for meeting with J. Schaefer |
| 06/21/19 | J M Marr | 2.50 | Analyze and review transactions and documents with R. Owens, B. Naftalis, and C. Feeney in preparation for meeting with J. Schaefer; search for and analyze documents for witness preparation outline; confer with C. Feeney regarding same |
| 06/21/19 | C E Feeney | 3.00 | Attend team meeting to discuss upcoming interviews; perform follow-up searches in database |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900607014 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM & WATKINS** LLP

Invoice No. 1900607014
August 7, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/21/19 | J R Muller | 6.10 | Research document dataset for relevant information and communications concerning; draft summaries of key documents; circulate findings to Latham team |
| 06/21/19 | N L Sagara | .80 | Quality check printed witness interview preparation binders for C. Feeney |
| 06/24/19 | B A Naftalis | 1.70 | Meet and review additional transactions for client meetings |
| 06/24/19 | R D Owens | 1.50 | Attend team meeting to review and analyze transaction documents |
| 06/24/19 | J M Marr | 2.80 | Confer with R. Owens, B. Naftalis, and C. Feeney regarding interview preparation of client and review of emails related to same; confer with C. Feeney and J. Muller regarding action items |
| 06/24/19 | C E Feeney | 3.30 | Attend team meeting to review witness outline and supporting documents; run follow-up searches in document database |
| 06/24/19 | J R Muller | 9.80 | Continue to research document dataset for relevant information and communications concerning transactions; draft summaries of key documents; circulate findings to Latham team; coordinate with library to pull Iconix accounting restatements; coordinate drafting of spreadsheet tracking executive signatures on Iconix public filings |
| 06/24/19 | N L Sagara | 1.30 | Run searches in Relativity for documents requested by J. Muller and C. Feeney, obtain full families and rename documents |
| 06/24/19 | J N Sjoholm | .20 | Locate restated financials for public company for J. Muller |
| 06/25/19 | J M Marr | .30 | Confer with C. Feeney and J. Muller regarding analysis of emails for interview preparation; confer with team regarding scheduling preparation session |
| 06/25/19 | C E Feeney | 1.20 | Review chronology from Akin; review new documents from Akin and add to shared drive |
| 06/25/19 | J R Muller | 4.90 | Continue to apply targeted searches in document dataset for relevant information concerning transactions; draft summaries of key documents; circulate key documents to Latham team |
| 06/26/19 | J M Marr | 2.00 | Confer with C. Feeney and J. Muller regarding analysis of emails; coordinate with same regarding |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900607014 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS** LLP

Invoice No. 1900607014
August 7, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | strategy of client interview preparation plan; review and analyze materials regarding same |
| 06/26/19 | C E Feeney | 4.90 | Review transaction-related documents from Akin; coordinate summer associates' assignment on charting out documents |
| 06/26/19 | J R Muller | 7.30 | Continue to conduct targeted searches for relevant communications involving transactions; meet with C. Feeney and J. Marr to review research findings and discuss next steps |
| 06/26/19 | N L Sagara | .60 | Run OCR on requested PDFs for C. Feeney; coordinate with C. Feeney and PSS regarding errors and completion of job |
| 06/27/19 | J M Marr | .10 | Confer with C. Feeney and J. Muller regarding analysis of emails for interview preparation |
| 06/27/19 | C E Feeney | .40 | Discuss targeted searches with J. Muller; edit witness preparation outline |
| 06/27/19 | J R Muller | 8.90 | Apply targeted searches for relevant information and communications involving transactions; identify and summarize key documents |
| 06/28/19 | J M Marr | .70 | Confer with C. Feeney and J. Muller regarding analysis of emails for interview preparation; review and analyze emails regarding same |
| 06/28/19 | C E Feeney | 1.60 | Perform target searches and update witness preparation outline to reflect new information; confer with J. Marr and J. Muller regarding same |
| 06/28/19 | J R Muller | 7.30 | Continue to apply targeted searches for relevant information concerning transactions; identify and summarize key documents; call with C. Feeney and J. Marr to discuss findings and next steps |
| 06/28/19 | N L Sagara | .10 | Telephone conference with J. Marr regarding forthcoming workflow |
| 06/28/19 | J N Sjoholm | .20 | Locate LinkedIn profiles for C. Feeney |
| 06/29/19 | J M Marr | .10 | Emails with Latham team regarding analysis of transaction documents |
| 06/30/19 | J M Marr | 2.10 | Analyze transaction documents and draft chart organizing transactions; email C. Feeney and J. Muller regarding analysis of SEC filings |
| 06/30/19 | J R Muller | 5.20 | Compile key documents concerning transactions; |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900607014 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 1900607014
August 7, 2019

| Date | Timekeeper | | Hours | Description |
|------|-----------|--|-------|-------------|
| | | | | draft summaries of key documents |

**Attorney:**

| | | | | |
|------|-----------|--|-------|-------------|
| R D Owens | Partner | | 12.10 | hours |
| B A Naftalis | Partner | | 12.00 | hours |
| J M Marr | Associate, Sr. | | 37.40 | hours |
| C E Feeney | Associate, Jr. | | 62.50 | hours |
| J R Muller | Associate, Jr. | | 60.90 | hours |
| | | | 184.90 | $ 141,023.50 |

**Other:**

| | | | | |
|------|-----------|--|-------|-------------|
| N L Sagara | Paralegal | | 10.90 | hours |
| E M VonRussell | Paralegal | | 12.90 | hours |
| S L Prosky | Professional Staff | | .20 | hours |
| J N Sjoholm | Professional Staff | | 1.10 | hours |
| | | | 25.10 | $ 7,831.00 |

**GRAND TOTAL:**                        210.00      $ 148,854.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900607014 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

## INVOICE

August 7, 2019

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 1900607014
Matter Number 064698-0001

Tax Identification No.: 95-2018373

### Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia PA
19170-8181

---

The following summarizes the outstanding invoices, both current and past due, which are now due and payable to Latham & Watkins. Copies of all listed invoices are attached hereto. We would appreciate receiving payment of these invoices within 20 days. If you have already paid these invoices, thank you and please accept our apologies for any inconvenience this may have caused.

## REMITTANCE COPY

### SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Outstanding Invoice(s)** | | |
| 06/11/2019 | 1900604977 | 40,463.65 |
| **Prior Balance Due** | | $ 40,463.65 |
| **Current Invoice** | | |
| 08/07/2019 | 1900607014 | 144,837.00 |
| **Balance Due** | | $ 185,300.65 |

*INVESTIGATIONS Reimbursable*

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

1900608061

**INVOICE**

11/1/19
reviewed

September 11, 2019

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No: 1900608061
Matter Number: 064698-0001

**Tax Identification No.: 95-2010373**

## Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through August 31, 2019

**Re:    SDNY Investigation**

| | |
|---|---|
| Fees | $ 345,286.50 |
| Less 10% discount | (34,528.65) |
| | $ 310,757.85 |
| Costs and Disbursements | 6,431.68 |
| Total Current Charges | $ 317,189.53 |
| Prior Balance Due | 185,300.65 |
| **Total Due** | $ 502,490.18 |

**LATHAM & WATKINS** LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/19 | R D Owens | .70 | Telephone call with C. Mahoney and C. Walker regarding privilege waiver and interview of J. Schaeter; review draft transaction charts with J. Marr |
| 07/01/19 | J M Marr | 5.30 | Draft charts summarizing transactions; review and analyze documents related to same; confer with J. Muller regarding same and witness preparation |
| 07/01/19 | C E Feeney | 3.80 | Perform target searches and update interview outline with new information and documents |
| 07/01/19 | J R Muller | 8.60 | Incorporate new documents into outline and draft corresponding summaries and related questions |
| 07/02/19 | J M Marr | 6.70 | Draft charts summarizing transactions; review and analyze documents related to same; confer with J. Muller regarding same and witness preparation |
| 07/02/19 | J R Muller | 12.70 | Continue to incorporate new documents into outline and draft corresponding summaries and questions; coordinate the preparation of documents for electronic binder |
| 07/02/19 | N L Sagara | 4.30 | Telephone conference with J. Muller regarding timelines and workflows for client meeting on 7/8; review documents for privilege redactions and replace with unredacted natives for J. Muller; bulk download new documents added to outline, rename to include date in title for chronological sort, and coordinate with PSS regarding OCR'ing of documents |
| 07/03/19 | J M Marr | 1.40 | Draft charts summarizing transactions; review and analyze documents related to same; confer with J. Muller regarding same and witness preparation; confer with J. Muller and N. Sagara regarding binders for witness preparation |
| 07/03/19 | J R Muller | 12.00 | Continue to incorporate new documents into outline and draft corresponding summaries and questions; revise outline structure with focus on sections relating to Rocawear and Yap transactions; continue to coordinate the preparation and organization of electronic binder |
| 07/03/19 | J R Muller | 4.60 | Continue to incorporate new documents into outline and draft corresponding summaries and questions; revise outline structure with focus on sections relating to Rocawear and Yap transactions; continue to coordinate the preparation and organization of electronic binder |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/03/19 | B J Nowak | 3.20 | Search for all cited documents within track changes of witness outline; highlight all quoted sections within pdf documents and save within electronic case file; create running chart of all documents highlighted; communication with J. Marr and O. Daniels regarding highlighting documents |
| 07/03/19 | N L Sagara | 9.80 | Review documents for privilege redactions and replace with unredacted natives for J. Muller; bulk download new documents added to outline, rename to include date in title for chronological sort, and coordinate with PSS regarding OCR'ing; telephone conference with J. Muller regarding highlighting, tabbing, and bindering process; highlight portions of documents cited in outline for J. Muller |
| 07/04/19 | J M Marr | 5.60 | Facilitate preparation of binders for witness preparation; review witness outline regarding same; review materials regarding same; confer with J. Muller and N. Sagara regarding same |
| 07/04/19 | J R Muller | 1.10 | Finalize outline structure and electronic binder organization |
| 07/04/19 | N L Sagara | 8.70 | Rename old and new documents to ensure chronological order of combined sets within each tab of witness preparation binder for J. Muller |
| 07/05/19 | J M Marr | 2.20 | Facilitate preparation of binder for witness preparation; review and analyze documents in same |
| 07/05/19 | J R Muller | 5.30 | Revise outline structure to incorporate team edits; draft summaries of Yap-related agreements |
| 07/05/19 | N L Sagara | 5.00 | Quality check printed binders for client meeting for J. Marr, update covers and spines to reflect smaller volumes |
| 07/06/19 | J M Marr | 7.40 | Draft charts of transactions and review and analyze documents with respect to same; confer with J. Muller and N. Sagara regarding binder preparation; confer with J. Muller regarding outline for preparation |
| 07/06/19 | J R Muller | 3.30 | Draft truncated version of outline incorporating key documents, summaries, and agreements |
| 07/06/19 | N L Sagara | .30 | Quality check printed binders for client meeting for J. Marr, update covers and spines to reflect |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | smaller volumes |
| 07/07/19 | J M Marr | 1.80 | Review witness preparation outline; confer with J. Muller regarding same; draft transaction charts and review documents related to same; review and draft cheat sheet regarding key documents; confer with J. Muller regarding same |
| 07/07/19 | J R Muller | 3.90 | Continue to draft truncated version of outline incorporating key documents, summaries, and agreements |
| 07/07/19 | J R Muller | 4.40 | Conduct follow up research regarding involvement with the Supply Co./Ed Hardy transaction; revise transaction charts |
| 07/08/19 | B A Naftalis | 2.50 | Prepare for and lead witness preparation session with client |
| 07/08/19 | J M Marr | 8.20 | Draft witness preparation outline; confer with J. Muller regarding same; prepare materials for meeting with client; attend witness preparation meeting with J. Schaefer, R. Owens, B. Naftalis, and J. Muller |
| 07/08/19 | J R Muller | 11.00 | Incorporate final revisions to outline in advance of witness preparation session; review and revise transactions charts; coordinate final binder preparations; participate in witness preparation session with J. Schaefer |
| 07/08/19 | N L Sagara | 4.90 | Update redacted tab D-12 for J. Marr; supplement binders with new requested new tabs; insert page breaks in outline in preparation for printing and bindering, generate sample outline document and table of contents to same for J. Marr; review tab G of witness preparation binder to confirm no redacted documents; arrange for printing of tabbed outline and charts for client meeting for J. Marr |
| 07/09/19 | B A Naftalis | .30 | Joint defense call regarding J. Schaefer and SDNY interview; emails regarding same |
| 07/09/19 | R D Owens | .40 | Discuss issues regarding Blank Rome witness with B. Naftalis and J. Marr |
| 07/09/19 | J M Marr | .60 | Confer with B. Naftalis and L. Iason regarding matter; review correspondence between B. Naftalis and A. Cottrell regarding scheduling a meeting to discuss matter |
| 07/09/19 | N L Sagara | .10 | Telephone conference with J. Marr regarding |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | binder transfer project |
| 07/10/19 | J M Marr | .10 | Confer with N. Sagara regarding updating binders for witness preparation |
| 07/10/19 | J R Muller | .30 | Facilitate binder revisions |
| 07/10/19 | N L Sagara | .60 | Organize witness preparation binders; transfer pages with handwritten notes from old binder set to new for J. Marr |
| 07/11/19 | J M Marr | .10 | Confer with J. Muller regarding research |
| 07/11/19 | J R Muller | 3.60 | Apply targeted search terms and review documents related to the document hold notice referenced by J. Schaefer during client meeting |
| 07/12/19 | N L Sagara | 2.50 | Transfer pages with handwritten notes from earlier version of binder to updated witness preparation binder for J. Marr |
| 07/14/19 | J M Marr | .10 | Confer with J. Muller regarding research |
| 07/15/19 | B A Naftalis | .70 | Attend Joint Defense call with R. Owens |
| 07/15/19 | B A Naftalis | 2.70 | Prepare for and attend witness preparation session with client |
| 07/15/19 | R D Owens | 2.50 | Telephone conference with A. Cottrell, counsel for A. Tarshis; meet with J. Schaefer to prepare for DOJ interview |
| 07/15/19 | J M Marr | 4.90 | Prepare for preparation session with J. Schaefer; attend witness preparation session with J. Schaefer, R. Owens, B. Naftalis, and J. Muller |
| 07/15/19 | C E Feeney | .50 | Discuss witness interview prepation sessions with J. Marr and J. Muller |
| 07/15/19 | J R Muller | 5.80 | Coordinate meeting logistics; revise interview notes from 7/8/19; participate in interview preparation session with J. Schaefer |
| 07/15/19 | N L Sagara | .90 | Download waiver documents production from Skadden and correspond with J. Marr and PSS regarding Eclipse database for same |
| 07/16/19 | B A Naftalis | .80 | Prepare for and conference call with SDNY; confer with R. Owens regarding further preparation wit client |
| 07/16/19 | R D Owens | 3.30 | Emails and telephone call with AUSAS; meet with J. Schaefer to prepare for DOJ interview; |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | telephone call with C. Walker regarding J. Schaefer's notebooks |
| 07/16/19 | J M Marr | 3.50 | Prepare for preparation session with J. Schaefer; attend witness preparation session with J. Schaefer, R. Owens, and C. Feeney |
| 07/16/19 | C E Feeney | 3.60 | Meet with team to discuss updates in case; prepare for and attend witness interview preparation meeting with client |
| 07/16/19 | J R Muller | 1.40 | Work with technology support to troubleshoot eclipse-related issues |
| 07/16/19 | N L Sagara | .30 | Arrange for printing of witness preparation outline for C. Feeney |
| 07/16/19 | I McMillan | .50 | Quality check creation of new document review database. |
| 07/17/19 | B A Naftalis | 3.20 | Prepare for and lead witness preparation session of client |
| 07/17/19 | J M Marr | 3.70 | Prepare for preparation session with J. Schaefer; attend witness preparation session with J. Schaefer, B. Naftalis, C. Feeney, and J. Muller |
| 07/17/19 | C E Feeney | 9.00 | Perform follow-up searches on topics discussed at previous day's interview preparation; attend interview preparation meeting with client |
| 07/17/19 | J R Muller | 5.80 | Review Iconix accounting restatements and flag relevant sections; participate in interview preparation session with J. Schaefer |
| 07/19/19 | J M Marr | .30 | Confer with C. Feeney and J. Muller regarding follow-up document research; email client regarding meeting |
| 07/19/19 | C E Feeney | .20 | Send results of follow-up searches to J. Marr for review |
| 07/20/19 | J M Marr | .20 | Confer with J. Schaefer regarding upcoming witness preparation session; confer with team regarding same |
| 07/21/19 | J M Marr | .10 | Confer with C. Feeney and J. Muller regarding updates in matter |
| 07/21/19 | C E Feeney | 3.70 | Research follow-up questions and summarize findings |
| 07/21/19 | J R Muller | .50 | Conduct follow-up research regarding references |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| | | | to bankruptcy implications |
| 07/22/19 | B A Naftalis | .20 | Telephone conference with SDNY regarding client interview |
| 07/22/19 | J M Marr | .30 | Confer with C. Feeney and J. Muller regarding fact research and action items |
| 07/22/19 | C E Feeney | 1.60 | Perform follow-up searches and send to J. Marr for review |
| 07/22/19 | J R Muller | .50 | Continue to conduct follow-up research regarding references to bankruptcy implications |
| 07/22/19 | N L Sagara | 1.40 | Obtain requested documents from follow-up research for C. Feeney |
| 07/23/19 | B A Naftalis | 3.30 | Prepare for and meet with client in preparation for DOJ interview; confer with R. Owens and J. Marr regarding same |
| 07/23/19 | R D Owens | .80 | Telephone call with N. Goldin regarding potential interviews of L. Gee and J. Schaefer; emails with E. Imperatore regarding interview schedule |
| 07/23/19 | R D Owens | 3.00 | Meet with J. Schaefer to prepare for DOJ interview |
| 07/23/19 | J M Marr | 3.10 | Prepare for and attend witness preparation with J. Schaefer; confer with Latham team regarding same |
| 07/23/19 | C E Feeney | .60 | Attention to witness preparation |
| 07/23/19 | J R Muller | 1.40 | Conduct follow up research concerning the implications of a RAG bankruptcy; prepare materials for client meeting |
| 07/24/19 | R D Owens | .20 | Emails with F. Lorrell and J. Marr regarding recently discovered notebooks maintained by J. Schaefer |
| 07/24/19 | J M Marr | .20 | Confer with C. Feeney and J. Muller regarding review of notebooks |
| 07/24/19 | C E Feeney | .60 | Draft coding panel for Eclipse review |
| 07/25/19 | B A Naftalis | .40 | Telephone conference with R. Owens; Joint Defense communication; telephone conference J. Schaefer |
| 07/25/19 | J M Marr | .50 | Confer with C. Feeney and J. Muller regarding review of notebooks; review proposed coding panel for notebook review |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

## LATHAM&WATKINSᴸᴸᴾ

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/25/19 | C E Feeney | 2.60 | Perform document review; summarize significant documents |
| 07/25/19 | J R Muller | .20 | Call with C. Feeney regarding document review next steps |
| 07/25/19 | I McMillan | 1.40 | Import one volume to document review platform. |
| 07/26/19 | J M Marr | .30 | Confer with Latham team regarding review and uploading of notebooks |
| 07/26/19 | C E Feeney | 3.50 | Perform document review; summarize significant documents |
| 07/27/19 | C E Feeney | 1.00 | Perform document review; summarize significant documents |
| 07/28/19 | J M Marr | .10 | Confer with team regarding loading of notebooks to database |
| 07/28/19 | C E Feeney | 3.50 | Attention to follow-up searches |
| 07/29/19 | J M Marr | .20 | Confer with J. Muller regarding meeting with client |
| 07/29/19 | C E Feeney | 1.40 | Attention to witness preparation |
| 07/29/19 | J R Muller | 4.60 | Review J. Schaefer's notes for relevant information and summarize potentially interesting content |
| 07/30/19 | B A Naftalis | 3.60 | Prepare for and lead witness preparation session with J. Schaefer at Latham |
| 07/30/19 | J M Marr | 3.40 | Prepare for and attend witness preparation session of J. Schaefer; confer with Latham team regarding same |
| 07/30/19 | C E Feeney | 1.50 | Attention to witness preparation |
| 07/30/19 | J R Muller | 6.50 | Review J. Schaefer's notes for potentially interesting information regarding the various transactions; organize key notes for circulation to team; coordinate preparation for meeting |
| 07/30/19 | N L Sagara | 1.60 | Telephone conferences with J. Muller regarding witness preparation session documents; add page numbers to handwritten notebook scans; extract pages cited in chart and arrange for printing of same for J. Muller |
| 07/31/19 | B A Naftalis | .80 | Attend joint defense telephone call; follow up call with SDNY |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/31/19 | R D Owens | .70 | Telephone conference with D. Zornow; telephone conference with E. Imperatore; telephone conference with B. Naftalis; call regarding recently recovered notebooks |
| 07/31/19 | J M Marr | 1.70 | Confer with C. Feeney and J. Muller regarding updates in matter; review research from J. Muller regarding transaction; confer with B. Naftalis and R. Owens regarding same; call with Skadden regarding matter; call with SEC regarding matter |
| 07/31/19 | C E Feeney | 5.00 | Review notebooks; summarize significant pages |
| 07/31/19 | J R Muller | 3.40 | Continue to review J. Schaefer's notes for potentially interesting information regarding the various transactions; meet with J. Marr and C. Feeney regarding follow-up questions and review next steps; review draft agreements for key language changes |
| 07/31/19 | N L Sagara | .40 | Add pdf page numbers to scans of handwritten notebooks for J. Muller |
| 08/01/19 | B A Naftalis | .80 | Telephone conference with SDNY regarding witness interview; follow up; telephone conference with Skadden Arps |
| 08/01/19 | R D Owens | .30 | Discuss DOJ interview with B. Naftalis |
| 08/01/19 | J M Marr | .30 | Confer with team regarding witness preparation |
| 08/01/19 | C E Feeney | 3.20 | Review documents; summarize significant documents |
| 08/01/19 | J R Muller | 1.10 | Continue to review Jason's notes for potentially interesting information regarding various transactions |
| 08/02/19 | J R Muller | 3.20 | Continue to review Jason's notes for potentially interesting information regarding various transactions |
| 08/02/19 | N L Sagara | 4.20 | Highlight scans of handwritten notebooks for J. Muller |
| 08/04/19 | J M Marr | .10 | Confer with client regarding scheduling meeting |
| 08/04/19 | C E Feeney | 1.00 | Review documents; summarize significant documents |
| 08/05/19 | B A Naftalis | 3.10 | Joint defense conference call; prepare for and attend witness preparation session with client |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK

9

**LATHAM&WATKINS**LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/05/19 | R D Owens | 3.50 | Meet with J. Schaefer to review notebooks and prepare for DOJ interview; telephone call with L. Reisner |
| 08/05/19 | J M Marr | 4.10 | Prepare for and attend witness preparation meeting |
| 08/05/19 | C E Feeney | 6.80 | Research follow-up questions and circulate results to J. Marr; perform document review and summarize significant documents |
| 08/05/19 | J R Muller | 5.50 | Continue to review Jason's notes for potentially interesting information regarding various transactions; escalate potentially interesting content to Latham & Watkins team; coordinate preparation of materials in advance of client meeting; meet with J. Marr and C. Feeney to review potentially interesting content in advance of client meeting |
| 08/05/19 | N L Sagara | 3.10 | Telephone conference with J. Muller regarding preparation for client meeting; highlight scanned notebooks for J. Muller; excerpt notebook pages cited in chart, generate slipsheets for each, and arrange for printing of same for client meeting for J. Muller |
| 08/06/19 | J M Marr | .20 | Confer with team regarding follow-ups for witness preparation |
| 08/06/19 | C E Feeney | 7.30 | Attention to document review; summarize significant documents |
| 08/06/19 | J R Muller | 4.70 | Continue to review J. Schaefer's notes for potentially interesting information regarding the various transactions; continue to escalate potentially interesting content to Latham & Watkins team |
| 08/06/19 | N L Sagara | .30 | Telephone conference with J. Muller regarding preparation for client meeting |
| 08/07/19 | B A Naftalis | 4.80 | Prepare for and meet with J. Schaefer in preparation for SDNY interview; correspond with Skadden regarding same; confer with R. Owens regarding same; telephone conference with SDNY |
| 08/07/19 | R D Owens | 5.00 | Meet with client to prepare for DOJ interview |
| 08/07/19 | J M Marr | 6.90 | Prepare for witness preparation; confer with C. Feeney and J. Muller regarding same; attend witness preparation |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK

**LATHAM&WATKINS**LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/07/19 | C E Feeney | 6.10 | Perform document review; summarize significant documents |
| 08/07/19 | J R Muller | 8.70 | Continue to review J. Schaefer's notes for potentially interesting information regarding various transactions; escalate potentially interesting content to Latham & Watkins team; coordinate preparation materials in advance of and during client meeting; meet with J. Marr to discuss next steps |
| 08/07/19 | N L Sagara | 1.70 | Excerpt cited pages from notebooks 9 and 10 and arrange for printing of same for J. Muller; quality check excerpted version of notebook 4 and arrange for printing of consolidated version for client meeting for J. Muller; confirm presence of document ID stamps in selected documents in Relativity for J. Muller |
| 08/08/19 | J M Marr | 1.00 | Confer with C. Feeney and J. Muller regarding follow-ups and analysis of documents for witness preparation; analyze documents with respect to same |
| 08/08/19 | C E Feeney | 4.30 | Attention to produced pages of notebooks; perform document review and summarize significant documents |
| 08/08/19 | J R Muller | 5.60 | Continue to review J. Schaefer's notes for potentially interesting information regarding various transactions; review notebook productions for PID content and create corresponding tracking spreadsheet; call with C. Feeney regarding materials for upcoming client meeting |
| 08/09/19 | J M Marr | .20 | Confer with R. Owens and B. Naftalis regarding privilege waiver scoping agreement; confer with C. Feeney and J. Muller regarding notebook review |
| 08/09/19 | C E Feeney | 6.30 | Perform document review; summarize significant documents for J. Marr |
| 08/09/19 | J R Muller | 4.20 | Continue to review J. Schaefer's notes for potentially interesting information regarding various transactions; call with C. Feeney regarding materials for upcoming client meeting; coordinate preparation of materials for upcoming client meeting |
| 08/11/19 | C E Feeney | 1.30 | Follow-up research concerning certain factors in document review |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

11

**LATHAM&WATKINS**ᴸᴸᴾ

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/12/19 | B A Naftalis | 2.50 | Joint Defense a conference call; separate common interest defense call; prepare for and attend witness preparation session with Jason Schaefer |
| 08/12/19 | R D Owens | 3.50 | Telephone call with Skadden regarding scope of waiver; telephone call with R. Brodsky regarding Gibson witnesses; telephone call with L. Richards; met with J. Schaefer to prepare for DOJ interview |
| 08/12/19 | J M Marr | 3.10 | Prepare for and attend interview preparation session with J. Schaefer; confer with C. Feeney and J. Muller regarding same; call with R. Owens, B. Naftalis, and Skadden team regarding scope of privilege waiver |
| 08/12/19 | C E Feeney | 5.20 | Summarize and circulate follow-up email; attention to upcoming DOJ interview |
| 08/12/19 | J R Muller | 3.10 | Continue to review Jason's notes for potentially interesting information regarding various transactions; prepare materials for client meeting; meet with C. Feeney to flag key documents for Latham & Watkins team |
| 08/13/19 | B A Naftalis | .30 | Debrief regarding meeting with SDNY |
| 08/13/19 | R D Owens | 9.50 | Prepare for and attend DOJ interview with J. Schaefer; telephone call with M. Asaro |
| 08/13/19 | J M Marr | 9.60 | Prepare for and attend DOJ interview of J. Schaefer; confer with B. Naftalis regarding updates on same |
| 08/13/19 | C E Feeney | 9.40 | Prepare for and attend DOJ interview |
| 08/13/19 | J R Muller | 1.30 | Review date alignment consistency across notebooks and circulate findings to Latham & Watkins team |
| 08/13/19 | N L Sagara | .20 | Attend to notebook reconciliation |
| 08/14/19 | B A Naftalis | .30 | Follow up regarding SDNY interview |
| 08/14/19 | J M Marr | .10 | Confer with J. Muller regarding follow-up from DOJ interview regarding produced emails |
| 08/14/19 | C E Feeney | .70 | Discuss interview with J. Muller; review notes from interview |
| 08/14/19 | J R Muller | 1.20 | Review produced notebooks; call with C. Feeney regarding Department of Justice interview |
| 08/15/19 | B A Naftalis | .60 | Attend joint defense call with Simpson Thatcher; |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

12

**LATHAM&WATKINS** LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | attend joint defense call with McGuireWoods |
| 08/15/19 | J M Marr | .40 | Confer with J. Muller regarding produced documents; confer with R. Owens and B. Naftalis regarding analysis of documents produced to DOJ and updates in matter |
| 08/15/19 | C E Feeney | .10 | Discuss document review with J. Muller |
| 08/15/19 | J R Muller | .20 | Circulate potentially interesting notebook documents to Latham & Watkins team |
| 08/16/19 | J R Muller | 2.20 | Continue to review notebooks for potentially interesting information |
| 08/19/19 | J M Marr | .30 | Confer with C. Feeney and J. Muller regarding updates in matter and review of notebooks |
| 08/19/19 | C E Feeney | 2.20 | Draft interview memorandum |
| 08/19/19 | J R Muller | 1.50 | Call with C. Feeney and J. Marr regarding notebook review next steps; continue to review notebooks for potentially interesting information concerning various transactions |
| 08/20/19 | B A Naftalis | .30 | Conference call with Skadden Arps |
| 08/20/19 | J M Marr | .60 | Confer with C. Feeney and J. Muller regarding updates on notebook review and analysis of same |
| 08/20/19 | C E Feeney | 2.40 | Draft interview memorandum |
| 08/20/19 | J R Muller | 2.40 | Continue to review notebooks for potentially interesting information regarding relevant transactions |
| 08/21/19 | J R Muller | 1.80 | Continue to review notebooks for potentially interesting information regarding relevant transactions |
| 08/22/19 | C E Feeney | .30 | Discuss interview memorandum with J. Marr |
| 08/22/19 | J R Muller | .50 | Continue to review notebooks for potentially interesting information regarding relevant transactions |
| 08/23/19 | J R Muller | 4.30 | Finish review of remaining notebooks for potentially interesting information regarding relevant transactions; summarize and circulate key documents to Latham & Watkins team |
| 08/24/19 | J R Muller | 1.70 | Finish review of remaining notebooks for potentially interesting information regarding |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

13

**LATHAM&WATKINS**LLP

Invoice No. 1900608061
September 11, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | relevant transactions; summarize and circulate key documents to Latham & Watkins team |
| 08/26/19 | J M Marr | .10 | Review updates on notebook review from J. Muller |
| 08/26/19 | C E Feeney | 3.10 | Draft interview memorandum |
| 08/27/19 | C E Feeney | .40 | Draft interview memorandum |
| 08/28/19 | J M Marr | .10 | Confer with Latham team regarding new production from Skadden |
| 08/28/19 | C E Feeney | 3.20 | Draft interview memorandum |
| 08/29/19 | J M Marr | .30 | Confer with C. Feeney regarding updates in matter; draft status update email for R. Owens and B. Naftalis |
| 08/29/19 | C E Feeney | 5.20 | Draft interview memorandum |
| 08/30/19 | J M Marr | 1.10 | Draft status update email for R. Owens and B. Naftalis; review and analyze notebooks regarding same; confer with Latham team regarding same |
| 08/30/19 | C E Feeney | .20 | Review communications from J. Marr |

**Attorney:**

| | | | |
|------|-----------|-------|-------------|
| R D Owens | Partner | 33.40 | hours |
| B A Naftalis | Partner | 31.20 | hours |
| J M Marr | Associate, Sr. | 90.50 | hours |
| C E Feeney | Associate, Jr. | 110.80 | hours |
| J R Muller | Associate, Jr. | 154.10 | hours |
| | | 420.00 | $ 325,873.50 |

**Other:**

| | | | |
|------|-----------|-------|-------------|
| B J Nowak | Paralegal | 3.20 | hours |
| N L Sagara | Paralegal | 50.30 | hours |
| I McMillan | Professional Staff | 1.90 | hours |
| | | 55.40 | $ 19,413.00 |

| **GRAND TOTAL:** | | 475.40 | $ 345,286.50 |
|------|-----------|-------|-------------|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

14

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## INVOICE

September 11, 2019

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 1900608061
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

### Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

The following summarizes the outstanding invoices, both current and past due, which are now due and payable to Latham & Watkins. Copies of all listed invoices are attached hereto. We would appreciate receiving payment of these invoices within 20 days. If you have already paid these invoices, thank you and please accept our apologies for any inconvenience this may have caused.

### REMITTANCE COPY

### SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Outstanding Invoice(s) | | |
| 06/11/2019 | 1900604977 | 40,463.65 |
| 08/07/2019 | 1900607014 | 144,837.00 |
| **Prior Balance Due** | | $ 185,300.65 |
| Current Invoice | | |
| 09/11/2019 | 1900608061 | 317,189.53 |
| **Balance Due** | | $ 502,490.18 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900608061 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

*INVESTIGATIONS –*
*REIMBURSABLE*

53rd at Third
~~885 Third Avenue~~
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINSLLP

1900609110

**INVOICE**

October 7, 2019

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 1900609110
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

## Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7093

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through September 30, 2019

**Re:    SDNY Investigation**

| | |
|---|---|
| Fees | $ 21,749.00 |
| Less Monthly Discount | (2,174.90) |
| | $ 19,574.10 |
| Costs and Disbursements | 1,289.57 |
| Total Current Charges | $ 20,863.67 |
| Prior Balance Due | 502,490.18 |
| | |
| **Total Due** | **$ 523,353.85** |

*Received*

**LATHAM&WATKINS**LLP

Invoice No. 1900609110
October 7, 2019

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 08/15/19 | B A Naftalis | .30 | Telephone conference with D. Gitner |
| 09/03/19 | C E Feeney | .40 | Discuss updates in case with J. Muller |
| 09/03/19 | J R Muller | .20 | Telephone conference with C. Feeney regarding case status |
| 09/05/19 | C E Feeney | 2.10 | Draft interview memorandum |
| 09/06/19 | B A Naftalis | .60 | Attend joint defense call with Gibson Dunn (R. Brodsky) |
| 09/06/19 | C E Feeney | 7.60 | Draft interview memorandum |
| 09/08/19 | C E Feeney | 3.00 | Draft interview memorandum |
| 09/09/19 | C E Feeney | 2.50 | Edit interview memorandum |
| 09/09/19 | N L Sagara | 4.10 | Gather and tab documents cited in interview memorandum for C. Feeney |
| 09/10/19 | C E Feeney | .30 | Review interview memorandum |
| 09/15/19 | J M Marr | .10 | Confer with team regarding scheduling call with A. Cottrell |
| 09/15/19 | C E Feeney | .10 | Update J. Marr on status of case |
| 09/16/19 | C E Feeney | .30 | Search for documents referenced in DOJ interview |
| 09/17/19 | J M Marr | .10 | Confer with B. Naftalis regarding call with A. Cottrell |
| 09/17/19 | N L Sagara | 1.40 | Correspond with Records to obtain case room for J. Marr; inventory contents of 21A and send descriptions to Records for entry into Legal Key; arrange for transfer of witness binders out of conference room to case room for J. Marr |
| 09/18/19 | B A Naftalis | .60 | Attend joint defense call with Wilkie Farr |
| 09/18/19 | J M Marr | 1.10 | Prepare for call with Willkie Farr regarding matter; call with B. Naftalis and Willkie Farr regarding matter |
| 09/19/19 | J M Marr | .10 | Confer with N. Sagara regarding case room |
| 09/20/19 | N L Sagara | .40 | Follow up with J. Marr regarding transfer of binders to case room |
| 09/23/19 | J M Marr | .10 | Confer with N. Sagara regarding storage of interview preparation binders |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900609110 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 1900609110
October 7, 2019

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/23/19 | N L Sagara | .10 | Confirm access to Schaefer case room and correspond with team regarding same |
| 09/25/19 | J M Marr | .10 | Confer with B. Naftalis regarding common interest call and updates in matter |
| 09/26/19 | B A Naftalis | .20 | Attend conference call with Skadden, Arps regarding DOJ investigation |
| 09/26/19 | J M Marr | .50 | Attend to common interest calls with B. Naftalis and review materials for same |
| 09/26/19 | C E Feeney | .30 | Search for interview memorandum supporting documents |
| 09/30/19 | B A Naftalis | 1.00 | Review and revisions to interview memorandum |
| 09/30/19 | C E Feeney | 5.10 | Search for supporting documents for interview memorandum; edit memorandum and send to team for review |

**Attorney:**

| | | | |
|------|-----------|-------|-------------|
| B A Naftalis | Partner | 2.70 | hours |
| J M Marr | Associate, Sr. | 2.10 | hours |
| C E Feeney | Associate, Jr. | 21.70 | hours |
| J R Muller | Associate, Jr. | .20 | hours |
| | | 26.70 | $ 19,649.00 |

**Other:**

| | | | |
|------|-----------|-------|-------------|
| N L Sagara | Paralegal | 6.00 | hours |
| | | 6.00 | $ 2,100.00 |

**GRAND TOTAL:** 32.70   $ 21,749.00

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900609110 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## INVOICE

October 7, 2019

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 1900609110
Matter Number 064698-0001

**Tax Identification No. 95-2018373**

**Remittance Instructions**

WIRE TRANSFERS IN USD:
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3011-7003

CHECKS:
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

The following summarizes the outstanding invoices, both current and past due, which are now due and payable to Latham & Watkins. Copies of all listed invoices are attached hereto. We would appreciate receiving payment of these invoices within 20 days. If you have already paid these invoices, thank you and please accept our apologies for any inconvenience this may have caused.

### REMITTANCE COPY

### SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Outstanding Invoice(s) | | |
| 06/11/2019 | 1900604977 | 40,463.65 |
| 08/11/2019 | 1900607014 | 144,837.00 |
| 09/11/2019 | 1900608061 | 317,189.53 |
| **Prior Balance Due** | | $ 502,490.18 |
| Current Invoice | | |
| 10/07/2019 | 1900609110 | 20,863.67 |
| **Balance Due** | | $ 523,353.85 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 1900609110 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## INVOICE

**February 10, 2020**

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2000600969
Matter Number 004698-0001

**Tax Identification No.: 95-2018373**

## Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through January 31, 2020

Re:   **SDNY Investigation**

| | |
|---|---:|
| Fees | $ 103,434.00 |
| Less Monthly Discount | (10,343.40) |
| | $ 93,090.60 |
| Costs and Disbursements | 5,887.27 |
| **Total Due** | $ 98,977.87 |

INVESTIGATION
Reimb.

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000600969 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2000600969
February 10, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/01/19 | J M Marr | .10 | Confer with B. Naftalis and C. Feeney regarding inteview memorandum |
| 12/05/19 | J M Marr | .10 | Confer with team regarding updates in matter |
| 01/15/20 | R D Owens | .50 | Discuss scheduling trial prepare for early February with Jason; telephone call with J. Schaefer regarding trial |
| 01/16/20 | J M Marr | .30 | Confer with team regarding updates in matter and witness preparation |
| 01/16/20 | C E Feeney | 2.80 | Review indictment; draft outline based on indictment |
| 01/16/20 | J R Muller | 1.00 | Review team correspondence concerning case update (0.2); review N. Cole indictment (0.5); correspond with team concerning next steps (0.3) |
| 01/16/20 | N L Sagara | .80 | Coordinate with Guest Services in anticipation of preparation sessions with witness for J. Marr; circulate calendar invitations for same; file pleadings from USA v. Cole to share drive for C. Feeney |
| 01/17/20 | J M Marr | .60 | Confer with team regarding work plan for witness preparation |
| 01/17/20 | J R Muller | 4.60 | Continue to review indictment (1.0); revise indictment outline and circulate to team (1.0); prepare meeting materials (0.4); meet with team concerning witness preparation next steps (0.6); draft and circulate meeting recap to C. Feeney (0.3); research database for earnings-related documents (1.3) |
| 01/17/20 | N L Sagara | .70 | Meeting with J. Marr and J. Muller to discuss next steps; calendar trial date |
| 01/20/20 | N L Sagara | .70 | Analyze Cole indictment and obtain documents cited within for J. Marr |
| 01/21/20 | C E Feeney | 2.60 | Draft outline for witness preparation after indictment |
| 01/21/20 | J R Muller | 6.50 | Continue to research database for earnings-related documents (2.0); draft summaries concerning the same (1.0); review case materials concerning specific indictment allegations (1.5); draft analysis concerning the same and circulate to C. Feeney (2.0) |
| 01/22/20 | B A Naftalis | .20 | Telephone conference M. Asaro (Akin Gump) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000600969 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK

**LATHAM&WATKINSᴸᴸᴾ**

Invoice No. 2000600969
February 10, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/22/20 | J M Marr | .90 | Confer with team regarding witness preparation and materials |
| 01/22/20 | C E Feeney | 4.00 | Update witness preparation outline to reflect facts in indictment; discuss production with J. Muller |
| 01/22/20 | J R Muller | 9.30 | Secure documents identified in indictment (0.3); coordinate witness preparation binder materials (0.5); continue to review earnings-related documents (2.5); revise witness prepare outline, incorporating new documents (3.0); draft new sections in outline detailing government's theories, and associated documents (3.0) |
| 01/22/20 | N L Sagara | 1.20 | Coordinate with Akin Gump to restore database access; search for email quoted in indictment; telephone conference with J. Muller regarding notebook project |
| 01/23/20 | J M Marr | 1.00 | Confer with team regarding witness preparation and review materials related to same |
| 01/23/20 | C E Feeney | 3.50 | Discuss matter with J. Marr and J. Muller; review notebooks and categorize potentially interesting references |
| 01/23/20 | J R Muller | 5.60 | Organize outline materials in electronic folder (1.0); review notebooks for cross-examination content (2.0); draft cross-examination outline and circulate to C. Feeney (2.6) |
| 01/23/20 | N L Sagara | 3.90 | Update calendar invites for witness preparation sessions for J. Marr; arrange for printing of highlighted notebooks for J. Marr; obtain documents cited in post-indictment outline for J. Muller |
| 01/24/20 | J M Marr | .30 | Confer with team regarding preparing materials for witness preparation |
| 01/24/20 | C E Feeney | 5.10 | Draft budget and send to J. Marr to review; review notebooks for potentially interesting references; review cross-exam outline from J. Muller |
| 01/24/20 | J R Muller | 2.70 | Review notebooks for relevant information concerning indictment allegations (2.5); draft and circulate findings to C. Feeney (0.2) |
| 01/24/20 | N L Sagara | 6.80 | Tab documents cited in post-Cole indictment outline for J. Muller; arrange for printing of Tab H binder; generate cross reference chart between full set of Schaefer notebooks and produced notebook |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000600969 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

LATHAM&WATKINSᴸᴸᴾ

Invoice No. 2000600969
February 10, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | set; quality check Tab H binder |
| 01/25/20 | J M Marr | .80 | Confer with C. Feeney and N. Sagara regarding preparing materials for witness preparation |
| 01/25/20 | C E Feeney | .70 | Discuss notebook review with N. Sagara and J. Marr |
| 01/25/20 | N L Sagara | 8.00 | Telephone conferences with C. Feeney and J. Marr to discuss best practices for achieving desired notebook structure for witness preparation meeting; review raw notebook set against produced set, substitute produced pages into larger set where applicable for J. Marr |
| 01/26/20 | J M Marr | .10 | Confer with C. Feeney and N. Sagara regarding preparing materials for witness preparation |
| 01/26/20 | C E Feeney | 2.30 | Review notebooks for potentially interesting references |
| 01/26/20 | N L Sagara | 1.00 | Substitute produced pages into larger set of raw notebooks where applicable for J. Marr |
| 01/27/20 | J M Marr | .20 | Confer with team regarding witness preparation |
| 01/27/20 | C E Feeney | 6.60 | Review compiled notebooks; draft cross-exam outline and send to J. Marr for review |
| 01/27/20 | N L Sagara | 3.20 | Substitute produced pages into larger set of raw notebooks where applicable for J. Marr; add original page numbers to produced pages for J. Marr |
| 01/28/20 | J M Marr | 4.40 | Review materials for witness preparation and confer with team regarding same |
| 01/28/20 | C E Feeney | 2.00 | Coordinate notebooks and materials for witness preparation; edit outlines |
| 01/28/20 | J R Muller | 5.80 | Review key indictment allegations (0.5) correspond with team regarding the same (0.3); update witness preparation outline, incorporating revisions concerning the same (0.5); draft email summarizing key case themes and outlining preparation materials (1.0); prepare case materials in advance of client meeting the following evening (3.5) |
| 01/28/20 | N L Sagara | 3.90 | Add page numbers to produced pages in consolidated notebooks for C. Feeney; telephone conference with J. Muller; arrange for printing of consolidated notebooks for witness preparation session |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000600969 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2000600969
February 10, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/29/20 | B A Naftalis | 1.30 | Review of materials in advance of witness preparation sessions |
| 01/29/20 | J M Marr | 3.70 | Prepare for and attend witness preparation |
| 01/29/20 | C E Feeney | 3.00 | Attend meeting with J. Marr and J. Muller to discuss outstanding tasks; attention to materials for upcoming meeting; prepare for meeting; draft high-level timeline |
| 01/29/20 | J R Muller | 4.50 | Team meeting regarding work product for upcoming witness preparation session (0.7); revise outline reflecting team edits and circulate to J. Marr (0.5); continue to organize and prepare materials in advance of witness preparation session (3.3) |
| 01/29/20 | N L Sagara | 3.20 | Quality check printed consolidated notebooks and adjust printouts where necessary for J. Marr; team meeting to discuss witness preparation session; coordinate logistical requirements for same; obtain Securities and Exchange Commission documents cited in indictment for J. Muller; supplement witness binder for J. Muller |
| 01/29/20 | T J Beale | .70 | Background search for C Feeney |
| 01/30/20 | B A Naftalis | 3.50 | Prepare for and attend in person witness preparation with J Schaefer |
| 01/30/20 | R D Owens | 3.50 | Telephone call with E. Imperatore regarding potential trial testimony and prepare; meet with J. Schafer regarding same |
| 01/30/20 | J M Marr | 6.70 | Prepare for and attend witness preparation; confer with team regarding same |
| 01/30/20 | C E Feeney | 1.00 | Prepare for meeting with client |
| 01/30/20 | J R Muller | 3.20 | Conduct follow-up research concerning potentially interesting documents and other developments associated with the first witness preparations session (1.5); prepare materials for second witness preparation session (1.7) |
| 01/30/20 | N L Sagara | 1.20 | Prepare for and break down witness strategy meeting; correspond with records to ensure proper storage of witness binders |
| 01/31/20 | J M Marr | .30 | Confer with J. Muller regarding notebook analysis |
| 01/31/20 | J R Muller | 2.30 | Meet with J. Marr regarding production next steps (0.2); review notebooks for potentially interesting |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000600969 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2000600969
February 10, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | content for production purposes (1.8); draft and circulate findings to J. Marr (0.3) |
| 01/31/20 | N L Sagara | .90 | Sort through used witness preparation materials; coordinate with Records to create new folders for witness binders and notebooks; arrange for delivery of same to case room for J. Marr |

**Attorney:**

| | | | |
|------|-----------|-------|-------|
| R D Owens | Partner | 4.00 | hours |
| B A Naftalis | Partner | 5.00 | hours |
| J M Marr | Associate, Sr. | 19.50 | hours |
| C E Feeney | Associate, Jr. | 33.60 | hours |
| J R Muller | Associate, Jr. | 45.50 | hours |
| | | 107.60 | $ 90,179.00 |

**Other:**

| | | | |
|------|-----------|-------|-------|
| N L Sagara | Paralegal | 35.50 | hours |
| T J Beale | Professional Staff | .70 | hours |
| | | 36.20 | $ 13,255.00 |

**GRAND TOTAL:**      143.80    $ 103,434.00

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000600969 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

# LATHAM&WATKINSᴸᴸᴾ

Invoice No. 2000600969
February 10, 2020

**Costs and Disbursements:**

| | |
|---|---:|
| Ground Transportation | 80.44 |
| Laser Copy | 5,721.45 |
| Meals | 34.38 |
| Parking | 51.00 |
| **Total Costs and Disbursements:** | **$ 5,887.27** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000600969 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

## INVOICE

February 10, 2020

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2000600969
Matter Number 064698-0001

Tax Identification No.: 95-2018373

### Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

## REMITTANCE COPY

## SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 02/10/2020 | 2000600969 | 98,977.87 |
| Balance Due | | $ 98,977.87 |

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

March 6, 2020

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2000602010
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

## Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through February 29, 2020

Re:     **SDNY Investigation**

| | |
|---|---:|
| Fees | $ 72,926.00 |
| Less 10% discount | (7,292.60) |
| | $ 65,633.40 |
| Costs and Disbursements | 3,715.47 |
| **Total Current Charges** | $ 69,348.87 |
| Prior Balance Due | 98,977.87 |
| **Total Due** | **$ 168,326.74** |

**LATHAM&WATKINS**LLP

Invoice No. 2000602010
March 6, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | J M Marr | .50 | Confer with team regarding preparation of materials for meeting with DOJ |
| 02/04/20 | J M Marr | .30 | Confer with Latham team regarding preparation for meeting with DOJ |
| 02/04/20 | C E Feeney | .20 | Review correspondence regarding latest production; coordinate printing of production for J. Marr |
| 02/04/20 | J R Muller | .10 | Follow-up with J. Marr regarding production sets |
| 02/05/20 | B A Naftalis | 5.40 | Prepare for and attending meeting with SDNY and J. Schaefer in preparation for N. Cole trial |
| 02/05/20 | R D Owens | 5.00 | Prepare for and attend witness prepare session with J. Schaeffer at USAO |
| 02/05/20 | J M Marr | 5.90 | Prepare for and attend witness preparation of J. Schaefer at DOJ |
| 02/05/20 | C E Feeney | .40 | Attention to production chart, completed by FAST |
| 02/05/20 | J R Muller | 1.60 | Meet with J. Marr regarding preparation for DOJ meeting (0.3); incorporate J. Marr comments in consolidated notebook set (1.3) |
| 02/06/20 | J M Marr | .10 | Confer with C. Feeney and J. Muller regarding updates in matter |
| 02/06/20 | C E Feeney | .20 | Review production chart from FAST |
| 02/06/20 | J R Muller | .60 | Compile list of produced documents from notebooks (0.6) |
| 02/07/20 | J M Marr | .10 | Confer with C. Feeney and J. Muller regarding updates in matter |
| 02/07/20 | C E Feeney | .40 | Discuss chart with J. Muller; review chart once complete |
| 02/07/20 | J R Muller | 1.10 | Prepare chart of produced notebook entries (1.0); circulate same to J. Marr (0.1) |
| 02/10/20 | B A Naftalis | .20 | Review of update to SDNY regarding notebook pages |
| 02/10/20 | J M Marr | 1.00 | Draft key to produced notebook pages for DOJ; confer with R. Owens and B. Naftalis regarding same; confer with J. Muller and C. Feeney regarding same |
| 02/10/20 | C E Feeney | .30 | Review materials from J. Muller |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000602010 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2000602010
March 6, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | J R Muller | .60 | Revise notebook production materials (0.6) |
| 02/12/20 | R D Owens | 6.00 | Prepare for and attend trial witness session at USAO |
| 02/12/20 | J M Marr | 5.60 | Prepare for and attend witness preparation of J. Schaefer at SDNY |
| 02/12/20 | J R Muller | .30 | Prepare materials in advance of DOJ meeting |
| 02/18/20 | B A Naftalis | .20 | Attend to additional materials from Skadden |
| 02/18/20 | J M Marr | .20 | Confer with R. Owens and C. Feeney regarding new production |
| 02/18/20 | C E Feeney | .80 | Review Skadden production and send summary to J. Marr |
| 02/18/20 | J R Muller | .20 | Review correspondence concerning newly produced documents from Skadden |
| 02/19/20 | R D Owens | .30 | Emails with team regarding new documents produced by Skadden |
| 02/19/20 | J M Marr | .50 | Confer with C. Feeney and J. Muller regarding proposed review plan for new production |
| 02/19/20 | C E Feeney | 6.00 | Review J. Marr notes on DOJ preparation sessions; draft document review protocol; discuss case with N. Putta; draft summary of case for N. Putta review; coordinate document upload and review with data services; draft budget for case; summarize production for R. Owens and B. Naftalis |
| 02/19/20 | J R Muller | .80 | Coordinate document review next steps with J. Marr and C. Feeney |
| 02/19/20 | I McMillan | .70 | Quality check import of one volume to document review platform. |
| 02/20/20 | R D Owens | .20 | Telephone call with Chuck Walker |
| 02/20/20 | J M Marr | .70 | Confer with R. Owens and B. Naftalis regarding proposed work plan and budget; confer with C. Feeney and J. Muller regarding document review of new production |
| 02/20/20 | C E Feeney | 5.00 | Draft document review search terms; coordinate search terms and review panel with PSS; draft document review protocol; attend training on database; call counsel to discuss scope of documents |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000602010 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2000602010
March 6, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/20/20 | J R Muller | 3.20 | Draft search terms for new document production and circulate to C. Feeney; participate in Eclipse training module; review document review protocol; correspond with team concerning document review next steps |
| 02/20/20 | N S Putta | .90 | Review case materials; confer with W. Singh, C. Feeney, and J. Muller regarding document review process and protocol |
| 02/21/20 | J M Marr | .10 | Confer with C. Feeney regarding new production; confer with B. Naftalis and R. Owens regarding work plan |
| 02/21/20 | C E Feeney | 1.10 | Coordinate document review; review documents |
| 02/21/20 | J R Muller | .20 | Correspond with C. Feeney regarding batch processing |
| 02/21/20 | N S Putta | .30 | Review document production protocol |
| 02/22/20 | J M Marr | .10 | Confer with R. Owens and C. Feeney regarding call with Skadden; confer with B. Naftalis regarding new production |
| 02/23/20 | J M Marr | .10 | Confer with R. Owens and C. Feeney regarding call with Skadden |
| 02/24/20 | B A Naftalis | .30 | Conference call with Skadden regarding updates |
| 02/24/20 | R D Owens | .50 | Review notes of DOJ preparation session; telephone call with C. Mchoney, D. Zornow and others to update on interactions with DOJ |
| 02/24/20 | J M Marr | .50 | Confer with C. Feeney regarding setting up document review; confer with R. Owens regarding same |
| 02/24/20 | C E Feeney | 2.40 | Attention to document production; attend call with R. Owens and Company's counsel to discuss production; draft search terms for documents related to comment letter; coordinate document review; draft updated review protocol |
| 02/24/20 | J R Muller | 2.00 | Review new document production for potentially interesting information concerning indictment allegations; correspond with C. Feeney concerning course corrections regarding document review process |
| 02/24/20 | N S Putta | 2.20 | Review documents for information concerning indictment allegations |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000602010 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

## LATHAM&WATKINS LLP

Invoice No. 2000602010
March 6, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/25/20 | J M Marr | .10 | Correspondence with C. Feeney regarding document review |
| 02/25/20 | C E Feeney | 1.50 | Attend call with N. Putta and J. Muller to discuss updated document review protocol; send updated protocol to N. Putta; review documents |
| 02/25/20 | J R Muller | .30 | Call with C. Feeney and N. Putta regarding document review status |
| 02/25/20 | N S Putta | 3.40 | Confer with C. Feeney and J. Muller regarding new document review protocol; review documents for information concerning indictment allegations |
| 02/26/20 | J M Marr | .20 | Confer with J. Schaefer regarding updates in matter; confer with R. Owens and B. Naftalis regarding same |
| 02/26/20 | C E Feeney | 1.30 | Review documents; answer questions from N. Putta |
| 02/26/20 | N S Putta | 2.60 | Review documents for responsiveness to comment letter |
| 02/27/20 | C E Feeney | 1.20 | Review documents and summarize potentially interesting documents |
| 02/27/20 | N S Putta | 1.10 | Review documents for responsiveness to comment letter |
| 02/28/20 | C E Feeney | 1.00 | Review and summarize potentially interesting documents |

**Attorney:**

| | | | |
|---|---|---|---|
| R D Owens | Partner | 12.00 | hours |
| B A Naftalis | Partner | 6.10 | hours |
| J M Marr | Associate, Sr. | 16.00 | hours |
| C E Feeney | Associate, Jr. | 21.80 | hours |
| J R Muller | Associate, Jr. | 11.00 | hours |
| | | 66.90 | $ 66,496.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000602010 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2000602010
March 6, 2020

**Other:**

| | | | |
|---|---|---|---|
| N S Putta | Law Clerk Seeking Admission | 10.50 | hours |
| I McMillan | Professional Staff | .70 | hours |
| | | 11.20 | $ 6,429.50 |

**GRAND TOTAL:** 78.10   $ 72,926.00

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000602010 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 2000602010
March 6, 2020

**Costs and Disbursements:**

| | |
|---|---|
| Document Processing | 150.00 |
| Ground Transportation | 150.55 |
| Meal Services | 200.35 |
| Meals | 300.07 |
| Practice Support | 2,914.50 |
| **Total Costs and Disbursements:** | **$ 3,715.47** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000602010 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

**INVOICE**

April 7, 2020

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2000603173
Matter Number 064698-0001

Tax Identification No.: 95-2018373

**Remittance Instructions**

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through March 31, 2020

Re:   **SDNY Investigation**

| | |
|---|---|
| Fees | $ 132,219.50 |
| Less Monthly Discount | (13,221.95) |
| | $ 118,997.55 |
| Costs and Disbursements | 5,547.13 |
| Total Current Charges | $ 124,544.68 |
| Prior Balance Due | 168,326.74 |
| **Total Due** | **$ 292,871.42** |

# LATHAM&WATKINSLLP

Invoice No. 2000603173
April 7, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | J M Marr | .30 | Confer with R. Owens regarding scheduling; confer with C. Feeney regarding action items |
| 03/02/20 | C E Feeney | 5.30 | Review documents to compile in witness preparation outline |
| 03/03/20 | R D Owens | .30 | Emails with USAO and client regarding scheduling next witness preparatory session |
| 03/03/20 | J M Marr | .90 | Confer with J. Schaefer regarding scheduling of meetings; review action items for J. Schaefer from DOJ; review SEC filings in preparation for cross exam questions |
| 03/03/20 | C E Feeney | 5.60 | Review and summarize escalated documents for witness preparation outline |
| 03/03/20 | J R Muller | 3.80 | Review potentially interesting documents concerning the SEC Comment Letter process; draft summaries concerning same |
| 03/03/20 | N S Putta | 3.90 | Review documents for responsiveness to document protocol |
| 03/03/20 | M L Goldman | .30 | Pulling case filings |
| 03/04/20 | B A Naftalis | .40 | Prepare for and conference call with SDNY regarding J. Schaefer testimony and open issue |
| 03/04/20 | R D Owens | .50 | Telephone conference E. Imperatore regarding testimony preparations for J. Schaeffer; discuss review of recent Skadden production with J. Marr |
| 03/04/20 | J M Marr | .90 | Call E. Imperatore with R. Owens and B. Naftalis; update C. Feeney and J. Muller regarding same; coordinate scheduling meetings with J. Schaefer and team |
| 03/04/20 | C E Feeney | 1.70 | Review and summarize escalated documents for outline |
| 03/04/20 | J R Muller | 2.40 | Continue to review and summarize potentially interesting documents concerning the SEC Comment Letter process |
| 03/04/20 | N S Putta | .60 | Analyze documents for responsiveness to review protocol |
| 03/05/20 | R D Owens | .30 | Attend to scheduling next preparatory sessions with J. Schaeffer and USAO |
| 03/05/20 | J M Marr | .40 | Coordinate scheduling of meetings with DOJ, conferring with E. Imperatore, R. Owens, and B. |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000603173 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2000603173
April 7, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Naftalis and J. Schaefer regarding same; confer with C. Feeney and J. Muller regarding updates |
| 03/05/20 | C E Feeney | 2.70 | Review and summarize escalated documents for outline |
| 03/05/20 | J R Muller | 6.30 | Continue to review and summarize potentially interesting documents concerning the SEC Comment Letter process |
| 03/05/20 | N S Putta | .80 | Review notebooks for notes relevant to comment letter |
| 03/06/20 | J M Marr | .20 | Coordinate scheduling of meetings with E. Imperatore and J. Schaefer |
| 03/06/20 | C E Feeney | 2.40 | Draft outline for witness preparation |
| 03/06/20 | J R Muller | .70 | Continue to review and summarize potentially interesting documents concerning the SEC Comment Letter process |
| 03/06/20 | J R Muller | 3.70 | Complete review of potentially interesting documents concerning the SEC Comment Letter process; complete summaries concerning same and circulate to C. Feeney; assist with compilation of electronic database concerning same |
| 03/06/20 | N S Putta | 1.40 | Review and analyze files for witness outline |
| 03/07/20 | J M Marr | .10 | Correspondence with R. Owens and B. Naftalis regarding scheduling of meetings |
| 03/07/20 | C E Feeney | 1.90 | Draft outline for witness preparation |
| 03/07/20 | J R Muller | 2.10 | Review notebooks entries for information concerning the comment letter process; circulate findings to C. Feeney |
| 03/08/20 | J M Marr | .10 | Confer with J. Schaefer regarding preparation session |
| 03/08/20 | C E Feeney | 3.40 | Finalize draft of outline for witness preparation |
| 03/08/20 | N S Putta | 4.80 | Perform fact research to develop witness outline |
| 03/09/20 | J M Marr | .20 | Confer with C. Feeney and J. Muller regarding updates in matter and witness preparation |
| 03/09/20 | C E Feeney | 2.90 | Edit and send to J. Marr first draft of witness preparation outline |
| 03/09/20 | J R Muller | 2.80 | Revise witness preparation outline; organize and |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000603173 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2000603173
April 7, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | compile electronic binder for same |
| 03/09/20 | N S Putta | 6.50 | Analyze documents to develop witness preparation outline for J. Schaefer |
| 03/09/20 | N L Sagara | .90 | Extract requested notebook pages for N. Putta; file USA v. Cole filings to share drive |
| 03/10/20 | J M Marr | 2.60 | Review and draft witness preparation outline; confer with C. Feeney and J. Muller regarding same; analyze documents with respect to same |
| 03/10/20 | C E Feeney | 2.50 | Update outline per comments from J. Marr; review notebook entries |
| 03/10/20 | J R Muller | .90 | Coordinate with team with respect to next steps for preparing witness preparation materials |
| 03/10/20 | N S Putta | 3.10 | Call with C. Feeney and J. Muller; compile and review documents for witness outline; prepare documents for binder for trial |
| 03/11/20 | J M Marr | .60 | Confer with J. Schaefer regarding schedule; confer with team regarding witness preparation |
| 03/11/20 | C E Feeney | .70 | Address comments from J. Marr in outline |
| 03/11/20 | J R Muller | .30 | Correspond with team regarding electronic binder compilaitons |
| 03/12/20 | C E Feeney | .40 | Attention to follow-up comments regarding witness preparation outline |
| 03/12/20 | J R Muller | 3.20 | Review comment letter drafts for metadata; incorporate same in witness preparation outline |
| 03/12/20 | N S Putta | 2.10 | Analyze documents to prepare J. Schaefer witness outline |
| 03/13/20 | J M Marr | .10 | Confer with C. Feeney and J. Muller regarding analysis of documents for production |
| 03/13/20 | C E Feeney | .20 | Review latest production |
| 03/13/20 | J R Muller | 6.10 | Continue to extract metadata from comment letter drafts and insert in witness preparation outline materials; revise witness preparation outline, addressing comments from J. Marr; review notebook entries for production purposes; circulate chart summarizing same to J. Marr |
| 03/15/20 | J M Marr | .30 | Confer with R. Owens and B. Naftalis regarding updates in matter; schedule call with DOJ |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000603173 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2000603173
April 7, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/16/20 | B A Naftalis | .40 | Conference call with SDNY relative to witness and trial |
| 03/16/20 | J M Marr | 2.30 | Confer with E. Imperatore, R. Owens, and B. Naftalis regarding updates in matter; confer with R. Owens regarding action items; update J. Schaefer on updates in matter; confer with C. Feeney and J. Muller regarding updates in matter; review list of new notebook pages to produce and confer with Skadden team regarding same |
| 03/16/20 | C E Feeney | 3.30 | Address comments in witness preparation outline; review newly produced notebook pages |
| 03/16/20 | J R Muller | 1.80 | Revise witness preparation outline, incorporating notebook production data; call with team to discuss preparation changes and associated next steps |
| 03/17/20 | R D Owens | 1.50 | Review new documents provided by Skadden that are potentially relevant to trial testimony by J. Schaeffer |
| 03/17/20 | J M Marr | .50 | Review and edit outline for testimony preparation session; confer with C. Feeney and J. Muller regarding same; confer with Skadden team regarding notebook productions |
| 03/17/20 | J R Muller | .10 | Organize metadata information for response letter drafts |
| 03/17/20 | N S Putta | .20 | Prepare binder for witness outline |
| 03/17/20 | N L Sagara | .10 | File USA v. Cole document to share drive for C. Feeney |
| 03/18/20 | J M Marr | 1.20 | Prepare and review materials for testimony preparation session of J. Schaefer; confer with C. Feeney and J. Muller regarding same; confer with E. Imperatore regarding same; confer with R. Owens and B. Naftalis regarding updates on same |
| 03/18/20 | C E Feeney | 4.40 | Address comments in outline; review latest production |
| 03/18/20 | J R Muller | 2.80 | Finalize witness preparation outline and associated electronic binder materials; circulate same to J. Marr |
| 03/18/20 | N S Putta | 6.10 | Revise J. Schaefer witness preparation outline |
| 03/18/20 | N L Sagara | 6.20 | Create electronic binder corresponding to New Schaefer/Corp Fin Focus outline for N. Putta |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000603173 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

## LATHAM&WATKINS LLP

Invoice No. 2000603173
April 7, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/20 | B A Naftalis | 3.00 | Prepare for and attend witness preparation call with J. Schaeffer in advance of DOJ meeting |
| 03/19/20 | R D Owens | 3.50 | Review additional exhibits from USAO; participate in preparation session with J. Schaefer |
| 03/19/20 | J M Marr | 6.30 | Prepare and review materials for testimony preparation session with J. Schaefer; confer with C. Feeney and J. Muller regarding same; attend and coordinate testimony preparation session of J. Schaefer with R. Owens and B. Naftalis |
| 03/19/20 | C E Feeney | 2.90 | Review Skadden production and send results to J. Marr; edit outline; review and incorporate documents DOJ sent |
| 03/19/20 | J R Muller | 5.70 | Revise witness preparation outline in advance of today's client call, incorporating J. Marr comments; incorporate documents flagged by DOJ in same; revise Skadden production request, incorporating J. Marr comments |
| 03/19/20 | N S Putta | .40 | Conduct fact research to update witness preparation outline |
| 03/20/20 | J M Marr | 2.30 | Confer with E. Imperatore regarding upcoming testimony preparation session; confer with Latham team regarding updates on same; confer with J. Muller and C. Feeney regarding preparing materials for same; review and draft materials for same |
| 03/20/20 | C E Feeney | .80 | Attention to latest production from Skadden |
| 03/20/20 | J R Muller | 4.10 | Address witness preparation follow-up inquiries from J. Marr; update production chronology, incorporating newly produced documents |
| 03/20/20 | N S Putta | .40 | Conduct fact research to collect documents for J. Schaefer witness outline |
| 03/22/20 | J M Marr | 1.30 | Prepare materials for testimony preparation meeting with DOJ; confer with E. Imperatore regarding same; facilitate meeting with DOJ regarding same |
| 03/23/20 | B A Naftalis | 2.80 | Prepare for and attend interview preparation with SDNY |
| 03/23/20 | R D Owens | 3.50 | Participate in telephonic interview of J. Schaeffer by USAO for trial prep |
| 03/23/20 | J M Marr | 2.90 | Confer with R. Owens, B. Naftalis, and J. Schaefer |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000603173 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 2000603173
April 7, 2020

| Date | Timekeeper | | Hours | Description |
|------|-----------|---|-------|-------------|
| | | | | regarding preparation session with DOJ; attend J. Schaefer preparation session with DOJ |
| 03/27/20 | N L Sagara | | .10 | File new USA v. Cole docket entry to share drive for J. Marr |

**Attorney:**

| | | Hours | |
|---|---|---|---|
| R D Owens | Partner | 9.60 | hours |
| B A Naftalis | Partner | 6.60 | hours |
| J M Marr | Associate, Sr. | 23.50 | hours |
| C E Feeney | Associate, Jr. | 41.10 | hours |
| J R Muller | Associate, Jr. | 46.80 | hours |
| | | 127.60 | $ 111,506.00 |

**Other:**

| | | Hours | |
|---|---|---|---|
| N S Putta | Law Clerk Seeking Admission | 30.30 | hours |
| N L Sagara | Paralegal | 7.30 | hours |
| M L Goldman | Professional Staff | .30 | hours |
| | | 37.90 | $ 20,713.50 |

| **GRAND TOTAL:** | | 165.50 | $ 132,219.50 |
|---|---|---|---|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000603173 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

Invoice No. 2000603173
April 7, 2020

**Costs and Disbursements:**

| | |
|---|---:|
| Document Processing | 241.80 |
| Ground Transportation | 141.29 |
| Meal Services | 39.82 |
| Meals | 65.72 |
| Practice Support | 5,058.50 |
| **Total Costs and Disbursements:** | **$ 5,547.13** |

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINSLLP

**INVOICE**

April 7, 2020

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2000603173
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

## Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

The following summarizes the outstanding invoices, both current and past due, which are now due and payable to Latham & Watkins. Copies of all listed invoices are attached hereto. We would appreciate receiving payment of these invoices within 20 days. If you have already paid these invoices, thank you and please accept our apologies for any inconvenience this may have caused.

### REMITTANCE COPY

### SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Outstanding Invoice(s)** | | |
| 02/10/2020 | 2000600969 | 98,977.87 |
| 03/06/2020 | 2000602010 | 69,348.87 |
| **Prior Balance Due** | | $ 168,326.74 |
| Current Invoice | | |
| 04/07/2020 | 2000603173 | 124,544.68 |
| **Balance Due** | | $ 292,871.42 |

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

January 7, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100600021
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

### Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through December 31, 2020

Re:  **SDNY Investigation**

| | |
|---|---:|
| Fees | $ 4,272.50 |
| Monthly Discount | (427.25) |
| | $ 3,845.25 |
| Costs and Disbursements | 17.91 |
| **Total Due** | **$ 3,863.16** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100600021 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2100600021
January 7, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/29/20 | N L Sagara | .10 | File new USA v. Cole docket entries to share drive for J. Marr |
| 06/03/20 | N L Sagara | .10 | Obtain new docket entry in USA v. Cole |
| 06/04/20 | N L Sagara | .10 | Obtain minute entry; circulate calendar invitation for next pretrial conference for C. Feeney |
| 06/15/20 | N L Sagara | .10 | Obtain new docket entries from USA v. Cole for J. Marr |
| 07/06/20 | N L Sagara | .10 | Update calendar invite for status conference |
| 08/19/20 | R D Owens | .20 | Emails with E. Imperatore and J. Schaefer regarding rescheduling of trail date |
| 10/05/20 | N L Sagara | .20 | File new docket entries to share drive for J. Marr |
| 12/10/20 | J M Marr | .20 | Email from DOJ regarding matter; confer with J. Schaefer regarding matter updates |
| 12/10/20 | N L Sagara | .10 | Calendar trial date for J. Marr |
| 12/14/20 | J M Marr | .20 | Schedule call with DOJ, conferring with DOJ, R. Owens, and B. Naftalis regarding same |
| 12/17/20 | B A Naftalis | .60 | Conference call with SDNY relative to trial (0.5); emails with J. Schaefer (0.1) |
| 12/17/20 | R D Owens | .40 | Telephone conference with E. Imperatore regarding witness preparations sessions with J. Schaefer for upcoming trial of N. Cole |
| 12/17/20 | J M Marr | .70 | Call with DOJ, R. Owens, and B. Naftalis regarding updates in matter; update J. Schaefer regarding same |
| 12/18/20 | B A Naftalis | .50 | Conference call with J. Schaefer |
| 12/18/20 | J M Marr | .50 | Call with B. Naftalis and J. Schaefer regarding updates in matter |
| 12/23/20 | N L Sagara | .20 | File new USA v. Cole docket entries to share drive for J. Marr |
| 12/30/20 | N L Sagara | .10 | File new USA v. Cole docket entries to share drive |
| 12/31/20 | J M Marr | .10 | Confer with DOJ regarding accessing materials for witness preparation |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100600021 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

# LATHAM&WATKINS LLP

Invoice No. 2100600021
January 7, 2021

---

**Attorney:**

| | | | | |
|---|---|---|---|---|
| R D Owens | Partner | .60 | hours | |
| B A Naftalis | Partner | 1.10 | hours | |
| J M Marr | Associate, Sr. | 1.70 | hours | |
| | | 3.40 | $3,860.00 | |

**Other:**

| | | | | |
|---|---|---|---|---|
| N L Sagara | Paralegal | 1.10 | hours | |
| | | 1.10 | $412.50 | |

**GRAND TOTAL:**  4.50   $4,272.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100600021 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

## LATHAM&WATKINSLLP

Invoice No. 2100600021
January 7, 2021

**Costs and Disbursements:**

| | |
|---|---|
| Audio\ Video Conferencing Services | 17.91 |
| **Total Costs and Disbursements:** | **$ 17.91** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100600021 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## INVOICE

January 7, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100600021
Matter Number 064698-0001

Tax Identification No.: 95-2018373

### Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

**REMITTANCE COPY**

**SDNY Investigation**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 01/07/2021 | 2100600021 | 3,863.16 |
| **Balance Due** | | **$ 3,863.16** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100600021 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

| | |
|---|---|
| **From:** | Kyle Harmon |
| **To:** | Marcia Mclaughlin |
| **Subject:** | Fwd: Iconix |
| **Date:** | Thursday, January 7, 2021 5:29:42 PM |
| **Attachments:** | Jason Schaefer.Invoice.pdf |

Approved for the tracker.

Kyle C. Harmon
EVP, General Counsel
M: +1-917-587-3332

**From:** Benjamin.Naftalis@lw.com <Benjamin.Naftalis@lw.com>
**Sent:** Thursday, January 7, 2021 4:11:40 PM
**To:** Kyle Harmon <kharmon@iconixbrand.com>
**Subject:** RE: Iconix

Hi, Kyle:

I hope you had a great holiday and New Year. A quick update: earlier this week, the chief judge of the SDNY issued a new order stating that the courthouse will remain closed for another month, until at least February 16. Accordingly, the trial judge (Judge Ramos) adjourned the Cole trial until Q2 (April through June). He did not give a new date, which will be assigned by an ad hoc trial committee of the SDNY. We will let you know as soon as a new date is given. In light of this, we'll once again put trial prep on ice.

Further, attached please find our end of year invoice that cleans up 2020.

Best,
Ben

**From:** Kyle Harmon <kharmon@iconixbrand.com>
**Sent:** Thursday, December 10, 2020 5:31 PM
**To:** Naftalis, Benjamin (NY) <Benjamin.Naftalis@lw.com>
**Subject:** RE: Iconix

Wow...I'm actually really shocked...was convinced they were going to punt this again.

Thanks for the FYI. Hope you and family are well as well.

K

**From:** Benjamin.Naftalis@lw.com <Benjamin.Naftalis@lw.com>
**Sent:** Thursday, December 10, 2020 5:21 PM
**To:** Kyle Harmon <kharmon@iconixbrand.com>
**Subject:** FW: Iconix

Hey Kyle —

FYI relative to a trial date.

Hope you're well,
Ben

**Benjamin Naftalis**

**LATHAM & WATKINS LLP**
885 Third Avenue | New York, NY 10022
D: +1.212.906.1713

---

**From:** Imperatore, Edward (USANYS) <Edward.Imperatore@usdoj.gov>
**Date:** Thursday, Dec 10, 2020, 4:59 PM
**To:** Owens, Richard (NY) <Richard.Owens@lw.com>, Naftalis, Benjamin (NY) <Benjamin.Naftalis@lw.com>,
Marr, Jamie (NY) <Jamie.Marr@lw.com>
**Subject:** RE: Iconix

Richard, Ben, and Jamie,

The Court has confirmed a February 9 trial date for Cole.  We'll be in touch about trial prep.

Thanks and I hope you're doing well.

Regards,
Ed

---

**From:** Richard.Owens@lw.com <Richard.Owens@lw.com>
**Sent:** Wednesday, August 19, 2020 10:33 AM
**To:** Imperatore, Edward (USANYS) <EImperatore@usa.doj.gov>; Benjamin.Naftalis@lw.com;
Jamie.Marr@lw.com
**Subject:** RE: Iconix

Thanks, Ed.

Best regards.

Richard D. Owens
Latham & Watkins
212-906-1396

---

**From:** Imperatore, Edward (USANYS) <Edward.Imperatore@usdoj.gov>
**Date:** Wednesday, Aug 19, 2020, 9:13 AM

**To:** Owens, Richard (NY) <Richard.Owens@lw.com>, Naftalis, Benjamin (NY)
<Benjamin.Naftalis@lw.com>, Marr, Jamie (NY) <Jamie.Marr@lw.com>
**Subject:** Iconix

Richard, Ben, and Jamie,

Judge Ramos set a "control" trial date for February 8, 2021.  We expect to learn by late fall whether that date will stick.

I hope you and your families are doing well.

Thanks,
Ed

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

We shall process your personal data in accordance with the EU General Data Protection Regulation and only for the purposes and by the means set out in our Privacy Policy, which can be accessed here. If you have any privacy concerns, including if you no longer wish to hear from us, please email us at dataprotection@iconixbrand.com.

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

February 10, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100610183
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

## Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through January 31, 2021

Re:     **SDNY Investigation**

| | |
|---|---|
| Fees | $ 13,426.00 |
| Monthly Discount | (1,342.60) |
| Total Current Charges | $ 12,083.40 |
| Prior Balance Due | 3,863.16 |
| **Total Due** | **$ 15,946.56** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100610183 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2100610183
February 10, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/21 | J M Marr | .40 | Download materials from DOJ for witness preparation; confer with R. Owens, B. Naftalis, and J. Schaefer regarding scheduling session with DOJ |
| 01/04/21 | J M Marr | .50 | Coordinate witness preparation session with J. Schaefer, R. Owens, and B. Naftalis; email E. Imperatore regarding same |
| 01/04/21 | N L Sagara | .20 | File new USA v. Cole docket entries to share drive |
| 01/05/21 | R D Owens | .20 | Emails with E. Imperatore concerning court orders rescheduling trial date |
| 01/05/21 | J M Marr | .10 | Review correspondence from DOJ regarding trial updates; email J. Schaefer regarding updates on same |
| 01/05/21 | C E Feeney | .50 | Attend team call to discuss updates in the case |
| 01/05/21 | N L Sagara | .10 | File new USA v. Cole docket entry to share drive |
| 01/06/21 | J M Marr | .10 | Confer with Latham team regarding scheduling call to discuss request from DOJ |
| 01/06/21 | J R Muller | .10 | Confer with team regarding case update |
| 01/07/21 | J M Marr | .30 | Confer with team regarding research into notebooks pursuant to questions with DOJ |
| 01/07/21 | C E Feeney | .20 | Iconix call |
| 01/07/21 | J R Muller | 1.60 | Telephone conference with team regarding case update and associated next steps (0.2); investigate follow-up inquiries associated with key transaction details (1.0); draft summary of findings for same (0.4) |
| 01/07/21 | J G Jones | .20 | Attend telephone conference with J. Marr, C. Feeney, and J. Muller to discuss responding to a Department of Justice request for information |
| 01/07/21 | J G Jones | 4.60 | Use prior work product to craft response to a DOJ request for information regarding Neil Cole and the Southeast Asia transactions |
| 01/07/21 | N L Sagara | .10 | File new USA v. Cole docket entry to share drive |
| 01/08/21 | J R Muller | .70 | Continue to investigate key transaction-related follow-up inquiries |
| 01/08/21 | J G Jones | 8.90 | Use prior work product to craft response to a DOJ request for information regarding Neil Cole and the Southeast Asia transactions |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100610183 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

# LATHAM&WATKINS LLP

Invoice No. 2100610183
February 10, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/11/21 | J M Marr | .10 | Confer with J. Jones regarding notebook research project |
| 01/12/21 | N L Sagara | .20 | File new USA v. Cole docket entries to share drive |
| 01/21/21 | N L Sagara | .10 | File new USA v. Cole docket entries to share drive |
| 01/27/21 | N L Sagara | .10 | File new docket entry to share drive |
| 01/29/21 | N L Sagara | .10 | File new USA v. Cole docket entry to share drive |

**Attorney:**

| | | | |
|------|------|------|------|
| R D Owens | Partner | .20 | hours |
| J M Marr | Associate, Sr. | 1.50 | hours |
| C E Feeney | Associate, Jr. | .70 | hours |
| J R Muller | Associate, Jr. | 2.40 | hours |
| | | 4.80 | $ 4,649.50 |

**Other:**

| | | | |
|------|------|------|------|
| J G Jones | Law Clerk Seeking Admission | 13.70 | hours |
| N L Sagara | Paralegal | .90 | hours |
| | | 14.60 | $ 8,776.50 |

**GRAND TOTAL:**

| | 19.40 | $ 13,426.00 |
|---|---|---|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100610183 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

## INVOICE

February 10, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100610183
Matter Number 064698-0001

Tax Identification No.: 95-2018373

### Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

The following summarizes the outstanding invoices, both current and past due, which are now due and payable to Latham & Watkins. Copies of all listed invoices are attached hereto. We would appreciate receiving payment of these invoices within 20 days. If you have already paid these invoices, thank you and please accept our apologies for any inconvenience this may have caused.

## REMITTANCE COPY

### SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Outstanding Invoice(s) | | |
| 01/07/2021 | 2100600021 | 3,863.16 |
| **Prior Balance Due** | | $ 3,863.16 |
| Current Invoice | | |
| 02/10/2021 | 2100610183 | 12,083.40 |
| **Balance Due** | | $ 15,946.56 |

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

September 8, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100619356
Matter Number 064698-0001

Tax Identification No.: 95-2018373

**Remittance Instructions**

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through August 31, 2021

Re:   **SDNY Investigation**

Fees $ 2,764.00

Monthly Discount (276.40)

**Total Due** $ 2,487.60

**LATHAM&WATKINS**LLP

Invoice No. 2100619356
September 8, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/01/21 | N L Sagara | .10 | File new USA v Cole docket entry to share drive |
| 02/17/21 | N L Sagara | .10 | File new USA v. Cole docket entries to share drive |
| 02/25/21 | N L Sagara | .10 | File new USA v Cole docket entry to share drive |
| 03/10/21 | N L Sagara | .10 | File new USA v. Cole docket entry to share drive |
| 03/23/21 | N L Sagara | .40 | File new USA v. Cole docket entries to share drive |
| 03/24/21 | N L Sagara | .20 | File new USA v. Cole docket entries to share drive |
| 03/25/21 | N L Sagara | .10 | File new docket entries to share drive |
| 03/26/21 | N L Sagara | .10 | File new USA v. Cole docket entry to share drive |
| 03/30/21 | N L Sagara | .10 | File new USA v. Cole docket entry to share drive |
| 03/31/21 | N L Sagara | .10 | File new USA v. Cole docket entry to share drive |
| 04/06/21 | N L Sagara | .20 | File new USA v. Cole docket entries to share drive |
| 06/02/21 | N L Sagara | .10 | File new USA v. Cole docket entries to share drive |
| 06/03/21 | N L Sagara | .10 | File new USA v. Cole docket entry to share drive |
| 06/07/21 | J M Marr | .10 | Email from DOJ regarding status of trial |
| 06/07/21 | N L Sagara | .20 | File new USA v. Cole docket entries to share drive |
| 06/08/21 | N L Sagara | .20 | File new USA v. Cole docket entries to share drive |
| 06/11/21 | J M Marr | .10 | Correspondence with DOJ regarding updates on trial |
| 06/14/21 | J M Marr | .10 | Confer with N. Sagara regarding case schedule |
| 06/14/21 | N L Sagara | .10 | Circulate calendar invitation for trial start date |
| 06/22/21 | N L Sagara | .10 | File new USA v. Cole docket entries to share drive |
| 08/23/21 | N L Sagara | .10 | File new docket entry to share drive |
| 08/30/21 | J M Marr | .40 | Confer with DOJ, R. Owens, and B. Naftalis regarding updates in matter; confer with J. Jones regarding review of letter regarding evidence; confer with J. Schaefer regarding updates in matter |
| 08/30/21 | N L Sagara | .30 | File new USA v. Cole docket entries to share drive |
| 08/31/21 | J M Marr | .30 | Correspondence with J. Schaefer regarding call with DOJ; confer with J. Jones regarding letter analysis; confer with R. Owens and B. Naftalis |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100619356 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2100619356
September 8, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | regarding same |
| 08/31/21 | J G Jones | .80 | Research developments in U.S. v. Cole |
| 08/31/21 | J R Muller | .10 | Review team correspondence concerning case update and associated next steps |

**Attorney:**

| | | | |
|------|-----------|------|-------|
| J M Marr | Associate, Sr. | 1.00 | hours |
| J R Muller | Associate, Jr. | .10 | hours |
| J G Jones | Associate, Jr. | .80 | hours |
| | | 1.90 | $ 1,672.00 |

**Other:**

| | | | |
|------|-----------|------|-------|
| N L Sagara | Paralegal | 2.80 | hours |
| | | 2.80 | $ 1,092.00 |

**GRAND TOTAL:**   4.70   $ 2,764.00

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100619356 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## INVOICE

September 8, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100619356
Matter Number 064698-0001

Tax Identification No.: 95-2018373

## Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

## REMITTANCE COPY

### SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Current Invoice** | | |
| 09/08/2021 | 2100619356 | 2,487.60 |
| **Balance Due** | | $ 2,487.60 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2100619356 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

October 7, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100620885
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

| **ACH/WIRE TRANSFERS IN USD:** | **CHECKS:** |
|---|---|
| Bank: Citibank N.A. | Latham & Watkins LLP |
| One Penn's Way | P.O. Box 7247-8181 |
| New Castle, DE 19720 | Philadelphia, PA |
| ABA: 0311-00209 | 19170-8181 |
| SWIFT: CITIUS33 | |
| Account Name: Latham & Watkins LLP | |
| Account Number: 3911-7003 | |

For professional services rendered through September 30, 2021

Re:     **SDNY Investigation**

Fees                                                                     $ 42,493.50

Monthly Discount                                                   (4,249.35)

                                                                          $ 38,244.15

Costs and Disbursements                                        591.80

**Total Due**                                                          **$ 38,835.95**

**LATHAM&WATKINS**LLP

Invoice No. 2100620885
October 7, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/01/21 | B A Naftalis | .30 | Prepare for and attend conference call with SDNY prosecutors relative to trial |
| 09/01/21 | J M Marr | .50 | Call with DOJ, R. Owens, and B. Naftalis regarding updates in Cole trial; schedule call with J. Schaefer regarding updates |
| 09/02/21 | B A Naftalis | .30 | Telephone conference with J Schaefer and R Owens |
| 09/02/21 | J M Marr | .60 | Call with J. Schaefer, R. Owens, and B. Naftalis regarding updates in Cole trial; coordinate sending documents to client |
| 09/02/21 | J G Jones | .20 | Review filing in Neil Cole case |
| 09/02/21 | J R Muller | .40 | Review recent court filings concerning government disclosures |
| 09/02/21 | K K Barr | .30 | Prepare service copies of production letter for service to Freedom of Information Act office per J. Marr's request; conference with J. Marr regarding investigation status |
| 09/03/21 | J M Marr | .40 | Coordinate delivery of notebooks to J. Schaefer; confer with Latham team regarding records management |
| 09/03/21 | K K Barr | .70 | Prepare trial preparation materials to send to J. Schaefer per J. Marr's request; communications with records department to obtain case materials for J. Marr's review |
| 09/03/21 | N L Sagara | .40 | Correspond with J. Marr regarding hard copies of handwritten notebooks |
| 09/06/21 | J M Marr | .10 | Review emails regarding delivery of binders to client |
| 09/07/21 | J M Marr | .10 | Confer with J. Schaefer regarding sending of documents |
| 09/08/21 | B A Naftalis | .50 | Prepare for and attend zoom wtih SDNY |
| 09/08/21 | J M Marr | .60 | Call with DOJ, R. Owens, and B. Naftalis regarding updates in matter and J. Schaefer testimony; confer with J. Schaefer regarding updates on same |
| 09/09/21 | J M Marr | .10 | Schedule testimony preparation sessions |
| 09/10/21 | K K Barr | .50 | Upload pleadings to shared drive for attorney review |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100620885 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2100620885
October 7, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/13/21 | J M Marr | .50 | Coordinate gathering of materials for client review; confer with C. Feeney and J. Muller regarding same; confer with J. Schaefer regarding scheduling preparation sessions with DOJ |
| 09/13/21 | J R Muller | .70 | Confer with J. Marr regarding logistics for identifying key work product in connection with witness preparation; coordinate with Latham & Watkins information governance and printing services teams in connection with same |
| 09/14/21 | B A Naftalis | 2.10 | Prepare for and attend witness preparation session with SDNY relative to trial |
| 09/14/21 | J M Marr | 2.60 | Attend DOJ preparation session with J. Schaefer, B. Naftalis, and R. Owens |
| 09/14/21 | C E Feeney | .70 | Review and answer J. Marr's follow-up questions related to documents and database |
| 09/14/21 | J G Jones | .90 | Compile materials to be used to prepare client for Department of Justice testimony |
| 09/14/21 | J R Muller | 3.90 | Review and organize key witness preparation materials in advance of meeting with Department of Justice (2.7); review J. Marr notes and synopsis of key takeaways from same (0.5); confer with C. Feeney and J. Jones regarding follow-up associated with same (0.7) |
| 09/15/21 | J M Marr | .80 | Confer with J. Jones regarding gathering materials for client's preparation; review and analyze materials regarding same |
| 09/15/21 | C E Feeney | .30 | Review and answer follow-up questions related to documents |
| 09/15/21 | J G Jones | 5.80 | Compile materials to be used to prepare client for Department of Justice testimony |
| 09/15/21 | J R Muller | 2.30 | Conduct follow-up research and investigation in connection with witness preparation (1.5); confer with J. Jones and C. Feeney regarding findings from same (0.8) |
| 09/16/21 | J M Marr | 1.50 | Gather materials for client preparation; analyze same; confer with R. Owens and B. Naftalis regarding same; send same to J. Schaefer |
| 09/17/21 | B A Naftalis | 2.50 | Prepare for and attend witness preparation session with SDNY |
| 09/17/21 | J M Marr | 2.10 | Attend DOJ preparation session with J. Schaefer, |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100620885 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2100620885
October 7, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | R. Owens, and B. Naftalis |
| 09/20/21 | J M Marr | .90 | Confer with J. Schaefer regarding testimony preparation; confer with B. Naftalis and R. Owens regarding same |
| 09/20/21 | J G Jones | 1.50 | Review client notebooks for entries relevant to testimony and draft summary of the same to be used for witness preparation |
| 09/20/21 | J R Muller | .10 | Confer with Latham & Watkins team regarding next steps concerning invoices |
| 09/21/21 | B A Naftalis | 3.00 | Prepare for and attend witness preparation session with SDNY |
| 09/21/21 | J M Marr | 2.10 | Prepare for and attend DOJ prepare of J. Schaefer |
| 09/22/21 | J M Marr | .10 | Review docket filings |
| 09/22/21 | K K Barr | .40 | Upload recently filed pleadings to shared drive for attorney review |
| 09/24/21 | J M Marr | .10 | Review docket filings |
| 09/24/21 | J G Jones | .20 | Attention to disposition of motion to disclose identity of unknown witness in Neil Cole case |
| 09/27/21 | B A Naftalis | .50 | Telephone conference with R. Owens relative to witness preparation; confer and correspond with J. Schaefer regarding same |
| 09/27/21 | J M Marr | .30 | Attend to scheduling for preparation for testimony |
| 09/28/21 | J M Marr | .10 | Confer with team regarding preparation session |
| 09/29/21 | J M Marr | .10 | Correspondence with J. Schaefer, B. Naftalis, and R. Owens regarding preparation for testimony |
| 09/30/21 | B A Naftalis | 1.50 | Prepare for and attend zoom with J. Schaefer relative to witness preparation and trial testimony |
| 09/30/21 | J M Marr | 1.00 | Meeting with B. Naftalis, R. Owens, and J. Schaefer regarding testimony preparation |

**Attorney:**

| | | | |
|------|------|------|------|
| B A Naftalis | Partner | 10.70 | hours |
| J M Marr | Associate, Sr. | 14.60 | hours |
| C E Feeney | Associate, Jr. | 1.00 | hours |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100620885 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

## LATHAM&WATKINS LLP

Invoice No. 2100620885
October 7, 2021

| J R Muller | Associate, Jr. | 7.40 | hours |
| J G Jones | Associate, Jr. | 8.60 | hours |
| | | 42.30 | $ 41,389.50 |

**Other:**

| K K Barr | Paralegal | 1.90 | hours |
| N L Sagara | Paralegal | .40 | hours |
| | | 2.30 | $ 1,104.00 |

**GRAND TOTAL:**                                   44.60      $ 42,493.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100620885 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2100620885
October 7, 2021

**Costs and Disbursements:**

| | |
|---|---:|
| Federal Express & Messenger | 208.10 |
| Laser Copy | 383.70 |
| **Total Costs and Disbursements:** | **$ 591.80** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100620885 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

## INVOICE

October 7, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100620885
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

## Remittance Instructions

**ACH/WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

**REMITTANCE COPY**

**SDNY Investigation**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 10/07/2021 | 2100620885 | 38,835.95 |
| Balance Due | | $ 38,835.95 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100620885 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

# LATHAM&WATKINSLLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

November 11, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100622320
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

## Remittance Instructions

**ACH/WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through October 31, 2021

Re:    **SDNY Investigation**

| | |
|---|---:|
| Fees | $ 97,009.50 |
| Monthly Discount | (9,700.95) |
| | $ 87,308.55 |
| Costs and Disbursements | 978.55 |
| **Total Due** | **$ 88,287.10** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100622320 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2100622320
November 11, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/30/21 | R D Owens | .30 | Emails with DOJ and client regarding new trial schedule |
| 09/01/21 | R D Owens | .50 | Emails with J. Schaefer regarding recent defense filings in U.S. v. Cole; review and advise on same |
| 09/02/21 | R D Owens | .50 | Emails and telephone call with J. Schaefer regarding scheduling of prepare session with DOJ |
| 09/08/21 | R D Owens | 3.30 | Meet with J. Schaefer to prepare for trial testimony; review notes of earlier DOJ interview; emails with DOJ regarding scheduling |
| 09/14/21 | R D Owens | 4.50 | Prepare for and participate in witness preparation session with J. Schaefer and DOJ authorities; review binders of J. Schaefers notes |
| 09/16/21 | R D Owens | 1.50 | Review documents and likely exhibits from trial testimony; review client notes for reference to earnings per share; emails with team regarding upcoming testimony |
| 09/17/21 | R D Owens | 2.00 | Prepare for and participate in J. Schaefer session with USAO |
| 09/30/21 | R D Owens | 1.00 | Video conference with J. Schaefer to prepare for trial testimony |
| 10/01/21 | B A Naftalis | 5.50 | Prepare for and attend witness preparation session at SDNY with J. Schaefer, R. Owens, and J. Marr |
| 10/01/21 | R D Owens | 5.00 | Prepare for and participate in meeting with DOJ to prepare for J. Schaefer's upcoming trial testimony |
| 10/01/21 | J M Marr | 4.50 | Travel to and attend in-person preparation session at DOJ with J. Schaefer, B. Naftalis, and R. Owens |
| 10/03/21 | J M Marr | .30 | Send materials to J. Schaefer from DOJ; confer with team regarding scheduling preparation session |
| 10/04/21 | J M Marr | .10 | Confer with client regarding schedule for preparation meeting |
| 10/06/21 | J M Marr | .10 | Correspondence regarding scheduling preparation session |
| 10/07/21 | J M Marr | .20 | Correspondence regarding scheduling preparation |
| 10/07/21 | J G Jones | .20 | Attention to cross examination preparation outline |
| 10/08/21 | B A Naftalis | .30 | Telephone conference J Schaefer |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100622320 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2100622320
November 11, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/08/21 | J M Marr | .10 | Correspondence regarding scheduling preparation session |
| 10/11/21 | J M Marr | 2.10 | Preparation for trial testimony |
| 10/11/21 | J G Jones | .70 | Research local court rules for SDNY Judge Ramos and circulate findings to team |
| 10/12/21 | B A Naftalis | 1.50 | Prepare for and attend witness preparation of J. Schaefer relative to trial testimony |
| 10/12/21 | R D Owens | 2.00 | Participate in video conference with J. Schaefer and DOJ to prepare for trial testimony |
| 10/12/21 | J M Marr | 1.90 | Preparation for trial testimony |
| 10/12/21 | J G Jones | .20 | Research local rules for Judge Ramos |
| 10/13/21 | B A Naftalis | 1.50 | Attend witness preparation of J Schaefer with DOJ; follow up with R Owens regarding same; |
| 10/13/21 | R D Owens | 2.10 | Participate in video conference with J. Schaefer and DOJ to prepare for trial testimony; follow up discussions with J. Schaefer |
| 10/13/21 | J M Marr | 1.60 | Preparation for trial testimony |
| 10/15/21 | B A Naftalis | .50 | Calls regarding testimony and preparation regarding same; telephone conference SDNY |
| 10/15/21 | J M Marr | .20 | Preparation for trial testimony |
| 10/17/21 | B A Naftalis | 1.50 | Zoom preparation call with J. Schaefer |
| 10/17/21 | R D Owens | 3.00 | Telephone conference with A. Thomas regarding potential new exhibits for J. Schaefer testimony; video conference with J. Schaefer to discuss same; review new exhibits |
| 10/17/21 | J M Marr | 1.70 | Preparation for trial testimony |
| 10/18/21 | B A Naftalis | 9.60 | Prepare for and attend J. Schaefer in-court testimony |
| 10/18/21 | R D Owens | 5.00 | Accompany J. Schaefer to court for trial testimony in US v. Cole; follow-up discussions with J. Schaefer |
| 10/18/21 | J M Marr | 8.00 | Prepare for and attend trial testimony of J. Schaefer with R. Owens and B. Naftalis |
| 10/20/21 | J M Marr | .10 | Correspondence regarding transcript |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100622320 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

# LATHAM&WATKINS LLP

Invoice No. 2100622320
November 11, 2021

| Date | Timekeeper | | Hours | Description |
|------|-----------|--|-------|-------------|
| 10/25/21 | J M Marr | | .10 | Attend to updates in matter |
| 10/26/21 | K K Barr | | .50 | Upload pleadings to case shared drive |

**Attorney:**

| | | | | |
|------|-----------|--|-------|-------------|
| R D Owens | Partner | | 30.70 | hours |
| B A Naftalis | Partner | | 20.40 | hours |
| J M Marr | Associate, Sr. | | 21.00 | hours |
| J G Jones | Associate, Jr. | | 1.10 | hours |
| | | | 73.20 | $ 96,759.50 |

**Other:**

| | | | | |
|------|-----------|--|-------|-------------|
| K K Barr | Paralegal | | .50 | hours |
| | | | .50 | $ 250.00 |

**GRAND TOTAL:**  73.70  $ 97,009.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100622320 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2100622320
November 11, 2021

**Costs and Disbursements:**

| | |
|---|---:|
| Court Research | 35.88 |
| Document Processing | 28.00 |
| Federal Express & Messenger | 603.16 |
| Ground Transportation | 206.73 |
| Meals | 29.29 |
| Mileage | 20.89 |
| Parking | 41.50 |
| Travel Expenses | 13.10 |
| **Total Costs and Disbursements:** | **$ 978.55** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2100622320 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

## INVOICE

November 11, 2021

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2100622320
Matter Number 064698-0001

Tax Identification No.: 95-2018373

### Remittance Instructions

**ACH/WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

### REMITTANCE COPY

### SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Current Invoice** | | |
| 11/11/2021 | 2100622320 | 88,287.10 |
| **Balance Due** | | $ 88,287.10 |

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## INVOICE

October 7, 2022

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2200612117
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

## Remittance Instructions

**ACH/WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through September 30, 2022

Re:   **SDNY Investigation**

| | |
|---|---:|
| Fees | $ 2,752.00 |
| Monthly Discount | (275.20) |
| | $ 2,476.80 |
| Costs and Disbursements | 1,534.80 |
| Total Current Charges | $ 4,011.60 |
| Prior Balance Due | 127,123.05 |
| **Total Due** | **$ 131,134.65** |

# LATHAM&WATKINS LLP

Invoice No. 2200612117
October 7, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/20/22 | J M Marr | .20 | Schedule call with DOJ; update J. Schaefer regarding same |
| 09/21/22 | J M Marr | .10 | Schedule call with DOJ |
| 09/23/22 | B A Naftalis | .30 | Conference call with SDNY |
| 09/23/22 | J M Marr | .70 | Call with DOJ regarding updates on re-trial; update J. Schaefer regarding same; confer with R. Owens and B. Naftalis regarding same |
| 09/24/22 | J M Marr | .10 | Schedule call with J. Schaefer |
| 09/26/22 | J M Marr | .10 | Review filing notification in matter |
| 09/27/22 | J M Marr | .60 | Facilitate preparation of materials for J. Schaefer preparation sessions; confer with R. Owens and B. Naftalis regarding same |
| 09/27/22 | K K Barr | .30 | Prepare consolidated notebooks for attorney review per J. Marr's request |
| 09/30/22 | J M Marr | .10 | Confer with J. Schaefer regarding proposed preparation session dates |

**Attorney:**

| | | | |
|------|------|------|------|
| B A Naftalis | Partner | .30 | hours |
| J M Marr | Associate, Sr. | 1.90 | hours |
| | | 2.20 | $ 2,593.00 |

**Other:**

| | | | |
|------|------|------|------|
| K K Barr | Paralegal | .30 | hours |
| | | .30 | $ 159.00 |

**GRAND TOTAL:**  2.50  $ 2,752.00

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200612117 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2200612117
October 7, 2022

**Costs and Disbursements:**

Laser Copy                                                    1,534.80

**Total Costs and Disbursements:**                        **$ 1,534.80**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200612117 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

December 6, 2022

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2200625572
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

| **ACH/WIRE TRANSFERS IN USD:** | **CHECKS:** |
| --- | --- |
| Bank: Citibank N.A. | Latham & Watkins LLP |
| One Penn's Way | P.O. Box 7247-8181 |
| New Castle, DE 19720 | Philadelphia, PA |
| ABA: 0311-00209 | 19170-8181 |
| SWIFT: CITIUS33 | |
| Account Name: **Latham & Watkins LLP** | |
| Account Number: 3911-7003 | |

For professional services rendered through November 30, 2022

Re:     **SDNY Investigation**

| | |
| --- | --- |
| Fees | $ 26,586.50 |
| Monthly Discount | (2,658.65) |
| **Total Current Charges** | $ 23,927.85 |
| Prior Balance Due | 175,264.98 |
| **Total Due** | **$ 199,192.83** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200625572 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

# LATHAM&WATKINSLLP

Invoice No. 2200625572
December 6, 2022

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/01/22 | B A Naftalis | .50 | Telephone conferences with J. Schaefer and SDNY relative to preparation and testimony |
| 11/01/22 | J M Marr | .20 | Attend to scheduling regarding testimony |
| 11/02/22 | B A Naftalis | 7.00 | Prepare for and attend trial with J Schaefer; confer with SDNY |
| 11/02/22 | J M Marr | 7.40 | Prepare for and attend court with client |
| 11/03/22 | B A Naftalis | .90 | Follow up and conferences with J. Schaefer relative to testimony and updates |
| 11/03/22 | J M Marr | 5.90 | Prepare for and attend court with client |
| 11/04/22 | J M Marr | .20 | Confer with client regarding witness fee form |

**Attorney:**

| | | | |
|---|---|---|---|
| B A Naftalis | Partner | 8.40 | hours |
| J M Marr | Associate, Sr. | 13.70 | hours |
| | | 22.10 | $ 26,586.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200625572 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

## INVOICE

December 6, 2022

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2200625572
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

### Remittance Instructions

**ACH/WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

The following summarizes the outstanding invoices, both current and past due, which are now due and payable to Latham & Watkins. Copies of all listed invoices are attached hereto. We would appreciate receiving payment of these invoices within 20 days. If you have already paid these invoices, thank you and please accept our apologies for any inconvenience this may have caused.

### REMITTANCE COPY

### SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Outstanding Invoice(s) | | |
| 10/07/2021 | 2100620885 | 38,835.95 |
| 11/11/2021 | 2100622320 | 88,287.10 |
| 10/07/2022 | 2200612117 | 4,011.60 |
| 11/21/2022 | 2200615035 | 44,130.33 |
| **Prior Balance Due** | | $ 175,264.98 |
| Current Invoice | | |
| 12/06/2022 | 2200625572 | 23,927.85 |
| **Balance Due** | | $ 199,192.83 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200625572 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

## INVOICE

May 7, 2020

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

Please identify your payment with the following:

Invoice No. 2000604565
Matter Number 064698-0001

Tax Identification No.: 95-2018373

## Remittance Instructions

**WIRE TRANSFERS IN USD:**
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

For professional services rendered through April 30, 2020

Re:   **SDNY Investigation**

| | |
|---|---:|
| Fees | $ 399.50 |
| Less Monthly Discount | (39.95) |
| Total Current Charges | $ 359.55 |
| Prior Balance Due | 292,871.42 |
| **Total Due** | **$ 293,230.97** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000604565 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2000604565
May 7, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | J M Marr | .10 | Confer with C. Feeney and N. Sagara regarding updates in matter |
| 04/01/20 | N L Sagara | .30 | File new USA v. Cole docket entries to share drive; correspond with C. Feeney regarding pretrial conference |
| 04/16/20 | N L Sagara | .20 | File new USA v. Cole docket entries to share drive for J. Marr |
| 04/28/20 | N L Sagara | .20 | Obtain new filings in USA v. Cole; update calendar to reflect postponed USA v. Cole trial |
| 04/30/20 | N L Sagara | .10 | Obtain new filing from USA v. Cole |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE # 2000604565 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

## INVOICE

May 7, 2020

Iconix Brand
1450 Broadway
New York, NY 10018
Attn: Kyle Harmon

**Please identify your payment with the following:**

Invoice No. 2000604565
Matter Number 064698-0001

**Tax Identification No.: 95-2018373**

### Remittance Instructions

WIRE TRANSFERS IN USD:
Bank: Citibank N.A.
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

CHECKS:
Latham & Watkins LLP
P.O. Box 7247-8181
Philadelphia, PA
19170-8181

The following summarizes the outstanding invoices, both current and past due, which are now due and payable to Latham & Watkins. Copies of all listed invoices are attached hereto. We would appreciate receiving payment of these invoices within 20 days. If you have already paid these invoices, thank you and please accept our apologies for any inconvenience this may have caused.

## REMITTANCE COPY

### SDNY Investigation

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Outstanding Invoice(s)** | | |
| 02/10/2020 | 2000600969 | 98,977.87 |
| 03/06/2020 | 2000602010 | 69,348.87 |
| 04/07/2020 | 2000603173 | 124,544.68 |
| **Prior Balance Due** | | $ 292,871.42 |
| **Current Invoice** | | |
| 05/07/2020 | 2000604565 | 359.55 |
| **Balance Due** | | $ 293,230.97 |