# Exhibit 2.10

*INVESTIGATIONS*
*Reimbursable*



**pillsbury**

Tax ID No. 94-1311126

10/1/19
~~May 20, 2019~~
Invoice No. 8285080
Client No. 055741
Matter No. 0000001
Carolina A. Fornos
(212) 858-1000

c/o Mr. Kyle Harmon, Esq.
Iconix
Daniel Castle
315 East 65th Street - 5F
New York, NY 10065

*REVISED*

---

**For Professional Services Rendered and Disbursements Incurred through April 30, 2019**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Grand Jury Subpoena Advice | $ 3,549.00 | $ 0.00 | $ 3,549.00 |
| *-10.00% Discount* | (354.90) | | (354.90) |
| **Total This Invoice:** | **$ 3,194.10** | **$ 0.00** | **$ 3,194.10** |
| Replaces Invoice # 8267956 | | | |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street - New York, NY - 10019
*Due Upon Receipt*
**Remittance Address**
P.O. Box 30769 . New York, NY 10087-0769

Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos

May 20, 2019  
Invoice No. 8285080  
Page 2

**Grand Jury Subpoena Advice**

For Professional Services Rendered and Disbursements Incurred Through April 30, 2019

| Timekeeper | Date | Service | Hours |
|---|---|---|---|
| B. L. Beckerman | 04/30/19 | Conference with counsel for Iconix Board and C. Fornos regarding background facts (.40); conference with C. Fornos regarding strategy (.10); review documents associated with legal actions implicating Iconix (.40); memorialize notes from conference with counsel for Iconix Board (.40). | 1.30 |
| C. A. Fornos | 04/30/19 | Telephone conference with J. Dabbs, Kaplan Hecker, regarding background information on SDNY investigation (.70); telephone conference with C. Walker, Iconix counsel, regarding relevant documents (.20); telephone conference with L. Richards and A. Greenspan, counsel for Iconix Board regarding background information (.40); conference with B. Beckerman regarding follow-up items (.10); prepare status update for D. Castle and attention to client communications (.90); research on Iconix investigation and related public filings and litigation (.40). | 2.70 |

|  |  |
|---|---|
| Total Hours: | 4.00 |
| **Total Fees:** | **$ 3,549.00** |
| *-10.00% Discount:* | (354.90) |
| **Total Fees Due:** | **$ 3,194.10** |

**Timekeeper Summary**

| Timekeeper | Hours |
|---|---|
| B. L. Beckerman | 1.30 |
| C. A. Fornos | 2.70 |
| **Total:** | **4.00** |

**Total Due For Matter 0000001:**     $ 3,194.10

# pillsbury

Tax ID No. 94-1311126

c/o Mr. Kyle Harmon, Esq.  
Iconix  
Daniel Castle  
315 East 65th Street - 5F  
New York, NY  10065

May 20, 2019  
Invoice No. 8285080  
Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos  
(212) 858-1000

## Remittance Advice

Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000001 | $ 3,549.00 | $ 0.00 | $ 3,549.00 |
| *-10.00% Discount* | (354.90) | | (354.90) |
| **Total This Invoice:** | **$ 3,194.10** | **$ 0.00** | **$ 3,194.10** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:  
For **payment by mail**, remit to: Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 30769, New York, NY 10087-0769  
For Electronic Payments including **Wire Transfer, ACH,** and **SWIFT Payments**, send to: JP Morgan Chase Bank NA, NY, NY;  ABA# 021000021 (S.W.I.F.T. Code CHASUS33), for credit to Pillsbury Winthrop Shaw Pittman LLP, Account Number 301177087165.  
Please include our client, matter and invoice number for proper credit.  
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]

*INVESTIGATIONS Reimbursable*

# pillsbury

*REVISED*   9/1/19

Tax ID No. 94-1311126

c/o Mr. Kyle Harmon, Esq.
Iconix
Daniel Castle
315 East 65th Street - 5F
New York, NY  10065

~~June 13, 2019~~
Invoice No. 8285081
Client No. 055741
Matter No. 0000001
Carolina A. Fornos
(212) 858-1000

**For Professional Services Rendered and Disbursements Incurred through May 31, 2019**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Grand Jury Subpoena Advice | $ 50,350.50 | $ 2,808.21 | $ 53,158.71 |
| *-10.00% Discount* | (5,035.05) | | (5,035.05) |
| **Total This Invoice:** | **$ 45,315.45** | **$ 2,808.21** | **$ 48,123.66** |
| Replaces Invoice # 8273052 | | | |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street - New York, NY - 10019
*Due Upon Receipt*
**Remittance Address**
P.O. Box 30769 . New York, NY  10087-0769

Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos

June 13, 2019  
Invoice No. 8285081  
Page 2

**Grand Jury Subpoena Advice**

For Professional Services Rendered and Disbursements Incurred Through May 31, 2019

| Timekeeper | Date | Service | Hours |
|---|---|---|---|
| R. A. Bernardo | 05/01/19 | Download documents from FTP site and extract to network folder. | 1.00 |
| B. L. Beckerman | 05/03/19 | Setup sFTP for transmittal of documents to D. Castle (.2); conduct document review of Iconix documents (.9). | 1.10 |
| C. A. Fornos | 05/03/19 | Telephone conference with AUSA regarding grand jury schedule (.10); telephone conference with D. Castle (.80); review summary of documents from Iconix (.20); review legal issues raised by filings (.80). | 1.90 |
| P. Ng | 05/03/19 | Analyze, transfer all documents received from Skadden to USB drives and to transfer for client to review per B. Beckerman's request. | 0.80 |
| B. L. Beckerman | 05/06/19 | Conduct document review of documents produced by Iconix. | 1.10 |
| C. A. Fornos | 05/06/19 | Telephone conference with AUSA regarding areas of interest (.20); attention to client emails (.20); prepare status update for D. Castle (.20); review relevant transaction documents (.70); review Class Action allegations and assess implications of same (.20); telephone conference with D. Castle regarding documents and legal issues (.70). | 2.20 |
| G. Moffat | 05/06/19 | Transferring, decrypting and uploading material from Skadden; consultation with case team about new database setup and project timing. | 0.80 |
| J. Vugrinecz | 05/06/19 | Prepare dataset "20190506_Castle001_from_Skadden_Arps" for examination and review. | 0.70 |
| B. L. Beckerman | 05/07/19 | Conference with A. Greenspan and C. Fornos (.8); conference with C. Fornos regarding strategy (.2); conduct document review of Iconix produced documents and D. Castle documents (1.8). | 2.80 |
| C. A. Fornos | 05/07/19 | Telephone conference with A. Greenspan, counsel for Iconix Board regarding transactions (.80); conference with B. Beckerman regarding research items (.20); meeting with D. Castle regarding update and documents (.30); conference with K. Taber on employment issues (.20); review additional documents from D. Castle (.30). | 1.80 |
| J. Vugrinecz | 05/07/19 | Prepare dataset "20190506_Castle001_from_Skadden_Arps" for review in the Recommind Axcelerate document review platform. | 0.20 |
| B. L. Beckerman | 05/08/19 | Review documents produced by Iconix and D. Castle (2.8); conference with C. Fornos regarding same (.2). | 3.00 |
| R. A. Bernardo | 05/08/19 | Query for responsive documents plus families, convert into | 1.00 |

Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos  

June 13, 2019  
Invoice No. 8285081  
Page 3  

| Timekeeper | Date | Service | Hours |
|---|---|---|---|
| B. L. Beckerman | 05/09/19 | PDF's, export and insert into a zip file. Conduct document review of Ixonic documents in anticipation of meeting with D. Castle and responding to grand jury subpoena. | 0.80 |
| B. L. Beckerman | 05/10/19 | Conduct document review of Iconix documents and D. Castle documents for conference with D. Castle (1.80); conference with C. Fornos and D. Castle regarding same (3.00). | 4.80 |
| C. A. Fornos | 05/10/19 | Review relevant documents (1.30); meeting with D. Castle regarding background of transactions and preparation for meeting with Government (3.00). | 4.30 |
| B. L. Beckerman | 05/13/19 | Conduct document review of Iconix documents for purposes of responding to grand jury subpoena (.3); conference with counsel and C. Fornos regarding government investigation (.7). | 1.00 |
| C. A. Fornos | 05/13/19 | Telephone conference with M. Asaro, Akin Gump, regarding SDNY investigation (.70); review action items with B. Beckerman (.40). | 1.10 |
| B. L. Beckerman | 05/14/19 | Conduct document review of Iconix documents and D. Castle documents to respond to grand jury subpoena (2.8). | 2.80 |
| C. A. Fornos | 05/14/19 | Review background allegations and relevant documents and class action filings. | 0.70 |
| B. L. Beckerman | 05/15/19 | Conduct document review of Iconix documents and documents from D. Castle (2.2); conference with C. Fornos regarding same (.4); conference with counsel for D. Maslaton and C. Fornos regarding same (2.4). | 5.00 |
| C. A. Fornos | 05/15/19 | Attention to communications with AUSA (.10); travel to and meet with M. Asaro, Akin Gump, regarding background information on investigation and transaction documents (2.40); review background materials and outline same (1.00); conference with B. Beckerman regarding additional research and document review (.30). | 3.80 |
| B. L. Beckerman | 05/16/19 | Call with C. Walker regarding document production by Iconix (.30); conference with C. Fornos regarding same (.30); conduct document review in anticipation of meeting with D. Castle and with AUSAs (5.10). | 5.70 |
| J. Farahjood | 05/16/19 | Prepare relevant documents for preparation session. | 0.70 |
| C. A. Fornos | 05/16/19 | Attention to client communications (.20); conferences with B. Beckerman regarding document review (.30); consider relevant documents and issues relating to same (1.20); telephone conference with Iconix counsel regarding supplemental background information (.30). | 2.00 |
| B. L. Beckerman | 05/17/19 | Draft chronology of important events and documents for meeting with D. Castle (1.6); conference with C. Fornos and | 4.80 |

Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos  

June 13, 2019  
Invoice No. 8285081  
Page 4  

| Timekeeper | Date | Service | Hours |
|---|---|---|---|
| | | D. Castle to review same (3.0); conference with C. Fornos and A. Greenspan to discuss strategy (.2). | |
| C. A. Fornos | 05/17/19 | Review relevant documents in preparation for meeting with D. Castle (1.10); meeting with D. Castle for background information and preparation session (3.00); telephone conference with A. Greenspan, counsel for Iconix Board, regarding background information on specific transactions (.20). | 4.30 |
| L. Joglar | 05/17/19 | Prepare relevant documents for preparation session. | 0.30 |
| C. A. Fornos | 05/20/19 | Follow-up on documents responsive to Government subpoena with Iconix counsel. | 0.30 |
| B. L. Beckerman | 05/21/19 | Conduct document review of Iconix documents for meeting with D. Castle. | 0.40 |
| C. A. Fornos | 05/30/19 | Prepare cover letter for Government regarding proffer meeting and production of documents (.90); telephone conference with counsel for Iconix regarding same (.10); prepare and review production (.50); email communications with AUSAs (.20). | 1.70 |
| P. Ng | 05/30/19 | Analyze, query and prepare documents for production delivery per C. Fornos' request. | 0.80 |
| C. A. Fornos | 05/31/19 | Review background materials in preparation for meeting with US Attorney's Office. | 1.00 |

| | | |
|---|---|---|
| | Total Hours: | 64.70 |
| | **Total Fees:** | **$ 50,350.50** |
| | *-10.00% Discount:* | (5,035.05) |
| | **Total Fees Due:** | **$ 45,315.45** |

**Timekeeper Summary**

| Timekeeper | Hours |
|---|---|
| B. L. Beckerman | 33.30 |
| R. A. Bernardo | 2.00 |
| J. Farahjood | 0.70 |
| C. A. Fornos | 25.10 |
| L. Joglar | 0.30 |
| G. Moffat | 0.80 |
| P. Ng | 1.60 |
| J. Vugrinecz | 0.90 |
| **Total:** | **64.70** |

Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos

June 13, 2019  
Invoice No. 8285081  
Page 5

## Disbursements Incurred

| Date | Type | Description | Amount |
|---|---|---|---:|
| 05/31/19 | Data Services | Summary | $ 2,546.46 |
| 05/17/19 | Document Processing | Summary | 261.75 |
| | | **Total Disbursements:** | **$ 2,808.21** |

## Disbursement Summary

| Type | Amount |
|---|---:|
| Data Services | 2,546.46 |
| Document Processing | 261.75 |
| **Total:** | **$ 2,808.21** |

**Total Due For Matter 0000001:**     $ 48,123.66

# pillsbury

Tax ID No. 94-1311126

c/o Mr. Kyle Harmon, Esq.  
Iconix  
Daniel Castle  
315 East 65th Street - 5F  
New York, NY 10065

June 13, 2019  
Invoice No. 8285081  
Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos  
(212) 858-1000

## Remittance Advice
Enclose this Remittance Advice for Proper Credit

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000001 | $ 50,350.50 | $ 2,808.21 | $ 53,158.71 |
| *-10.00% Discount* | (5,035.05) |  | (5,035.05) |
| **Total This Invoice:** | **$ 45,315.45** | **$ 2,808.21** | **$ 48,123.66** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:
For **payment by mail**, remit to: Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 30769, New York, NY 10087-0769  
For Electronic Payments including **Wire Transfer, ACH,** and **SWIFT Payments**, send to: JP Morgan Chase Bank NA, NY, NY; ABA# 021000021 (S.W.I.F.T. Code CHASUS33), for credit to Pillsbury Winthrop Shaw Pittman LLP, Account Number 301177087165.  
Please include our client, matter and invoice number for proper credit.  
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]

*INVESTIGATIONS Reimbursable*

# pillsbury

*Revised*

c/o Mr. Kyle Harmon, Esq.
Iconix
Daniel Castle
315 East 65th Street - 5F
New York, NY 10065

Tax ID No. 94-1311126

~~July 11, 2019~~ 9/1/19
Invoice No. 8285082
Client No. 055741
Matter No. 0000001
Carolina A. Fornos
(212) 858-1000

**For Professional Services Rendered and Disbursements Incurred through June 30, 2019**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Grand Jury Subpoena Advice | $ 17,461.50 | $ 0.00 | $ 17,461.50 |
| *-10.00% Discount* | (1,746.15) | | (1,746.15) |
| **Total This Invoice:** | **$ 15,715.35** | **$ 0.00** | **$ 15,715.35** |
| **Replaces Invoice # 8278426** | | | |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*



Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street - New York, NY - 10019
*Due Upon Receipt*
**Remittance Address**
P.O. Box 30769 . New York, NY 10087-0769

Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos

July 11, 2019  
Invoice No. 8285082  
Page 2

---

**Grand Jury Subpoena Advice**

For Professional Services Rendered and Disbursements Incurred Through June 30, 2019

| Timekeeper | Date | Service | Hours |
|---|---|---|---|
| B. L. Beckerman | 06/02/19 | Conduct document review of D. Castle's documents in anticipation of preparation session (1.5); conference with C. Fornos and D. Castle to prepare D. Castle for meeting with AUSAs to discuss role with Iconix (2.6). | 4.10 |
| C. A. Fornos | 06/02/19 | Prepare outline of topics for preparation session (2.00); meeting with D. Castle to prepare for meeting with U.S. Attorney's Office (2.50). | 4.50 |
| B. L. Beckerman | 06/03/19 | Conduct document review of D. Castle's documents in anticipation of meeting with AUSAs to discuss his role with Iconix (1.0) attend meeting with C. Fornos, D. Castle and AUSAs to discuss D. Castle's role with Iconix (5.4); draft notes of meeting for C. Fornos (.3). | 6.70 |
| C. A. Fornos | 06/03/19 | Attend meeting with US Attorney's Office and D. Castle and debrief of same with D. Castle. | 5.40 |
| C. A. Fornos | 06/17/19 | Telephone conference with C. Walker regarding SDNY interview. | 0.20 |

|  |  |
|---|---|
| Total Hours: | 20.90 |
| **Total Fees:** | **$ 17,461.50** |
| *-10.00% Discount:* | (1,746.15) |
| **Total Fees Due:** | **$ 15,715.35** |

---

**Timekeeper Summary**

| Timekeeper | Hours |
|---|---|
| B. L. Beckerman | 10.80 |
| C. A. Fornos | 10.10 |
| **Total:** | **20.90** |

**Total Due For Matter 0000001:**     $ 15,715.35

# pillsbury

Tax ID No. 94-1311126

c/o Mr. Kyle Harmon, Esq.  
Iconix  
Daniel Castle  
315 East 65th Street - 5F  
New York, NY 10065

July 11, 2019  
Invoice No. 8285082  
Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos  
(212) 858-1000

## Remittance Advice
*Enclose this Remittance Advice for Proper Credit*

| Matter Number | Services | Disbursements | Balance Due |
|---|---|---|---|
| 0000001 | $ 17,461.50 | $ 0.00 | $ 17,461.50 |
| -10.00% Discount | (1,746.15) | | (1,746.15) |
| **Total This Invoice:** | **$ 15,715.35** | **$ 0.00** | **$ 15,715.35** |

*Payable in U.S. Dollars upon receipt.*

Payment Options:  
For **payment by mail**, remit to: Pillsbury Winthrop Shaw Pittman LLP, P.O. Box 30769, New York, NY 10087-0769  
For Electronic Payments including **Wire Transfer, ACH,** and **SWIFT Payments**, send to: JP Morgan Chase Bank NA, NY, NY; ABA# 021000021 (S.W.I.F.T. Code CHASUS33), for credit to Pillsbury Winthrop Shaw Pittman LLP, Account Number 301177087165.  
Please include our client, matter and invoice number for proper credit.  
[Additional remittance information may also be forwarded to accountsreceivable@pillsburylaw.com]

*INVESTIGATION Reimbursable*

# pillsbury

Tax ID No. 94-1311126

11/1/19

~~October 15, 2019~~
Invoice No. 8297368
Client No. 055741
Matter No. 0000001
Carolina A. Fornos
(212) 858-1000

c/o Mr. Kyle Harmon, Esq.
Iconix
Daniel Castle
315 East 65th Street - 5F
New York, NY 10065

For Professional Services Rendered and Disbursements Incurred through September 30, 2019

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Grand Jury Subpoena Advice | $ 504.00 | $ 0.00 | $ 504.00 |
| -10.00% Discount | (50.40) | | (50.40) |
| **Total This Invoice:** | **$ 453.60** | **$ 0.00** | **$ 453.60** |

*Current charges only. Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street - New York, NY - 10019
*Due Upon Receipt*
**Remittance Address**
P.O. Box 30769 . New York, NY 10087-0769

4

Client No. 055741  
Matter No. 0000001  
Carolina A. Fornos

October 15, 2019  
Invoice No. 8297368  
Page 2

## Grand Jury Subpoena Advice

For Professional Services Rendered and Disbursements Incurred Through September 30, 2019

| Timekeeper | Date | Service | Hours |
|---|---|---|---|
| C. A. Fornos | 08/08/19 | Telephone conference with R. Tarlowe, counsel for CEO, regarding status of government investigation. | 0.30 |
| B. L. Beckerman | 08/29/19 | Download document production from Iconix counsel; conference with P. Ng regarding same to prepare for review. | 0.30 |

|  |  |
|---|---|
| Total Hours: | 0.60 |
| **Total Fees:** | **$ 504.00** |
| *-10.00% Discount:* | (50.40) |
| **Total Fees Due:** | **$ 453.60** |

### Timekeeper Summary

| Timekeeper | Hours |
|---|---|
| B. L. Beckerman | 0.30 |
| C. A. Fornos | 0.30 |
| **Total:** | **0.60** |

**Total Due For Matter 0000001:**     $ 453.60