# Exhibit 2.12

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

September 12, 2019

When remitting,
please reference:

38636-00006

Invoice Number:  5802995

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B
New York, NY  10016

*Revised*

FOR PROFESSIONAL SERVICES rendered through January 31, 2019 relating to the SEC investigation.

| | |
|---|---:|
| **FEES** | $290,615.00 |
| **LESS 10% DISCOUNT** | ($29,061.50) |
| **SUB-TOTAL** | $261,553.50 |
| **COSTS** related thereto | $598.50 |
| **TOTAL** | $262,152.00 |

*254,886.03*

*on first*

*Reimbursable*

### PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.
For wire transfer payment, please send funds to:*

Citibank N.A.
153 East 53rd Street
New York, NY 10022
ABA #021000089

Shearman & Sterling LLP
General 1 Account
Account #09280096
SWIFT Code CITIUS33

*Please reference the client matter and invoice numbers on the electronic fund transfer.
Time and costs, if any, recorded after date of statement will appear on a subsequent statement
Tax Identification Number 13-5514352*

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

September 12, 2019

When remitting,
please reference:

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B
New York, NY 10016

38636-00006

Invoice Number: 5802995

FOR PROFESSIONAL SERVICES rendered through January 31, 2019 relating to the SEC investigation.

| | |
|---|---:|
| FEES | $290,615.00 |
| LESS 10% DISCOUNT | ($29,061.50) |
| SUB-TOTAL | $261,553.50 |
| COSTS related thereto | $598.50 |
| TOTAL | $262,152.00 |

***PAYMENT INSTRUCTIONS***
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

Citibank N.A.
153 East 53rd Street
New York, NY 10022
ABA #021000089

Shearman & Sterling LLP
General 1 Account
Account #09280096
SWIFT Code CITIUS33

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

September 12, 2019

WARREN CLAMEN
Page Number:  3

Account Number:  38636-00006
Invoice Number:  5802995

### TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/08/2019 | Nathanson, John A. | Call with R. Tarlow. | 0.60 |
| 01/10/2019 | Dunogué, Agnès | Calls with J. Nathanson, team regarding recent developments and next steps. Reviewed and commented on materials for factual investigation workplan. | 1.00 |
| 01/10/2019 | Nathanson, John A. | Calls with external counsel re Iconix matter status. Call with team to develop plan. | 1.20 |
| 01/10/2019 | Mossman, Rachel Elizabe | Telephone call with team to discuss developments in investigation; telephone call with S. Schwartz and T. Chua to develop work plan. | 1.50 |
| 01/10/2019 | Schwartz, Shaina Leigh | Participated in conference call with J. Nathanson, A. Dunogue, R. Mossman and T. Chua to discuss investigations. | 1.10 |
| 01/10/2019 | Chua, Theodore | Participated in conference call led by J. Nathanson regarding new case developments and work plan. Compiled binder of documents to prepare for follow-up searches and other tasks. | 1.50 |
| 01/11/2019 | Dunogué, Agnès | Call with client, communications with J. Nathanson concerning next steps. | 0.90 |
| 01/11/2019 | Nathanson, John A. | Review filings and other material flagged by team. Communicate with team re fact research work plan. Prepare for and call with counsel. | 2.20 |
| 01/11/2019 | Schwartz, Shaina Leigh | Reviewed notes and drafted work plan; reviewed pleadings in related matter. | 1.60 |
| 01/11/2019 | Chua, Theodore | Compiled key documents related to topics of potential enforcement action and drafted chronologies of events. | 3.20 |
| 01/13/2019 | Chua, Theodore | Analyzed SEC filings and summarized details of transactions. | 3.00 |
| 01/14/2019 | Mossman, Rachel Elizabe | Review draft workplan and provide comments; review and edit revised workplan. | 2.30 |
| 01/14/2019 | Schwartz, Shaina Leigh | Reviewed notes and drafted work plan; discussed same with R. Mossman and T. Chua. | 3.70 |
| 01/14/2019 | Chua, Theodore | Analyzed SEC filings and summarized details of transactions. | 0.80 |
| 01/15/2019 | Dunogué, Agnès | Reviewed and commented on workplan for factual investigation and communications with team regarding next steps. | 0.80 |
| 01/15/2019 | Nathanson, John A. | Review and provide commentary on work plan. | 0.40 |
| 01/15/2019 | Mossman, Rachel Elizabe | Review J. Nathanson comments on draft work plan to conduct factual review; manage incorporation of comments to work plan; review revised draft of work plan and provide comments to T. Chua; discussion with A. Dunogue regarding project. | 1.30 |
| 01/15/2019 | Chua, Theodore | Revised work plan for developing factual record of | 3.10 |

September 12, 2019

WARREN CLAMEN  
Page Number: 4

Account Number: 38636-00006  
Invoice Number: 5802995

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| | | transactions. | |
| 01/16/2019 | Mossman, Rachel Elizabe | Review draft work plan and manage document searching to facilitate collection of relevant documents. | 0.50 |
| 01/16/2019 | Chua, Theodore | Revised work plan for developing factual record of transactions. | 5.30 |
| 01/16/2019 | Yau, Tommy | Performed searches to isolate documents and creation of saved searches as instructed by T. Chua. | 1.40 |
| 01/17/2019 | Dunogué, Agnès | Reviewed updated workplan and call with team regarding factual investigation workstreams. Call with SDNY and analysis regarding related issues. | 1.90 |
| 01/17/2019 | Mossman, Rachel Elizabe | Discussions with team to coordinate fact development project; revise workplan. | 2.00 |
| 01/17/2019 | Schwartz, Shaina Leigh | Communicated with document vendor regarding document collection and export; communicated with R. Mossman and T. Chua regarding document review and draft work plan. | 1.60 |
| 01/17/2019 | Chua, Theodore | Conference call led by A. Dunogue to discuss work plan for developing factual record. Started drafting chronology of transactions. | 2.10 |
| 01/17/2019 | Wright, Katherine | Participated in call on fact review protocol; participated in call and prepared minutes. | 1.40 |
| 01/17/2019 | Yau, Tommy | Provided server and relativity access to new caseteam members as requested by T. Chua. | 0.20 |
| 01/18/2019 | Dunogué, Agnès | Calls with client; call with SDNY; communications with team regarding analysis regarding topics of interest and targeted document review; work on memorandum regarding process; team meeting regarding status, next steps, and various workstreams, and reviewed tasklist. | 3.20 |
| 01/18/2019 | Nathanson, John A. | Calls with client, government.  Meet with team. | 1.50 |
| 01/18/2019 | Mossman, Rachel Elizabe | Draft task list; participate in calls regarding investigation and begin coordination of team projects to review record and draft process memo. | 2.50 |
| 01/18/2019 | Breitbart, Sam | Reviewed and analyzed sources regarding process and communicated with K. Wright regarding the same; drafted and revised process memo; communicated internally regarding call. | 6.30 |
| 01/18/2019 | Lopez, Alex | Conference call with case team regarding next steps. Review call notes in connection with same. Discuss document review with T. Chua and T. Yau. | 1.40 |
| 01/18/2019 | Schwartz, Shaina Leigh | Communicated with vendor to coordinate document processing; reviewed notes from conference call and participated in conference call to discuss same. | 2.90 |
| 01/18/2019 | Chua, Theodore | Participated in meeting led by A. Dunogue regarding drafting of chronologies and client memorandum. Analyzed and summarized documents to create chronology tracking transactions. | 4.30 |
| 01/18/2019 | Wright, Katherine | Drafted process memo; participated in team meeting lead | 7.90 |

September 12, 2019

WARREN CLAMEN
Page Number:  5

Account Number:  38636-00006
Invoice Number:  5802995

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| | | by A. Dunogue; participated in call with client; prepared minutes for call. | |
| 01/18/2019 | Tucker, James H. | Searched various online sources to locate materials for K. Wright. | 0.50 |
| 01/19/2019 | Dunogué, Agnès | Communications with team regarding factual investigation in connection with government outreach. | 0.80 |
| 01/19/2019 | Mossman, Rachel Elizabe | Coordinate team review of factual record to identify relevant documents and manage completion of draft memos. | 2.50 |
| 01/19/2019 | Breitbart, Sam | Communicated internally regarding relevant search terms, time periods and issues for document review; reviewed and analyzed recent cases and revised process memo. | 8.70 |
| 01/19/2019 | Schwartz, Shaina Leigh | Reviewed communication from A. Dunogue; devised work plan for investigation and discussed same with R. Mossman, T. Chua, S. Breitbart, and K. Wright. | 2.70 |
| 01/19/2019 | Chua, Theodore | Created searches to develop factual memorandum tracking relevant communications and transactions. Drafted memorandum. | 12.30 |
| 01/19/2019 | Wright, Katherine | Drafted process memo; participated in team meeting lead by R. Mossman. | 6.10 |
| 01/19/2019 | Yau, Tommy | Creation of tagging layout; modification of saved searches and creation of document batches for caseteam review as requested by S. Schwartz. | 1.70 |
| 01/20/2019 | Dunogué, Agnès | Communications with team regarding factual investigation in connection with government outreach. | 0.40 |
| 01/20/2019 | Mossman, Rachel Elizabe | Edit and revise process memorandum; coordinate team review of factual record to identify relevant documents. | 2.50 |
| 01/20/2019 | Breitbart, Sam | Drafted and revised process memo and communicated with K. Wright regarding the same; reviewed and analyzed e-communications for relevant terms. | 15.60 |
| 01/20/2019 | Schwartz, Shaina Leigh | Communicated with A. Dunogue and team regarding document review and fact development memorandum. | 0.90 |
| 01/20/2019 | Chua, Theodore | Drafted factual memorandum tracking all communications and transactions. | 7.30 |
| 01/20/2019 | Wright, Katherine | Reviewed e-comms for relevant terms; and drafted process memo. | 7.40 |
| 01/20/2019 | Yau, Tommy | Downloading, preparation and importing of electronic data for attorney review as requested by S. Schwartz. | 5.70 |
| 01/20/2019 | Zhang, Wen Hao | To provided assistance to S. Breitbart in document review in database per S. Breitbart. | 0.30 |
| 01/21/2019 | Dunogué, Agnès | Call with client. Communications with team regarding factual investigation and provided feedback regarding same. Communications with J. Nathanson regarding strategy issues. Reviewed and commented on draft DOJ process summary memorandum. Reviewed and analyzed proposed tolling agreement, communications with J. | 2.20 |

September 12, 2019

WARREN CLAMEN
Page Number:  6

Account Number:  38636-00006
Invoice Number:  5802995

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| | | Nathanson regarding same and negotiations regarding same, reviewed and analyzed updated proposed agreement. | |
| 01/21/2019 | Nathanson, John A. | Calls with government, team, client re tolling agreement and related issues. | 1.80 |
| 01/21/2019 | Mossman, Rachel Elizabe | Review draft process memo and provide comments; review draft fact memo and provide guidance on next steps; coordinate team projects. | 1.50 |
| 01/21/2019 | Breitbart, Sam | Drafted and revised process memo and communicated with K. Wright regarding the same. | 6.70 |
| 01/21/2019 | Lopez, Alex | Review memo regarding process and discuss same with team. Review factual investigation memo and discuss same with team. | 3.50 |
| 01/21/2019 | Schwartz, Shaina Leigh | Reviewed draft memorandum and discussed same with T. Chua and R. Mossman. | 0.90 |
| 01/21/2019 | Chua, Theodore | Drafted factual memorandum tracking all communications and transactions and detailing follow-up workstreams. | 6.50 |
| 01/21/2019 | Wright, Katherine | Drafted process memo; reviewed e-comms for relevant terms. | 4.90 |
| 01/22/2019 | Dunogué, Agnès | Communications with client, J. Nathanson regarding proposed tolling agreement. | 0.60 |
| 01/22/2019 | Nathanson, John A. | Communicate with team, government re tolling agreement and outstanding projects. | 0.80 |
| 01/22/2019 | Mossman, Rachel Elizabe | Telephone call with A. Lopez regarding case management; manage team fact review and process memo. | 1.30 |
| 01/22/2019 | Breitbart, Sam | Reviewed and analyzed case law; drafted and revised process memo and communicated with K. Wright regarding the same; reviewed and analyzed e-communications for relevant. | 7.40 |
| 01/22/2019 | Lopez, Alex | Create task list for DOJ and SEC investigations. Review and revise factual memo of investigation and discuss same with case team.  Review documents that hit on search terms.  Call with R. Mossman regarding investigation and next steps. Review key documents circulated by case team.  Review tolling agreement and discuss same with case team. Review process memorandum regarding DOJ criminal. | 8.20 |
| 01/22/2019 | Schwartz, Shaina Leigh | Reviewed fact and legal research memorandum; discussed case developments with A. Lopez. | 2.30 |
| 01/22/2019 | Chua, Theodore | Reviewed documents related to communications and transactions, analyzing issues for inclusion in factual memorandum. | 7.20 |
| 01/22/2019 | Wright, Katherine | Met with A. Lopez and T. Chua to discuss e-comms review work plan; reviewed e-comms. Drafted process memo. | 6.40 |

September 12, 2019

WARREN CLAMEN
Page Number:  7

Account Number:  38636-00006
Invoice Number:  5802995

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 01/22/2019 | Yau, Tommy | Performed search queries to isolate documents to form report containing document statistics for caseteam analysis; creation of document batches for caseteam access as requested by T. Chua. | 3.20 |
| 01/23/2019 | Dunogué, Agnès | Reviewed and commented on analysis of documents of interest. | 0.40 |
| 01/23/2019 | Breitbart, Sam | Reviewed and analyzed e-communications and communicated with J. Nathanson and A. Dunogue regarding the same; drafted a summary of all documents reviewed on 1/23/19 by K. Wright, T. Chua and myself. | 2.40 |
| 01/23/2019 | Lopez, Alex | Review documents in connection with upcoming meeting with client and prepare outline in connection with same.  Respond to questions from team regarding potentially key documents. | 3.90 |
| 01/23/2019 | Chua, Theodore | Reviewed documents related to communications and transactions, analyzing issues for inclusion in factual memorandum. | 5.60 |
| 01/23/2019 | Wright, Katherine | Reviewed e-comms for relevant terms. | 5.90 |
| 01/24/2019 | Dunogué, Agnès | Communications with J. Nathanson, A. Lopez regarding communications with individual counsel. Reviewed and analyzed documents of interest and follow-up to team regarding same. | 0.50 |
| 01/24/2019 | Mossman, Rachel Elizabe | Manage document review projects and preparation for client meeting. | 0.50 |
| 01/24/2019 | Breitbart, Sam | Reviewed and analyzed e-communications; drafted and revised process memo. | 8.60 |
| 01/24/2019 | Lopez, Alex | Review documents and outline for meeting with client and revise same; discuss same with case team. | 3.60 |
| 01/24/2019 | Chua, Theodore | Reviewed documents related to communications and transactions.  Drafted outline and questions for client meeting. | 6.30 |
| 01/24/2019 | Wright, Katherine | Reviewed e-comms for relevant terms; drafted outline for client meeting. | 7.10 |
| 01/25/2019 | Dunogué, Agnès | Communications with team regarding preparation for client meeting and outline regarding documents of interest. Communications with J. Nathanson, S. Breitbart regarding process memorandum and further updates and research for same. | 0.70 |
| 01/25/2019 | Nathanson, John  A. | Review materials identified by team. Review client outlines, revise and communicate with team regarding same.  Prepare for and call with individual counsel. | 3.50 |
| 01/25/2019 | Mossman, Rachel Elizabe | Manage document review project and prep for client meeting. | 0.60 |
| 01/25/2019 | Breitbart, Sam | Reviewed and analyzed e-communications; drafted summaries of noteworthy e-communications; drafted and revised the process memo and communicated with A. Dunogue regarding the same. | 7.50 |

September 12, 2019

WARREN CLAMEN
Page Number: 8

Account Number: 38636-00006
Invoice Number: 5802995

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/25/2019 | Lopez, Alex | Review and analyze documents in connection with outline for upcoming meeting with client, revise same, and discuss same with case team. Call with individual counsel and memorialize same. Discuss next steps with case team. Review proposed tolling agreement. Review process memorandum regarding DOJ criminal process and discuss same with S. Brietbart. | 5.00 |
| 01/25/2019 | Schwartz, Shaina Leigh | Reviewed communication from A. Dunogue and A. Lopez regarding meeting with client. | 0.20 |
| 01/25/2019 | Chua, Theodore | Revised outline and questions for client meeting. Reviewed documents relating to transactions and summarized key results. | 5.50 |
| 01/25/2019 | Wright, Katherine | Drafted outline for client meeting; reviewed e-comms for relevant terms; drafted process memo. | 7.70 |
| 01/25/2019 | Yau, Tommy | Performed search queries to obtain document statistics for caseteam analysis as requested by K. Wright. | 0.60 |
| 01/26/2019 | Nathanson, John A. | Review materials relating to fact issues to discuss with client. Communicate with team regarding same. | 0.80 |
| 01/26/2019 | Breitbart, Sam | Communicated internally regarding the process memo. | 0.30 |
| 01/26/2019 | Lopez, Alex | Review and revise outline for meeting with client and review documents in connection with same; discuss same with case team. Communicate with counsel regarding receiving documents. | 1.40 |
| 01/26/2019 | Chua, Theodore | Revised outline and questions for client meeting. Conducted follow-up searches. | 2.70 |
| 01/27/2019 | Dunogué, Agnès | Research regarding accounting cases, analyzed related materials. Revised memorandum for client, communications with J. Nathanson regarding same. Reviewed documents of interest from factual investigation. | 5.30 |
| 01/27/2019 | Nathanson, John A. | Review and revise memo for client and communicate with team regarding same. | 0.50 |
| 01/27/2019 | Breitbart, Sam | Researched and analyzed relevant cases and trends for the purpose of revising process memorandum. | 1.00 |
| 01/27/2019 | Lopez, Alex | Communicate with case team regarding upcoming meeting with client and related preparation. Review process memo and discuss same with case team. Communicate with team regarding factual memo summarizing findings to date and review same. | 1.80 |
| 01/27/2019 | Chua, Theodore | Revised factual memorandum and chronologies tracking transactions and communications. | 1.50 |
| 01/27/2019 | Wright, Katherine | Revised outline for client meeting; reviewed e-comms for relevant terms. | 1.30 |
| 01/28/2019 | Dunogué, Agnès | Updated process memorandum and further related research and analysis. Reviewed documents. Meeting with client, prepared for same. Meeting with A. Lopez regarding next steps. | 4.30 |

September 12, 2019

WARREN CLAMEN
Page Number:  9

Account Number:  38636-00006
Invoice Number:  5802995

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 01/28/2019 | Nathanson, John  A. | Prepare for and meeting with client and communicate with team regarding same. | 1.80 |
| 01/28/2019 | Mossman, Rachel Elizabe | Review process memo and coordinate review and planning for client meeting. | 0.70 |
| 01/28/2019 | Breitbart, Sam | Drafted and revised process memo and witness outline, and reviewed and analyzed financial spreadsheets in preparation for client meeting. | 4.10 |
| 01/28/2019 | Lopez, Alex | Attend meeting with client to discuss next stages of investigation and specific documents. Prepare for same and discuss next steps with A. Dunogue.  Analyze proposed tolling agreement and discuss same with A. Dunogue. Review process memorandum and discuss same with S. Breitbart and K. Wright. Communicate with case team and vendor regarding ongoing document review. | 7.70 |
| 01/28/2019 | Schwartz, Shaina Leigh | Reviewed communication from A. Lopez regarding meeting with client. | 0.20 |
| 01/28/2019 | Chua, Theodore | Updated outline and binder of documents for client meeting. Reviewed documents related to transactions and communications. | 1.70 |
| 01/28/2019 | Wright, Katherine | Revised outline for client meeting; reviewed e-comms for relevant terms; revised process memo. | 4.60 |
| 01/28/2019 | Dizon, Joel | Create review batches as requested by T. Chua. | 0.50 |
| 01/28/2019 | Tercero, Rachelle | Review searches from T. Chua and assist with preparing batch sets for review. | 0.30 |
| 01/29/2019 | Dunogué, Agnès | Communications with client regarding tolling agreement extension. | 0.20 |
| 01/29/2019 | Nathanson, John  A. | Communicate with team, client and SEC regarding tolling agreement.  Communicate with team regarding projects. | 0.50 |
| 01/29/2019 | Mossman, Rachel Elizabe | Discuss client meeting and workplan with A. Lopez; manage document review project. | 0.70 |
| 01/29/2019 | Breitbart, Sam | Communicated internally regarding client meeting and additional review of e-communications. | 1.80 |
| 01/29/2019 | Lopez, Alex | Met with case team to discuss ongoing review and next steps. Communicate with S. Brietbart and K. Wright regarding next steps for process memo. | 3.20 |
| 01/29/2019 | Chua, Theodore | Reviewed and summarized documents related to transactions and communications. Met with case team to discuss follow-up tasks and searches of documents. | 3.20 |
| 01/29/2019 | Wright, Katherine | Attended team meeting lead by A. Lopez; prepared for process memo document review. | 2.20 |
| 01/29/2019 | Scroope, Catherine | Met with A.Lopez and team to discuss client meeting and review plan going forward. | 0.80 |
| 01/30/2019 | Dunogué, Agnès | Communications with SEC, J. Nathanson regarding tolling agreement. | 0.10 |

September 12, 2019

WARREN CLAMEN
Page Number:  10

Account Number:  38636-00006
Invoice Number:  5802995

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/30/2019 | Breitbart, Sam | Reviewed and analyzed Iconix class action complaint for relevance in investigations; analyzed service documents for process memo. | 3.20 |
| 01/30/2019 | Lopez, Alex | Review documents in connection with time period associated with 2013 10K.  Discuss statute of limitations with the Team. Communicate with counsel regarding collection of additional documents. | 3.40 |
| 01/30/2019 | Chua, Theodore | Reviewed and summarized documents related to transactions and communications. | 4.30 |
| 01/30/2019 | Wright, Katherine | Researched follow-up from DOJ criminal process regarding calculating losses; reviewed second level priority document review. | 4.60 |
| 01/30/2019 | Scroope, Catherine | Reviewed documents related to investigation. | 2.80 |
| 01/30/2019 | Tucker, James H. | Searched various online sources to locate requested copy of compile historical stock prices, for K. Wright. | 0.30 |
| 01/31/2019 | Breitbart, Sam | Reviewed and analyzed the Iconix Class Action complaint and other information for process memo. | 3.40 |
| 01/31/2019 | Lopez, Alex | Communicate with team regarding document review and review documents circulated by team. | 0.90 |
| 01/31/2019 | Chua, Theodore | Reviewed and summarized documents tracking transactions and communications. | 3.00 |
| 01/31/2019 | Wright, Katherine | Researched follow-up for process memo; reviewed second level priority documents. | 5.40 |
| 01/31/2019 | Scroope, Catherine | Reviewed documents pursuant to DOJ investigation. | 0.90 |
| 01/31/2019 | Tucker, James H. | Searched various online sources to locate historical Iconix stock information, for S. Breitbart. | 0.40 |

**TOTAL HOURS** ................................................................ 381.30

**FEES** ............................................................................................... $290,615.00

**LESS 10% DISCOUNT** ....................................................................... ($29,061.50)

**SUB-TOTAL** ......................................................................................... $261,553.50

September 12, 2019

WARREN CLAMEN
Page Number: 11

Account Number: 38636-00006
Invoice Number: 5802995

## COST DETAIL

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 01/10/19 | TEL | Telephone - Conference Call Invoice Number: 210960, Date:10-Jan-19 | 4.21 |
| 01/17/19 | TEL | Telephone - Conference Call Invoice Number: 210960, Date:17-Jan-19 | 3.01 |
| 01/19/19 | TEL | Telephone - Conference Call Invoice Number: 210960, Date:19-Jan-19 | 5.98 |
| 01/21/19 | WRD | Word Processing - New York JOB NO. 122450 | 11.25 |
| 01/25/19 | CPY | Inhouse Photocopies 130 COPIES AT 4TH FLOOR SC. CANON COPIER 7105 - A6 | 23.40 |
| 01/25/19 | CPY | Inhouse Photocopies 50 COPIES AT 4TH FLOOR SC. CANON COPIER 7105 - A4 | 9.00 |
| 01/25/19 | CPY | Inhouse Photocopies 312 COPIES AT 4TH FLOOR SC. CANON COPIER 7105 - A5 | 56.16 |
| 01/28/19 | CPY | Inhouse Color Copies 360 COPIES AT C1-4 REPRODUCTION XEROX COLOR COPIER - N0 | 450.00 |
| 01/28/19 | CPY | Inhouse Photocopies 129 COPIES AT C1 - REPRODUCTION OFFICE | 23.22 |
| 01/30/19 | OTT | Overtime Taxis Bank ID: CITBKNY4 Check Number: 820171 | 12.27 |

## COST SUMMARY

| | | |
|------|------|------|
| CPY | Inhouse Photocopies | 561.78 |
| OTT | Overtime Taxis | 12.27 |
| TEL | Telephone Charges | 13.20 |
| WRD | Word Processing | 11.25 |

**COSTS related thereto** ...................................................................................................... $598.50

**TOTAL** ............................................................................................................................... $262,152.00

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

12/1/19

September 12, 2019

When remitting,
please reference:

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B
New York, NY  10016

38636-00006

Invoice Number:  5814951

FOR PROFESSIONAL SERVICES rendered through June 30, 2019 relating to the SEC investigation.

FEES................................................................................................................. $83,549.00

**LESS 10% DISCOUNT** ..................................................................................... ($8,354.90)

**SUB-TOTAL** ....................................................................................................... $75,194.10

**COSTS** related thereto......................................................................................... $420.87

**TOTAL** ................................................................................................................. $75,614.97

$73,526.05

*Reimbursable*

***PAYMENT INSTRUCTIONS***

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

Citibank N.A.
153 East 53rd Street
New York, NY 10022
ABA #021000089

Shearman & Sterling LLP
General 1 Account
Account #09280096
SWIFT Code CITIUS33

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

September 12, 2019

When remitting,
please reference:

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B
New York, NY 10016

38636-00006

Invoice Number: 5814951

FOR PROFESSIONAL SERVICES rendered through June 30, 2019 relating to the SEC investigation.

| | |
|---|---|
| **FEES**................................................................................................ | $83,549.00 |
| **LESS 10% DISCOUNT** ....................................................................... | ($8,354.90) |
| **SUB-TOTAL**..................................................................................... | $75,194.10 |
| **COSTS** related thereto...................................................................... | $420.87 |
| **TOTAL** ............................................................................................. | $75,614.97 |

### PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

Citibank N.A.                    Shearman & Sterling LLP
153 East 53rd Street            General 1 Account
New York, NY 10022             Account #09280096
ABA #021000089                 SWIFT Code CITIUS33

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

September 12, 2019

WARREN CLAMEN
Page Number:  3

Account Number:  38636-00006
Invoice Number:  5814951

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 05/29/2019 | Nathanson, John A. | Call with client. Discuss TPs with team. | 0.80 |
| 05/30/2019 | Nathanson, John A. | Call with individual counsel. | 0.60 |
| 05/31/2019 | Nathanson, John A. | Draft summary of discussion with individual counsel, communicate with team re follow ups. | 0.70 |
| 06/03/2019 | Silecchia, Joseph C. | Uploaded selected documents to case database in preparation for attorney review. | 0.40 |
| 06/04/2019 | Dunogué, Agnès | Communications with team regarding updates for talking points. | 0.20 |
| 06/04/2019 | Breitbart, Sam | Revised and drafted attorney proffer Talking Points. | 1.50 |
| 06/04/2019 | Lopez, Alex | Review revised talking points and discuss same with S. Breitbart. | 0.60 |
| 06/04/2019 | Wright, Katherine | Summarized recent individual counsel calls. | 0.40 |
| 06/04/2019 | Silecchia, Joseph C. | Updated selected documents in memorandum in preparation for attorney review. | 0.60 |
| 06/05/2019 | Dunogué, Agnès | Communications with team regarding updates for talking points. | 0.10 |
| 06/05/2019 | Silecchia, Joseph C. | Uploaded selected documents to case database for attorney review. | 0.40 |
| 06/06/2019 | Dunogué, Agnès | Communications with team regarding updates for talking points. | 0.30 |
| 06/06/2019 | Nathanson, John A. | Revise Clamen talking points. | 0.50 |
| 06/06/2019 | Silecchia, Joseph C. | Uploaded selected documents case database in preparation for attorney review. | 0.30 |
| 06/07/2019 | Breitbart, Sam | Reviewed and analyzed trademark infringement lawsuit to synthesize facts and legal principals to draft client summary; drafted and revised appendix to talking points outlining accounting issues. | 5.20 |
| 06/07/2019 | Lopez, Alex | Review notes of call regarding third party lawsuit and discuss same with K. Wright. Discuss client email including next steps with K. Wright. | 0.90 |
| 06/07/2019 | Chua, Theodore | Revised talking points related to transactions and communications of interest to the government. | 1.00 |
| 06/07/2019 | Wright, Katherine | Revised attorney proffer talking points; prepared for and summarized individual counsel privilege call; researched non party subpoenas and drafted summary of subpoena process in arbitration and federal court. | 7.10 |
| 06/10/2019 | Breitbart, Sam | Drafted and revised attorney proffer Talking Points and communicated with K. Wright and T. Chua regarding the same. | 1.20 |
| 06/11/2019 | Dunogué, Agnès | Reviewed and revised draft talking points. | 0.80 |
| 06/11/2019 | Nathanson, John A. | Communicate with team regarding talking points follow up. | 0.40 |

September 12, 2019

WARREN CLAMEN
Page Number: 4

Account Number: 38636-00006
Invoice Number: 5814951

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 06/11/2019 | Breitbart, Sam | Communicated with K. Wright and T. Chua regarding talking points; reviewed and revised talking points; communicated with K. Wright regarding accounting research. | 1.30 |
| 06/11/2019 | Wright, Katherine | Revised attorney proffer talking points; and identified and provided research instructions. | 1.20 |
| 06/12/2019 | Dunogué, Agnès | Reviewed and revised draft talking points, related communications with team and reviewed and analyzed related materials. | 5.60 |
| 06/12/2019 | Nathanson, John A. | Revise TPs and communicate with team re same. | 0.90 |
| 06/12/2019 | Breitbart, Sam | Communicated with A. Dunogue; A. Lopez; K. Wright; T. Chua regarding attorney talking points; drafted and revised attorney talking points; reviewed and analyzed hard-copy documents for input into talking points; reviewed and analyzed documents and synthesized facts for client email. | 6.10 |
| 06/12/2019 | Lopez, Alex | Team meeting to discuss talking points and next steps. Revise talking points and discuss same with S. Breitbart and K. Wright. Discuss collections process with R. Mossman. | 2.00 |
| 06/12/2019 | Chua, Theodore | Participated in meeting led by A. Dunogue regarding revisions to talking points regarding transactions and response to potential arbitration subpoena. Assisted with revisions to said talking points and appendix summarizing public filings. | 1.40 |
| 06/12/2019 | Wright, Katherine | Revised attorney proffer talking points; attended team meeting and related follow-up; and identified and provided research instructions. | 3.90 |
| 06/13/2019 | Dunogué, Agnès | Communications with client and team. | 0.70 |
| 06/13/2019 | Breitbart, Sam | Reviewed and analyzed 2013 10-K and the Restatements and synthesized facts therefrom for entry into the talking points; reviewed and analyzed legal principles to be applied in client email. | 1.10 |
| 06/13/2019 | Chua, Theodore | Reviewed public filings to follow up on discussion. Reviewed documents provided by client pertaining to transaction.. | 1.00 |
| 06/14/2019 | Chua, Theodore | Reviewed documents provided by client pertaining to transactions of interest for possible inclusion in factual arguments. | 0.70 |
| 06/14/2019 | Silecchia, Joseph C. | Prepared selected materials to send to client as per T. Chua. | 0.30 |
| 06/17/2019 | Wright, Katherine | Revised attorney proffer talking points; and provided instructions on additional research. | 1.40 |
| 06/18/2019 | Dunogué, Agnès | Call with client and follow up related to same. | 0.90 |
| 06/18/2019 | Nathanson, John A. | Prepare for and call with client and follow ups with team regarding same. Individual counsel calls and communicate with team regarding same. | 1.80 |

September 12, 2019

WARREN CLAMEN
Page Number: 5

Account Number: 38636-00006
Invoice Number: 5814951

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 06/18/2019 | Breitbart, Sam | Revised and drafted chart of communications; attended client call with J. Nathanson and A. Dunogue and drafted summary regarding same. | 1.20 |
| 06/19/2019 | Dunogué, Agnès | Reviewed updates from J. Nathanson regarding common interest privileged discussions. | 0.40 |
| 06/19/2019 | Nathanson, John A. | Calls with individual counsel and summarize same. | 1.60 |
| 06/19/2019 | Silecchia, Joseph C. | Uploaded selected documents to case database in preparation for attorney review. | 0.40 |
| 06/21/2019 | Dunogué, Agnès | Reviewed and communicated with J. Nathanson regarding common interest privileged discussions and next steps. | 0.40 |
| 06/21/2019 | Nathanson, John A. | Communicate with individual counsel, summarize and follow up with team regarding same. | 1.50 |
| 06/21/2019 | Silecchia, Joseph C. | Uploaded documents to case database in preparation for attorney review. | 0.40 |
| 06/23/2019 | Dunogué, Agnès | Communications with team regarding analyses. | 0.10 |
| 06/23/2019 | Nathanson, John A. | Summarize individual call and follow ups with team regarding same. | 0.80 |
| 06/23/2019 | Breitbart, Sam | Communicated with A. Dunogue regarding call; searched for, reviewed and analyzed documents identified during call for input into Talking Points. | 1.80 |
| 06/24/2019 | Dunogué, Agnès | Review and analysis of documents. | 1.10 |
| 06/24/2019 | Nathanson, John A. | Call with team regarding follow ups from individual counsel calls. | 0.50 |
| 06/24/2019 | Breitbart, Sam | Searched for, analyzed and reviewed documents identified in call for input into Talking Points; drafted and revised chart of communications; communicated with A. Dunogue and J. Nathanson regarding call with counsel. | 2.50 |
| 06/26/2019 | Dunogué, Agnès | Updated summary of common interest communications. | 0.50 |
| 06/26/2019 | Nathanson, John A. | Calls with individual counsel, client, SDNY. Communicate with team regarding follow ups regarding same. | 1.80 |
| 06/26/2019 | Breitbart, Sam | Attended and drafted a summary of call; searched for, reviewed, analyzed and summarized documents pertaining to issues discussed on call; reviewed and analyzed documents relating to transaction for input into Talking Points; revised and drafted chart of communications; compiled documents relating to transaction. | 3.80 |
| 06/26/2019 | Silecchia, Joseph C. | Uploaded selected documents to case database in preparation for attorney review. | 0.40 |
| 06/27/2019 | Dunogué, Agnès | Meeting with J. Nathanson regarding strategy and next steps. | 0.70 |
| 06/27/2019 | Breitbart, Sam | Drafted and revised Talking Points; attended meeting to discuss call with SDNY; reviewed and analyzed | 3.80 |

September 12, 2019

WARREN CLAMEN
Page Number: 6

Account Number: 38636-00006
Invoice Number: 5814951

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| | | documents relating to transaction. | |
| 06/28/2019 | Dunogué, Agnès | Call with client and analysis of documents. | 1.00 |
| 06/28/2019 | Breitbart, Sam | Reviewed and analyzed documents pertaining to transaction for input into Talking Points; compiled documents in advance of client meeting; attended teleconference with J. Nathanson, A. Dunogue and client; reviewed and analyzed Enforcement handbook. | 7.80 |
| 06/30/2019 | Breitbart, Sam | Reviewed and analyzed documents regarding Impairment and Accounting issues. | 3.20 |

**TOTAL HOURS** 90.00

**FEES**................................................................................................................. $83,549.00

**LESS 10% DISCOUNT** ................................................................................... ($8,354.90)

**SUB-TOTAL** ................................................................................................... $75,194.10

September 12, 2019

WARREN CLAMEN                                    Account Number:  38636-00006
Page Number:  7                                  Invoice Number:  5814951

## COST DETAIL

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 05/29/19 | TXI | Taxis - Uber Uber-Trip Id# 1ae31751-d576-433c-aaa1-65c44 2bd40beadj FROM:610 Lexington Ave, New York, NY 10022, USA TO: 212 E 72nd St, New York, NY 10021, USA AT: 1:22 AM | 1.03 |
| 06/13/19 | LXI | Lexis Research | 171.00 |
| 06/27/19 | CPY | Inhouse Photocopies 600 COPIES AT C1-4 REPRODUCTION CANON COPIER 7105 - N8 | 108.00 |
| 06/28/19 | CPY | Inhouse Photocopies 690 COPIES AT C1-4 REPRODUCTION CANON COPIER 7105 - N8 | 124.20 |
| 06/30/19 | TXI | Taxis - Uber Uber-Trip Id# 0c5dacc0-e40d-4611-a702-a5959 5a89a6cadj FROM:610 Lexington Ave, New York, NY 10022, USA TO: E81, New York, NY 10028, USA AT: 5:18 PM | 3.22 |
| 06/30/19 | TXI | Taxis - Uber Uber-Trip Id# 0c5dacc0-e40d-4611-a702-a5959 5a89a6c FROM:610 Lexington Ave, New York, NY 10022, USA TO: E81, New York, NY 10028, USA AT: 5:18 PM | 13.42 |

## COST SUMMARY

| CPY | Inhouse Photocopies | 232.20 |
|-----|---------------------|--------|
| LXI | Lexis Research | 171.00 |
| TXI | Radio Taxis | 17.67 |

**COSTS related thereto**............................................................................................  $420.87

**TOTAL**...................................................................................................................  $75,614.97

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

12/1/19

September 12, 2019

When remitting,
please reference:

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B
New York, NY 10016

38636-00006

Invoice Number: 5817190

FOR PROFESSIONAL SERVICES rendered through July 31, 2019 relating to the SEC investigation.

| | |
|---|---|
| **FEES** | $176,799.00 |
| **LESS 10% DISCOUNT** | ($17,679.90) |
| **SUB-TOTAL** | $159,119.10 |
| **COSTS** related thereto | $2,021.58 |
| **TOTAL** | $161,140.68 |

onlist

KClf

$156,720.71

Reimbursable

### PAYMENT INSTRUCTIONS
*Please return one remittance copy with your payment to the attention of the Financial Services Department.
For wire transfer payment, please send funds to:*

| Citibank N.A. | Shearman & Sterling LLP |
|---|---|
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #09280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement
Tax Identification Number 13-5514352*

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

September 12, 2019

When remitting,
please reference:

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B
New York, NY 10016

38636-00006

Invoice Number: 5817190

FOR PROFESSIONAL SERVICES rendered through July 31, 2019 relating to the SEC investigation.

| | |
|---|---|
| **FEES** | $176,799.00 |
| **LESS 10% DISCOUNT** | ($17,679.90) |
| **SUB-TOTAL** | $159,119.10 |
| **COSTS** related thereto | $2,021.58 |
| **TOTAL** | $161,140.68 |

### PAYMENT INSTRUCTIONS

*Please return one remittance copy with your payment to the attention of the Financial Services Department.
For wire transfer payment, please send funds to:*

| | |
|---|---|
| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #09280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

**Please reference the client matter and invoice numbers on the electronic fund transfer.**
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement
Tax Identification Number 13-5514352*

September 12, 2019

WARREN CLAMEN                                    Account Number:  38636-00006
Page Number:  3                                  Invoice Number:  5817190

### TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 06/27/2019 | Nathanson, John A. | Calls with individual counsel.  Strategy and task meeting with team. | 1.50 |
| 06/28/2019 | Nathanson, John A. | Call with client. Meet with team re talking points and strategy. Review documents flagged by team. | 1.70 |
| 07/01/2019 | Nathanson, John A. | Call with USAO and communicate with team regarding same. Review documents and communicate with team regarding findings and follow ups from same. | 1.90 |
| 07/01/2019 | Dunogué, Agnès | Updated talking points and reviewed materials regarding same. | 2.30 |
| 07/01/2019 | Breitbart, Sam | Reviewed and analyzed documents to synthesize facts for input into talking points; drafted and revised talking points and attended meeting with A. Dunogue regarding the same; attended teleconference with USAO and J. Nathanson; planned and prepared submission to SEC for transcript of testimony. | 6.20 |
| 07/02/2019 | Nathanson, John A. | Revise talking points and communicate with team regarding same. | 1.40 |
| 07/02/2019 | Dunogué, Agnès | Communications with team regarding talking points. | 0.30 |
| 07/02/2019 | Breitbart, Sam | Drafted and revised request from SEC for transcript of deposition; drafted and revised talking points; reviewed, analyzed and compiled documents in preparation for client meeting. | 9.20 |
| 07/03/2019 | Nathanson, John A. | Revise talking points and communicate with team regarding same. | 1.20 |
| 07/03/2019 | Dunogué, Agnès | Communications with team regarding talking points. | 0.80 |
| 07/03/2019 | Breitbart, Sam | Revised and drafted talking points and communicated with A. Dunogue regarding the same; drafted email to client and prepared package for delivery; planned for and submitted request for SEC transcript; reviewed and analyzed Carter v. Iconix complaint and drafted a summary regarding the same. | 3.70 |
| 07/03/2019 | Yip, Bosco | Plan and prepare for created encrypted zip file and copy into flash drive and sent it to Sam office. | 0.40 |
| 07/05/2019 | Dunogué, Agnès | Communications with team regarding talking points. | 0.30 |
| 07/08/2019 | Nathanson, John A. | Prepare for and meet with individual counsel. Communicate with team re follow ups same. | 3.70 |
| 07/08/2019 | Dunogué, Agnès | Prepared for and attended meeting with other defense counsel, and follow up analysis in connection with same. | 2.80 |
| 07/08/2019 | Breitbart, Sam | Planned and prepared for meeting with individual counsel. | 3.20 |
| 07/09/2019 | Nathanson, John A. | Review additional materials flagged by team and communicate with team regarding same. | 1.10 |
| 07/09/2019 | Dunogué, Agnès | Updated talking points and related analysis. | 0.70 |

September 12, 2019

WARREN CLAMEN
Page Number: 4

Account Number: 38636-00006
Invoice Number: 5817190

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/09/2019 | Breitbart, Sam | Drafted and revised Talking Points and compendium of common interest privilege communications; reviewed and analyzed documents provided by individual counsel for input into talking points; planned and prepared for meeting with Clamen. | 4.20 |
| 07/09/2019 | Yau, Tommy | Transferring contents of disc onto shared space repository for caseteam access as requested by S. Breitbart. | 0.10 |
| 07/10/2019 | Nathanson, John A. | Meet w client and revise talking points. | 3.40 |
| 07/10/2019 | Dunogué, Agnès | Meeting with client, prepared for same, and related follow up. | 1.50 |
| 07/10/2019 | Breitbart, Sam | Planned and prepared for meeting with Warren Clamen to prepare for attorney proffer; attended meeting with Warren Clamen to prepare for attorney proffer | 7.50 |
| 07/10/2019 | Silecchia, Joseph C. | Reviewed and uploaded selected documents to case database in preparation for attorney review. | 0.60 |
| 07/11/2019 | Breitbart, Sam | Reviewed Clamen's SEC deposition transcript. | 2.00 |
| 07/11/2019 | Vishnevetskiy, Eduard | Assist S. Breitbart with transcript upload and formatting for legal review purposes. | 0.40 |
| 07/12/2019 | Nathanson, John A. | Revise talking points and communicate with team regarding same. | 1.30 |
| 07/12/2019 | Breitbart, Sam | Planned and prepared for delivery fo SEC deposition transcrit to Clamen; reviewed and analyzed transcript for input into Talking Points. | 4.20 |
| 07/12/2019 | Silecchia, Joseph C. | Uploaded selected documents in support of memorandum to case database in preparation for attorney review. | 0.80 |
| 07/12/2019 | Sunderman, Connor D. | Prepared materials for delivery to W. Clamen, for S. Breitbart. | 0.30 |
| 07/13/2019 | Nathanson, John A. | Review SEC testimony and communicate with team regarding same. | 1.80 |
| 07/13/2019 | Breitbart, Sam | Reviewed and analyzed SEC deposition transcript for input into Talking Points; revised and drafted Talking Points; communicated with J. Nathanson regarding Clamen's SEC deposition and exhibits. | 4.40 |
| 07/14/2019 | Nathanson, John A. | Communicate with team regarding talking points and revise same. | 0.50 |
| 07/14/2019 | Dunogué, Agnès | Communications with client. | 0.60 |
| 07/14/2019 | Breitbart, Sam | Revised and drafted Talking Points. | 0.80 |
| 07/15/2019 | Nathanson, John A. | Communicate with team. Prepare summary talking points for SDNY meeting. Call with individual counsel. | 3.70 |
| 07/15/2019 | Dunogué, Agnès | Communications with Iconix counsel. | 0.50 |
| 07/15/2019 | Breitbart, Sam | Searched for and reviewed documents regarding third-party valuations of Iconix acquisitions for input into talking points; communicated with A. Dunogue regarding universe of documents produced to | 5.30 |

September 12, 2019

WARREN CLAMEN
Page Number:  5

Account Number:  38636-00006
Invoice Number:  5817190

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| | | government; drafted and revised Talking Points and compendium of common interest privileged communications. | |
| 07/16/2019 | Dunogué, Agnès | Communications with team regarding additional document analysis. | 0.30 |
| 07/16/2019 | Breitbart, Sam | Planned and prepared for call with Clamen. | 0.40 |
| 07/16/2019 | Silecchia, Joseph C. | Uploaded selected documents to case database in preparation for attorney review. | 0.30 |
| 07/17/2019 | Nathanson, John  A. | Revise attorney proffer summary and communicate with team and client re same.  Call with individual counsel. | 1.70 |
| 07/17/2019 | Dunogué, Agnès | Analysis for talking points. | 0.60 |
| 07/17/2019 | Breitbart, Sam | Planned and prepared for call with Clamen; reviewed and analyzed revised Talking Points; drafted and revised compendium of common interest communications. | 4.80 |
| 07/18/2019 | Nathanson, John  A. | Call with client. Revise proffer document. | 0.90 |
| 07/18/2019 | Dunogué, Agnès | Analysis for talking points. | 0.90 |
| 07/19/2019 | Nathanson, John  A. | Finalize attorney proffer points and communicate with team and client re same. | 0.80 |
| 07/19/2019 | Breitbart, Sam | Reviewed and analyzed documents in advance of meeting with the government; drafted and revised attorney Talking Points; planned and prepared for deliver of production from Skadden. | 5.10 |
| 07/19/2019 | Yip, Bosco | Plan and prepare for loading new data into relativity. | 1.90 |
| 07/20/2019 | Nathanson, John  A. | Revise talking points and communicate with team regarding same. | 0.50 |
| 07/20/2019 | Breitbart, Sam | Communicated with PSE regarding receipt of Skadden production and reviewed and analyzed documents therein. | 1.40 |
| 07/21/2019 | Nathanson, John  A. | Communicate with team and client regarding talking points. | 0.80 |
| 07/21/2019 | Dunogué, Agnès | Analysis for talking points. | 1.30 |
| 07/21/2019 | Breitbart, Sam | Reviewed, analyzed and synthesized documents contained in Skadden production regarding impairment testing for input into the Talking Points; planned and prepared for meeting with the government. | 6.80 |
| 07/22/2019 | Nathanson, John  A. | Prepare for and meet with USAO and follow up with client and team re same. | 4.30 |
| 07/22/2019 | Dunogué, Agnès | Meeting with DOJ regarding attorney proffer, prepared for same, and follow up with client regarding same. | 4.60 |
| 07/22/2019 | Breitbart, Sam | Planned and prepared for meeting with the government; communicated with T. Chua and PSE regarding document collection parameters; reviewed and analyzed documents concerning Marcy Media Transaction. | 5.50 |
| 07/22/2019 | Chua, Theodore | Reviewed documents and spreadsheets related to transactions of interest to government investigation. | 1.70 |

September 12, 2019

WARREN CLAMEN
Page Number: 6

Account Number: 38636-00006
Invoice Number: 5817190

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 07/22/2019 | Yip, Bosco | Plan and prepare for running de-dupe process for old data and newly loaded data. gave report and dupe count. | 2.50 |
| 07/23/2019 | Dunogué, Agnès | Meeting with team regarding additional analysis. | 0.30 |
| 07/23/2019 | Breitbart, Sam | Searched, reviewed and analyzed Marcy Media- and CVA-related documents following meeting with government. | 4.70 |
| 07/23/2019 | Chua, Theodore | Reviewed and summarized e-mails and spreadsheets tracking transactions and communications of interest. | 4.20 |
| 07/24/2019 | Nathanson, John A. | Calls with individual counsel. | 0.90 |
| 07/24/2019 | Dunogué, Agnès | Communicated with team regarding additional document analysis. | 0.30 |
| 07/24/2019 | Breitbart, Sam | Conducted preliminary search for, reviewed, and synthesized for input into summary Marcy Media documents in Skadden's production. | 1.90 |
| 07/24/2019 | Chua, Theodore | Reviewed contents and metadata of spreadsheet related to transaction of interest to government.  Reviewed emails related to said transaction and summarized key documents into chronology. | 0.70 |
| 07/25/2019 | Nathanson, John A. | Review materials identified by team and communicate with Clamen. | 1.30 |
| 07/25/2019 | Dunogué, Agnès | Communicated with team regarding additional document analysis. | 0.10 |
| 07/25/2019 | Chua, Theodore | Reviewed emails related to transaction of interest to government and summarized key documents into chronology. | 2.70 |
| 07/26/2019 | Dunogué, Agnès | Communicated with team regarding additional document analysis. | 0.20 |
| 07/29/2019 | Breitbart, Sam | Reviewed, analyzed and synthesized Marcy Media documents for entry into Marcy Chronology. | 3.00 |
| 07/29/2019 | Chua, Theodore | Reviewed emails related to transaction of interest to government and summarized key documents into chronology. | 3.60 |
| 07/30/2019 | Nathanson, John A. | Prepare for and call with client and follow up with team. | 1.30 |
| 07/30/2019 | Breitbart, Sam | Reviewed, analyzed and synthesized documents relating to transaction for input into a chronology; attended call with J. Nathanson and Clamen. | 7.00 |

**TOTAL HOURS**                                                    165.60

FEES..............................................................................................................    $176,799.00

LESS 10% DISCOUNT ...............................................................................    ($17,679.90)

SUB-TOTAL .................................................................................................    $159,119.10

September 12, 2019

WARREN CLAMEN                                    Account Number:  38636-00006
Page Number:  7                                  Invoice Number:  5817190

### COST DETAIL

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 07/02/19 | CPY | Inhouse Photocopies 360 COPIES AT C1 - REPRODUCTION OFFICE | 64.80 |
| 07/02/19 | WRD | Word Processing - New York JOB NO. 142947 | 56.25 |
| 07/03/19 | CPY | Inhouse Photocopies 1414 COPIES AT C1-4 REPRODUCTION CANON COPIER 7105 - N8 | 254.52 |
| 07/03/19 | FED | Federal Express Client Cost INV # 660571012, TR# 775634875127, Sent: Sam Breitbart, 599 Lexington Avenue, NEW YORK, NY, Shearman & Sterling LLP, TO: Warren Clamen At: , 250 Sundale Rd., OLIVEBRIDGE, NY | 39.06 |
| 07/03/19 | WRD | Word Processing - New York JOB NO. 142750 | 292.50 |
| 07/08/19 | CPY | Inhouse Photocopies 157 COPIES AT C1-4 REPRODUCTION CANON COPIER 7105 - N5 | 28.26 |
| 07/09/19 | MSG | Messengers ORDER NO. 17444468 | 19.00 |
| 07/09/19 | TXI | Taxis - Uber-Trip Id# 9516cc1b-9c95-4a24-ae71-f8bac e267806 FROM:526 6th Ave, New York, NY 10011, USA TO: 150 E 53rd St, New York, NY 10022, USA AT: 11:35 PM | 19.06 |
| 07/10/19 | CPY | Inhouse Photocopies 240 COPIES AT C1-4 REPRODUCTION CANON COPIER 7105 - N8 | 43.20 |
| 07/10/19 | CPY | Inhouse Photocopies 656 COPIES AT C1-4 REPRODUCTION CANON COPIER 7105 - N8 | 118.08 |
| 07/10/19 | CPY | Inhouse Color Copies 217 COPIES AT C1-4 REPRODUCTION XEROX COLOR COPIER - N0 | 271.25 |
| 07/10/19 | WRD | Word Processing - New York JOB NO. 143424 | 11.25 |
| 07/11/19 | CPY | Inhouse Photocopies 825 COPIES AT C1-4 REPRODUCTION CANON COPIER 7105 - P1 | 148.50 |
| 07/11/19 | CPY | Inhouse Photocopies 342 COPIES AT 4TH FLOOR SC. CANON COPIER 7105 - A4 | 61.56 |
| 07/11/19 | VLO | Velo Binding - New York JOB NUMBER 143649 | 9.00 |
| 07/11/19 | VLO | Velo Binding - New York JOB NUMBER 143662 | 9.00 |
| 07/12/19 | FED | Federal Express Client Cost INV # 183622638, TR# 775705508562, Sent: CONNOR SUNDERMAN, 599 LEXINGTON AVE, NEW YORK, NY, SHEARMAN & STERLING LLP, TO: GUEST - WARREN CLAMEN At: HOTEL GAULT, 449 SAINTE-HELENE STREET, MONTREAL, PQ | 62.88 |
| 07/13/19 | WRD | Word Processing - New York JOB NO. 143912 | 56.25 |
| 07/14/19 | WRD | Word Processing - New York JOB NO. 143924 | 11.25 |
| 07/18/19 | TXI | Taxis - Uber Uber-Trip Id# 106d4c04-4526-455d-ad23-f063e 685d7eeadj FROM:610 Lexington Ave, New York, NY 10022, USA TO: 75 East End Ave, New York, NY 10028, USA AT: 12:59 AM | 1.03 |

September 12, 2019

WARREN CLAMEN
Page Number: 8

Account Number: 38636-00006
Invoice Number: 5817190

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 07/19/19 | TXI | Radio Taxis DIAL INV # 1268994 VCHR # 0504584 FROM: Lexington Ave TO: 321 W 78 St NYC AT 10:47 PM | 41.44 |
| 07/30/19 | CPY | Inhouse Photocopies 2168 COPIES AT C1-4 REPRODUCTION CANON COPIER 7105 - N8 | 390.24 |
| 07/30/19 | TXI | Taxis - Uber Uber-Trip Id# 70813399-bad3-4d10-a8e4-ba4cf dc19d37 FROM:599 Lexington Avenue, 599 Lexington Ave, New York, NY 10022, USA TO: 75 East End Ave, New York, NY 10028, USA AT: 3:31AM | 13.20 |

## COST SUMMARY

| | | |
|------|------|------|
| CPY | Inhouse Photocopies | 1,380.41 |
| FED | Federal Express | 101.94 |
| MSG | Messengers | 19.00 |
| TXI | Radio Taxis | 74.73 |
| VLO | Velo Binding | 18.00 |
| WRD | Word Processing | 427.50 |

**COSTS related thereto**......................................................................................... $2,021.58

**TOTAL** ............................................................................................................. $161,140.68

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

December 3, 2020

When remitting,
please reference:

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B
New York, NY 10016

38636-00004

Invoice Number: 5926854

---

FOR PROFESSIONAL SERVICES rendered through November 30, 2020 relating to the securities class actions.

**FEES**........................................................................................................ $927.00

**LESS 10% DISCOUNT** ........................................................................ ($92.70)

**SUB-TOTAL** ........................................................................................ $834.30

**COSTS** related thereto.......................................................................... $0.00

**TOTAL** .................................................................................................. $834.30

---

*PAYMENT INSTRUCTIONS*

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| | |
|---|---|
| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #09280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

December 3, 2020

When remitting,
please reference:

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B
New York, NY  10016

38636-00004

Invoice Number:  5926854

FOR PROFESSIONAL SERVICES rendered through November 30, 2020 relating to the securities class actions.

**FEES**....................................................................................................................... $927.00

**LESS 10% DISCOUNT** ....................................................................................... ($92.70)

**SUB-TOTAL** ........................................................................................................ $834.30

**COSTS** related thereto............................................................................................ $0.00

**TOTAL** ................................................................................................................... $834.30

*PAYMENT INSTRUCTIONS*
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

| | |
|---|---|
| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #09280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

December 3, 2020

WARREN CLAMEN
Page Number: 3

Account Number:  38636-00004
Invoice Number:  5926854

### TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 11/17/2020 | Dunogué, Agnès | Reviewed objector's filing, communications with Skadden concerning same. | 0.30 |
| 11/18/2020 | Dunogué, Agnès | Reviewed court order, communications with Skadden. | 0.10 |
| 11/25/2020 | Dunogué, Agnès | Reviewed response to objector submission. | 0.20 |

**TOTAL HOURS**                                                                 0.60

**FEES**.........................................................................................................  $927.00

**LESS 10% DISCOUNT** .............................................................................  ($92.70)

**SUB-TOTAL** ...............................................................................................  $834.30

December 3, 2020

WARREN CLAMEN
Page Number:  4

Account Number:  38636-00004
Invoice Number:  5926854

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dunogué, Agnès | 0.60 | 1,545.00 | 927.00 |
| **TOTALS** | 0.60 | | $927.00 |

# S H E A R M A N   &   S T E R L I N G   L L P

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

January 14, 2021

When remitting,
please reference:

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B
New York, NY  10016

38636-00006

Invoice Number:  7000380

---

FOR PROFESSIONAL SERVICES rendered through December 31, 2020 relating to the SEC investigation.

**FEES**................................................................................................................... $2,138.50

**LESS 10% DISCOUNT** .................................................................................... ($213.85)

**SUB-TOTAL** ...................................................................................................... $1,924.65

**COSTS** related thereto...................................................................................... $0.00

**TOTAL** ................................................................................................................ $1,924.65

---

***PAYMENT INSTRUCTIONS***
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

Citibank N.A.                          Shearman & Sterling LLP
153 East 53rd Street                 General 1 Account
New York, NY 10022                Account #09280096
ABA #021000089                     SWIFT Code CITIUS33

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

January 14, 2021

When remitting,
please reference:

Mr. Warren Clamen
76 Madison Avenue
Apartment 11B                                                          38636-00006
New York, NY 10016

Invoice Number: 7000380

---

FOR PROFESSIONAL SERVICES rendered through December 31, 2020 relating to the SEC investigation.

**FEES**..................................................................................................................... $2,138.50

**LESS 10% DISCOUNT** .................................................................................. (<u>$213.85</u>)

**SUB-TOTAL** ..................................................................................................... $1,924.65

**COSTS** related thereto.................................................................................... <u>$0.00</u>

**TOTAL** ............................................................................................................... <u>$1,924.65</u>

---

### *PAYMENT INSTRUCTIONS*
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

|  |  |
|---|---|
| Citibank N.A. | Shearman & Sterling LLP |
| 153 East 53rd Street | General 1 Account |
| New York, NY 10022 | Account #09280096 |
| ABA #021000089 | SWIFT Code CITIUS33 |

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

January 14, 2021

WARREN CLAMEN                                                  Account Number:  38636-00006
Page Number:  3                                                 Invoice Number:  7000380

## TIME DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 12/08/2020 | Nathanson, John  A. | Call with lawyers for N. Cole and draft summary of call for client. | 0.80 |
| 12/09/2020 | Nathanson, John  A. | Communicate with client regarding reach out from attorneys for N. Cole. | 0.50 |

**TOTAL HOURS**                                                                              1.30

**FEES**...................................................................................................................   $2,138.50

**LESS 10% DISCOUNT** ................................................................................   ($213.85)

**SUB-TOTAL** ...........................................................................................................   $1,924.65

January 14, 2021

WARREN CLAMEN                                          Account Number:  38636-00006
Page Number:  4                                          Invoice Number:  7000380

### SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Nathanson, John  A. | 1.30 | 1,645.00 | 2,138.50 |
| **TOTALS** | 1.30 | | $2,138.50 |