UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>-against-<br><br>NEIL COLE<br><br>Defendant. | **ORDER**<br><br>19-cr-869 (ER) |

    Cole is directed to respond to Iconix's letter motion regarding restitution (Doc. 323) by December 1, 2023.

    SO ORDERED.

Dated:  November 17, 2023
          New York, New York

                                          Edgardo Ramos, U.S.D.J.