# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      212.763.0889
DIRECT EMAIL     shecker@kaplanhecker.com

November 22, 2023

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *United States v. Cole, 19 Cr. 869 (ER)*

Dear Judge Ramos:

We represent Neil Cole in the above-captioned matter.  We write to request a brief adjournment of Mr. Cole's deadline to respond to the letter motion regarding restitution filed by Iconix International Inc. ("Iconix").  ECF No. 323.

Iconix submitted its letter on November 16, after receiving a one-week extension from the Court.  ECF No. 321.  On November 17, the Court ordered Mr. Cole to respond to that letter by December 1, 2023.  ECF No. 324.  In light of the upcoming Thanksgiving holiday, and with Iconix's consent, we respectfully request that the deadline for Mr. Cole's response be adjourned by one week, to December 8, 2023.

This is the first request for adjournment as to this deadline.  We appreciate the Court's consideration.

Respectfully submitted,

Sean Hecker

cc: Assistant United States Attorneys Andrew Thomas, Jared Lenow, and Justin Rodriguez. David Zornow, Counsel for Iconix.