UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.

NEIL COLE,

                   *Defendant*.

19 Cr. 869 (ER)

## NOTICE OF APPEARANCE

Please take notice that Justin Weddle of Weddle Law PLLC, with offices located at 37 West 20th Street, Suite 1206, New York, NY 10011, hereby enters an appearance as counsel on behalf of interested party **Elizabeth Cole**, co-signer on Neil Cole's original bond. I certify that I am admitted to practice in the Southern District of New York.

Dated:    New York, NY
            July 15, 2024

*/s/ Justin S. Weddle*

Justin S. Weddle
Weddle Law PLLC
37 W. 20th St. Ste. 1206
New York, NY 10011
212-997-5518
jweddle@weddlelaw.com