

**Weddle Law PLLC**

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

July 12, 2024

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Cole, 19 Cr. 869**

> **MEMO ENDORSED**
>
> The application is granted. Elizabeth Cole is exonerated as a surety to Neil Cole's appearance bond. The Clerk of the Court is respectfully directed to amend Mr. Cole's bond by removing Ms. Cole as a co-signer. So Ordered.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: 10/1/2024
> New York, New York

Dear Judge Ramos:

    This firm represents Elizabeth Cole, who co-signed the defendant Neil Cole's appearance bond on or about December 5, 2019 (ECF 17). We write to request that the Court issue an order exonerating Elizabeth Cole as a surety and removing her from any obligations relating to Neil Cole's appearance bond.

    On June 27, 2024, the Court modified the conditions of release to remove the requirement that Neil Cole's appearance bond be co-signed by one financially responsible person. The modification was made at the request of Neil Cole so that Elizabeth Cole could be removed from the bond. Now that the modification has been made, there is no longer any reason for a co-signer and Ms. Cole should be exonerated.

    I have communicated with the prosecutors and counsel for Mr. Cole, and both consent to our request that the Court issue an order exonerating Elizabeth Cole as a surety and removing her from any obligations relating to Neil Cole's appearance bond.

Respectfully submitted,

*[signature]*

Justin S. Weddle