# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

shecker@heckerfink.com

May 7, 2025

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is  _X_  granted
> _____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___5/7/2025_____
> New York, New York

Re:   *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

We represent Neil Cole in the above-captioned matter. We write to <u>request a modification of the terms of Mr. Cole's bail conditions to permit him to travel to Israel from July 9-17, 2025,</u> so that he may participate in the Maccabiah Games, as a member of the U.S. Masters table tennis team. The government has no objection to this request; Pretrial takes no position on this matter, but notes that Mr. Cole has been compliant throughout supervision.

<u>Procedural History</u>

Mr. Cole was arrested in connection with this matter on December 5, 2019. In compliance with the conditions of release set by the Court, Mr. Cole surrendered his passport to Pretrial Services. ECF No. 17. On April 22, 2025, this Court granted Mr. Cole's application to obtain the return of his passport from Pretrial to enable him to renew it, which he has now sought to do.

<u>Request to Travel to Israel to Participate in the Maccabiah Games</u>

Mr. Cole, an accomplished table tennis player, has been invited to be a member of the U.S. Maccabiah Masters and to compete in the Maccabiah Games in Israel. He would very much like to commit to participating, which would require him to travel to Israel from July 9th to July 17th of this year. He should have a renewed passport in time to make this trip.

Hecker Fink LLP

2

### Positions of the Government and Pretrial Services

The government does not object to this request and Pretrial Services takes no position on it, but notes that Mr. Cole has continued to be compliant through his term of pretrial supervision.

We appreciate the Court's consideration and are available to discuss, should the Court have any questions.

Respectfully submitted,

Sean Hecker