

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 30, 2025

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States* v. *Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

      The Government writes in response to Neil Cole's October 29, 2025 letter motion for the termination of his bail conditions and the return of his passport and cash security. (ECF Doc. 346). The Government has no objection to the defendant's request. Though the time for the filing of any petition regarding the recent decision of the Court of Appeals has not yet run, in light of the nature of that court's opinion the Government agrees that the existing bail conditions should be terminated.

                         Respectfully submitted,

                         JAY CLAYTON
                         United States Attorney

By: _____
                         Justin V. Rodriguez
                         Andrew Thomas
                         Assistant United States Attorneys
                         (212) 637-2591/-2106

cc:    Counsel for record (by ECF)