# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

shecker@heckerfink.com

## MEMO ENDORSED

October 29, 2025

> Defendant's request is granted. The Court terminates Defendant's bail conditions. The Court also directs Pretrial Services to return Defendant's passport and directs the Clerk of Court to return Defendant's bail funds.
>
> SO ORDERED.
>
> Edgardo Ramos, U S D J
> Dated: October 30, 2025
> New York, New York

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

    We represent Neil Cole in the above-captioned matter and write to respectfully request that the Court terminate Mr. Cole's bail conditions. On October 27, 2025, the United States Court of Appeals for the Second Circuit issued a decision reversing Mr. Cole's convictions and remanding the matter for vacatur of those convictions and dismissal of the Indictment (the "Order"). *United States v. Cole*, No. 23-7566-CR, 2025 WL 2999484, at *15 (2d Cir. Oct. 27, 2025); *see also* ECF No. 344 (certified copy of the Order). That same day, the Second Circuit transmitted the Mandate to the District Court, transferring jurisdiction of the case to this Court. Following the Second Circuit's decision, Mr. Cole contacted Pretrial Services to request the return of his passport. He also contacted the Clerk of Court seeking the return of the $1 million in cash he posted in 2019 to secure his personal recognizance bond. Both Pretrial Services and the Clerk of Court noted that they would need an order from the Court before releasing the passport and funds.

    As noted in Mr. Cole's appearance bond, "[t]he court may order this appearance bond ended at any time," and the "bond will be satisfied and the security will be released when . . . the defendant is found not guilty on all charges." ECF No. 17. Accordingly, we respectfully request that the Court issue an order terminating Mr. Cole's appearance bond and terminating his conditions of release. For the avoidance of doubt, we ask that the Court's order direct pretrial services to return Mr. Cole's passport and direct the Clerk of Court to return Mr. Cole's bail funds.

    We appreciate the Court's consideration and are available to discuss, should the Court have any questions.

Respectfully submitted,

Sean Hecker