**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

shecker@heckerfink.com

November 6, 2025

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *United States v. Neil Cole*, 19 Cr. 869 (ER)

Dear Judge Ramos:

  We represent Neil Cole in the above-captioned matter and write with respect to the return of Mr. Cole's bail funds, which the Court ordered on October 30, 2025. ECF No. 349.

  The Clerk of Court has informed us that it requires additional information before it can disburse the funds from the Court registry. The requests and responses are included below:

  1. Identity of the payee: **Neil Cole**.

  2. Amount of the principal to be paid: **$1,000,000.00.**

  3. Interest payable on the principal, if applicable: **N/A.**

  4. The source of the money: **Court Registry.**

  Mr. Cole has also conveyed to the Clerk's office his banking information by completing the AO 213P form (Request for payee information and tin certification form).

  Accordingly, we respectfully request that the Court so-order the instant request so that the Clerk of Court may make payment to Mr. Cole of the bond amount.

  We appreciate the Court's consideration and are available to discuss, should the Court have any questions.

Respectfully submitted,

Sean Hecker

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 11/6/2025
New York, New York