UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

       – against –

NEIL COLE, a/k/a "Sealed Defendant 1,"

                Defendant.

**ORDER**

19-cr-00869 (ER)

RAMOS, D.J.:

        Neil Cole was charged pursuant to a ten-count indictment on December 4, 2019. Doc. 1.  At trial, a jury acquitted Cole on Counts 1 and 10, but was unable to reach a unanimous verdict as to Counts 2–9.  Doc. 141.  After the government retried Cole on the remaining counts, a second jury convicted Cole on Counts 2–9 on November 18, 2022. Doc. 252.  Cole appealed, arguing that his convictions on Counts 2–9 violated his rights under the Double Jeopardy Clause of the U.S. Constitution.  The Second Circuit agreed, reversing the judgment and remanding the case with instructions to vacate the convictions on Counts 2–9 and dismiss the indictment.  The Court therefore VACATES the convictions on Counts 2–9 and DISMISSES the indictment.

It is SO ORDERED.

Dated:    January 12, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.